**TAB 2**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Jan 14 04:22:06 EST 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | AACRAO 1910 |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: publications, namely, books, magazines and brochures regarding collegiate admissions information. FIRST USE: 19250701. FIRST USE IN COMMERCE: 19250701<br><br>IC 042. US 100 101. G & S: association services, namely, promoting the interests of administrators and registrars of educational institutions. FIRST USE: 19100815. FIRST USE IN COMMERCE: 19100815 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 20.01.01 - Chalk; Crayons; Fountain pens; Inkwells; Markers (writing instruments); Pencils; Pens, ink<br>20.03.02 - Foil, aluminum (rolls); Gift wrapping paper (rolls); Paper towels (rolls); Paper, gift wrapping (rolls); Paper, rolls; Paper, toilet; Scrolls ; Toilet paper; Towels, rolls of paper towels; Wallpaper, rolled<br>26.11.12 - Rectangles with bars, bands and lines<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 75145923 |
| **Filing Date** | August 5, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 29, 1997 |
| **Registration Number** | 2081476 |

| | |
|---|---|
| **Registration Date** | July 22, 1997 |
| **Owner** | (REGISTRANT) American Association of Collegiate Registrars and Admissions Officers CORPORATION D.C. One Dupont Circle, NW, Suite 330 Washington D.C. 200361171 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "1910" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Jan 14 04:22:06 EST 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# AACRAO ENROLLMENT SERVICES

| | |
|---|---|
| **Word Mark** | AACRAO ENROLLMENT SERVICES |
| **Goods and Services** | IC 045. US 100 101. G & S: University enrollment verification, degree and credential verification. FIRST USE: 20030521. FIRST USE IN COMMERCE: 20030521<br><br>IC 038. US 100 101 104. G & S: Electronic data interchange of university enrollment data. FIRST USE: 20030521. FIRST USE IN COMMERCE: 20030521 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 76542924 |
| **Filing Date** | August 20, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 12, 2005 |
| **Registration Number** | 3009189 |
| **Registration Date** | October 25, 2005 |
| **Owner** | (REGISTRANT) American Association of Collegiate Registrars and Admissions Officers (AACRAO) NON-PROFIT CORPORATION D.C. One Dupont Circle, NW, Suite 520 Washington D.C. 200361135 |

| | |
|---|---|
| **Attorney of Record** | STEPHEN T. SAMUEL |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENROLLMENT SERVICES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jan 11 04:12:41 EST 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:   OR [Jump] to record:   **Record 1 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS

| | |
|---|---|
| **Word Mark** | AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: publications, namely, books, magazines and brochures regarding collegiate admissions information. FIRST USE: 19250000. FIRST USE IN COMMERCE: 19250000<br><br>IC 042. US 100 101. G & S: association services, namely, promoting the interests of administrators and registrars of educational institutions. FIRST USE: 19100000. FIRST USE IN COMMERCE: 19100000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78769480 |
| **Filing Date** | December 8, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) American Association of Collegiate Registrars and Admissions Officers CORPORATION D.C. 1 Dupont Circle, N.W. Suite 520 Washington D.C. 200361171 |
| **Attorney of** | |

| | |
|---|---|
| **Record** | Michael A. Grow |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jan 14 04:22:06 EST 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | AACRAO EDGE |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Providing an on-line computer database that contains information about the educational systems of countries throughout the world, written by experts on each country's educational system |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.07.02 - Globes with meridians and parallels only<br>27.03.05 - Objects forming letters or numerals |
| **Serial Number** | 76612526 |
| **Filing Date** | September 23, 2004 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 27, 2005 |
| **Owner** | (APPLICANT) AACRAO Inc. NONPROFIT CORPORATION D.C. One Dupont Circle, NW Suite 520 Washington D.C. 200361135 |
| **Attorney of Record** | Stephen T. Samuel |
| **Prior Registrations** | 2081476 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY