# TAB 7


**Arent Fox**
ATTORNEYS AT LAW

John K. Hsu
202.857.6481 DIRECT
202.857.6395 FAX
hsu.john@arentfox.com
Reference Number
027393-00000

**VIA FACSIMILE**
**CONFIRMATION FEDEX**

November 3, 2005

Dr. J. N. Prade
Chairman of the Board
American Universities Admission Program
    (also known as AUAP Credential Evaluation Services "AUAP")
5053 Ocean Blvd., Suite 19
Sarasota, FL 34242

Dear Dr. Prade:

We represent the American Association of Collegiate Registrars and Admissions Officers ("AACRAO"). AUAP did not renew its membership with AACRAO for 2005 – 2006 year. Accordingly, AUAP is now longer a member of AACRAO as of September 7, 2005.

You are hereby advised to cease and desist from falsely representing that AUAP is affiliated with AACRAO. To that end, AUAP must immediately remove from its website and on AUAP's correspondence or documents any statements or suggestions that AUAP is a member of AACRAO, or affiliated with AACRAO in any way. Furthermore, you are to cease and desist immediately your unauthorized use of the marks "AACRAO' and "The American Association of Collegiate Registrars and Admissions Officers" from your website, correspondence or documents.

If AUAP does not immediately remove AACRAO's name from its website, correspondence or documents, AACRAO will seek all available legal remedies to stop AUAP's unlawful activity.

Sincerely,

John K. Hsu