**TAB 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE )<br>   REGISTRARS AND ADMISSIONS )<br>   OFFICERS, )<br>1 Dupont Circle, Suite 520 )<br>Washington, DC 20036 )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>AMERICAN UNIVERSITIES ADMISSION )<br>   PROGRAM, INC. )<br>5053 Ocean Blvd., Suite 19 )<br>Sarasota, FL 34242 )<br>)<br>   and )<br>)<br>Jean-Noel Prade )<br>4619 Higel Avenue )<br>Sarasota, FL 34242 )<br>)<br>   Defendants. )<br>_____)  | Civil Action No. _____ |

### AFFIDAVIT OF BARMAK NASSIRIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Barmak Nassirian, being duly sworn, do hereby depose and state as follows:

1.  I am over 21 years of age and have personal knowledge of the matters addressed in this Affidavit and of the facts alleged in the Complaint filed in the above-captioned case.

2.  I have been employed at the American Association of Collegiate Registrars and Admissions Officers ("AACRAO"), plaintiff in the above-entitled action, since 1998 and currently serve as Associate Executive Director, External Relations.

1

3.  AACRAO is a non-profit corporation organized in the District of Columbia and is the leading trade organization for the community of higher education admissions and registration professionals. AACRAO promotes the advancement of post-secondary education and provides professional development, guidelines and voluntary standards used by higher education officials regarding the best practices in records management, admissions, enrollment management, administrative information technology and student services. AACRAO also provides evaluation of foreign academic credentials to universities in the United States so that the universities may determine the legitimacy of the foreign academic credentials.

4.  AACRAO owns all rights and interests in the federally registered trademarks AACRAO 1910, and Design (Registration Number 2,081,476) and AACRAO ENROLLMENT SERVICES (3,009,189). These registrations are in full force and effect and are unrevoked and uncancelled. AACRAO owns all rights and interests in the trademarks AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS and AACRAO and has continuously used the marks in connection with its services at least as early as 1910. AACRAO also owns all rights and interests in the pending federal trademark applications for AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS and AACRAO EDGE (Federal Application Serial Numbers 78/769,480 and 76/612,526 respectively).

5.  AACRAO offers yearly, non-voting memberships with its organization to individuals or organizations upon payment of a membership fee. Members are allowed access to information and services from AACRAO not available to the public. Members, however, are not allowed to use any of AACRAO's name, trademarks, or logo without

written permission from AACRAO nor hold themselves out as being endorsed or affiliated with AACRAO without written permission. When non-voting members use AACRAO's marks without authorization, AACRAO attempts to advise and resolve the violation, and generally members comply with AACRAO's membership agreement when advised.

6. As the Associate Executive Director, External Relations for AACRAO, I interact with colleges, universities and other higher education organizations regarding admission and evaluation of foreign students because many foreign students wish to study at universities or other comparable higher education institutions in the United States. As part of their admission application to U.S. academic institutions, students with international credentials are often required to submit academic credentials earned from foreign academic institutions along with an evaluation of those credentials, particularly if the foreign academic institution is not sufficiently known to admission officers of universities in the United States.

7. Through my interaction with colleges, universities and other higher education organizations, I have become aware of institutions known as "diploma mills" that fraudulently produce fake or unsupported academic credentials for foreign students. I have also become aware of unlawful entities that provide false evaluation and accreditation services using fake or suspect academic credentials from the diploma mills.

8. Through its interactions with academic institutions, AACRAO has become aware that defendants have been using AACRAO's marks. AUAP had a non-voting, corporate membership with AACRAO from July 2000 to June 2005. During the period

3

when AUAP was a member, however, AUAP had no permission to use AACRAO's name, trademarks, or logo.

9. On or about June, 2001, AACRAO became aware of defendants use of AACRAO's federally registered mark, AACRAO 1910, and Design (Registration Number 2,081,476) on AUAP's letterhead. On or about July 18, 2001, AACRAO sent a letter to AUAP, addressed to Prade, stating that AUAP had no authorization to use AACRAO's mark and must cease its use immediately. A true and correct copy of the letter is attached at Exhibit A.

10. On or about July 23, 2001, Prade responded that although he believed that AUAP was not in violation of its membership agreement with AACRAO, AUAP would cease using the mark. A true and correct copy of the letter is attached at Exhibit B.

11. On or about October, 2003 AACRAO became aware of defendants use of AACRAO's marks ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS and AACRAO on AUAP's letterhead, advertising, and other documents. On or about October 14, 2003, AACRAO sent a letter to AUAP, addressed to Prade, stating that AUAP had no authorization to use AACRAO's marks and that the use of the marks falsely suggested that AUAP's goods and services were approved or authorized by AACRAO. A true and correct copy of the letter is attached at Exhibit C.

12. On or about June 30, 2005, AUAP failed to pay its membership fee and thus ceased to be a corporate member of AACRAO. AACRAO became aware of AUAP's continued use of AACRAO's marks on its letterhead. In particular, on or about September 28, 2005 AACRAO received an evaluation written by AUAP and on AUAP letterhead that shows the words "American Association of Collegiate Registrars and

Admissions Officers AACRAO MEMBER" prominently displayed near the top of the evaluation. A true and correct copy of the evaluation AACRAO received (with the name of the candidate evaluated redacted) is attached at Exhibit D.

13. On or about November 3, 2005, AACRAO sent a letter to AUAP, addressed to Prade, stating that it had no authorization to use AACRAO's marks and instructing AUAP to cease and desist from making use of the AACRAO marks and to remove any statements or suggestions that AUAP remains a member of or affiliated with AACRAO. A true and correct copy of the letter is attached at Exhibit E.

14. On or about December 19, 2005, AACRAO reiterated its demands that AUAP cease and desist from making any use of the AACRAO marks and falsely representing itself as a member of or affiliated with AACRAO. A true and correct copy of the letter is attached at Exhibit F.

15. On or about December 21, 2005, Prade responded to AACRAO's and, for the first time, asserted that AUAP has an affirmative right to continue to hold itself out as a reciprocal member of AACRAO through its affiliation with the European Association for International Education ("EAIE"). A true and correct copy of the letter is attached at Exhibit G.

16. Contrary to Prade's assertion, AUAP has no right to falsely hold itself as having any affiliation with AACRAO by virtue of being affiliated with EAIE. AACRAO has reciprocal membership with EAIE itself, which in no way grants membership in each other's association to the members in those organizations. Moreover, AUAP has never been authorized to use any of AACRAO's marks.

17. On or about January 3, 2006, AACRAO received an evaluation written by AUAP and on AUAP letterhead that shows the words "Reciprocal Member AACRAO" prominently displayed near the top of the evaluation. A true and correct copy of the evaluation AACRAO received (with the name of the candidate evaluated redacted) is attached at Exhibit H.

18. This affidavit is made in support of plaintiff's motion for a temporary restraining order to enjoin defendants from further trademark infringement and unfair competition in accordance with the request contained in plaintiff's complaint previously filed in the above-entitled action.

19. I have read the foregoing affidavit and swear and affirm that it is true and correct to the best of my personal knowledge.

_____
Barmak Nassirian

Sworn to before this 23 day of January, 2006

_____
Notary Public

My commission expires _____

BEATRICE WALLACE
Notary Public, District of Columbia
My Commission Expires November 14, 2010

6