# TAB A

LAW OFFICES

# HOWE & HUTTON, LTD.

1054 Thirty-First Street, N.W. Suite 200

WASHINGTON D.C. 20007

TELEPHONE (202) 466-7252
FAX (202) 466-5829
ljb@howehutton.com

LELAND J. BADGER

CHICAGO OFFICE
20 NORTH WACKER DRIVE, SUITE 4200
CHICAGO, ILLINOIS 60606-9833
(312) 263-3001
FAX (312) 372-6685

July 18, 2001

Dr. J. N. Prade, Chairman of AUAP
American Universities Admission Program ("AUAP"),
 (also known as AUAP Credential Evaluation Service)
5053 Ocean Blvd., Suite 19 (also listed as PMB 19)
Sarasota, FL 34242

Re: Demand by American Association of Collegiate Registrars and Admissions Officers ("AACRAO") that AUAP Immediately Cease the Improper and Unauthorized Use of the AACRAO-Owned and Federally-Registered Trademark (Service Mark): "AACRAO 1910, and Design" (Fed. Reg. No. 2081476; Serial No. 75145923), and Any Mark Similar to, or Resembling, the AACRAO Mark.

Dear Dr. Prade:

As attorneys for AACRAO, it has been brought to our attention that AUAP, and the AUAP Credential Evaluation Service, have engaged in the unauthorized and improper use of the AACRAO-owned and federally-registered mark noted above, by displaying the AACRAO mark on your letterhead as evidenced on the attached documents.

Our client AACRAO strenuously objects to your use, as a non-voting member of AACRAO, of the AACRAO mark as shown on the attached documents.

On behalf of AACRAO, we demand that you immediately cease your improper and unauthorized use of the AACRAO mark, and any mark similar to, or resembling, the AACRAO mark.

The AACRAO mark is federally-registered as demonstrated by the attached recitation.

AACRAO has never granted permission for your use of the AACRAO mark.

Further, your use of the AACRAO mark is directly contrary to the specific resolution and policy adopted by AACRAO's Board of Directors at its December 10-12, 2000 meeting (copy attached), forbidding use of the AACRAO mark by the membership

of AACRAO except by and among the voting members of AACRAO (and then only with the express prior written approval of the Board or Executive Director). AUAP is not a voting member of AACRAO.

Under the circumstances, your use of the AACRAO mark is in violation of federal trademark law and AACRAO's rights under federal trademark law, and also in violation of AACRAO membership policy. The financial penalties for violation of federal trademark law can be severe.

AACRAO will not allow any member of AACRAO, or any other party, to engage in the improper and unauthorized use of the AACRAO mark. AACRAO's policy on this matter is the same toward all AACRAO members, and is intended to protect the best interests of AACRAO and all AACRAO's members.

Please confirm in writing to the AACRAO Executive Office in Washington, D.C. by July 31, 2001 that you have ceased the above-noted use of the AACRAO mark.

Thank you.

Very truly yours,

Leland J. Badger

Encl.

cc:   AACRAO Executive Office

# AUAP Credential Evaluation Service

Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
tel: (1) 941 346 1427   fax: (1) 941 349 4370   E-mail: eval@auap.com



AACRAO Member



RECEIVED
APR 30 2001
Suffolk University
Undergraduate Admissions

The Credential Evaluation Service is an independent branch of AUAP, which evaluates the transcripts of foreign students. It offers the following services:

I General Evaluation of Educational Credentials and Grade Average: $ 70
II Course per course evaluation and Grade Average:  $ 120
+ additional Rush fees
a) Within one day (only available for I) $ 200
b) Within a week $ 100

Academic Evaluation services should be judged on three criteria: Quality of the Human resources, techniques and experience.

**AUAP human resources:** AUAP has an array of 23 of University Professors or Admissions officers disseminated worldwide. The major partners are:

**Mrs. Kathy Nance** Director of Admissions of the American University of Paris for 11 years. NAFSA, NACAC.

**Dr. J.N. Prade** Harvard Institute on College Admission '95, author of a Published paper on foreign students at Harvard FAS. University of Paris II '76, former judge at the Paris court, Chevalier du Mérite National, CMA, PBB, AACRAO (American Association of Collegiate registars and Admissions Officers)

**Prof. Gao Zhou** Director of the department of Physics at Peking university, member of the admission committee of Peking university. Master of Sciences - San Diego University.

Each other member of the team has experience in admissions and has local and American university degrees.

**AUAP Techniques:** The members of the AUAP team are specialized by countries or group of countries. They utilize the traditional tools such NAFSA, Harvard and Columbia university grades equivalency table. They however have a dynamic approach that take into account the specificity and academic traditions of each country. (For example, in France an 11/20 in French language should be considered higher that the same grade in Mathematics)

**AUAP Experience:** Since 1996, AUAP has evaluated more than 1100 foreign students aiming at Undergraduate, Graduate and Post Graduate studies in the American System of Higher education: The transcripts evaluated were from Australia, Austria, Belgium, China, India, Italy, Japan, France, Germany, Hong Kong, Kazakhstan, Mexico, Morocco, Nigeria, Pakistan, Poland, Russia, South Africa, Switzerland, U.K., etc.

Our experienced team follows strict ethical standards and is constantly updating its worldwide database of systems of Higher Education constantly.

# AUAP Credential Evaluation Service

Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
tel: (1) 941 346 1427   fax: (1) 941 349 4370   E-mail: eval@auap.com



AACRAO
Member

RECEIVED
APR 30 2001
Suffolk University
Undergraduate Admission

Date: December 18, 2000

## Educational Evaluation Report

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The following educational credentials from France were submitted for evaluation:

### 1. Credential
Baccalauréat de la Republique Française

### Equivalency
This nationally administrated examination represents completion of a 12-year sequence of elementary and secondary education, culminating in standardized exit examinations. It is equivalent at the very least to a US High School Diploma. Most colleges and universities in the United States grant up to one year of advance standing in their undergraduate programs based on the " baccalaureat ".

### Note:

1 ) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is actually following a standard university curriculum at the Public University of Caen-Basse Normandy. He already completed his first year and is going through his second year, with a major in Business and Economy (Economie et Gestion). At the end of his second year he should be awarded, if his grades are satisfactory, the DEUG d'Economie et Gestion equivalent to an Associate Degree of a US accredited University.

### 2. Summary Statement
Upon review of his educational credentials, we find that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ has the equivalent of a US College preparatory program. He has already completed, as of June 2000, the equivalent of a full freshman year in a US accredited institution of Higher Education.

### 3 Course per Course Evaluation (year 1999/2000)

The author, former Judge at the Paris court, Harvard SICA, and AARCAO member knows very well the courses and grades methodology, as he graduated from France in the same fields. He used the generally accepted AARCAO and NAFSA rules and the Columbia/Reid Hall table on equivalencies. Those are the best, in his judgment, for this grade evaluation.

# AU-P Credential Evaluation Service

Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
tel: (1) 941 346 1427   fax: (1) 941 349 4370   E-mail:eval@auap.com



AACRAO
Member

Date: March 27, 2001

## Educational Evaluation Report

Name: ▆▆▆▆▆

The following educational credential from China were submitted for evaluation:

### 1. Credential

Graduate certificate of Foreign trade from the Shan Xi Broadcasting and Telecommunication University, dated Sept. 27 1999.

### Equivalency

Associate Degree (AD) awarded an accredited university in the United States of America, plus the completion of a full junior year at the same institution.

### Note:

[1] We estimate the junior year equivalent to 18 credit hours in an US accredited university.

### 2. Summary Statement

Upon review of his educational her credentials, we find that ▆▆▆▆▆ has the equivalent of an Associate Degree (AD) awarded by an accredited university in the United States plus the completion of one extra year of undergraduate work.

This evaluation was made in cooperation with the tenured Professor Gao Zhou of the Peking university, (MA. Sc. San Diego University).

Respectfully,

Dr. J.N. Prade
Chairman, Harvard SICA'95
University of ParisII'73
Author on a published paper on International Students at Harvard FAS(97)
AACRAO, NAS
Former Judge at the Paris Court
Chevalier du Mérite National (France), CMA, PBB

Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
tel: (1) 941 346 1427   fax: (1) 941 349 4370   E-mail:eval@auap.com



AACRAO
Member

Date: March 27, 2001

## Educational Evaluation Report

**Name:**

The following educational credential from China were submitted for evaluation:

**1. Credential**
Graduate certificate of Foreign trade from the Shan Xi Broadcasting and Telecommunication University, dated Sept. 27 1999.

**Equivalency**
Associate Degree (AD) awarded an accredited university in the United States of America, plus the completion of a full junior year at the same institution.

**Note:**
[1] We estimate the junior year equivalent to 18 credit hours in an US accredited university.

**2. Summary Statement**
Upon review of his educational her credentials, we find that Rong Zhe has the equivalent of an Associate Degree (AD) awarded by an accredited university in the United States plus the completion of one extra year of undergraduate work.

This evaluation was made in cooperation with the tenured Professor Gao Zhou of the Peking university , (MA. Sc. San Diego University).

Respectfully,

Dr. J.N. Prade
Chairman, Harvard SICA'95
University of ParisII'73
Author on a published paper on International Students at Harvard FAS(97)
AACRAO, NAS
Former Judge at the Paris Court
Chevalier du Mérite National (France), CMA, PBB

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

July 11, 2001

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 75/145,923
FILING DATE: August 05, 1996

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

L. EDELEN
Certifying Officer

75145923

**APPLICANT'S NAME:** American Association of Collegiate Registrars and Admission Officers (AACRAO)

**APPLICANT'S ADDRESS:** One Dupont Circle, NW, Suite 330, Washington, D.C. 20036-1171

**GOODS AND SERVICE:** Association Services, namely, promoting the interests of Administrators of educational institutions; Publications (Books, magazines, brochures) in the field of education.

**FIRST USE:** Services (Class 42) August 15, 1910
Publications (Class 16) July 1, 1925

**FIRST USE IN COMMERCE:** Services (Class 42) August 15, 1910
Publications (Class 16) July 1, 1925

**DESIGN:** Pen and Paper



TRADEMARK
75145923

**Meeting #9, December 10-12, 2000**

**AACRAO Logo and Name**

WHEREAS the AACRAO name and logo ("the Marks") have been registered as service marks by the Association for the benefit of all its members, and

WHEREAS protection of the Association's rights to the Marks depends upon ensuring the Marks are used only with the permission of the Association, and

WHEREAS the Board is charged under the Bylaws of the Association with responsibility for managing all of the Association's financial resources and assets, and

WHEREAS the Bylaws also provide that the Board members act as representatives of the members and are responsible for enhancing the Association's public standing,

THEREFORE, BE IT RESOLVED that permitted uses of the Marks other than in communications exclusively between or among voting members shall be only such uses as have been approved in writing by the Board or by the Executive Director, pursuant to authority delegated to him by the Board, and

BE IT FURTHER RESOLVED that approval of a use by any member of the Association shall not be unreasonably withheld where such member has applied to the Board or the Executive Director for permission to use the Marks in connection with official Association activities, and

BE IT FURTHER RESOLVED that communications by the Board's members, by members of the Association, by staff or by any other individual invoking the Association's name or logo shall not be considered to reflect the official position of the organization unless they have been reviewed in advance by the Board; or, acting on the basis of authority delegated to them by the Board, by a committee, individual member or staff member, and

BE IT FURTHER RESOLVED that members shall direct their written requests to the Executive Director in order to obtain prior clearance for communications so that they can be treated as official communications from the Association.