# TAB B



# American Universities Admission Program

*AUAP... Your Passport to Higher Education*

5053 Ocean Blvd., Suite 19 • Sarasota, Florida 34242 USA
Tel: (941) 346-1427 • Fax (941) 349-4370 • Email: auap@auap.com • Website: http://www.auap.com

FTL Attns Mr. Nessirian.

Leland J. Badger
Howe&Hutton Ltd.
1054 Thirty first street suite 200
Washington DC 2007                          7/23/01

**Ref. AACRAO**

Dear Mr. Badger;

Some good news and some not so good news!

Following your letter, I inform you that as of now AUAP will cease to use of the copyrighted logo of the AACRAO . We were using a modified one and AACRAO had never told us that it holds a copyright on it.

We still think that we were however not in violation of the rules for the following reason: We do not think that we are a non voting member of AACRAO and our letters are sent to voting member of AACRAO . Anyhow our policy is to obey to the rules and the spirit of AACRAO. Therefore we have taken the above mentioned position.

However we are outraged that confidential information on the student Rong Ze were unlawfully disseminated by an AACRAO member. We ask AACRAO, through you as their attorney,  to tell us the identity of  the AACRAO member who violated the privacy of this Chinese student. You certainly noticed that while some of the copies preserved slightly his identity,  at least one  clearly stated his name .

The student has ask us to see the legal avenues against this violation which is extremely damageable to her reputation. If AACRAO refuses to give it source we will be obliged to ask one of your colleague to start the necessary legal procedure.

Please confirm in writing to AUAP, which is the  author of this evaluation, the name of the person/institution who transmitted to AACRAO this evidently confidential information, by August 7, 2001

Thank you

Dr. JN Prade
Chairman of the Board