**TAB G**

# AUAP
Suite 19 5053 Ocean Blvd.
Sarasota Fl 34242 USA

John K Hsu, esq.
Arent Fox
Attorney at Law
By fax as the office is closed until January 2006

Wednesday, December 21, 2005

Ref: Your fax dated December 19, 2005

Dear Attorney Hsu,

We are responding with calm and legal certitude to your fax dated Dec 19, 2005.

We cannot, until further legal demonstration, agree with your assumption that AUAP is not affiliated in "any way" with AACRAO.

According to the message from AACRAO and it's own website there are "reciprocal members of ACCRAO". Among them are the members EAIE. We are member of the EAIE, therefore we are a bona fide reciprocal member of AACRAO. We agree that we are no more a direct member of AACRAO but we have the quality of "Reciprocal member" thanks to our affiliation to the EAIE.

Please tell us on what base you think that the fact to clearly mention our status of reciprocal member of AACRAO through the EAIE is not correct.

Sincerely yours, wishing you a merry Christmas !

Dr. J.N. Prade