**TAB 3**

http://www.auap.com/

# AMERICAN UNIVERSITIES ADMISSION PROGRAM

## Study in the

**Since 1995**

**AUAP** guarantees your admission into the **best American universities** possible with the **best available conditions!**

See where our students were accepted and judge by yourself !



International
**ENTER HERE!**

We ask you to fill this short evaluation form to have free access to our multiple informational pages on American universities for a Bachelor, Masters or PhD. degree.
It will help us to determine if you can enter in an American University.



US Students
**ENTER HERE!**

AUAP has a special comprehensive program with psychometric tests for American students to enter Undergraduate and Graduate US universities.
If you are an American student please go to our <u>Consulting and Coaching Program</u>

### 2005
### CORNELL, WHARTON NYU,NORTHWESTERN ACCEPTANCES !

AUAP Credential
Evaluation Service
**ENTER HERE!**

New TOEFL TEST    79/80 Internet Based = 213 CBT= 550 Paper

http://www.auap.com/

**EQUIVALENCE**         100 Internet Based = 250 CBT = 600 Paper

- AUAP is the **world largest organization** which helps foreign students in selecting and gaining admission to American institutions of higher education. Each year it establishes the **unique rankings for foreign students of American Universities (undergraduate), MBA and LL.M Master of Law.**

- We are 45+ **higher education specialists**, mostly Directors of Admissions, Professors, Ph.D. Holders, Psychologists, Recognized Grades evaluators, Notaries and certified translators etc. We started the company in 1995. (Counselor Job / Representative opportunities)

- Our Selection + Guaranteed Admission Program **guarantees your admission** to an American university.

About the quality of the US universities: All systems of studies are valuable but the US Universities benefit from an incomparable prestige and image: **"Of the top 20 Universities in the word today, only two are now in Europe"** said the President of Europe at the Europe parliament in 2005.

The choice of the right university is certainly the most important career decision of an individual's life, ultimately affecting **future income, job satisfaction & quality of life.**
*You need, the professional help of AUAP for the most important decision of your life!*
See our list of accepted students and judge by yourself !

- A few of the **Universities where AUAP students were accepted.**

http://www.auap.com/

Harvard * Yale* Stanford * Cornell * Columbia * University of Pennsylvania * Brown U.* INSEAD (France) * New York University NYU * John Hopkins U. * North Western-Kellogg School of Management *Duke University * Boston College * Boston U.* Georgetown U. *Penn State U. * University of Michigan * Babson College * American University * Thunderbird * Purdue University * Fordham U.* Michigan State University * George Washington U.*Embry Riddle Aeronautic University * Rollins College * University of Arizona * University of Delaware (Honors) * University of Florida * University of Massachusetts (Amherst) * UCLA * University of Southern California * Rochester Institute of Technology * U.of Virginia* IIT * UCSD * U. of San Diego * Pepperdine * Middlebury,*LSU,*Tulane, etc.

**International Students**
**Please ENTER HERE!**

**US Students**
**Please ENTER HERE!**

**AUAP Is Always On Your Side ... Always Available!**
See our list of accepted students and judge by yourself !

AUAP American Universities Admission Program
5053 Ocean Blvd., Suite 19 - Sarasota FL 34242 -USA
Tel: (1) 941 346 1427 - Fax (1) 941 349 43 70 - e-mail: auap@auap.com

http://www.auap.com/



© 1999, 2000, 2001 American Universities Admission Program
Some graphics © www.arttoday.com
Students picture © Corbis Corporation

http://www.auap.com/eval.html

| ABOUT US | SERVICES | PRODUCTS | CONTACT | SITEMAP |

page en français
pagine in italiano

AUAP Credential Evaluation Service
eval@auap.com
VISA MEMBER
AACRAO
RECIPROCAL LETTER

# AUAP Credential Evaluation Service

Member American Council on Education (ACE)



The AUAP Credential Evaluation Service since 1995 evaluates foreign Degrees & Transcripts for admission into American universities. It also evaluates academic and experiential credentials for Immigration purpose (H1B, Green Card, TN, etc.), Licensing, Federal Employment or Job research. We offer 24 hours Rush services and you may pay securely on line, by fax, mail, with credit cards, money orders or US checks. We do expert evaluations of studies for legal proceedings (Child support, Alimony, etc.). AUAP Credential evaluation service, while respecting scrupulously the rules and regulations of evaluations, helps its clients to attain their goals. It is why we have a simple & friendly procedure, with the minimum of bureaucracy. The requested documents are mentioned on the order page.

The easy way (2 steps) to get your evaluation
*(The requested documents are mentioned on the order page)*

<u>Click here to see what kind of evaluations you need</u>

**Frequently Asked Questions**

**Are your Evaluations accepted by the INS/USCIS ?**

Yes, AUAP satisfies the strict evaluation requirements of the Immigration Service. Since 1995 We helped more than 1500 applicants to get their H1B, TN Visas, Green card. etc.



**Unsollicited Testimonials:**

From a **Japanese** client:

"Thank you for the excellent work you have done for me. I just let you know that I got hired by Vxxxxxx County last Thursday based on the

http://www.auap.com/eval.html

## I want to order on line my evaluation now ! it is easy

or

Email us: eval@auap.com
Phone: (1) 814 880 47 38 , Fax (1) 941 349 4370
Everyday from 08 H to 21 H EST (New York Time)
AUAP Credential Evaluation Service
Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA



American Council on Education
member

---

### New European Degrees (Bologna Declaration)

Following the presentation of our President at the NAFSA conference in Birmingham (AL) on Nov 8, 2005 and after meetings with admissions officers and colleagues, AUAP may now consider the new European 3 year degree program as equivalent to a US Bachelor degree.

---

The US Immigration (USCIS) requests now systematically a credential evaluation for H1B and TN visa, even for renewals...

NEW! The following was issued by the United States Office of Personnel Management on Monday, January 31, 2005, and applies to the use of degrees by federal employees.

c) ... applicants must submit all necessary documents to a private U.S. organization that specializes in interpretation of foreign educational credentials, commonly called a credential evaluation service. AUAP qualifies !

We evaluate: course per course, foreign credential evaluation, degree equivalence for green card, for H1b & TN visa, requirements for immigration, equivalence for immigration, evaluation of foreign degrees , experiential evaluation, rush evaluation, short time evaluations, etc.

***AUAP will not evaluate "Diploma Mills" and will only evaluates degrees from non US institutions.***

---

result of the Educational Evaluation Report from you.

Thank you very much for the wonderful job!!!!"

Noriko S.

From a **Canadian** for TN Visa.(Oct 2005)

Dear AUAP, I contacted you last november for your services in order to establish my equivalency of a xxxxxx diploma so I can get a TN visa to work in USA.I work in the USA since last january.

I didn't have the chance to thank you and to tell you that I was very satisfied and your equivalency was very easy accepted when I applied for my TN visa. I would refer anyone to you because of your serious work.

Many thanks AUAP!

Sennia B.

from a **Cuban** refugee

I have just received the evaluation via Fedex.
It is perfect!
Thank you very much for your help and your very professional service.
Do no hesitate to contact me for any reference I might give in the future

http://www.auap.com/eval.html

**We evaluated, so far degrees, from the following countries:** Albania, Algeria, Andorra, Angola, Argentina, Armenia, Australia, Austria, Azerbaijan, Bangladesh, Baskhortostan, Belarus, Belgium, Belize, Benin, Bosnia-Herzegovina, Brazil, British Virgin islands, Bulgaria, Burkina Fasso, Cambodia, Cameroon, Canada (all provinces including Québec), Caribbean States, Chile, China, Colombia, Comoros, Congo (x2), Comoros, Costa Rica, Croatia, Czech Republic, Denmark, Djibouti, Ecuador, Egypt, Eritrea, Estonia, Ethiopia, Finland, France, Gabon, Georgia (ex USSR), Germany, Ghana, Greece, Guinéa (X2), Haiti, Holland, Hong Kong, Hungary, India, Indonesia, Iraq, Iran, Ireland, Israel, Italy, Jamaica, Japan, Kazakhstan, Korea, Kyrgyzstan, Latvia, Lebanon, Liberia, Liechtenstein, Lithuania, Luxembourg, Macao, Macedonia (FYROM), Madagascar, Mali, Malaysia, Malawi, Mauritania, Mexico, Moldova, Mongolia, Morocco, Myanmar-Burma, Netherlands, New Zealand, Nigeria, Norway, Pakistan, Panama, Paraguay, Peru, Philippines, Poland, Portugal, Romania, Russia, Saudi Arabia, Senegal, Serbia, Singapore, Slovakia, Slovenia, Somalia, South Africa, Spain, former Soviet Union, Sri Lanka, Sweden, Switzerland, Syria, Taiwan, Tanzania, Thailand, Togo, Trinidad, Tunisia, Turkey, UAE, U.K., Ukraine, Uzbekistan, Vatican, Venezuela, Vietnam, Yemen, Yugoslavia, Zimbabwe, etc.

*about your institution.*

Elio D.

AUAP is a member of:

American Council on Education (ACE)

NAFSA

American Evaluation Association (AEA)

EAIE (European Association for International Education)

NAGAP (National Association of Graduate Admissions Professionals)

AACRAO* (*reciprocal membership through EAIE)

pagine in italiano  page en français
En español

All Rights Reserved 2004. Design by Ades Design

http://www.auap.com/cc.html



# Educational Coaching & Consulting

## For the most important decision of a lifetime !

To choose a career path and consequently the right **graduate or undergraduate** university is the most important factor for the future of a young adult. Entire families struggle, sometimes with anguish, about it. Students are assailed by questions: What do I want to be when I grow up?, How do I know which school is best for me?, Small liberal art college or big public university? Which master? Am I good enough for this graduate program? what are they looking for? Will I have the budget ? What do I really want in a college?, etc.

For the first time the **C&C Program of AUAP has a global approach and solution** to those problems, associating an experienced team of career coaches and experts and the proven best admissions counselors at graduate and undergraduate levels. It is a structured approach: Determining the assets, skills and preferences of the student through **psychometric tests and interviews**, then **selecting** (among the US 4 095 institutions & 11000 + graduate programs) a choice (up to 20) of **universities** according to the profile, personality, career goals, budget of the student. Because of our worldwide activities we can also look at overseas universities. We cover Undergraduate, Graduate and Prep School bound students.

**The C&C Program (Coaching + Consulting)**

**Coaching** (done by Quality of Life Coaching Service, Team of Coaching Experts)

Through the well known valid and reliable psychometric instruments: MBTI ® and Strong Interest and Skills  Confidence inventories ®, your personality preferences, career and leisure interests, and your confidence level in key interest areas will be identified and discussed with your by coaching experts.  You will receive 9 to 13 pages of written reports on these results for your reference.  An AUAP counselor will participate on the test results conference call to provide a complete view of the student's situation.  This process helps students gain clarity about who they are and what they want out of life and their college experience

**Consulting** (done by American Universities Admission Program the leader in Educational guidance counseling since 1995)

The AUAP counselor (generally a director of admissions) with the above tool and structure, will do an **intensive customized college search** . This professional will establish, interactively with the student, a selection of institutions of universities which are the best possible matches.

http://www.auap.com/cc.html

This selection is based on intended majors, personality, academic level, budget and personal profile of the student.

To leave the "family nest" is also an emotional challenge with important consequences. This program combined a psychological evaluation with the experiences of education professionals. Your existing High school guidance counselor will of course be associated to this research.

**C&C Program Fees:**

1) **Basic C& C** (first month: $399)- Tests Myers Briggs Æ and Skills Confidence- Test Analysis and integration of the profile by professional coaches + 14 pages report - One hour conference call with coach and education counselor- One hour telephone call (E-mail exchange) with an education counselor- Establishment of a list (up to 20) of universities which fit the profile. **You may stop the Coaching and Consulting service at any time with no penalty.**

2) **Following months** ($399/per month) 4 Hours conference calls with coaches and counselors- Discussions, preparation of visits, research of new schools or major,- Follow up- Career coaching, emotional management- Admission strategy- Research of financial aid (within and outside the universities)- Research of federal or private family loans- Correction of essays, selection of letters of recommendation, etc.- Test coaching and prep.- Help in filling the applications- Preparation of interviews and visits, Respect of deadlines, etc. **You may stop the Coaching and Consulting service at any time with no penalty.**

*Yes, I want to fill the questionnaire and succeed in my studies*

I want to fill the questionnaire and succeed in my studies

To contact us:
**Email: cc@auap.com**
**Fax: (1) 941 349 4370**
**Tel: (1) 941 346 1427**
suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
or Fill the Questionnaire (confidentiality guaranteed)

**With whom are you dealing?**

**AUAP:** The world largest Educational Counselor organization in the world created in 1995. member of the prestigious AACRAO (American Association of College Registrars and Admissions Officers). Member of NAFSA . Headed by Dr. J.N. Prade, Harvard Summer Institute on

http://www.auap.com/cc.html

College Admissions'96. This organization regroups 45 specialized and experienced directors of admissions or Ph.D. holders (see: www.auap.com)

**Quality of Life Coaching services:** The professional team of experts includes psychologists, life coaches, professional motivation speakers, Feng Shui & Kolbe consultants and certified hypnotherapist.

Our students were accepted at:

| **Graduate Students** |
|---|
| Yale, Cornell, University of Pennsylvania, NYU, Berkeley, Duke, North Carolina (Chapel Hill), UCLA, Northwestern, Stanford, UCLA, John Hopkins, USC, Notre Dame, Delaware, Monterey, Middlebury, Vanderbilt, Michigan (Ann Harbor), Case Western, Carnegie Mellon, Penn. State, U. Texas (Austin) U. of Florida, LSU, American University, Thunderbird, Wake Forest, Saint Louis, Florida international, Johnson & Wales, San Diego, San Francisco, Washington U. etc. |
| **Undergraduate Students** |
| Harvard, Stanford, Cornell, Duke, Brown, Boston U., John Hopkins, Babson, Delaware (Honor), USC, Michigan, (Ann-Arbor), Holy Cross, Washington University, A.U., George Washington, Pepperdine, Loyola Marimount, U of Florida, U of Miami, Ocklahoma City U. Pratt, RIT, etc. |

Since 3/26/02

http://www.auap.com/evalus.html



AUAP Credential Evaluation Service, Suite 19, 5053 Ocean Blvd. Sarasota Fl 34242 USA

*Tel: (1) 917 254 94 24 Fax: (1) 941 349 43 70 E-mail: eval@auap.com*

**You may now order your Credential Evaluation on line through Paypal® Please click here**

Page en français Pagine in italiano

**About AUAP Credential Evaluation Service:**
The **Credential Evaluation Service** is an independent branch of AUAP, which evaluates the transcripts of foreign students for admission into American universities since 1995. It also evaluates academic and experiential credentials for Immigration purpose. AUAP Credential Evaluation Service is a member of the American Council on Education (ACE), AACRAO (**A**merican **A**ssociation of **C**ollege **R**egistrars and **A**dmissions **O**fficers), NAGAP National Association of Graduate Admissions Professionals and NAFSA (National Association of International Educators).

It offers the following services:
Fees: (Evaluation sent 3 weeks after reception)

**I General Evaluation of Educational Credentials-Diploma equivalency: USD $ 70**

**II Course per course Evaluation + GPA and Credits : USD $ 120 (could not be taken without I i.e Total=$190)**

**III Experiential Equivalency (= Professional Evaluation for H1B visa) : USD $120 (could not be taken without I i.e Total=$190)**

**Additional Rush fees** (all additional rush fees includes Fedex delivery in the US/Canada)
a) Within one day (only available for service # I) +$ 200

http://www.auap.com/evalus.html

b) Within a week + $100
Extra copies: $10 per copy.
Note: All transcripts should be translated in English previously. We can translate transcripts at a cost of US$ 0.20 per word.

Most American Universities, at the undergraduate, transfer or graduate levels, require an evaluation of foreign transcripts. It is the same for the US Boarding schools. Moreover, a certified evaluation always enhances your chance of admission and/or financial aid as it brings certainty and seriousness to a candidacy. Evaluation of Educational Credentials are mandatory for Immigration purpose (H1B visa).

## From some of our satisfied clients

**Well Done !**

From a father of a student which had an "horrible" evaluation from another evaluator:

I just received an email from xxx University in Arizona informing me that they have accepted S--- for September 2004. The mail I received from the university give credit to AUAP and to your goodself for having superior knowledge of the French system. I quote from the email the Dean :

"As for the evaluations by E___ and AUAP, I think that both agencies have reasonable and valid perspectives with neither viewpoint being ultimately compelling over the other. I did find it worth noting that the AUAP evaluator was highly knowledgeable regarding the Frenchsystem and made a passionate statement about some of the intangibles tha fall outside the lines of pure grade conversions....we accepted S--- for September 2004"

A  Email from from an Indian National: Benny K.
"I am glad to inform you that based on your credential evaluation report, my petition for H1B has been approved. Thanks for your valuable service."

Students with AUAP course per course evaluations have been accepted at: Harvard, Yale, Cornell, Columbia, U.Penn, Berkeley, Stanford, Duke, Penn State, NYU, Georgetown, Kellogs-Northwestern, John Hopkins, U. of Michigan, Vanderbilt, UCLA, Middlebury, Notre Dame, UNC Chapel Hill, American U., Monterey, USF, Wake Forest, LSU, USC, Universities of Florida, U.Mass, Delaware U., Denver, San Diego, Case Western, George Washinton U, Pepperdine, LSU,Penn State U.   etc.

**Another Referral**
To Whom It May Concern:

I would like to express my deep gratitude for a professional and personal service I got from Dr. J.N. Prade from the American Universities Admission Program Evaluation Service (AUAP).

http://www.auap.com/evalus.html

His evaluation for my credential and work experience was made promptly and accepted by the INS for my H1B Visa application. I strongly recommend using Dr. J.N. Prade services.

Ronen
Roswell, GA
December 2002

From a University in Minnesota 2004

Milena L.
"I just wanted to let you know that we received a positive answer for our coach who is now on a H-1B visa. Thanks for your help."

---

Academic Evaluation services should be judged on three criteria: **Quality of the human resources, techniques and experience:** AUAP human resources: AUAP has an array of 45 of University Professors or Admissions officers disseminated worldwide. The major partners are:

**Mrs. Kathy Nance** Director of Admissions of the American University of Paris for 11 years, NAFSA, NACAC.

**Dr. J.N. Prade** Harvard Institute on College Admission'95, author of a published paper on foreign students at Harvard FAS, University of Paris II'76, former judge at the Paris court, Chevalier du Mérite National, CMA, PBB, AACRAO (American Association of Collegiate Registrars and Admissions Officers) and NAFSA Conference speaker on foreign Credential evaluations.

**Prof. Gao Zhou** Tenured professor at department of Physics of Peking university, member of the admission committee of Peking university (Beida), Master of Sciences - San Diego University.
Each other member of our team has experience in admissions and has local and American university degrees.

**AUAP Techniques:** The members of the AUAP team are specialized by countries or group of countries. They utilize the guidelines of **National Council on the Evaluations of Foreign Educational Credentials, NAFSA, AACRAO, ACE** Harvard and Columbia university grades equivalency tables, and **INS** rules on Experiencial equivalencies. They however have a dynamic approach that take into account the specificity and academic traditions of each country. (For example, in France an 11/20 in French language should be considered higher that the same grade in Mathematics)

**AUAP Experience: Since 1996**, AUAP has evaluated more than 2 500 students (US and Foreign) aiming at Undergraduate, Graduate and Post Graduate studies in the American System of Higher education or for Immigration: We evaluated transcripts from **Albania, Algeria, Angola, Argentina, Armenia, Australia, Austria, Azerbaijan, Bangladesh, Baskhortostan, Belarus, Belgium, Bosnia-Herzegovina,**

http://www.auap.com/evalus.html

Brazil, Bulgaria, Cambodia, Cameroon, Canada (all provinces including Québec), Caribbean States, China, Colombia, Congo, Comoros, Costa Rica, Djibouti, Ecuador, Egypt, Eritrea, Ethiopia Ethiopia, Finland, , France, Gabon, Georgia (ex USSR), Germany, Ghana, Guinée, Hong Kong, Hungary, India, Indonesia, Iraq, Iran, Ireland, Israel, Italy, Jamaica, Japan, Kazakhstan, Korea, Kyrgyzstan, Latvia, Lebanon, Liberia, Liechtenstein, Lithuania, Luxembourg, Macao, Madagascar, Malaysia, Malawi, Mauritania, Mexico, Moldova, Mongolia, Morocco, Myanmar-Burma, Netherlands, Nigeria, Norway, Pakistan, Panama, Peru, Philippines, Poland, Portugal, Romania, Russia, Senegal, Serbia, Slovakia, Somalia, South Africa, Spain, former Soviet Union, Sri Lanka, Sweden, Switzerland, Syria, Taiwan, Tanzania, Thailand, Togo, Trinidad, Turkey, U.K., Ukraine, Vatican, Venezuela, Vietnam, Yemen, Yugoslavia, Zimbabwe, etc. AUAP evaluation were accepted by the USCIS ex INS , Ivy league universities and more than 400 US institutions of higher education. Our experienced team follows strict ethical standards and is constantly updating its worldwide database of systems of Higher Education.

---

**WHAT DO WE NEED ? COPY OF ORIGINAL (S) AND TRANSLATION IN ENGLISH OF YOUR DIPLOMAS, TRANSCRIPTS, C.V ETC.** by Fax or Email + payment of the fees. We do not require an application form.

You may now order your Credential evaluation on line through Paypal® please click here

Contact us in full confidentiality :
1) By Email  at eval@auap.com

(Please do not forget to join a GIF or  JPEG copy of your diplomas and transcripts)
2) By Fax (1) 941 349 4370 (in the USA TU-5H.)

3) By mail Suite 19,  5053 Ocean Blvd. Sarasota Fl. 34242 USA

In all cases, please give us your Credit Card type (Visa, Mastercard/Eurocard or American Express only), number, date of expiration and the exact name and address of the card holder. We accept also US checks in US Dollars.

*If you want to benefit from the full service which will guarantee your admission into US universities, Click on the banner.*

——————Admission Program



Now it is easy to order your credential evaluation quickly on line (secure connection) with PayPal® the #1 payment company in the world. You will need a Credit Card.

Do not forget to send us after payment your requested documents by Email (GIF, JPEG): eval@auap.com, Fax: (1) 941 349 4370 or Mail: AUAP, Suite 19, 5053 Ocean Blvd. Sarasota Fl 34242 USA. We evaluate all foreign degrees (from High School to Post doctoral studies) from all countries.

Which evaluation do you need ?

## For Immigration (H1B Visa)

- **You have a recognized 4 year University degree or more: You need a Diploma Equivalency** (this evaluation covers a maximum of 4 years of Studies. For additional year see "Extras" at the bottom of the page). Documents requested: Copies of degrees and transcripts + translation if not in English or French.

- Regular mail **exactly 3 weeks** (US $70) after reception of documents & payment. Click here to order it securely

  [Add to Cart]

- by FedEx **exactly one week** (US $170) after reception of documents & payment. Click here to order it securely

  [Add to Cart]

http://www.auap.com/evalorder.html

- by Fedex & fax exactly 24 hours (US $270) after reception of documents & payment. Click here to order it securely

  [Add to Cart]

- **You do not have a 4 year University Degree but have work experience** (3 years of work = 1 year of University) **You need a Diploma Equivalency + an Experiential Evaluation. Documents requested**: Copies of degrees and transcripts + translation if not in English or French (if any) + certificate (s) on employment mentioning the duration of the employment and a job description.

- Regular mail send exactly 3 weeks (US $190) after reception of documents & payment. Click here to order it securely:

  [Add to Cart]

- by FedEx send exactly one week  (US $290) after reception of documents & payment. Click here to order it securely:

  [Add to Cart]

- by Fedex & fax send exactly 48 hours (US $390) after reception of documents & payment. Click here to order it securely:

  [Add to Cart]

## For University Admissions & Licensing Agencies

Generally those institutions requires a **Diploma Equivalency + a Course per Course Evaluation**, which calculates  **Grades, GPA** (grade point average) **and credit hours.** Some Community Colleges requires only a Diploma equivalency: see above (Immigration first paragraph), **Documents requested**: Copies of degree(s)  and transcripts + translation if not in English or French.

**Those prices are valid for up to 4 years of studies** for the additional  years please order it separately at the bottom of the page.

- Regular mail **send exactly 3 weeks**  (US $190) after reception of documents & payment. Click here to order it securely

http://www.auap.com/evalorder.html

[Add to Cart]

- by FedEx send exactly one week (US $290) after reception of documents & payment. Click here to order it securely

  [Add to Cart]

- by Fedex & fax send exactly 48 hours (US $390) after reception of documents & payment. Click here to order it securely

  [Add to Cart]

## For Employment

You certainly know which of the above evaluations will suit you but generally, a simple Diploma equivalency identical to the H1B visa (First paragraph) is sufficient.

**Additional year of Course per Course Evaluation ($30 per year) click here**

[Add to Cart]

**Extra Signed Duplicate $10**

[Add to Cart]

[View Cart]

*In case of doubt please contact us by email: eval@auap.com or Telephone: (1) 814 880 47 38 or fax (1) 941 349 4370 in the USA from ) 8 H to @1 H EST (New York Time)*

**Home**

http://www.auap.com/evalorder.html