IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS, 1 Dupont Circle, Suite 520 Washington, DC 20036  Plaintiff,  v.  AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. 5053 Ocean Blvd., Suite 19 Sarasota, FL 34242  and  Jean-Noel Prade 4619 Higel Avenue Sarasota, FL 34242  Defendants. | Civil Action No. _____ |

## RULE 65.1 CERTIFICATION

Pursuant to Local Rule 65.1, Counsel for plaintiff American Association of Collegiate Registrars and Admissions Officers ("AACRAO") served defendants with a copy of this Motion for a Temporary Restraining Order and the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction with exhibits, and the Proposed Temporary Restraining Order via overnight mail service on Monday, January 23, 2006. Courtesy copies of the civil cover sheet and complaint were sent to defendants via overnight mail service on Tuesday, January 24, 2006. Both defendants will be served with the summons and complaint upon issuance of the summons by the court.

1

The Court should take notice that the defendants reside in Florida. In an effort to expedite the Court's efforts to schedule a hearing: the phone number of defendant Jean-Noel Prade is believed to be (941) 346-2008, the phone number of Gregory C. Yardley, the registered agent for defendant American Universities Admissions Program, Inc. is believed to be (813) 229-7600, and the phone number of defendant American Universities Admissions Program, Inc. is believed to be (941) 346-1427.

Date: January 25, 2006

Respectfully submitted,

*/s/ Christopher P. Murphy*

Christopher P. Murphy
D.C. Bar # 447130
John K. Hsu
D.C. Bar # 474245
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-857-6000
Facsimile: 202-857-6395

**ATTORNEY FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

I, John K. Hsu, certify that a true and correct copy of the foregoing Rule 65.1 Certification was served this January 25, 2006 via overnight mail service on the following:

> Gregory C. Yardley
> Registered Agent for Defendant AUAP
> Shumaker, Loop & Kendrick, LLP
> 101 East Kennedy Boulevard
> Suite 2800
> Tampa, Florida 33602
>
> Jean-Noel Prade
> American Universities Admission Program, Inc.
> 5053 Ocean Boulevard, Suite 19
> Sarasota, Florida 34242
>
> Jean-Noel Prade
> 4619 Higel Avenue
> Sarasota, Florida 34242

John K. Hsu