AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

American Association of Collegiate
Registrars and Admissions Officers

V.

American Universities Admissions
Programs, Inc. and Jean-Noel Prade

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00137

JUDGE: Ellen Segal Huvelle

CASE DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 01/25/2006

TO: (Name and address of Defendant)

American Universities Admissions Program, Inc.
Serve: Registered Agent Gregory C. Yardley
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard Suite 2800
Tampa, Florida 33602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher P. Murphy
Arent Fox PLLC
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 2 5 2006
_____     _____
CLERK                                DATE

_/s/ Maureen Higgins_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ * | DATE 1/26/06 @ 11:45 am |
| NAME OF SERVER (PRINT) Sean Segel | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  By serving Judy Jaggie, Assistant, authorized to accept. Service was completed at 101 E. Kenned Boulevard, Suite 2800, Tampa, FL 33602.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-27-06
         Date       Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050
         Address of Server

\* Attachments 1-10 & A-H, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.