UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN ASSOCIATION OF COLLEGIATE  :
REGISTRARS AND ADMISSIONS OFFICERS, :
                                              :
        **Plaintiff,**                    :
                                              :
        v.                            :     Civil Action No.  06-0137
                                              :              (ESH)
AMERICAN UNIVERSITIES ADMISSION    :
  PROGRAM, INC.,                       :
                                              :
        **Defendant.**                   :
_____:

## ORDER

Based on the conference call held this date, defendant is to file an opposition to the Motion for Preliminary Injunction on or before February 13, 2006, and plaintiff may file a reply on or before February 21, 2006.  A preliminary injunction hearing is set for February 28, 2006 at 10:00 a.m. in Courtroom No. 18.

                                                                                              s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date:   January 31, 2006