IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et al.,<br><br>    Defendants. | Civil Action 06-0137 (ESH) |

### PLAINTIFF AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS' STATEMENT CONCERNING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff American Association of Collegiate Registrars and Admissions Officers ("AACRAO") respectfully submits this statement to keep the Court fully informed of the developments of this litigation and to request that this Court grant its motion for preliminary injunction.

On January 26, 2006, AACRAO served Defendant American Universities Admission Program Inc. ("AUAP") through its registered agent, Mr. Gregory Yadley, who is an attorney at Shumaker, Loop & Kendrick. On January 31, 2006, the Court held a conference with attorneys of AACRAO and Mr. Clarence de la Faide, the purported in-house counsel of AUAP. Mr. Faide, however, does not purport to be an officer of AUAP nor an attorney able to practice before this Court. During the conference, the Court set February 13, 2006, as the date for AUAP's opposition to AACRAO's motion for preliminary injunction and specifically stated that AUAP would need to be represented by an attorney in this case. As of this date, AUAP has failed to file any opposition to

1

AACRAO's motion. AUAP further failed to file an answer to the complaint which was due on or before February 15, 2006.

On February 9, 2006, AACRAO, through its counsel John K. Hsu, received a facsimile claiming that Defendant Jean-Noel Prade ("Prade") is injured and thus unable recruit an attorney to represent AUAP for at least fifteen days from the date of the facsimile. A true and correct copy of the facsimile transmission is attached hereto as Exhibit 1. AACRAO cannot address the veracity of the statements contained in the facsimile.

AACRAO respectfully requests this Court grant its motion for preliminary injunctive relief and that it not be prejudiced by AUAP's failure to defend itself including its lack of seeking counsel. The purported injury to Prade occurred a week after the January 31, 2006, conference with the Court, and the facsimile does not ask AACRAO for an extension of time for AUAP to file its opposition. Furthermore, Prade is not the only person that could act for AUAP. Upon information and belief, Elizabeth Prade is a principal of AUAP and could secure counsel for AUAP.

On or about February 10, 2006, Thomas M. Wood, an attorney at Shumaker, Loop & Kendrick, LLP, spoke with counsel for AACRAO and repeated that they do not represent AUAP or Prade in this case. However, Mr. Wood acknowledged that he had received the facsimile transmission regarding Prade's purported injury. This demonstrates that Prade has continued to be in correspondence with attorneys that could represent AUAP in this matter but has apparently chosen not to engage their services.

Accordingly, AACRAO respectfully requests that this Court grant its motion for preliminary injunctive relief as outlined in the proposed order submitted with AACRAO's motion.

Date: February 16, 2006                                    Respectfully submitted,

_____/s/_____
Christopher P. Murphy
D.C. Bar # 447130
John K. Hsu
D.C. Bar # 474245
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-857-6000
Facsimile: 202-857-6395

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I, John K. Hsu, do hereby certify this 16th day of February 2006, that I served a copy of Plaintiff American Association of Collegiate Registrars and Admissions Officers' Statement Concerning Plaintiff's Motion for Preliminary Injunction via first class mail upon:

    Gregory C. Yadley
    Registered Agent for Defendant AUAP
    Shumaker, Loop and Kendrick, LLP
    101 East Kennedy Boulevard
    Suite 2800
    Tampa, Florida 33602

    Jean-Noel Prade
    American Universities Admission Program, Inc.
    5053 Ocean Boulevard, Suite 19
    Sarasota, Florida 34242

    Jean-Noel Prade
    4619 Higel Avenue
    Sarasota, Florida 34242

    /s/
John K. Hsu