# Exhibit 1

# FAX

**TO:** John K. Hsu

**COMPANY:** ARENT FOX PLLC

**FROM:** Arnaud Prade

**FAX NO:** 00 1 202 857 6395

**TELEPHONE NUMBER:** 00 1 202 857 6000

**NO. OF PAGES (INCLUDING THIS PAGE):** 2

---

Case Name: AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND
ADMISSIONS OFFICERS v. AMERICAN UNIVERISTIES ADMISSION
PROGRAM INC.

Case Number: 1:06-cv-137

Dear Attorney Hsu,

My Father Jean-Noel Prade, Chairman of American Universities Admission Program (AUAP), has just been seriously injured on yesterday (Wednesday February 8th), during his preparation of the next winter Olympic games in Italy. He broke four (4) vertebras and two (2) ribs. He is now under heavy sedation and is waiting for a transport by helicopter for a back surgery at the Zurich University Hospital.

Just before that incident, he was in the process of recruiting an attorney to represent AUAP but he will not be able to do it for at least fifteen (15) days. I would like to underline that Mr. Prade is the CEO and soul owner of AUAP and as a consequence the only one empowered to choose an attorney.

I am deeply sorry for the inconvenience and hope that you will not take advantage of this terrible situation.

Respectfully,

ARNAUD PRADE

P.S.: Please find attached a certificate issued by the "Spital Oberengadin" (official name of the Samedan Hospital) stating that the hospital patient Prade is restrained from any professional activity until the 12/03/2006 (March 12th 2006).

SPITAL OBERENGADIN · OSPIDEL ENGIADIN'OTA

**Chirurgische Abteilung**
Chefarzt: Prof. Dr. med. H.P. Simmen
Co-Chefarzt: Dr. med. M. Famos
Leitender Arzt: Dr. med. N. Biasca
Tel.: +41 81 851 81 11
Fax: +41 81 851 85 18

Samedan, 09.02.2006

# Arztzeugnis

**Herr Prade Jean Noel, geb. 12.12.1946, 4619 Higel Avenieu, 34242 Sarasota (Florida**

Obengenannter Patient ist wegen Unfall vom 08.02.2006 bis zum 12.03.2006 zu 100%
arbeitsunfähig.

SPITAL OBERENGADIN
Chirurgische Abteilung
Andreas Bürkner
Assistenzarzt