**TAB C**

# KUTAK ROCK LLP

**SUITE 3100**
**1801 CALIFORNIA STREET**
**DENVER, COLORADO 80202-2626**

**303-297-2400**
**FACSIMILE 303-292-7799**

**www.kutakrock.com**

ATLANTA
CHICAGO
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LINCOLN
LITTLE ROCK
OKLAHOMA CITY
OMAHA
PASADENA
RICHMOND
SCOTTSDALE
WASHINGTON

CRAIG N. JOHNSON
craig.johnson@kutakrock.com
(303) 292-7723

October 14, 2003

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Dr. J. N. Prade, Chairman
American Universities Administration Program (AUAP)
5053 Ocean Boulevard
Sarasota, Florida 34242

      Re:     Demand Regarding Unauthorized Use of AACRAO Name and Mark

Dear Dr. Prade:

      This firm represents the American Association of College Registrars and Admissions Officers ("AACRAO") which is the owner of the federally registered service mark AACRAO 1910®, on the Principal Register, registration no. 2,081,476. We understand that AUAP d/b/a AUAP Credential Evaluation Services is a non-voting corporate partner of AACRAO.

      It has come to the attention of AACRAO that AUAP has created a logo consisting of the words "American Association of Collegiate Registrars and Admissions Officers, AACRAO-MEMBER" and that AUAP has been affixing this logo to educational evaluation reports, promotional materials and other documents circulated by AUAP to its clients and the public. Moreover, AACRAO has learned that AUAP states in bold print "member of AACRAO" at the top of letterhead and other documents describing AUAP's services. Copies of AUAP documents using this logo and language are enclosed herewith.

      While AUAP is a non-voting corporate partner of AACRAO, AACRAO does not now, nor has it ever, approved or endorsed any goods or services of AUAP. The use of this logo and/or the words "AACRAO Member" on AUAP's evaluation reports, promotional materials and other documents falsely suggests that the goods and/or services provided by AUAP are approved by or otherwise endorsed by AACRAO. Moreover, the logo developed by AUAP incorporating the words "American Association of Collegiate Registrars and Admissions Officers" to signify its membership in AACRAO is a counterfeit mark that is not sanctioned or approved by AACRAO.

02-156794.1/1

**KUTAK ROCK LLP**

Dr. J. N. Prade, Chairman
October 14, 2003
Page 2

AUAP's use of the counterfeit mark and AACRAO name constitutes a violation of AUAP's corporate partner membership agreement with AACRAO, as well as AACRAO's policies prohibiting the use of the AACRAO name or marks without the written consent of the board of directors or executive director. Specifically, in its application for membership as a non-voting corporate partner of AACRAO, AUAP expressly agreed as follows:

> By applying for or renewing membership in AACRAO, my organization agrees to comply with the Association's bylaws and all applicable policies, as they may be changed from time to time. As an authorized representative of the organization on whose behalf membership is being sought, I understand that depositing our membership dues payment does not constitute acceptance of membership, which may be reviewed to determine compliance with applicable criteria. *As a member, my organization understands that any use of the AACRAO logo requires the express written permission of the Association. My organization also agrees not to utilize its membership in AACRAO in a manner that may be reasonably construed to imply an endorsement by the Association.*

(emphasis added).

Further, AUAP's use of the counterfeit logo and unauthorized use AACRAO's names and marks constitute violations of Section 43 of the Federal Lanham Act, 15 U.S.C. § 1051, *et seq.*, which prohibits, among other things, the use of words or symbols that are "likely to cause confusion, or cause mistake, or to deceive as to the . . . origin, sponsorship, or approval of [a party's] goods, services or commercial activities by another."

AACRAO hereby demands that AUAP immediately cease and desist from (1) using the names "AACRAO" and/or "American Association of Collegiate Registrars and Admissions Officers," or any logo or mark incorporating such names or words, in any publication, document or communication with third parties, or (2) making any statement or representation, or engaging in any conduct suggesting the goods or services provided by AUAP are approved or endorsed by AACRAO in any way. AACRAO further demands that within ten (10) days of receipt of this letter, AUAP provide written assurances that it has complied with the demands of this letter, and that it will refrain from any such further conduct in the future.

We note that this is not the first time AACRAO has contacted you regarding unauthorized use of the AACRAO name and marks. Specifically, in 2001, demand was made on AUAP to cease and desist from any further use of the federally registered AACRAO 1910® mark on its publications and materials. AACRAO will not tolerate such infringement of its intellectual property rights. Accordingly, if AUAP refuses to comply with the demands set forth herein, AACRAO intends to immediately pursue its legal remedies including, but not limited to, the commencement of arbitration proceedings pursuant to the rules of the American Arbitration

02-156794.1/2

Dr. J. N. Prade, Chairman
October 14, 2003
Page 3


Association in Washington, D.C., as provided in AUAP's corporate partner membership agreement.

Your prompt attention to this matter is appreciated.

Very truly yours,

Craig N. Johnson

cc:    Mr. Barmak Nassirian

02-156794.1/3

# AUAP CREDENTIAL EVALUATION SERVICES

Suite 19, 5053 Ocean Blvd. Sarasota Fl 34242 USA
Tel; 941 346 14 27, Fax: 941 349 4370, eval@auap.com



American
Association
of
Collegiate
Registrars
and
Admissions
Officers
AACRAO
MEMBER

2/20/03

## Educational Evaluation Report
### Name: ▓▓▓▓▓▓▓▓

The following educational credentials were submitted for evaluation:

### 1. Credentials

**1.1) Diploma & Transcripts**

-Bachelor of Science in Animal Science from St. Regis University

**Notes**

[1] The author of this evaluation did lectures on that subject in more than 23 countries worldwide. He is a former Judge at the Paris court. He is a presenter on Diploma equivalencies at NAFSA conferences.

[2] The St. Regis University is a foreign distance learning university. One of the recommendations of the National Council on the valuation of foreign education credentials is that Foreign Government must accredit the university or institution. This institution is fully accredited by the Government of Liberia.

### 2. Equivalency

Bachelor of Science (BS) from a regionally accredited Institution of Higher Education of the United States of America

### 2. Course per course evaluation

| Field of Studies | Credits | Grade | Field of Studies | Credits | Grade |
|---|---|---|---|---|---|
| Natural Sciences | 3 | B+ | Freshman composition | 3 | D+ |
| Calculus | 3 | A | US History | 3 | B+ |
| Role of Excercise and Fitness on health | 3 | A | Natural Science II | 3 | A |
| Social & Behavioral Sciences | 3 | A | Numerical analysis | 3 | A |
| General Psychology  I | 3 | A | World literature II | 3 | B |
| | 3 | B | | 3 | A |

# AUAP Credential Evaluation Service

Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
tel: (1) 941 346 1427   fax: (1) 941 349 4370   E-mail:eval@auap.com

## Member of AACRAO, NAFSA, NAGAP & American Council on Education (ACE)

www.auap.com/eval.html

The Credential Evaluation Service (created in 199^) is an independent branch of AUAP, which evaluates the transcripts of foreign students. It offers the following services:

I General Evaluation of Educational Credentials  $70
II Course per course evaluation and Grade Average:  $120
+ Additional Rush fees
a) Within one day  (only available for I) $200
b) Within a week $100

Academic Evaluation services should be judged on three criteria: Quality of the Human resources, Techniques and Experience.

**AUAP human resources:** AUAP has an array of 35 of University Professors or Admissions officers disseminated worldwide. The major partners are:

Mrs. Kathy Nance Director of Admissions of the American University of Paris for 11 years, NAFSA, NACAC.

Dr. J.N. Prade Harvard Institute on College Admission'95, author of a published paper on foreign students at Harvard FAS, University of Paris II'76, former judge at the Paris court, Chevalier du Mérite National, NAS, CMA, PBB, AACRAO (American Association of Collegiate Registrars and Admissions Officers), NAFSA and is a founding Faculty of a US University. He is a presenter on evaluations at NAFSA conferences.

Prof. Gao Zhou Tenured professor at department of Physics of Peking university, member of the admission committee of Peking university, Master of Sciences - San Diego University.

Dr. Peter Storandt Director of Admissions Oklahoma City University Law School

Each other member of the team has experience in university admissions and has local and American university degrees.

**AUAP Techniques:** The members of the AUAP team are specialized by country or group of countries. They utilize the traditional tools such NAFSA, AACRAO Harvard and Columbia university grades equivalency table. They however have a dynamic approach that take into account the specificity and academic traditions of each country. (For example, in France an 11/20 in French language should be considered higher that the same grade in Mathematics)

**AUAP Experience:** AUAP has evaluated more than 1100 foreign students aiming at Undergraduate, Graduate and Post Graduate studies in the American System of Higher education: The transcripts evaluated were from Angola, Argentina, Australia, Austria, Belarus, Belgium, Bosnia-Herzegovina, Brazil, Cambodia, Canada, China, Colombia, Djibouti, Eritrea, Ethiopia, India, Italy, Israel, Korea, Japan, France, Germany, Guinée, Ethiopia, Hong Kong, India, Ireland, Italy, Japan, Kazakhstan, Madagascar, Mauritania, Mexico, Mongolia, Morocco, Nigeria, Pakistan, Peru, Poland, Romania, Russia, Senegal, Somalia, South Africa, Switzerland, Taiwan, Togo, U.K., Ukraine, Venezuela, Vietnam, etc. AUAP evaluation were accepted by the INS, Ivy league universities and more than 200 US institutions of higher education. Our experienced team follows strict ethical standards and is constantly updating its worldwide database of systems of Higher Education.

Our evaluations are strictly confidential (FERPA & Privacy Act of the United States) and are copyrighted