# TAB F



**Arent Fox**
ATTORNEYS AT LAW

**John K. Hsu**
202.857.6481 DIRECT
202.857.6395 FAX
hsu.john@arentfox.com

December 19, 2005

**VIA FACSIMILE
CONFIRMATION FEDEX**

Dr. J. N. Prade
Chairman of the Board
American Universities Admission Program ("AUAP")
   (also known as AUAP Credential Evaluation Services)
5053 Ocean Blvd., Suite 19
Sarasota, FL 34242

Dear Dr. Prade:

    As you have been informed in my November 3, 2005 letter, AUAP is not a member of the American Association of Collegiate Registrars and Admissions Officers ("AACRAO"). Consequently, we advised you to cease and desist from falsely representing that AUAP is affiliated with AACRAO including immediately removing from AUAP's website and on AUAP's correspondence or documents any statements or suggestions that AUAP is a member of or affiliated with AACRAO.

    You have chosen to ignore our letter and your legal obligations and instead have continued your unauthorized use of AACRAO's marks and your false representation of affiliation with AACRAO at the bottom of your website. *See* attached printout of AUAP's website. You are advised for the last time to immediately remove those marks from the bottom page of your website and cease the use of AACRAO's name from any of your correspondence or documents.

Sincerely,

John K. Hsu