# TAB 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS, 1 Dupont Circle, Suite 520 Washington, DC 20036 | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. _____ |
| AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. 5053 Ocean Blvd., Suite 19 Sarasota, FL 34242 | ) ) ) ) ) ) | |
| and | ) ) | |
| Jean-Noel Prade 4619 Higel Avenue Sarasota, FL 34242 | ) ) ) ) | |
| Defendants. | ) ) | |

### AFFIDAVIT OF DALE E. GOUGH IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Dale E. Gough, being duly sworn, do hereby depose and state as follows:

1.  I am over 21 years of age and have personal knowledge of the matters addressed in this Affidavit and of the facts alleged in the Complaint filed in the above-captioned case.

2.  AACRAO is a non-profit corporation organized in the District of Columbia and is the leading trade organization for the community of higher education admissions and registration professionals. AACRAO promotes the advancement of

1

postsecondary education and provides professional development, guidelines and voluntary standards used by higher education officials regarding the best practices in records management, admissions, enrollment management, administrative information technology and student services. AACRAO also provides evaluation of foreign academic credentials to universities in the United States so that the universities may determine the legitimacy of the foreign academic credentials.

3. I have been employed at AACRAO since 1991 and serve as the Director of International Education Services. In my duties as Director, I have either drafted or reviewed over 50,000 evaluations of foreign academic credentials.

4. Before I joined AACRAO, I served as the Director of International Admissions at the University of Maryland. In my duties as Director, I reviewed the evaluation of over 20,000 foreign academic credentials per year.

5. I have been able to review evaluations produced from American Universities Admission Program, Inc. ("AUAP"). From my extensive experience in evaluating and reviewing evaluations of foreign academic credentials, I have found that the evaluations from AUAP that I have reviewed are factually incomplete, contain discrepancies, and are generally carelessly produced.

6. For example, on or about September 28, 2005, AACRAO received an evaluation written by AUAP of a foreign candidate's academic credentials from the Ivory Coast. A true and correct copy of the evaluation AACRAO received (with the name of the candidate evaluated redacted) is attached at Exhibit A. The evaluation has a discrepancy concerning the equivalency of the foreign academic credentials evaluated. On the first page of the evaluation, AUAP states that the candidate has the equivalent of a

Bachelor of Business Administration, but on the second page AUAP states that the candidate has the equivalent of an Associate degree in Business Administration, plus the successful completion of an extra year of high-level undergraduate studies. The evaluation also incorrectly states on the second page that the evaluation "follows the recommendations of the National Council on the Evaluation of Foreign Educational Credentials." The National Council, however, has never approved any placement recommendations for the Ivory Coast.

7. On or about January 3, 2006, AACRAO received an evaluation written by AUAP which appeared to be not thoroughly prepared. A true and correct copy of the evaluation AACRAO received (with the name of the candidate evaluated redacted) is attached at Exhibit B. On its evaluation, AUAP made clear statements as to the validity of the candidate's foreign academic credentials. Upon further review of the candidate's claimed foreign credentials, AACRAO concluded that discrepancies and inconsistencies existed with the credentials and that further documentation was needed.

8. This affidavit is made in support of plaintiff's motion for a temporary restraining order to enjoin defendants from further trademark infringement and unfair competition in accordance with the request contained in plaintiff's complaint previously filed in the above-entitled action.

9. I have read the foregoing affidavit and swear and affirm that it is true and correct to the best of my personal knowledge.

_____
Dale E. Gough

Sworn to before this 23 day of January, 2006

_____
Notary Public

My commission expires _____

BEATRICE WALLACE
Notary Public, District of Columbia
My Commission Expires November 14, 2010