IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS,<br>1 Dupont Circle, Suite 520<br>Washington, DC 20036<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC.<br>5053 Ocean Blvd., Suite 19<br>Sarasota, FL 34242<br><br>and<br><br>Jean-Noel Prade<br>4619 Higel Avenue<br>Sarasota, FL 34242<br><br>Defendants. | Civil Action No. 06-0137 |

## PROPOSED ORDER

This cause came on for consideration on Plaintiff, American Association of Collegiate Registrars and Admissions Officers' ("AACRAO") Motion for a Preliminary Injunction and upon consideration of same, it is hereby ORDERED and ADJUDGED that:

(I)   Defendants, their officers, agents, employees, servants, privies, successors and assigns, attorneys and representatives, and all persons and organizations in active participation and combination with them, are enjoined from

(a)   using any of AACRAO's trademarks including AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS

1

2

and AACRAO or any other name or mark confusingly similar thereto or using any counterfeit or colorable imitation thereof, or using the name or mark alone or in combination with other words, names, styles, titles or marks in connection with the rendering or the advertising or promotion of related goods or services including (A) on AUAP's website located at the URL www.auap.com; (B) on presentation materials; (C) on evaluation documents; and (D) on business letterhead or facsimile cover sheets; and

    (b)    falsely representing that defendants have any affiliation with AACRAO including being a member or a reciprocal member of AACRAO or otherwise engaging in deceptive acts and practices in the conduct of their business.

    (II)    Defendants are ordered to identify in writing within five (5) days of entry of this Order, and to produce immediately all documents in their possession identifying all parties sent promotional materials or evaluations bearing any mark of AACRAO or falsely advertising their affiliation with AACRAO.

Done this _____

_____