IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE )<br>   REGISTRARS AND ADMISSIONS )<br>   OFFICERS, )<br>1 Dupont Circle, Suite 520 )<br>Washington, DC 20036 )<br>   )<br>      Plaintiff, )<br>   )<br>      v. )<br>   )<br>AMERICAN UNIVERSITIES ADMISSION )<br>   PROGRAM, INC. )<br>5053 Ocean Blvd., Suite 19 )<br>Sarasota, FL 34242 )<br>   )<br>      and )<br>   )<br>Jean-Noel Prade )<br>4619 Higel Avenue )<br>Sarasota, FL 34242 )<br>   )<br>      Defendants. )<br>_____ ) | Civil Action No. 06-0137 |

## NOTICE OF FILING OF CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that attached herewith is a Certificate of Service for the foregoing Motion for Preliminary Injunction, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction, and the Proposed Order.

1

Date: March 14, 2006                                    Respectfully submitted,

*[signature]*

Christopher P. Murphy
D.C. Bar # 447130
John K. Hsu
D.C. Bar # 474245
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-857-6000
Facsimile: 202-857-6395

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, Sarah L. Clarke, certify that a true and correct copy of the foregoing Motion for Preliminary Injunction, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction, and the Proposed Order was served this March 14, 2006 via Federal Express on the following:

>Gregory C. Yadley
>Registered Agent for Defendant AUAP
>Shumaker, Loop & Kendrick, LLP
>101 East Kennedy Boulevard
>Suite 2800
>Tampa, Florida 33602
>
>Jean-Noel Prade
>American Universities Admission Program, Inc.
>5053 Ocean Boulevard, Suite 19
>Sarasota, Florida 34242
>
>Jean-Noel Prade
>4619 Higel Avenue
>Sarasota, Florida 34242

*Sarah L. Clarke* (signature)
Sarah L. Clarke