**TAB 1**

  **AMERICAN UNIVERSITIES ADMISSION PROGRAM** 

Programs  Services  Contact  FAQ  Register  Home

◂ **Back**    ▴ **Home**

# Questionnaire

## Coaching and Consulting Program

In order to provide you the best efficient counseling for your future studies, we ask you to fill carefully this questionnaire.

Your responses will be kept confidential and your addresses will not be disseminated to any other parties.

With your Coaching and Counseling service from AUAP you will benefit from the help of experienced life development coaches and professional guidance counselors. The first month you will have two psychometric tests, MBTI® and Strong Interest and Skills Confidence inventories ®, administered + 2 hours of consulting by guidance counselors through conference calls. You may stop this monthly program at any time with no penalty.

### PLEASE TELL US ABOUT YOURSELF

Preferred Entry Session: [ ]

Last Name: [ ]
First Name: [ ]
Date of Birth: [ ] dd/mm/yyyy
Nationality: [ ]
Gender: ○ Female  ○ Male
Address: [ ]
City: [ ]
Postal code: [ ]
Country: [Afghanistan ▼]
Phone: [ ]
Fax: [ ]
E-Mail: [ ]
*Required*

| Field | Value |
|---|---|
| **Current School or University:** | |
| Current year of study: | |
| School/University Name and Address: | |
| School/University Telephone: | |
| School/University Fax: | |
| **High School Students** specify the curriculum you are following  **University Students** list the courses you are taking (This year) | |
| **Father's** name and occupation: Diploma, University: | |
| **Mother's** name and occupation: Diploma, University: | |
| Age and name of the other children in your family | |
| Have you had contact with any graduate of an American college or university? | ○ Yes  ○ No |
| **If yes**, give us his/her name and address: | |
| For Foreign Students: Are there any American citizens in your family? | ○ Yes  ○ No |
| **If yes**, give us his/her name and address: | |

How did you learn about AUAP? [                    ]

Name of AUAP Representative(s) who have contacted you: [                    ]

ADDITIONAL COMMENTS [                    ]

### YOUR PERSONAL PREFERENCES

Please mark with Unacceptable, Acceptable or Desirable what best expresses your taste. You may skip questions if desired.

# I. University / College

**Type**

Undergraduate (after secondary school) — Acceptable ☐

Graduate School Masters degree — Acceptable ☐

Graduate School Doctorate or Terminal degree (Ph.D., Ed.D., Psy.D.) — Acceptable ☐

| | | | |
|---|---|---|---|
| Public | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| Private (Harvard, MIT, etc.) | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| Religious | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| Coeducation (both sexes) | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| Single Sex | Unacceptable ○ | Acceptable ○ | Desirable ○ |

# II. University Environment

| | | | |
|---|---|---|---|
| A. Urban (large metropolitan area) | Unacceptable ○ | Acceptable ○ | Desirable ○ |

| | | | |
|---|---|---|---|
| B. City | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| C. Suburban (close to a city) | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| D. Rural (small town or far from a city) | Unacceptable ○ | Acceptable ○ | Desirable ○ |

## III. University Size

| | | | |
|---|---|---|---|
| A. Small (less than 1,500 students) | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| B. Mid size (1,501 - 4,000) | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| C. Large (4,001 - 10,000) | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| D. Very large (10,000+) | Unacceptable ○ | Acceptable ○ | Desirable ○ |

## IV. University Lodging

| | | | |
|---|---|---|---|
| A. On campus | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| B. Apartment, etc. off campus | Unacceptable ○ | Acceptable ○ | Desirable ○ |

## V. Yearly Budget

Include all costs - tuition, meals, lodging and all mandatory fees. Financial aid is sometimes available for international students. Indicate the maximum yearly amount available from your family.

- A. Less than $10,000/year ○
- B. $10,001 - $15,000 ○
- C. $15,001 - $20,000 ○
- D. $20,001+ ○

Total income of your parents last year:
[_____]

## VI. Preferred Location

| | | | |
|---|---|---|---|
| A. New England (Northeast) | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| B. Atlantic States | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| C. South | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| D. West | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| E. Northwest | Unacceptable ○ | Acceptable ○ | Desirable ○ |
| F. Midwest | Unacceptable ○ | Acceptable ○ | Desirable ○ |

## VII. Religious affinity *(if important)*

Religion [_____▼]

Other [_____] (Please specify if important to you)

I would like to be with students sharing the same religion:  ○ Yes  ○ No  ⊙ No Preference

## VIII. Sports

*Here is a list of sports common at American universities. Tell us which ones you already participate in at the competition or leisure level*

- ☐ American Football
- ☐ Archery
- ☐ Badminton
- ☐ Baseball
- ☐ Basketball
- ☐ Bowling
- ☐ Crew
- ☐ Cross Country Running
- ☐ Equestrian
- ☐ Fencing
- ☐ Field Hockey
- ☐ Golf
- ☐ Gymnastics
- ☐ Ice Hockey
- ☐ Lacrosse
- ☐ Riflery
- ☐ Rugby
- ☐ Sailing
- ☐ Skiing
- ☐ Soccer
- ☐ Softball
- ☐ Squash
- ☐ Swimming and Diving
- ☐ Table Tennis
- ☐ Tennis
- ☐ Track and Field
- ☐ Volleyball
- ☐ Water Polo
- ☐ Weight Lifting
- ☐ Wrestling

I compete in the following sport: [_____]

*(Specify the level as it may be important for undergraduate scholarship possibilities)*

I would like to practice the following sport for my leisure: [_____]

## IX. Activities

*American universites have abundant cultural and associative*

*activities. Please indicate your preference.*

- ☐ Choral
- ☐ Dance
- ☐ Debate
- ☐ Drama
- ☐ Fraternities
- ☐ Honor societies
- ☐ Magazine
- ☐ Newspaper
- ☐ Orchestra
- ☐ Political groups
- ☐ Radio / TV
- ☐ Religion
- ☐ Service clubs
- ☐ Student Govt.
- ☐ Yearbook

I would like to participate in the following activities: [         ]

## X. Future Career

Indicate your career goals in order of preference:
1.
2.
3.

## XI. Favored Majors or Graduate Degree

Degrees:
1.
2.

## XII. Favored University

Name of University: [         ]
Please let us know if you already have a university in mind.
(We will advise you if it is suitable)

## XIII. Extracurricular activities or work experience *(that is relevant to your application)*

Experience: [         ]

Please list your activities such as sports, community or civic involvement, art, leadership, elective post, clubs or societies. Also list all honors and diplomas you have received.

## XIV. Personal Essay *(Optional)*

Essay:



Write a brief essay about who you are, your personality and your career goals. This helps us to assess the best choices.

## XV. Tests

Tests: [            ]

Various tests are required as part of the admissions process to American universities. Have you taken, or are you registered to take, any American tests (i.e., TOEFL, SAT, SMAT, GRE, etc.)? If so, please list the test, test date and scores.

## XVI. Referral

Referrals:
1.
2.
3.

Please send us the names and addresses of three persons who may be interested in the services of AUAP. Thank you!

## XVII. Academic Profile



In order to match you to the best universities, we need to understand your academic performance. Please write about your transcripts/exam results and subjects or send us a copy my normal mail/post or write this out on a separate <u>email</u>. (All American universities will require official transcripts at time of application.) Please include subjects, rank in class, grades, specializations, etc.

**Subscription** Yes I want to subscribe to the C & C Program from AUAP;

* $399.00 per month.

I understand that I can quit at any time this program with no penalty. I will be debited a maximum of $399.00 per month.

**Payment**

Amount: [        ] US $

○ **Credit Card**

○ VISA  ○ MasterCard / EuroCard
○ American Express

For credit card payment:
Card holder: [                    ]
Card number: [                    ]
Expires: Month [    ] / Year [    ]

○ **Bank Draft in US Dollars**
*Payable to American Universities Admission Program (AUAP)*

[ RESET FORM ]

[ SUBMIT FORM ]

[ Programs - Services - Contact - FAQ - Register - Home ]              Back   Home

AUAP American Universities Admission Program
5053 Ocean Blvd., Suite 19 - Sarasota FL 34242 -USA
Tel: (1) 941 346 1427 - Fax (1) 941 349 43 70 - e-mail: auap@auap.com

© 1999, 2000, 2001 American Universities Admission Program