**TAB 6**

*202-296-*
*3359  Dale Gough*
*goughd@aacrao.org*

# AUAP CREDENTIAL EVALUATION SERVICES

Suite 19, 5053 Ocean Blvd. Sarasota Fl 34242 USA
Tel: 941 346 14 27, Fax: 941 349 4370, eval@auap.com
Since 1995

American Council on Education

American Association for Collegiate Registrars and Admissions Officers
**AACRAO MEMBER**


ACE member

NAFSA MEMBER

*AACRAO.org*
*- Intl'k*
*- 4th link Basic Statement*
*60 -*
*50 -*
*15 -*

*202-293-9161*

September 24, 2005

*foreign ed cred. svc*
*forms for institutions*

Educational Evaluation Report
Name: Abdou Thior

1.) **Credentials**

The following educational and experiential credentials from Cote d'Ivoire - Ivory Coast were submitted for evaluation:

1.1) **Diploma & Transcripts**

- Certificate de Maîtrise de Sciences de Gestion, option Finance from the university of Cocody-Abidjian dated 04/27/1992. Mention Assez Bien

- Transcripts of the above mentioned Studies.

- Translation of the above mentioned documents by Fleur Prade PhD candidate in French, teaching assistant at Pennsylvania State University, Master of Arts in French from Middlebury College, Bachelor of Arts (Honors) in French and Italian from the University of Delaware, Member of the American Translators Association (ATA) # 228778

2.) **Equivalency**

**Bachelor in Business Administration (BBA) Major in Finance "Cum Laude"**
**from a regionally accredited Institution of Higher Education of the United States of America**

Notes
[1] The Education of Côte d'Ivoire is very similar to the French one as it was of former French colony. The author, world specialist of French degrees equivalencies, graduated from Paris II, Sciences Pô (IEP) Paris, and Harvard (SICA). He was a Judge at the Paris Court. He is a National presenter on French degree equivalencies at NAFSA/National Association of International Educators and AACRAO/ American Association of College Registrars and Admissions Officers conventions. He is a member of AACRAO, NAFSA, NAGAP and the American Council on Education (ACE). His evaluations of foreign credentials are accepted into more than 450 US universities including the Ivy League institutions. He is a founding faculty at Yorktown University, where he teaches

©AUAP This evaluation is strictly confidential (FERPA & Privacy Act of the United States)
No copies allowed under any circumstances as per the copyright Laws of the United States of America

undergraduate courses. He published a graduate paper at Harvard University (FAS) on foreign diploma equivalencies. He is the chairman of two US companies created in 1981. He is also a retained equivalency evaluator, for the American Council of Education, of the United States Military Services Educational Programs. Therefore he satisfies the BCIS/USCIS requirement of "an official who has the authority to grant college-level credit at an accredited College or University".

²This evaluation follows the recommendations of the National Council on the Evaluation of Foreign Educational Credentials. This National council establishes standards for interpreting foreign educational credentials and provides guidance to US accredited institutions. It is the only inter-associational body in the United States specifically organized to perform this role. It is therefore our opinion that these French studies are equivalent to an Associate degree in Business Administration, plus the successful completion of an extra year of High-level undergraduate studies.

⁴We confirm that the collegiate training was therefore a post-secondary education, as the Baccalauréat, equivalent to a High School Degree in the USA, is a pre-requisite to enter this public accredited university.

Respectfully,

AUAP
Evaluation Service
ACE, AACRAO, NAFSA, NAGAP
member

Dr. J.N. Prade

Chairman, Harvard SICA'95 University of Paris II'73
Author on a published paper on International Students at Harvard FAS (97)
American Council on Education (ACE).
American Association of College Registrars and Admissions Officers/AACRAO.
NAFSA: Association of International Educators
NAGAP: National Association of Graduate Admissions Professionals
National Association of Scholars/NAS.
Founding Faculty at Yorktown University
Former Judge at the Paris Court, Chevalier du Mérite National (France), CMA, PBB
http://www.auap.com/lectures.html

*Absence of watermark may indicate alteration*

©AUAP This evaluation is strictly confidential (FERPA & Privacy Act of the United States)
No copies allowed under any circumstances as per the copyright Laws of the United States of America

# AUAP Credential Evaluation Service

Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
tel: (1) 941 346 1427  fax: (1) 941 349 4370  E-mail: eval@auap.com

**Member of AACRAO, NAFSA, NAGAP, AACES & American Council on Education (ACE)**

www.auap.com/eval.html

Since 1995

The Credential Evaluation Service is an independent branch of AUAP, which evaluates the transcripts of foreign students for admission into American universities since 1995. It also evaluates academic and experiential credentials for Immigration and federal Jobs purpose. AUAP Credential Evaluation Service is a member of the American Council on Education (ACE), AACRAO (American Association of College Registrars and Admissions Officers), NAGAP National Association of Graduate Admissions Professionals and NAFSA (National Association of International Educators).

Academic Evaluation services should be judged on three criteria: Quality of the Human resources, Techniques and Experience.

**AUAP human resources:** AUAP has an array of 35 of University Professors or Admissions officers disseminated worldwide. The major partners are:

Mrs. Kathy Nance Director of Admissions of the American University of Paris for 11 years, NAFSA, NACAC.

Dr. J.N. Prade Harvard Institute on College Admission'95, author of a published paper on foreign students at Harvard FAS, University of Paris II'76, former judge at the Paris court, Chevalier du Mérite National, NAS, CMA, PBB, AACRAO (American Association of Collegiate Registrars and Admissions Officers), NAFSA and is a founding Faculty of a US University. He is a presenter on evaluations at NAFSA conferences.

Prof. Gao Zhou Tenured professor at department of Physics of Peking university, member of the admission committee of Peking university, Master of Sciences - San Diego University.

Each other member of the team has experience in university admissions and has local and American university degrees.

**AUAP Techniques:** The members of the AUAP team are specialized by country or group of countries. They utilize the traditional tools such NAFSA, AACRAO Harvard and Columbia Universities grades equivalency table. They however have a dynamic approach that take into account the specificity and academic traditions of each country. (For example, in France an 11/20 in French language should be considered higher that the same grade in Mathematics)

**AUAP Experience:** AUAP has evaluated more than 2000 foreign students aiming at Undergraduate, Graduate and Post Graduate studies in the American System of Higher education: The transcripts evaluated were from Albania, Algeria, Andorra, Angola, Argentina, Armenia, Australia, Austria, Azerbaijan, Bangladesh, Baskhortostan, Belarus, Belgium, Bolivia, Bosnia-Herzegovina, Burma, Brazil, Bulgaria, Cambodia, Cameroon, Canada (all provinces including Québec), Caribbean States, Chile, China, Colombia, Congo (x2), Comoros, Costa Rica, Croatia, Cuba, Czech Republic, Denmark, Djibouti, Ecuador, Egypt, Eritrea, Ethiopia, Finland, France, Gabon, Georgia (ex USSR), Germany, Ghana, Greece, Guinea, Haiti, Hong Kong, Hungary, India, Indonesia, Iraq, Iran, Ireland, Israel, Italy, Ivory Coast, Jamaica, Japan, Kazakhstan, Korea, Kyrgyzstan, Latvia, Lebanon, Liberia, Liechtenstein, Lithuania, Luxemburg, Macao, Madagascar, Malaysia, Malawi, Mali, Mauritania, Mexico, Moldova, Mongolia, Morocco, Myanmar (ex Burma), Netherlands, Nigeria, Norway, Pakistan, Panama, Peru, Philippines, Poland, Portugal, Romania, Russia (all republics), Saudi Arabia, Senegal, Serbia, Singapore, Slovakia, Somalia, South Africa, Spain, former Soviet Union, Sri Lanka, Sweden, Switzerland, Syria, Taiwan, Tanzania, Thailand, Togo, Trinidad, Turkey, UAE, U.K., Ukraine, Uzbekistan, Vatican, Venezuela, Vietnam, Yemen, Yugoslavia, Zimbabwe, etc. AUAP evaluation were accepted by the INS/BCIS/USCIS, Ivy league universities and more than 450 US institutions of higher education. Our experienced team follows strict ethical standards and is constantly updating its worldwide database of systems of Higher Education.

*Our evaluations are strictly confidential (FERPA & Privacy Act of the United States) and are copyrighted*