IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action 06-0137 (ESH) ) ) ) ) ) ) |

NOTICE OF SERVICE

On March 15, 2006, Plaintiff American Association of Collegiate Registrars and Admissions Officers ("AACRAO") served, via Federal Express, a copy of Plaintiff's First Amended Complaint and Application for a Preliminary Injunction and a true and correct copy of all pleadings previously filed in this case, upon Defendant American Universities Admissions Program, Inc. by serving Registered Agent Gregory C. Yardley, Shumaker, Loop & Kendrick, LLP, 101 East Kennedy Boulevard, Suite 2800, Tampa, Florida 33602

Date: March 15, 2006

Respectfully submitted,

_____/s/_____
Christopher P. Murphy
D.C. Bar # 447130
John K. Hsu
D.C. Bar # 474245
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-857-6000
Facsimile: 202-857-6395
**ATTORNEYS FOR PLAINTIFF**