AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

American Association of Collegiate
Registrars and Admissions Officers

V.

American Universities Admissions
Programs, Inc. and Jean-Noel Prade

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00137

JUDGE: Ellen Segal Huvelle

CASE DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 01/25/2006

**A TRUE COPY**
Date:_____ Time:_____
By: MLZ / C031 - 12th Circuit ☐
STZ / 0204 - 12th Circuit ☐
KF / C206 - 12th Circuit ☐
AB / 0177 - 12th Circuit ☐
TL / 0259 - 12th Circuit ☐

TO: (Name and address of Defendant)

Jean-Noel Prade
4619 Higel Avenue
Sarasota, Florida 34242

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher P. Murphy
Arent Fox PLLC
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 25 2006
CLERK                                DATE

_/s/_ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | 4/4/06 @ 11:18 am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sean Segel | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Thomas W. Wood, Esquire, authorized to accept. Service was completed at 101 East Kennedy Boulevard, Suite 2800, Tampa, FL 33602.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-4-06
_____
Date    Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050
Address of Server

* Letter Dated April 3, 2006; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Attachments 1-10; and all additional pleadings filed in this case

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.