IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et. al.<br><br>    Defendants. | Civil Action No. 06-0137 |

## MOTION FOR ENTRY OF CONSENT JUDGMENT AND INJUNCTION

Plaintiff American Association of Collegiate Registrars and Admissions Officers ("AACRAO") and Defendants American Universities Admission Program, Inc. ("AUAP") and Jean-Noel Prade ("Prade"), having reached a settlement and having agreed to the entry of the accompanying Consent Judgment and Injunction, respectfully request this Court enter the accompanying Consent Judgment and Injunction as a final order. The parties have agreed that the Consent Judgment and Injunction may be entered on the motion of either party.

Respectfully submitted,

Dated: April 13, 2006

ARENT FOX PLLC

By _____
Christopher P. Murphy
D.C. Bar #447130
John K. Hsu
D.C. Bar #474245
1050 Connecticut Avenue NW
Washington, DC 20036
ATTORNEY FOR PLAINTIFF

1