IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et. al.<br><br>    Defendants. | Civil Action No. 06-0137 |

**STIPULATION OF DEFENDANTS AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. AND JEAN-NOEL PRADE**

Plaintiff, American Association of Collegiate Registrars and Admissions Officers' ("AACRAO") and Defendants American Universities Admission Program, Inc. ("AUAP") and Jean-Noel Prade ("Prade"), having reached a settlement without a trial of any issue of fact or law, stipulate to the following, subject to the Settlement Agreement executed between the parties:

    1.  AUAP and Prade admit that they are subject to the personal jurisdiction of this Court for all purposes related to the claims of this lawsuit and the final consent judgment and injunction to be entered therein.

    2.  AUAP and Prade admit that this Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121(a), 28 U.S.C. § 1331, 28 U.S.C. § 1338(a) and (b), and 28 U.S.C. § 1367.

    3.  AUAP and Prade admit that venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b) and (c).

4. AUAP and Prade admit that the AACRAO marks which include AACRAO, AACRAO 1910, and Design (Registration Number 2,081,476), AACRAO ENROLLMENT SERVICES (3,009,189), AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS and AACRAO EDGE (Federal Application Serial Numbers 78/769,480 and 76/612,526 respectively) are valid and distinctive.

5. As to all Counts of the Amended Complaint filed in this case, Defendants admit that they have willfully and falsely claimed affiliation with AACRAO and willfully made unauthorized use of the AACRAO marks in furtherance of such claims of affiliation.

6. As to Count I of the Amended Complaint; AUAP and Prade admit that they have violated 15 U.S.C. § 1114(1) by using AACRAO's federally registered marks in interstate commerce to deceive consumers as to Defendants' affiliation with AACRAO.

7. As to Count II of the Amended Complaint; AUAP and Prade admit that they have violated 15 U.S.C. § 1125(a)(1)(A) by using AACRAO's marks to falsely designate their products as affiliated with AACRAO and admit such false designation amounts to unfair competition.

8. As to Count III of the Amended Complaint; AUAP and Prade admit that they have violated 15 U.S.C. § 1125 (a)(1)(B) by falsely advertising that they are affiliated with AACRAO and that their products and services are affiliated with AACRAO.

9. As to Count IV of the Amended Complaint; AUAP and Prade admit that they have unfairly competed with AACRAO in violation of the common law of the District of Columbia.

10. AUAP and Prade consent to the entry of the Final Consent Judgment and Injunction to which this Stipulation is attached.

Dated: 4/12/2006

AMERICAN ASSOCIATION OF
COLLEGIATE REGISTRARS AND
ADMISSIONS OFFICERS

_____
Jerome H. Sullivan
Executive Director
1 Dupont Circle, Suite 520
Washington, DC 20036

Sworn To Before Me This 12 day of
April, 2006

_____
BEATRICE WALLACE
Notary Public, District of Columbia
My Commission Expires November 14, 2010

Dated: 4/7/06

AMERICAN UNIVERSITIES
ADMISSION PROGRAM, INC.

_____
Dr. Jean-Noel Prade
President
5053 Ocean Blvd., Suite 19
Sarasota, FL 34242
Telephone: 941 346-1427
Facsimile: 941 349-4370

Sworn To Before Me This ___ day of
APRIL, 2006

_____
JEAN-NOEL PRADE

Sworn To Before Me This 7 day of
APRIL, 2006

_____

3