**Exhibit A**

[Date]

AUAP Customer
[address]

Re:  <u>False Designation of Affiliation Between the American Universities Admission Program, Inc. and American Association of Collegiate Registrars and Admissions Officers</u>

Dear Sir or Madam:

      You are receiving this letter because you recently purchased or received a copy of a report from the American Universities Admission Program, Inc. ("AUAP"). Such report may have contained false representations regarding the relationship of AUAP to the American Association of Collegiate Registrars and Admissions Officers ("AACRAO"). In order to remedy any confusion as to the relationship of AUAP and AACRAO, please be advised that:

- AUAP has no relationship with AACRAO and is not a member of AACRAO nor affiliated with AACRAO in any way.

- AACRAO has never endorsed any AUAP product or service, and AACRAO has no involvement whatsoever with AUAP's products or services.

      If you have any questions regarding this letter you may contact me at AACRAO at (202) ___-____ or [email address].

Sincerely,