IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS, </br></br> Plaintiff, </br></br> v. </br></br> AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-0137 ) ) ) ) ) ) |

## NOTICE OF FILING OF CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that attached herewith is a Certificate of Service for the foregoing Motion For Entry Of Consent Judgment And Injunction; Final Consent Judgment And Injunction; Stipulation Of Defendants American Universities Admission Program, Inc. And Jean-Noel Prade; and Settlement Agreement And Stipulation with Exhibit A.

Date: April 13, 2006

Respectfully submitted,

_____/s/_____
Christopher P. Murphy
D.C. Bar # 447130
John K. Hsu
D.C. Bar # 474245
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-857-6000
Facsimile: 202-857-6395
**ATTORNEYS FOR PLAINTIFF**