## CERTIFICATE OF SERVICE

I, Sarah L. Clarke, certify that a true and correct copy of the foregoing Motion For Entry Of Consent Judgment And Injunction; Final Consent Judgment And Injunction; Stipulation Of Defendants American Universities Admission Program, Inc. And Jean-Noel Prade; and Settlement Agreement And Stipulation with Exhibit A was served this April 13, 2006 via U.S. First Class Mail to the following:

>    Gregory C. Yardley
>    Thomas W. Wood
>    Registered Agent for Defendant AUAP
>    Shumaker, Loop & Kendrick, LLP
>    101 East Kennedy Boulvard
>    Suite 2800
>    Tampa, Florida 33602

                                          /s/
                                    ─────────────────
                                    Sarah L. Clarke