## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS,    )<br><br>Plaintiff,    )<br><br>v.    )<br><br>AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et al.    )<br><br>Defendants.    ) | Civil Action No. 06-0137 |

## PROPOSED ORDER

On consideration of Plaintiff, American Association of Collegiate Registrars and Admissions Officers' ("AACRAO") Motion for Civil Contempt and Compensatory Relief and having found good cause for same, it is hereby ORDERED and ADJUDGED that:

1.      Defendants the American Universities Admissions Program, Inc. ("AUAP") and Jean-Noel Prade ("Prade") must remove, within three (3) days of entry of this order, any AACRAO marks (which include the marks AACRAO, AACRAO 1910, and Design (Registration Number 2,081,476), AACRAO ENROLLMENT SERVICES (Registration Number 3,009,189), AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS and AACRAO EDGE (Federal Application Serial Numbers 78/769,480 and 76/612,526 respectively)) (hereinafter "AACRAO marks") or marks that are confusingly similar to the AACRAO marks, from any internet webpage paid for, owned, operated, maintained, controlled, or supported by AUAP or Prade including but not limited to the webpage located at URL http://ww.auap.com/china1.html.

2.      Within five (5) days of entry of this order, defendants must send the name, address, phone number, and email address of any internet service provider, hosting company, server operator, or other person that maintains any internet webpage paid for, owned, operated, maintained, controlled, or supported by AUAP or Prade.  AACRAO may use this information to send a letter stating that defendants are under a Court Order that requires them to ensure that no AACRAO marks or marks that are confusingly similar to the AACRAO marks are used by defendants and to remove any such marks from defendants' webpages.

3.      Within ten (10) days of entry of this order, defendants must identify the individuals listed in Exhibit 5 of AACRAO's Memorandum in Support of the Motion for Civil Contempt and Compensatory Relief by last known business or home address or last known email address.

4.      Within ten (10) days of entry of this order, defendants must identify all academic, governmental, or corporate (both for profit and non-profit) institutions in the United States that received any documents prepared by defendants containing any AACRAO mark, marks that are confusingly similar to the AACRAO marks, or any reference to affiliation between defendants and ACCRAO.

5.      Within ten (10) days of entry of this order, defendants must provide one copy of all records referring or relating to the use of any AACRAO mark, marks that are confusingly similar to the AACRAO marks, or any reference to affiliation between defendants and AACRAO, including but not limited to any academic evaluations containing such mark, confusingly similar mark, or reference and any information concerning payment for academic evaluations containing such mark, confusingly similar mark, or reference.  Along with the copy of all records, defendants must certify that they have searched and provided all such records.

6.      Within ten (10) days of entry of this order, defendants must present for inspection any computer hard drive used in connection with any document referring or relating to the use of any AACRAO mark, marks that are confusingly similar to the AACRAO marks, or any reference to affiliation between defendants and AACRAO.  Along with the presentation, defendants must certify that they have no computer hard drive, other than the ones presented, used in connection with any document referring or relating to the use of any AACRAO mark, marks that are confusingly similar to the AACRAO marks, or any reference to affiliation between defendants and AACRAO.  AACRAO may retain such computer hard drive(s) for a period of twenty-one (21) days, so that a copy of the hard drive may be made.

7.      Defendants are jointly and severally liable to AACRAO for all reasonable attorneys' fees and costs incurred by AACRAO for bringing its Motion for Civil Contempt and Compensatory Relief.  AACRAO will submit contemporaneous time records reflecting fees sought to this Court within thirty (30) days of the entry of this order so the Court may fix the amount of fees and costs due.


Judgment entered on _____


_____
Hon. Ellen Segal Huvelle
United States District Judge


LDR/176966.1                                      3