# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN ASSOCIATION OF COLLEGIATE )
REGISTRARS AND ADMISSIONS )
OFFICERS, )
                 )
        Plaintiff, )
                 )
        v. )    Civil Action No. 06-0137
                 )
AMERICAN UNIVERSITIES ADMISSION )
PROGRAM, INC. et. al. )
                 )
        Defendants. )
                 )

**FILED**

**APR 18 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FINAL CONSENT JUDGMENT AND INJUNCTION

Plaintiff American Association of Collegiate Registrars and Admissions Officers

("AACRAO") and defendants American Universities Admission Program, Inc.

("AUAP") and Jean-Noel Prade ("Prade"), having reached a settlement without a trial of

any issue of fact or law, as evidenced by the execution of the attached Settlement

Agreement and Stipulation, and having agreed to the entry of the attached stipulations

and the following order:

It is ORDERED, ADJUDGED and DECREED, as between the parties hereto, that

final judgment in favor of the plaintiff and against the defendants is hereby granted and

ordered entered as the judgment in this action as follows:

    1.      This Court has jurisdiction of the parties hereto and of the subject matter

hereof.

    2.      AACRAO is the owner of valid trademarks used in interstate commerce

which include the marks AACRAO, AACRAO 1910, and Design (Registration Number

2,081,476), AACRAO ENROLLMENT SERVICES (3,009,189), AMERICAN

1

ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS and AACRAO EDGE (Federal Application Serial Numbers 78/769,480 and 76/612,526 respectively) ("AACRAO marks").

3.    AUAP and Prade have violated 15 U.S.C. § 1114(1) by infringing the trademarks of AACRAO.

4.    AUAP and Prade have falsely designated their products as affiliated with AACRAO and engaged in unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A).

5.    AUAP and Prade have falsely advertised their product as affiliated with AACRAO in violation of 15 U.S.C. § 1125 (a)(1)(B).

6.    AUAP and Prade have unfairly competed with AACRAO in violation of the common law of the District of Columbia.

7.    As used herein "Defendants" includes Prade, AUAP and any and all of its successors, assigns, parents, subsidiaries, divisions, officers, directors, employees, agents, representatives, related or affiliated entities, any other person or organization acting on its behalf or in active participation and combination with it, any entity established by Prade, whether presently existing or may be established later, or any entity in which Prade is or becomes a principal, officer, or director.

8.    Defendants must immediately cease any and all use of any of the AACRAO marks or marks that are confusingly similar to the AACRAO marks, discontinue any reference to such marks, and cease any suggestion or claim of affiliation with AACRAO.

9.    Defendants are permanently enjoined from any and all use of any of the AACRAO marks or marks that are confusingly similar to the AACRAO marks, from

making any reference to such marks, or making any suggestion of claim of affiliation with AACRAO.

10.    Defendants must immediately remove all AACRAO marks or marks that are confusingly similar to the AACRAO marks and all suggestions or claims of affiliation with AACRAO from all publications and advertisements including, but not limited to, stationary, evaluations, and internet web pages under the control of Defendants.

11.    Defendants must immediately destroy or turnover to AACRAO all publications and advertisements, including, but not limited to, stationary, evaluations, and other written documents on which any of the AACRAO marks or marks that are confusingly similar to the AACRAO marks, or any other unauthorized reference to, or claimed affiliation with AACRAO was made.

12.    Defendant, AUAP, shall provide AACRAO with a list of all AUAP customers and clients for whom Defendants have prepared reports, including evaluations, containing any AACRAO mark or any reference to affiliation between AUAP and AACRAO according to the following schedule: for such documents prepared in 2005 and 2006, within fifteen days of the entry of this judgment; for all such documents prepared in any proceeding years, within forty-five days of the entry of this judgment. Additionally, Defendants will provide the names of any and all third party recipients of such documents according to the same schedule.

13.    Any information provided to AACRAO by Defendants as required under paragraph 11 will be treated as highly confidential and used only in connection with the remedial actions described within this Consent Judgment and Injunction as well as in the Settlement Agreement entered into between the parties, incorporated herein by reference.

3

Such information may also be used to enforce this Consent Judgment and Injunction or to otherwise resolve any dispute that arises between the parties.

14.   The issue with respect to damages, attorney fees, costs, and related relief having been otherwise determined by the parties, no further award is made with respect thereto.

15.   No accounting having been ordered, this judgment is made final.

AMERICAN ASSOCIATION OF
COLLEGIATE REGISTRARS &
ADMISSIONS OFFICERS

ARENT FOX PLLC

Christopher P. Murphy
D.C. Bar #447130
John K. Hsu
D.C. Bar # 474245
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile:  (202) 857-6395

Dated: _4/13/06_

AMERICAN UNIVERSITIES
ADMISSION PROGRAM, INC.

By:  Jean-Noel Prade
Title:  President

Sworn To Before Me This 7 day of
APRIL 2006

JEAN-NOEL PRADE

JEAN-NOEL PRADE

Sworn To Before Me This 7 day of
_____ 2006

Judgment entered on _4/13/06_

Hon. Ellen Segal Huvelle
United States District Judge

# EXHIBIT 2

*To. M. Wood Esq. To be Transmitted to AACRAO counsel by you. Thur.*

List of third party/~~mostly~~ that may has received a document of AUAP with the mention of AACRAO membership mention prior to Aug 2005:

1 Mongolian Technical University (CMUC founding university from 1995)

2.  Medical University of Mongolia (CMUC founding university from 1995)

3.  Agriculture University of Mongolia (CMUC founding university from 1995)

4.  Mongolian State Pedagogical University (CMUC founding university from 1995)

5.  University of Arts and Culture (CMUC founding university from 1995)

6.  The Institute of Finance and Economics(from 1995)

7.  Mongolian National University (from 1996)

8.  Police Academy (from 1996)

9.  Ulaanbaatar University (from 1996)

10. Otgontenger University (from 1996)

11. Ulaanbaatar College (from 1996)

12. Institute of Commerce and Industry (from 1997)

13. Mongolian Railway College (from 1997)

14. Mongolian Labor Institute (from 1997)

15. Orkhon Foreign Language Institute (from 1997)

16. Mongolian Military University (from 1998)

17. Academy of Management (from 1998)

18. University of Humanity (from 2000)

International Turkmen Turkish University

* Bago Degree College
* Bhamo Degree College



# Members

The Consortium of Mongolian Universities and Colleges (CMUC) was founded in 1995 by the initiative of five leading universities of Mongolia as a non-governmental and non-profit organization.  Currently, there are 18 member institutions at the CMUC namely:

1. Mongolian Technical University (CMUC founding university from 1995)
2. Medical University of Mongolia (CMUC founding university from 1995)
3. Agriculture University of Mongolia (CMUC founding university from 1995)
4. Mongolian State Pedagogical University (CMUC founding university from 1995)
5. University of Arts and Culture (CMUC founding university from 1995)
6. The Institute of Finance and Economics(from 1995)
7. Mongolian National University (from 1996)
8. Police Academy (from 1996)
9. Ulaanbaatar University (from 1996)
10. Otgontenger University (from 1996)
11. Ulaanbaatar College (from 1996)
12. Institute of Commerce and Industry (from 1997)
13. Mongolian Railway College (from 1997)
14. Mongolian Labor Institute (from 1997)
15. Orkhon Foreign Language Institute (from 1997)
16. Mongolian Military University (from 1998)
17. Academy of Management (from 1998)
18. University of Humanity (from 2000)

# The National University of Mo

**Founded:** 1942

**Degree Programs:** Diploma, Bachelor, Master, Doctor

# EXHIBIT 3



# Arent Fox
## ATTORNEYS AT LAW

**John K. Hsu**
202.857.6481 DIRECT
202.857.6395 FAX
hsu.john@arentfox.com
Reference Number
027393-00000

**VIA FACSIMILE**
**CONFIRMATION FEDEX**

November 3, 2005

Dr. J. N. Prade
Chairman of the Board
American Universities Admission Program
    (also known as AUAP Credential Evaluation Services "AUAP")
5053 Ocean Blvd., Suite 19
Sarasota, FL 34242

Dear Dr. Prade:

    We represent the American Association of Collegiate Registrars and Admissions Officers ("AACRAO"). AUAP did not renew its membership with AACRAO for 2005 – 2006 year. Accordingly, AUAP is now longer a member of AACRAO as of September 7, 2005.

    You are hereby advised to cease and desist from falsely representing that AUAP is affiliated with AACRAO. To that end, AUAP must immediately remove from its website and on AUAP's correspondence or documents any statements or suggestions that AUAP is a member of AACRAO, or affiliated with AACRAO in any way. Furthermore, you are to cease and desist immediately your unauthorized use of the marks "AACRAO' and "The American Association of Collegiate Registrars and Admissions Officers" from your website, correspondence or documents.

    If AUAP does not immediately remove AACRAO's name from its website, correspondence or documents, AACRAO will seek all available legal remedies to stop AUAP's unlawful activity.

Sincerely,

John K. Hsu

Arent Fox PLLC
1050 Connecticut Avenue, NW    Washington, DC 20036.5339    202.857.6000 PHN    202.857.6395 FAX    www.arentfox.com        WASHINGTON, DC    NEW YORK

# Arent Fox
## ATTORNEYS AT LAW

**John K. Hsu**
202.857.6481 DIRECT
202.857.6395 FAX
hsu.john@arentfox.com

December 19, 2005

**VIA FACSIMILE**
**CONFIRMATION FEDEX**

Dr. J. N. Prade
Chairman of the Board
American Universities Admission Program ("AUAP")
        (also known as AUAP Credential Evaluation Services)
5053 Ocean Blvd., Suite 19
Sarasota, FL 34242

Dear Dr. Prade:

        As you have been informed in my November 3, 2005 letter, AUAP is not a member of the American Association of Collegiate Registrars and Admissions Officers ("AACRAO"). Consequently, we advised you to cease and desist from falsely representing that AUAP is affiliated with AACRAO including immediately removing from AUAP's website and on AUAP's correspondence or documents any statements or suggestions that AUAP is a member of or affiliated with AACRAO.

        You have chosen to ignore our letter and your legal obligations and instead have continued your unauthorized use of AACRAO's marks and your false representation of affiliation with AACRAO at the bottom of your website. *See* attached printout of AUAP's website. You are advised for the last time to immediately remove those marks from the bottom page of your website and cease the use of AACRAO's name from any of your correspondence or documents.

                                Sincerely,

                                John K. Hsu

# EXHIBIT 4

**AUAP**
Suite 19 5053 Ocean Blvd.
Sarasota Fl 34242 USA


John K Hsu, esq.
Arent Fox
Attorney at Law
By fax as the office is closed until January 2006

Wednesday, December 21, 2005

Ref: Your fax dated December 19, 2005


Dear Attorney Hsu,

We are responding with calm and legal certitude to your fax dated Dec 19, 2005.

We cannot, until further legal demonstration, agree with your assumption that AUAP is not affiliated in "any way" with AACRAO.

According to the message from AACRAO and it's own website there are "reciprocal members of ACCRAO". Among them are the members EAIE. We are member of the EAIE, therefore we are a bona fide reciprocal member of AACRAO. We agree that we are no more a direct member of AACRAO but we have the quality of "Reciprocal member" thanks to our affiliation to the EAIE.

Please tell us on what base you think that the fact to clearly mention our status of reciprocal member of AACRAO through the EAIE is not correct.

Sincerely yours, wishing you a merry Christmas !


Dr. J.N. Prade

# EXHIBIT 5

To Attorney Wood

From AUAP Credential Evaluation Service
Clients 2005/2006. They may be some errors and omissions as we do not have a
centralized database but went back to our evaluations one by one.

didier saho
adekunle onibatedo
George Koukouras
delphine faysse
luiz carlos salomão
jose ondres aronzamendi
Nonhlonhla Jali
Maritza Corona
KEVIN NEZAT
DAVIS W CHENG
Xiaolon Zhong
TARIQ MAHMOOD
Zhi Wong
Huonqing Zhong
BOTEA CORNEL ION
Olutosin Idowu
Meropi Athonasiou
Florence Bryont
Niraj Tonk
Virender Goswami
James Parvizi
Cecile Roger
EMILIA DITEODORO
Christopher Parker
BHAVESH PATEL
Jorce Iyaregbe
Kayoko Kato
Vincenzo Cracchiolo
Adeline Fortin
John Robert Tomlinson
Bradford Moffat

Onthony W McGugon
Salvador Padilla
Bronislav Lujic
Faisal Aziz
merlin rauschert
sayeed mohammed abdul
Emmonuel Alliel
Christopher Parker
Martha Adu Boateng
ictoria Lizamu
Remigijus Bukelis
Elio Doncausse
Pinhas Tenenbaum
Onastasiya Semushka
Muhammad Usmon
Udeni Alwis
ROCIO SOLAR
Yuon Wong
Doniel Calero
Keiko Yoshimura
Milind Potdukhe
Abdou Thior
Dave Putnam
Maya Yonkova
Carroll Davis
lubomir ponagonov
Fong Hua
attila pallos
Guye Pennington
Scarmelita Smith
Jeon–Philippe Lecaille
Matt Cochron
Alexonder Yemeyonov
Mahesh Chavon Patil
Massimo ROSSI
J Sergio Alberto
Maheshwar Reddy

Judit Nagyne Agoston
xudong weng
LIBERT GAITON
hari kishore adluru
Harish Putta
Melissa Cruz
Vlad Olaru
Viorel Iliescu
Prashont Hawaldar
Guilherme Costa
Hiroki Sayama
Jitender Sen
lamine idjeraoui
Jitender Sen
Fubo liong
sreenu gullapalli
Lisa Borhoum
Beatrice Folquet
un Lam Ip
Michael Serisier
Vinay Kumar Kondhi
Raghavendra Karnam
Sadu Shetty
AUREL SULJOTI
Emonuel Liu
David Lim
Raghavendra karnam
Daojun Liu
Wafaa Al-jonabi
HUAIZHI YIN
Sujeet Jha
uon Fraga Barbero
Milosh Milosavljevic
Mike Rauch
Jane Mei
ilon abehassera
William A G McPhee

Marius Chioreon
ilon abehassera
Marionne Mershon
Robin Ketteler
Pascal Heus
Kimley Mulenza
upeng Ge
Gong-Ming Zou
Regine Mueller
Emonuel Liu
Jonathon Teper
TERENCE MCIVOR
Emilio Gonzalez
Gwenaelle Mary
Krishnendu Banerjee
Zena Ongesom
Masood Hashemi
Gurdev Singh
Kay DeVolder
Doniel Lunski
Irina Kusmartseva
George Tossa
Hacish Jaibusirio
ONDREW NICHOLS
david reed
Edward Kiener
Gary Bedion
Samuel TONGAMBO
Laura Zucca
christopher graham
Choval Wauss
Muhammad Khalid
Joseph George
Rubina Muzina
Marcia Niederauer
Irene Silas
Vikas Garud

Onees Pasha
Saeb Khoury
Mohamed M Jainudeen
stefonia cone
Gary Bedion
Michael Griffiths
Odjo F Patrick Fakambi
Jonet Forshaw
Valentina Echeveria Moron
mapathy Siddaramappa
joo-hyun yun
Aseem Rastogi
Mafu On
       SONTOSH KOTTAMASU
June Kim
Edward Kiener
Xiaoshuai Yong
ECATERINA HONKS
       Apollo Robbins
MARISOL BONGA
Colleen Miller
       Nonhlonhla Jali
ernesto riva
Tatyona Larina
Sunil Dhodhi
Muhammad Cheema
Jagonim
Zita Dillier
Elena Staudacher
Ashwin Kamath
Ponkaj Pondya
Hao Tong
Wael Alokeh
Erich Stocker
Rony Mendoza
Triston Bourgoignie
Hao Tong

Fabio Corradini
Hemachond Tadikonda
Yulius Liu
Suresh Vallabhoneni
SEFER AYDIN
Yu-Ching Hsu
vincenzo Puglia
Neneh K Tumba
Maria O Alvarez
Michael Lewin Jacus
Dimitros Rasholadis
Sesha Narahari
Onique Surgeon
Michael Homick
Pascal Heus
Ouma Hedara Ben Secaye
Setigno Romatmat
farnaz daryon
Kenneth Moody
Suresh Vallabhoneni
Jeffrey Barrow
Julius Ring
Terrence Doherty
uon Lai
Maria Creascova
FRED UMUNNAKWE
Faisal Beziz
Vishal Palikh
Ondre Von Wyk
BASHOK PILAWAT
Frederique Added
Babo natale
Mark Buthmon
Jong Min Lee
Mark Buthmon
Karl Von
R Steven Davidson

ADJA MANSORA DAHOUROU
PHILLIP PUNISON
Marika Scerbanovska
anne-marie aubert
Gul Thadani
Maria Creascova
Frederique Added Rosa
Stayka Galova
ELY AMAR
Ahobala Rao
R Dietrich Hauge
Mohiuddin Golam
Christiaan de Haseth
lei xu
Rohit Chhabra

Lyoubomir T Petkov
edna maria dias sandra mara dias
Haresh Jambusaria
Dmitry Vasiliev
ZAKIR N SYED
maxim SIGNAEVSKY
oel Anderson
Rajeshkannan Murugiah
Rakesh Patel
Paul Burrows
Emil Proynov
olga sarakhman
Valeriya Belyayeva
Ravi Chellaboina
Howard R Ledbetter
taline marcarian
Alvin Sanders
Irene Silas
Warren Fong
francois granger
Wei Wang

Bjoern Hoffmann
        Ina Klebba
Huaizhi Yin
Stefania Vitali
Jennifer Hong
Loris Baggetto
Andrey Ignatov
Cecilia Lee
Frederique Procyk
NATALIA GALLEGO MONTOYA
Marina Iljina
Cardwell C Nuckols
Mandeepak Grewal
Oleg Epelbaum
Suresh Vallabhaneni
Vijay Verma
Shin Hattori
RAMAESH RATHINAM
mouhamad kabbani
Chandrasekhar Yangalasetty
Ina Klebba
Bjoern Hoffmann
Claude PARRA
yunren bolortuya
Andrea B Filkins
Myat Aye
Samuel Akpabio
Lakshminarayana Chava
Judith Hart
Irene Jaeger-Stemmer
Mathieu Schneide
Roopa Kurthkoti
Kathryn Tate
Gilles Virone
Shengzhong Duan
Yvonne De Ridder
michiko muto

Sukumar Mitra
RONG HUANG
Romans Valajevs
Isabel Alonso Rguez
Changiz Rashidzadeh
Mrs B O' Sullivan
Charanjit Komal
PARAS MALVIYA
Cody House
        aniruddha sathe
Saeid Savarmand
Changiz Rashidzadeh
Gul Thadani
George Tossa
Theresa Schneider
aniruddha sathe
Tatiana Povali
MANOJ AGARWAL

ATTN ATTORNEY  WOOD PLEASE TRANSMIT TO
AACROA - THANKS_

Final list for AACRAO covering "ante" 2005.

yuhong tang
Tawa Raphael
Bhavani Prasasd Machineni
lilia forkhutdinova
Jacqueline Calsiman
Oleg Epelbaum
Nicoleta Magheor
Anuradha Kodali
maoz ezra
andre henri
Lia Meller
Emmanuel Adesina
Manuel de Denghy
Anuradha Kodali
        Linda Ruiz
Ananthorao Vijapurapu
        HENRY OH
HIROKI MIYAZAWA
Kenichi Yano
        Behroz Nazori
Bruce Morosco
Diana Giraldo
Dimitor Slavov
Robin Webb
Kouroche Hazeghi
Natalya Rozanova
Samera Syeda-Ludwig
Claire Nourry
chorles nichols
Jeppe Nymann Jensen
Michel Michaud
Babor Toriq
Morcos Roberto Lipori
Kouroche Hazeghi
Samson Shewalema
Linda Hiebert
regina gebeira
Bonnie L Greenbank
Charles Gomes
Neringa Glebaviciute
Jessica Schmidt
Balakrishna Kora
Ruben Igal
Myung Park

vigen allakhverdov
Raisa Shohin
regina gebeira
PARVEEN AGGARWAL
Samuel Cloud
OLGA LEUNG
sennia belgharbi
Glenn McKinley
Alexander Kukhtin
Anja Niebur
gheorghe barbu
Naveen Sequeira
Yaovi Severin Mahouho
Plamen Hristov
Ronald Diener
Catherine Doherty
Tor Kleiberg
Gigon Lee
Prasoon Singh
BIENVENU BITOO
Vikram Thadani
FESTA MAURIZIO SOLE
Simion Chiosea
george kappadakunnel
VK Nandela
karan jaisingh
Naseem Sewan
Robert Green
Elmira Cuapiaco
Dariusz Koniecki
Tina Chen
Abhijit Ghosh
Ravinder Gondi
David Scott
Viet Nguyen
SCARLETT EDER
Jing Meng
Carmine Russo
Todd Warmington
yonel Fellous
Hirohiko YAJIMA
Pollajak Verawetwatana
Sandra Rasini
Hesen Shire
Yinyee Liu
George Raynov

Prasan Sing
Rick Beardsley
Bogdan Piorkowski
John Goodrum
sashi dappili
Valery Dunaevsky
Nadine Seiler
Monica Chwee
Vorachoat Karunyasopon
Yang Meng
Fasseh Asfar
Kate Williamson
Carolyne Cesar
Barbara Wijatyk
William Rich
MARIA VERSTRAETE
Anatoliy Feygin
Sean OConnor
yaron gabel
Lisa Holder
Alla Shvarts
Yinsheng Hu
Brian Moynihan
Zhulin Yan
Silvia B de Ibarra
Frederique Procyk
John Watkins
pauline lapierre
Alexei Poliakov
Christian Meier
Justice Munyaradzi
Raju Surapuraju
Christian Meier
R Steven Davidson
Maurice Kavanagh
Naresh Thawani
Tetsuji Matsuo
Dalbir Singh
Ruthven Jackie
graciela daloisio
Beena Kumar
Ayham baba
Kate Davies
Alexander Kravchuk
duane watson
SandipKumar Shah

oichat josephine
Francois Graydon
Henry Kam
Gheorghe Zamfir
Edward Nemger
Lonnie J Gaines
linda hiebert
Christopher Edward Braddock
Lisa Bounds
George Mikhail
Jodi Bittie
salah qawi
bolortuya yunren
        Cecilia Lee
Fang Hua
Mark De ravin
Igor Polikarpov
Vincent Yu
adashi Mitsuo
Saly Leak
Shafiq Shabazz
Marc LaBella
Alcides Lopes
MICHAEL KELLY
josephine-diane tetga
Houman Homayoun
Victoria Manhatton
Gautam Sarkar

**From:** AUAP (Harvard) [eval@auap.com]
**Sent:** Monday, May 29, 2006 4:53 PM
**To:** Wood, Thomas M.
**Subject:** For ACCRAO

Dear att. Wood,

Please send to the AACRAO lawyer the following names that have been not mentioned in our previous list of person that may have receive a communication from us mentioning our AACRAO membership.

Genevieve Vinchi
Mona Chawla
mohamed bouras
Lyoubomir T Petkov
olga sarakhman
Jane Mei
Gwenaelle Mary
Francoise Gerard-Dinant
Sukumar Mitra
antony SERMENT
RONG HUANG
Fasduma djama
Regine Mueller
Krishnendu Banerjee
Romans Valajevs
Isabel Alonso Rguez
Charanjit Komal
JOSEPH DHASON
Richard Beldoch
Irene Silas
MICHELLE HUTCHINSON
Sukumar Mitra
S U DHARMADHIKARI
PARAS MALVIYA
Saeid Savarmand
Changiz Rashidzadeh
Gul Thadani
Theresa Schneider
George Tossa
aniruddha sathe
Tatiana Povali
Jairam Palamanda
NORIYOSHI NODA
MANOJ AGARWAL
Nadezda Debela
--
**Dr. J.N. Prade**
Chairman AUAP
Harvard SICA'96, U of Paris II'73, Former Judge
American Council on Education
AEA, NAFSA, NAGAP, PBB
Email: harvard@auap.com
Tel: (1) 941 346 1427

5/30/2006

Fax: (10 941 349-4370
Suite 19, 5053 Ocean Blvd.
Sarasota Fl 34242 USA
Please add the following contact name that we missed.

# EXHIBIT 6

## Hsu, John

| | |
|---|---|
| **From:** | Hsu, John |
| **Sent:** | Tuesday, May 16, 2006 3:53 PM |
| **To:** | 'Wood, Thomas M.' |
| **Cc:** | Murphy, Chris |
| **Subject:** | RE: AACRAO v. AUAP and Prade |
| **Attachments:** | Scanned_.pdf |

Mr. Wood,

I have conferred with AACRAO, and AUAP's response is not acceptable.  It is absurd to believe that AUAP has no information with regard to either its customers' addresses or the institutions that receive AUAP's evaluations.  To that end, attached are pages from AUAP's website in which AUAP lists specific institutions in which their customers have been accepted based allegedly in part on AUAP's evaluations.  Furthermore, AUAP would not know whether a student was accepted if AUAP has no contact with its customers once giving them an evaluation.  The website also contains unsolicited testimonials which are inconsistent with the representation that AUAP has no contact with its customers.

We find AUAP's disclosure to be insufficient, but we are open to further discuss these issues in an attempt to resolve them.

John


John K. Hsu, Ph.D.
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
202-857-6481
Fax: 202-857-6395
hsu.john@arentfox.com


**From:** Wood, Thomas M. [mailto:twood@slk-law.com]
**Sent:** Wednesday, May 10, 2006 9:11 AM
**To:** Hsu, John
**Cc:** Yadley, Gregory C.
**Subject:** AACRAO v. AUAP and Prade

Mr. Hsu:

I have conferred with our client regarding the possibility of supplying addresses for the names on the list previously provided, the identification of third-party recipients of any evaluations, and the removal/destruction of any materials using the AACRAO mark.

AUAP, essentially acting as a one person company, primarily relying on the internet for communications with customers, does not keep the addresses of its customers or the recipients of its evaluations.  AUAP just keep the evaluations on its computer system. Generally, its customers are one time customers who need an evaluation for immigration or other work related matters, and AUAP never hears from the customer again.  Given the type of one-time business it does, AUAP does not keep the addresses, but just the names of its customers.

As to third-party recipients of its evaluations, in most cases (perhaps 90% of the time)  AUAP simply supplies the evaluation to the customer who,, in turn, forwards it to his/her lawyer for immigration purposes, or his/her prospective employer, or directly to the universities with no involvement by AUAP.

In re-reviewing its files for 2005, AUAP found the following additional Institutions or third parties that received evaluations for 2005/2006:

> Maitre Jean Bernard
> Avocato Pietro Milani

AUAP advises that it has complied with the provisions of the Order requiring destruction of any materials employing the AACRAO mark, and removal of the mark from its website and documents.  As a professional courtesy, although not required by the Order or the Settlement Agreement, AUAP has provided  a draft of one of its evaluations which demonstrates that there is no reference to AACRAO (and that there is no address information on the evaluation).

I trust the foregoing is responsive to your inquiry.

**Thomas M. Wood**
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Bank of America Plaza, Suite 2800
Tampa, Florida 33602-5151
Telephone: (813) 229-7600
Direct Dial:  (813) 227-2271
Facsimile:    (813) 229-1660
Mobile:       (813) 784-9663
email: twood@slk-law.com
http://www.slk-law.com

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone at (813) 229-7600.

7/5/2006

# EXHIBIT 7



**John K. Hsu**
202.857.6481 DIRECT
202.857.6395 FAX
hsu.john@arentfox.com
**Reference Number**
**027393-00002**

June 12, 2006

**VIA FEDEX OVERNIGHT DELIVERY**
Thomas M. Wood
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Tampa, FL 33602

      Re: *AACRAO v. AUAAP, et al*, Case No. 06-01378 (ESH)

Dear Tom:

      I am writing to address AUAP's and Dr. Prade's continued lack of compliance with the Court's Order in the above referenced case. We have endeavored to resolve the issue of their lack of compliance with you, but they have not meaningfully addressed it. Similarly, we attempted to avoid this lawsuit by asking Dr. Prade in November and December of 2005 to stop using AACRAO's marks. Instead, Dr. Prade continued to use AACRAO's marks and maintained a frivolous position that he had an affirmative right to use them. AACRAO had no alternative but to protect its property rights through costly litigation, and unfortunately, AUAP and Dr. Prade are taking this same road by not resolving the below issues.

      First, your clients have not produced the names of all institutions that have received AUAP's evaluations. AUAP's website lists American educational institutes such as Harvard, Yale, Stanford, and Cornell in which AUAP's service aided the admission of a student. Moreover, my client became aware of AUAP's unlawful activity from United States institutions that received AUAP's evaluations, none of which have been named by your clients.

      Second, contrary to your assertion that the list of names provided by your clients complies with paragraph 12 of the Court's Order, the list does not meaningfully identify any particular customer or client for whom AUAP or Dr. Prade have prepared reports. For example, your clients list "Robin Webb" as one such person, but it would be impossible to narrow down with any specificity the particular Robin Webb that AUAP prepared a report. Furthermore, your clients' list does not even identify names of customers listed on AUAP's website.

Thomas Wood
June 12, 2006
Page 2


     Third, your clients continue to use AACRAO's marks on AUAP's website despite the Court's Order to immediately cease from such activity. *See* attached website printout. Your clients have not exercised reasonable diligence to ensure compliance with the Court's Order, and such lack of good faith shows your clients lack of seriousness in this matter.

     We expect your client to comply with the Court's order within ten (10) days of your receipt of this letter.

                    Sincerely,

                    John K. Hsu

LDR/175860.1



**AUAP Credential Evaluation Service, Suite 19, 5053 Ocean Blvd. Sarasota Fl 34242 USA**

*Tel: (1) 917 254 94 24 Fax: (1) 941 349 43 70 E-mail: eval@auap.com*

Page en français Pagine in italiano

**You may now order your Credential Evaluation on line through Paypal® Please click here**

**About AUAP Credential Evaluation Service:**
The **Credential Evaluation Service** is an independent branch of AUAP, **which evaluates the transcripts of foreign students** for admission into American universities since 1995. **It also evaluates academic and experiential credentials for Immigration purpose.** AUAP Credential Evaluation Service is a member of the **American Council on Education** (ACE), AACRAO (**American Association of College Registrars and Admissions Officers**), NAGAP **National Association of Graduate Admissions Professionals** and NAFSA (**National Association of International Educators**).

It offers the following services:
Fees: (Evaluation sent 3 weeks after reception)

**I General Evaluation of Educational Credentials-Diploma equivalency: USD $ 70**

**II Course per course Evaluation + GPA and Credits : USD $ 120 (could not be taken without I i.e Total=$190)**

**III Experiential Equivalency (= Professional Evaluation for H1B visa) : USD $120 (could not be taken without I i.e Total=$190)**

**Additional Rush fees** (all additional rush fees includes Fedex delivery in the US/Canada)
a) Within one day (only available for service # I) +$ 200
b) Within a week + $ 100
Extra copies: $10 per copy.
**Note:  All transcripts should be translated in English previously. We can translate transcripts at a cost of US$ 0.20 per word.**

Most American Universities, at the undergraduate, transfer or graduate levels, require an evaluation of foreign transcripts. It is the same for the US Boarding schools.  Moreover, a certified evaluation always enhances your chance of admission and/or financial aid as it brings certainty and seriousness to a candidacy. **Evaluation of Educational Credentials are mandatory for Immigration purpose** (H1B visa).

---

## From some of our satisfied clients

**Well Done !**

From a father of a student which had an "horrible" evaluation from another evaluator:

I just received an email from xxx University in Arizona informing me that they have accepted S--- for September 2004. The mail I received from the university give **credit to AUAP and to your goodself for having superior knowledge of the French system. I quote from the email the Dean** :

**"As for the evaluations by E__ and AUAP, I think that both agencies have reasonable and valid perspectives with neither viewpoint being ultimately compelling over the other. I did find it worth noting that the AUAP evaluator was highly knowledgeable regarding the Frenchsystem and made a passionate statement about some of the intangibles tha fall outside the lines of pure grade conversions....we accepted S---- for September 2004"**

A Email from from an Indian National: Benny K.
**"I am glad to inform you that based on your credential evaluation report, my petition for H1B has been approved. Thanks for your valuable service."**

**Students with AUAP course per course evaluations have been accepted at: Harvard, Yale, Cornell, Columbia, U.Penn, Berkeley, Stanford, Duke, Penn State, NYU, Georgetown, Kellogs-Northwestern, John Hopkins, U. of Michigan, Vanderbilt, UCLA, Middlebury, Notre Dame, UNC Chapel Hill, American U., Monterey, USF, Wake Forest, LSU, USC, Universities of Florida, U.Mass, Delaware U., Denver, San Diego, Case Western, George Washinton U, Pepperdine, LSU,Penn State U.** etc.

**Another  Referral**
To Whom It May Concern:

I would like to express my deep gratitude for a professional and personal service I got from Dr. J.N. Prade from the American Universities Admission Program Evaluation Service (AUAP). His evaluation for my credential and work experience was made promptly and accepted by the INS for my H1B Visa application.I strongly recommend using Dr. J.N. Prade services.

**Ronen**
**Roswell, GA**
**December 2002**

**From a University in Minnesota 2004**

**Milena L.**
**"I just wanted to let you know that we received a positive answer for our coach who is now on a H-1B visa. Thanks for your help."**

---

Academic Evaluation services should be judged on three criteria: **Quality of the human resources, techniques and experience:**
AUAP human resources: AUAP has an array of 45 of University Professors or Admissions officers disseminated worldwide. The major partners are:

**Mrs. Kathy Nance** Director of Admissions of the American University of Paris for 11 years, NAFSA, NACAC.

**Dr. J.N. Prade** Harvard Institute on College Admission'95, author of a published paper on foreign students at Harvard FAS, University of Paris II'76, former judge at the Paris court, Chevalier du Mérite National, CMA, PBB, AACRAO (American Association of Collegiate Registrars and Admissions Officers) and NAFSA Conference speaker on foreign Credential evaluations.

**Prof. Gao Zhou** Tenured professor at department of Physics of Peking university, member of the admission committee of Peking university (Beida) , Master of Sciences - San Diego University. Each other member of our team has experience in admissions and has local and American university degrees.

**AUAP Techniques:** The members of the AUAP team are specialized by countries or group of countries. They utilize the guidelines of **National Council on the Evaluations of Foreign Educational Credentials, NAFSA, AACRAO, ACE** Harvard and Columbia university grades equivalency tables, and **INS** rules on Experiential equivalencies. They however have a dynamic approach that take into account the specificity and academic traditions of each country. (For example, in France an 11/20 in French language should be considered higher that the same grade in Mathematics)

**AUAP Experience: Since 1996,** AUAP has evaluated more than 2 500 students (US and Foreign) aiming at Undergraduate, Graduate and Post Graduate studies in the American System of Higher education or for Immigration: We evaluated transcripts from **Albania, Algeria, Angola, Argentina, Armenia, Australia, Austria, Azerbaijan, Bangladesh, Baskhortostan, Belarus, Belgium, Bosnia-Herzegovina, Brazil, Bulgaria, Cambodia, Cameroon, Canada (all provinces including Québec), Caribbean States, China, Colombia, Congo, Comoros, Costa Rica, Djibouti, Ecuador, Egypt, Eritrea, Ethiopia Ethiopia, Finland, , France, Gabon, Georgia (ex USSR), Germany, Ghana, Guinée, Hong Kong, Hungary, India, Indonesia, Iraq, Iran, Ireland, Israel, Italy, Jamaica, Japan, Kazakhstan, Korea, Kyrgyzstan, Latvia, Lebanon, Liberia, Liechtenstein, Lithuania, Luxemburg, Macao, Madagascar, Malaysia, Malawi, Mauritania, Mexico, Moldova, Mongolia, Morocco, Myanmar-Burma, Netherlands, Nigeria, Norway, Pakistan, Panama, Peru, Philippines, Poland, Portugal, Romania, Russia, Senegal, Serbia, Slovakia, Somalia, South Africa, Spain, former Soviet Union, Sri Lanka, Sweden, Switzerland, Syria, Taiwan, Tanzania, Thailand, Togo, Trinidad, Turkey, U.K, Ukraine, Vatican, Venezuela, Vietnam, Yemen, Yugoslavia, Zimbabwe, etc.** AUAP evaluation were accepted by the USCIS ex INS , Ivy league universities and more than 400 US institutions of higher education. Our experienced team follows strict ethical standards and is constantly updating its worldwide database of systems of Higher Education.

---

**WHAT DO WE NEED ? COPY OF ORIGINAL (S) AND TRANSLATION IN ENGLISH OF YOUR DIPLOMAS, TRANSCRIPTS, C.V ETC**. by Fax or Email + payment of the fees. We do not require an application form.

## You may now order your Credential evaluation on line through Paypal® please click here

Contact us in full confidentiality :
**1) By Email at eval@auap.com**

(Please do not forget to join a GIF or JPEG copy of your diplomas and transcripts)

**2) By Fax (1) 941 349 4370 (in the USA TU-5H.)**

**3) By mail Suite 19,  5053 Ocean Blvd. Sarasota Fl. 34242 USA**

**In all cases, please give us your Credit Card type (Visa, Mastercard/Eurocard or American Express only), number, date of expiration and the exact name and address of the card holder. We accept also US checks in US Dollars.**

*If you want to benefit from the full service which will guarantee your admission into US universities, Click on the banner.*



# EXHIBIT 8

SHUMAKER, LOOP & KENDRICK, LLP

ATTORNEYS AT LAW

THOMAS M. WOOD
(813) 227-2271
twood@slk-law.com

BANK OF AMERICA PLAZA, SUITE 2800
101 EAST KENNEDY BOULEVARD
TAMPA, FLORIDA 33602
(813) 229-7600
FAX (813) 229-1660

OTHER OFFICES:
CHARLOTTE, NC
COLUMBUS, OH
TOLEDO, OH

MAILING ADDRESS:
POST OFFICE BOX 172609
TAMPA, FLORIDA 33672-0609

June 21, 2006

**Via E-mail and U.S. Mail**
John K. Hsu, Ph.D.
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036

      Re:    *AACRAO v. AUAP, et al*
           U.S.D.C. , District of Columbia, Case No. 06-0137 (ESH)
           Our File No. 084082

Dear Mr. Hsu:

      This letter is sent, on behalf of American Universities Admission Program, Inc. ("AUAP") and Jean Noel Prade, in response to your letter of June 12, 2006. It is the position of AUAP and Dr. Prade, as previously expressed, that they have fully complied with all obligations imposed on them by the Court's Order in this matter.   We will address the issues raised in your letter seriatim.

      First, AUAP and Dr. Prade are unaware of the names of any specific institutions that have received AUAP evaluations or other documents bearing the AACRAO mark that have not already been disclosed. AUAP previously provided the names of all foreign institutions that received letters during the applicable time frame from AUAP with the AACRAO membership mentioned. As to American institutions (universities, government agencies or prospective employers), As to U.S. institutions, AUAP does not deal directly with such third parties to deliver credential evaluation documents. Rather, completed evaluation documents are provided to the students/customers of AUAP, who in turn provide them to the applicable university, government agency or prospective employer. AUAP does not have, or maintain any records with respect to if, when or where such documents may have been delivered, other than to its customers.

John K. Hsu
June 21, 2006
Page 2

Second, as we have previously discussed, although AACRAO and you may be desirous of having address information for the names on the lists provided by our clients, the Order, drafted exclusively by your office and presented to us and AUAP as a "take it or leave it" document, does not impose such a requirement on AUAP or Dr. Prade. More importantly, as we have already informed you. AUAP does not maintain such address information and could not have supplied it had the Order required it, or if the Court somehow determines that it is now appropriate to change, or expand the Order drafted by AACRAO's counsel to include information neither AUAP nor Dr. Prade ever agreed to provide. Your letter also makes some vague reference to a claim that our "clients' list does not even identify names of customers listed on AUAP's website." Without being certain as to what that specifically refers, it is AUAP's position that AACRAO has received a list of "all AUAP customers ... for whom Defendants have prepared reports, including evaluations, containing any AACRAO mark or any reference to affiliation between AUAP and AACRAO...." as required under paragraph 12 of the Order.

Third, the inadvertent failure to remove one obscure reference to AACRAO on an internal page of the AUAP web site certainly does not constitute a lack of good faith on AUAP's and/or Dr. Prade's part. AUAP is a one-person operation, and Dr. Prade proceeded with what he perceived to be reasonable diligence in policing the AUAP web site and removing any references to AACRAO. The isolated instance of one missed reference does not constitute a breach of the Order, or demonstrate any lack of seriousness on the part of AUAP and/or Dr. Prade. As a courtesy to AACRAO, Dr. Prade has again gone over the site to ensure that no further reference to AACRAO exist, and believes that he has fully complied. If you or AACRAO are aware of other missed references, simply advise and they will be promptly remedied.

Thank you.

Very truly yours,

Thomas M. Wood

TMW/ns
Enclosures
cc:    American Universities Admission Program, Inc.
       Jean-Noel Prade

# EXHIBIT 9

## Hsu, John

| | |
|---|---|
| **From:** | Wood, Thomas M. [twood@slk-law.com] |
| **Sent:** | Wednesday, March 22, 2006 9:43 AM |
| **To:** | Hsu, John |
| **Subject:** | AACRAO v. AUAP, et al |

Mr. Hsu:

I have been authorized by American Universities Admission Program, Inc. ("AUAP") and Jean-Noel Prade ("Dr. Prade") to make a settlement proposal in the above-captioned matters brought by American Association of Collegiate Registrars and Admission Officers ("AACRAO"). Before doing so, it is important to note, for background purposes, that AUAP operates in a virtually paperless manner, relying exclusively on internet advertising and promotion, and its interactive website at www.auap.com for communication/interaction with its clients and prospective clients. Although paper reports are generated in its "AUAP Credential Evaluation Services" area, for purposes of providing them to universities, businesses and/or immigration services, AUAP and Dr. Prade do not maintain paper copies of anything, with all documentation maintained on its servers. Our clients also feel it is important to note that AUAP was, by AACRAO's own admission, a corporate member until June 30, 2005 (First Amended Complaint, Par. 24).

With that in mind, and based on prior discussions with you, regarding AACRAO's conditions for a possible settlement, AUAP and Dr. Prade are willing to agree to the following:

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone at (813) 229-7600.

1.  Dr. Prade will agree to subject himself to the personal jurisdiction of the U.S. District Court for the District of Columbia, solely for purposes of entering into a Consent Judgment (or other appropriate Order) to effectuate a settlement of this action..

2.  AUAP and Dr. Prade will agree to enter into the terms of a Consent Judgment which will require AUAP and Dr. Prade to: (a) immediately cease any and all use of the AACRAO mark, or any reference to the mark, or unauthorized affiliation with AACRAO; (b) immediately remove the AACRAO mark from all publications, stationary, other documents and internet web page(s) of AUAP, and destroy or turnover all unused publications, stationary or other written documents on which the mark, or any other unauthorized reference to, or alleged affiliation with AACRAO was listed.

3.  AUAP and Dr. Prade will provide third-party certification, through Shumaker, Loop & Kendrick, LLP, that No. 2 has been complied with.

4.  For the period June 30, 2005 to the present, AUAP and Dr. Prade will provide a list of AUAP customers/clients for whom AUAP has prepared reports in its "AUAP Credential Evaluation Services" area containing the AACRAO mark, or any reference to affiliation between AUAP and AACRAO.  To the extent such reports were submitted to any third party, AUAP will provide the names of the recipients of such reports as well.  The information to be provided by AUAP is considered highly confidential, proprietary business information, and may only be used by AACRAO in connection with a joint notice letter to such customers/clients and the recipients of such reports which will state, in a format acceptable to AACRAO and AUAP, that (1) as of June 30, 2005, AUAP is no longer a corporate member of AACRAO, or otherwise directly affiliated with AACRAO, (2) AUAP's uses of the AACRAO logo or name on its reports was not intended to constitute an endorsement by AACRAO of AUAP's product, and (3) if the recipient has any further questions, it can contact either AUAP or AACRAO.  AACRAO will agree, within the order, to forego any other use of the information provided, and specifically agree to forego any independent, direct solicitation of the AUAP customers/clients whose names are so provided.

5.   All claims for damages, attorneys fees and/or costs sought by AACRAO would be dismissed.

We suggest that, if these terms and conditions are acceptable to your client, that you draft a Consent Judgment, or other appropriate order that would be acceptable to your client, and submit it to me for review with AUAP and Dr. Prade.

I look forward to hearing from as soon as possible, and no later than 12:00 p.m. tomorrow, March 23, 2006.

**Thomas M. Wood**
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Bank of America Plaza, Suite 2800
Tampa, Florida 33602-5151
Telephone: (813) 229-7600
Direct Dial: (813) 227-2271
Facsimile:   (813) 229-1660
Mobile:      (813) 784-9663
email: twood@slk-law.com
http://www.slk-law.com

# EXHIBIT 10

**Hsu, John**

| | |
|---|---|
| **From:** | Wood, Thomas M. [twood@slk-law.com] |
| **Sent:** | Thursday, March 30, 2006 3:04 PM |
| **To:** | Hsu, John |
| **Subject:** | Re: AACRAO v. AUAP, et al |

[1 Attachment]

John- don't know if this will work from my BlackBerry, but I have attempted to attach a revised draft of the letter. AUAP advises it can try to get the list done in 60 days. Let me know if that is acceptable and if you got the attachment.


Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone at (813) 229-7600.
-----Original Message-----

From: Hsu, John <hsu.john@arentfox.com>
To: Wood, Thomas M. <twood@slk-law.com>
CC: Murphy, Chris <cpmurphy@arentfox.com>
Sent: Thu Mar 30 13:10:21 2006
Subject: RE: AACRAO v. AUAP, et al

Tom,
A couple of items we do not understand: you tied the stipulation and in the final consent judgment to the settlement agreement. We would like an explanation so to have a better understanding for the changes. We also do not understand why you moved the personal jurisdictional whereas clause in the settlement agreement from C to E although it seems to be a change of no moment.

Concerning the change of disclosing the customer and client list, as I understand it the years listed i.e. 2005, 2004, 2003 etc. refer to when the reports were prepared. If that is the case, ninety days is too long and draws this out unnecessarily. We propose fifteen days for 2005 and an additional 30 days for all other years. This gives a total of 45 days which we think is sufficient.

I am also unclear as to your email below. Are you agreeing to accept service for Prade? If so, I will have the papers arranged to be sent to you and will file the proof of service.
John


-----Original Message-----
From: Wood, Thomas M. [mailto:twood@slk-law.com]
Sent: Thursday, March 30, 2006 12:11 PM
To: Hsu, John
Subject: Re: AACRAO v. AUAP, et al

Not a problem. Once we are sure that "no issues about the settlement exist", Dr. Prade will consent to the juridiction as previously agreed.
I look forward to hearing from you with respect to AACRAO's comments on our suggested changes to the documents.


Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information

is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone at (813) 229-7600.
-----Original Message-----

From: Hsu, John <hsu.john@arentfox.com>
To: Wood, Thomas M. <twood@slk-law.com>
CC: Murphy, Chris <cpmurphy@arentfox.com>
Sent: Thu Mar 30 11:54:25 2006
Subject: RE: AACRAO v. AUAP, et al

Tom,
I understand that he is stipulating to jurisdiction, but the Court needs a vehicle to have Dr. Prade before them so that they can issue an order over him.  We believe that this is the best and most unambiguous way to do it.  We can move forward simultaneously i.e. file the proof of service and the papers together if no issues about the settlement exist, but we do not want outstanding issues about service or the ability of the Court to enter the order.  If this is a problem, I will have to advise AACRAO.
John


-----Original Message-----
From: Wood, Thomas M. [mailto:twood@slk-law.com]
Sent: Thursday, March 30, 2006 11:41 AM
To: Hsu, John
Subject: Re: AACRAO v. AUAP, et al

John:

I'll try to get back to you with comments ob the propsed letter later today or this evening.  As to the jurisdiction issue, I believe the stipulation deals with that.  Assuming a final seetlement is reached, Dr. Prade will stipulate to personal jurisdiction.  When can we anticipate a response from you on the suggested changes to the documents?


Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone at (813) 229-7600.
-----Original Message-----

From: Hsu, John <hsu.john@arentfox.com>
To: Wood, Thomas M. <twood@slk-law.com>
CC: Murphy, Chris <cpmurphy@arentfox.com>
Sent: Thu Mar 30 10:13:31 2006
Subject: FW: AACRAO v. AUAP, et al

Tom,
I understand that you are occupied with personal matters, so please get back to me at your earliest ability.  We need to resolve the service issue of Dr. Prade before we can discuss any outstanding issues in the settlement papers.
John

_____

From: Hsu, John
Sent: Wednesday, March 29, 2006 12:16 PM
To: 'Wood, Thomas M.'
Cc: Murphy, Chris
Subject: RE: AACRAO v. AUAP, et al

Tom,
Attached is the draft letter referenced in the Agreement.  AACRAO is reviewing the redline
versions, and I will get back to you on them.

One other item: Prade has not been served yet in the case.  I propose that you accept
service for Prade, and we will then file the proof of service with the Court.  Please
indicate if this is acceptable.

John

John K. Hsu, Ph.D.
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
202-857-6481
Fax: 202-857-6395
hsu.john@arentfox.com

---

From: Wood, Thomas M. [mailto:twood@slk-law.com]
Sent: Tuesday, March 28, 2006 5:47 PM
To: Hsu, John
Subject: AACRAO v. AUAP, et al

John:

I think we are very close to being able to put this case behind us with a reasonable
settlement agreement between the parties.  Attached are marked up versions of the
Settlement Agreement, Stipulation, and Consent Judgment provided by you yesterday.  The
suggested changes are largely non-substantive, with perhaps one or two exceptions.

First, the time frame for providing the list of customers (15 days) is not workable.
There is no actual list, and the AUAP records since this program began (in 2000) will need
to be gone through, on an individual basis, to obtain that information.  AUAP is
essentially a one-person operation, and Dr. Prade is still recovering from his injuries
sustained last month.  Getting the requested information compiled and to you (or
AACRAO) in a period shorter than that suggested in our revisions is simply not possible.

Second, we did not get a proposed letter to review and approve (designated as Exhibit A in
the Settlement Agreement), and there was not a direct reference to it, or AACRAO's
limitation on use of AUAP's confidential information the Consent Judgment. We need to see
a proposed letter before AUAP can agree to turn over that information, and we need the use
restriction incorporated into the Consent Judgment.

Other changes are fairly minor, but meaningful to  AUAP.  Please consider them all
carefully and respond at your earliest convenience. As I think I mentioned previously, I
will be out the remainder of the week due to my wife having surgery.  I will periodically
be in a position to read and respond to e-mails on my BlackBerry, but my ability to review
changes to the documents themselves may be somewhat limited.

I look forward to hearing from you.
Thomas M. Wood
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Bank of America Plaza, Suite 2800
Tampa, Florida 33602-5151
Telephone: (813) 229-7600
Direct Dial: (813) 227-2271
Facsimile:   (813) 229-1660
Mobile:      (813) 784-9663
email: twood@slk-law.com <outbind://55/twood@slk-law.com> http://www.slk-law.com
<http://www.slk-law.com/>

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone at (813) 229-7600.

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT 11



**DR. J.N. PRADE**

CHAIRMAN AUAP HARVARD SICA'96
NATIONAL ASSOCIATION OF SCHOLARS
FOUNDING FACULTY YORKTOWN UNIVERSITY
AACRAO, NAFSA

SUITE 19 5053 OCEAN BLVD.
SARASOTA FL 34242 USA

TEL (1) 941 346 1427 FAX (1) 941 349 43 70

HARVARD@AUAP.COM
WWW.AUAP.COM/LECTURES.HTML

To day's date from America,

<u>Email me personally</u>

Dear Chinese student, Nihao!

Since 1996 I did lectures in 14 Chinese universities (including Beida, Tsinghua and Jiatong ) and helped more than 100 Chinese students to enter American universities. **I want to tell you the truth**, being in America in perpetual contact with University Admissions officers.

- **There are too many Chinese students** applying to US universities for the number of slots available. It generates is an intense competition.  Therefore  test scores, curriculum and achievement  requirements are **much higher** than for an American or a student from an other nation. Do not be fooled by the published test scores average! This year a bright Chinese student with stellar undergraduate studies and work experience in a top international bank had a stunning 770 at the GMAT test and was denied at Harvard MBA !
- Most of the time, Financial aid restricts the chance of success. **Financial aid are always difficult to get** at the Graduate level (Master/Ph.D.) and quasi impossible (except for <u>Sport Scholarships</u>) at the undergraduate level. For excellent students on a case per case basis we may guarantee scholarships.
- **The choice of the right universities is essential.** Avoid applying to a lot of universities and asking for an application fee waiver! It is the sure recipe for an humiliating disaster. To the contrary, AUAP experts selects the best universities possible according to the profile, budget, preferences  and their knowledge of each university policies.
- **For the Visa** it is much better to be sponsored by an American organization. AUAP will coach you and can guarantee it!

AUAP is, since 1996, an **American registered organization**, which uses the services of 45+ Directors of Admissions such as Dr. Lou Nunes, Dean Bates or myself. We are the world leader. To compare our guaranteed work with some local "Mom & Pop" counselors is like comparing a Ferrari  to a  Xia Li ! We pay American wages to the best qualified persons in the academic world. **We select carefully our Chinese students** and guarantee their admissions. We have the following **Chinese Guaranteed Admission Programs** :

| Chinese Guaranteed Programs | Admission Guaranteed | SCHOLARSHIP GUARANTEED | VISA GUARANTEE | COST |
|---|---|---|---|---|
| Chinese Selection + Guaranteed | YES | POSSIBLE* *Depends of the | NO | USD |

| | | | | |
|---|---|---|---|---|
| **Admission Program** | | **student records** | | **1,850** |
| **Chinese Selection + Guaranteed Admission and Visa Program** | **YES** | **POSSIBLE\* \*Depends of the student records** | **YES** | **USD 2,850** |

In case of failure in admissions we reimburse 80% of Selection + Guaranteed Admission Program ($1,480). If we fail for the visa we reumburse 100% of Visa Guarantee i.e. $ 1000.

Those programs are complete and includes: Selection of the 4 possible best universities, Correction of essays, Evaluation of transcripts, Notarization & Certification, Help in filling the applications, Respects of deadlines, Selection of letters of recommendation, Constant contacts with the university, Advocacy of the student candidacy, Coaching for interviews and visits, Visa sponsorship, **Guaranteed Admission**s, etc., etc.

To subscribe to those programs **please fill very carefully our secure questionnaire at www.auap.com/register.html**

Please precise in Item XVII which AUAP Chinese Program you want to subscribe to.

I and our distinguished Chinese representatives are ready to respond to your personal situation. do not hesitate to <u>Email me personally</u>

"Education is ma passion" and do not forget that to study in US universities is **the best thing that could happen to your life!**

Tsie Tsie and sincerely yours,



PS: **Some other AUAP useful servic**es:

**Diplomes and Course per Course Evaluation** (quite mandatory for the top universities. We are **AACRAO & NAFSA** Member) **www.auap.com/eval.html**

**Selection of Tests Preparation Materials: www.auap.com/prepmat.htlm**

# EXHIBIT 12

## SETTLEMENT AGREEMENT AND STIPULATION

This Settlement Agreement and Stipulation (the "Agreement") is entered into by and between American Association of Collegiate Registrars and Admissions Officers, a District of Columbia non-profit corporation including all its past, present and future subsidiaries, affiliates and associated companies and entities ("AACRAO"), American Universities Admission Program, Inc., a Florida corporation including all its past, present and future subsidiaries, affiliates and associated companies and entities ("AUAP"), and Jean-Noel Prade ("Prade"), an individual currently residing in Florida (collectively, the "Parties"). Collectively AUAP and Prade shall be referred to as "Defendants".

## RECITALS AND STIPULATIONS

A.    **WHEREAS**, AACRAO is the owner of trademarks used to identify its goods and services including the marks AACRAO, AACRAO 1910, and Design (Registration Number 2,081,476), AACRAO ENROLLMENT SERVICES (3,009,189), AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS and AACRAO EDGE (Federal Application Serial Numbers 78/769,480 and 76/612,526 respectively) (the "AACRAO marks"); and

B.    **WHEREAS**, Defendants admit that they have falsely claimed affiliation with AACRAO and made unauthorized use of the AACRAO marks in furtherance of such claims of affiliation; and

C.    **WHEREAS**, a dispute has arisen between AACRAO and Defendants regarding Defendants' rights to use the AACRAO marks; and

D.    **WHEREAS**, in relation to that dispute, on or about January 24, 2006, AACRAO initiated a lawsuit (the "Lawsuit") against Defendants seeking, among other things, to permanently enjoin Defendants from using its marks, an accounting and damages. The style of the Lawsuit is *American Association of Collegiate Registrars and Admissions Officers v. American Universities Admissions Program, Inc. and Jean-Noel Prade*, Civil Action No. 06-0137 (ESH) in the United States District Court for the District of Columbia, and all of the pleadings of the Parties in the Lawsuit are incorporated herein by reference for purposes of identifying the Lawsuit and the claims therein; and

E.    **WHEREAS**, AUAP and Prade admit that they are subject to the personal jurisdiction of this Court for all purposes related to the Agreement; and

F.    **WHEREAS**, AUAP and Prade admit that they have violated 15 U.S.C. § 1114(1) by infringing the trademarks of AACRAO; and

G.    **WHEREAS**, AUAP and Prade admit that they have falsely designated their products as affiliated with AACRAO and engaged in unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A); and

H.    **WHEREAS**, AUAP and Prade admit that they have falsely advertised their product as affiliated with AACRAO in violation of 15 U.S.C. § 1125 (a)(1)(B); and

I.    **WHEREAS**, AUAP and Prade admit that they have unfairly competed with AACRAO in violation of the common law of the District of Columbia; and

J.    **WHEREAS**, pursuant to the terms set out below, the parties now desire to resolve their dispute and the Lawsuit, to avoid the cost and uncertainty of further litigation, and to buy peace.  This Agreement is a settlement of the Lawsuit and any and all disputed and controverted claims which the parties may have against each other pertaining to the Lawsuit;

**NOW, THEREFORE**, in consideration of the foregoing recitals, the mutual promises and obligations contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, AACRAO, AUAP and Prade agree on a full settlement and release of all claims as follows:

1.    **Resolution of Lawsuit**.  Within ten days of execution of this agreement, AACRAO shall seek to resolve the Lawsuit by causing to be prepared and filed any and all documents necessary to resolve the Lawsuit, including but not limited to a Stipulation of Defendants and a Final Consent Judgment and Injunction.  AACRAO shall use its best efforts to ensure that the Lawsuit is so resolved as quickly and efficiently as possible.

2.    **Defendants' Responsibilities Under This Agreement.**

i.  Defendants must immediately cease any and all use of any AACRAO mark or marks that are confusingly similar to the AACRAO marks, discontinue any reference to such marks, and cease any suggestion or claim of affiliation with AACRAO.

ii.  Defendants shall be permanently enjoined from any and all use of any AACRAO mark or marks that are confusingly similar to the AACRAO marks, from making any reference to such a mark, or making any suggestion of claim of affiliation with AACRAO.

iii.  Defendants must immediately remove all AACRAO marks or marks that are confusingly similar to the AACRAO marks and all suggestions or claims of affiliation with AACRAO from all publications and advertisements including, but not limited to, stationary, evaluations, and internet web pages under the control of Defendants.

iv.  Defendants must immediately destroy or turnover to AACRAO all unused publications and advertisements, including, but not limited to, stationary, evaluations, and other written documents on which any AACRAO mark or marks that are confusingly similar

to the AACRAO marks, or any other unauthorized reference to, or claimed affiliation with AACRAO was made.

v. Defendant, AUAP, shall provide AACRAO with a list of all AUAP customers and clients for whom Defendants have prepared reports, including evaluations, containing any AACRAO mark or any reference to affiliation between AUAP and AACRAO according to the following schedule: for such documents prepared in 2005 and 2006, within fifteen days of the entry of this judgment; for all such documents prepared in any proceeding years, within forty-five days of the entry of this judgment. Additionally, Defendants will provide the names of any and all third party recipients of such documents according to the same schedule.

### 3.    AACRAO's Responsibilities Under This Agreement.

i. Any information provided to AACRAO by Defendants as required under section 2(v) will be treated as highly confidential and used only in connection with the remedial actions described within this Consent Judgment and Injunction. Such information may also be used to enforce this Consent Judgment and Injunction or to otherwise resolve any dispute that arises between the parties. Specifically, AACRAO will make no commercial use of the information so provided.

ii. AACRAO may send a letter, in the form attached as Exhibit A, to any persons or entities identified by Defendants pursuant to section 2(v). AACRAO will be held harmless for any damage to Defendants' reputations or business that may result from such correspondence.

### 4.    AACRAO's Release of Claims Against Defendants. Except    for    the

obligations created by this Agreement, AACRAO, for itself, its agents, predecessors, successors, assigns, representatives, officers, directors, principals, shareholders, affiliates, subsidiaries, corporations, associations, attorneys, servants and employees, without limitation, hereby releases and forever discharges Defendants, and each of Defendants' parents, affiliates, subsidiaries, predecessors, heirs, successors, assigns, employees, officers, directors, shareholders, partners, attorneys, principals, agents, representatives, and insurers of and from any and all claims, demands, debts, liabilities, accounts, obligations, costs, expenses, liens, actions, liabilities, rights, attorneys' fees, and other claims for relief and causes of action of every kind and nature, at law or in equity, whether now known or unknown, fixed or contingent, liquidated or unliquidated, suspected or unsuspected, foreseen or unforeseen, that are related to the Lawsuit.

### 5.    AUAP's Release of Claims Against AACRAO.    Except    for    the

obligations created by this Agreement, AUAP, for itself, its agents, predecessors, successors, assigns, representatives, officers, directors, principals, shareholders, affiliates, subsidiaries, corporations, associations, attorneys, servants and employees, without limitation, hereby releases and forever discharges AACRAO, and each of AACRAO's parents, affiliates, subsidiaries, predecessors, successors in interest, assigns, employees, officers, directors,

shareholders, partners, attorneys, principals, agents, representatives, and insurers of and from any and all claims, demands, debts, liabilities, accounts, obligations, costs, expenses, liens, actions, liabilities, rights, attorneys' fees, and other claims for relief and causes of action of every kind and nature, at law or in equity, whether now known or unknown, fixed or contingent, liquidated or unliquidated, suspected or unsuspected, foreseen or unforeseen, that are related to the Lawsuit.

6.    **Prade's Release of Claims Against AACRAO**.    Except    for    the obligations created by this Agreement, Prade, without limitation, hereby releases and forever discharges AACRAO, and each of AACRAO's parents, affiliates, subsidiaries, predecessors, successors in interest, assigns, employees, officers, directors, shareholders, partners, attorneys, principals, agents, representatives, and insurers of and from any and all claims, demands, debts, liabilities, accounts, obligations, costs, expenses, liens, actions, liabilities, rights, attorneys' fees, and other claims for relief and causes of action of every kind and nature, at law or in equity, whether now known or unknown, fixed or contingent, liquidated or unliquidated, suspected or unsuspected, foreseen or unforeseen, that are related to the Lawsuit.

7.    A.    <u>Successors and Assigns</u>.    This Agreement, and the obligations, promises and rights undertaken or contemplated herein, shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

B.    <u>Counterparts</u>.    This Agreement may be executed in counterparts, and when each Party has signed and delivered at least one such counterpart to the other Party hereto, each counterpart shall be deemed an original and taken together shall constitute one and the same Agreement, which shall be binding and effective as to all Parties hereto.

C.    <u>Attorneys' Fees</u>.    Except as otherwise referenced herein, each Party shall bear the entirety of its own costs, expenses and attorneys' fees incurred in connection with the Lawsuit or this Agreement.    Should any Party fail to comply with its obligations under this Agreement, or if any term or terms of this Agreement are required to be enforced or construed, the other Party may seek relief from a Court to enforce the terms of this Agreement.    In the event such relief is sought, reasonable attorneys' fees, costs and expenses shall be awarded to the Party that successfully obtains, or opposes, the relief requested.

D.    <u>Waiver and Modification</u>.    No modification, amendment or waiver of any of the provisions contained in this Agreement, or any future representation, promise or condition in connection with the subject matter of this Agreement, shall be binding upon any Party unless made in writing and signed by such Party or by a duly authorized officer or agent of such Party.

E.     Entire Agreement.     This Agreement and the accompanying Consent Judgment and Injunction (including the Stipulation) constitutes the entire, complete and integrated understanding and agreement between the Parties with respect to the subject matter hereof, and this Agreement supersedes all prior negotiations or agreements.     Any representations, warranties, promises, or conditions, whether written or oral, not specifically incorporated herein, shall not be binding upon either Party.

F.     Construction.     Each Party hereto acknowledges and warrants that it has been represented by independent counsel of its own choice throughout all negotiations preceding the execution of this Agreement.     Each Party has read all portions of this Agreement and had it explained to it by its attorney.     Each Party further acknowledges and agrees that its attorneys have had an equal opportunity to participate in the negotiation and preparation of this Agreement, and the terms of this Agreement shall not be interpreted in favor of or against either Party on account of the drafter of the Agreement, but shall be interpreted solely for the purpose of fairly effectuating the expressed intent of the Parties. The paragraph headings are for convenience only and are not part of this Agreement.

G.     Severability.     If any term, provision, covenant or condition of this Agreement shall be held by a court of competent jurisdiction to be invalid, void or unenforceable, in whole or in part, such decision shall not affect the validity of any remaining portion of the Agreement.     In such case, the remaining portion shall stand in full force and effect, and it shall in no way be affected, impaired or invalidated.

H.     Further Assistance.     All Parties agree to execute any and all documents, and to do all acts necessary, convenient or desirable, in the reasonable opinion of counsel for each Party, to effect the provisions of this Agreement, including but not limited to execution of any related motion to dismiss (or similar vehicle) the Lawsuit.

I.     Notice.     Any notices to be given under this Agreement shall be made in writing and delivered by hand, first-class certified mail (return receipt required), facsimile, or other receipted courier, as follows:

| If to Defendants: | Thomas M. Wood |
| | Shumaker, Loop & Kendrick, LLP |
| | 101 East Kennedy Boulevard |
| | Bank of America Plaza, Suite 2800 |
| | Tampa, Florida 33602-5151 |
| | 813.229.1660 (Facsimile) |
| If to AACRAO: | John K. Hsu |
| | ARENT FOX PLLC |
| | 1050 Connecticut Avenue, NW |
| | Washington, D.C. 20036 |

202.857.6395 (Facsimile)

I, the undersigned, hereby certify that I have read this entire Settlement Agreement and Mutual Release, and have had the terms and consequences explained to me by the attorney for the Party on whose behalf I sign. I fully understand the terms and consequences of this Agreement, and therefore I have executed it as of the date set forth by my signature, below. I further certify that I have the capacity and authority to execute this Agreement on behalf of the Party for which I sign.

Dated: _4/12/2006_

**AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS**

By: JEROME H. SULLIVAN
Title: EXECUTIVE DIRECTOR

Dated: _4/7/06_

**AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC.**

By: Jean-Noel Prade
Title: President

Dated: _4/7/06_

**JEAN-NOEL PRADE.**

**Exhibit A**

[Date]

AUAP Customer
[address]

Re:    <u>False Designation of Affiliation Between the American Universities Admission Program,
Inc. and American Association of Collegiate Registrars and Admissions Officers</u>


Dear Sir or Madam:


You are receiving this letter because you recently purchased or received a copy of a
report from the American Universities Admission Program, Inc. ("AUAP"). Such report may
have contained false representations regarding the relationship of AUAP to the American
Association of Collegiate Registrars and Admissions Officers ("AACRAO"). In order to remedy
any confusion as to the relationship of AUAP and AACRAO, please be advised that:

- AUAP has no relationship with AACRAO and is not a member of AACRAO nor
  affiliated with AACRAO in any way.

- AACRAO has never endorsed any AUAP product or service, and AACRAO has no
  involvement whatsoever with AUAP's products or services.

If you have any questions regarding this letter you may contact me at AACRAO at (202)
___-____ or [email address].

Sincerely,

# EXHIBIT 13

## AUAP SUCCESSES 2006

### 4 Ivy League, including #1,2, 3, 4 + NYU , Fordham and Georgetown!

From a practicing European Lawyer (2005):

*"I just got fabulous news from Northwestern! I'm in!*
*The services of AUAP were worth every penny!*
*I am very very delighted!*

- Huge scholarships totaling more than **$150 000** for an Italian graduate

**Congratulations to :**

**For August 2006**
Gerald T.
 Germany

**"Ivy League" #1 !!!** Accepted at **Universty of Pennsylvania, Columbia, Cornell, New York University** and **Georgetown ! LL.M Master of Law ranked # 1,2, 3, 4 & 20** with **Full Scholarship + Living Expenses**

Stephen
O
Ireland

**Accepted at # 1 "Ivy League" & # 3** LL.M at **Columbia University, New York University**

Antoine M.

France

**"Ivy League" MBA !** Accepted at **Dartmouth** MBA (Tuck)

Rodrigo
P.
Costa Rica

Accepted at **Fordham U** (NYC), **Cardozo Yeshiva U** (NYC), **Temple U** & waitlisted @ **NYU** LLM ranked# **3, 6 & 10**

Mathieu
S.
france

Accepted in a Master of Arts in Political Science at **Iowa State U.**

Tidiane K.

Burkina Fasso

Accepted **Ph.D.** in Economics at **SUNY** (State University New York)

Georgia Z.

Bulgaria

Accepted LL.M ranked #13 **Temple University, American University, Washington College of Law, Case Western U. with a $6000 Scholarship**

Pierre
B. 
France

**"Ivy League #1"** Accepted in LLM at **Cornell, Penn State** and **Georgetown** ranked # **1, 13, & 20**

Tsimi
E. 
Cameroon

Accepted undergraduate at the **University of South Florida**

Corentine P.

France

Accepted in Master of Arts in International Political Economy and Development at **Fordham University** (NYC)

Christian E.

Accepted undergraduate at **University of**



Cameroon

Delaware with conditional ELP Courses

Jennifer
L .
France

**LL.M** Accepted at the **Cardozo School of Law& New England School of Law LL.M**

**August 2005 !** 

**Ivy League !!!** Accepted at **Cornell U. (NY) LL.M ranked #3 LLM in the US !** Totaly Delighted....

Bertrand H.
France

Leila
P. 
Lebanon

**Ivy League !!** Undergraduate accepted at **University of Pennsylvania-Wharton #1 in Economy and NYU #3 Undergrad**

Mathieu M.
France

Accepted in the **# 1 MBA in Entrepreneurship: Babson !!!**

Carlos
G. 
Mexico

Accepted at **Georgetown University Top 20 LL.M** , waitlisted at Penn State U, Cornell Duke.

Maria A

Romania

**Ivy League** Accepted at, **Cornell U. (# 3), LSU (# 15)** Graduate with a **full Scholarship and Tuition waiwer ($16,000), and Penn State U. ( #14)**

Johan J.


(Belgium )

Accepted at **Case Western** LL.M with **$6,000 Merit Scholarship**, accepted also at **NorthWestern U. (a top Law School), University of South California (USC) , Washington University in St. Louis (#18), George Washington University School of Law & University of Minnesota.**

Alexander
G. 
Romania

Accepted (MBA) at **Thunderbird (#1 MBA in International Business) with a$ 29300 Annual Scholarshi, at University of Illinois Champaign (top MBA & #4 in accounting) with $5000 Scholarship, University of Florida & Pittsburg U. (Katz) with a $20 000 Scholarship** waitlisted **Notre Dame U & NYU.**

An Other


Benin

Accepted at **Syracuse University** for a Master of Science with a **40% tuition Grant.**

Anne Marie D.

Romania

Accepted at **Hult University (MBA)** with **Scholarships** (The University requested confidentiality on the amount)

Alfonso C

Spain

Accepted at **Tulane University #  10 with a $ 5,000 Scholarsip Penn State University # 14 (with $5,000 schloarship) Louisiana State U.#15, (with $8,200 Scholarship)**    LL.M-Master of Law

John A.

Canada

Accepted Undergraduate **with a $ 10 000 Sport Scholarship at Knox college,** admitted at **Furman University.**

Mourad K.

Moroccco

Accept in Master of Science at the **University of Wisconsin, New Jersey Institute of Technology,** waitlisted Illinois Institute of Technology

Audrey  B.

France

Accepted LL.M **Tulane University (She wanted to be with her friend Sophie)**

Sophie B.
France

Accepted LL.M **Tulane University with Scholarship  (She wanted to be with her friend Audrey)**

Jean D,
France

Accepted at **Louisiana State University #15 with a 50% Tuition Waiver,  Tulane University #10  20 000 Scholarship** and **Fordham** LL.M

Ylann A.
France

Accepted at the University of **Massachussetts Amherst** Undergraduate

Arnaud C.
France

Accepted at **Penn State University (Top 20) with a $7500 Scholarship** LL.M

Fabrice L.S

France

Accepted at **University of San Diego, Golden Gate University & California Western U. with $2000 Rare scholarship** LL.M

**Spring 2005**

Clarissa E.
(Germany)

Accepted Undergraduate at **Miami University & Northeastern University**

Jean-François B.
(France/Italy)

**Accepted** at Temple University Undergraduate**.**

**Fall 2004**
Alexander
L. (Ukraine)

**Accepted** at **Columbia University (Ivy League) Ranked #1  & New York University (NYU)  Ranked #6** LLM

**Fall 2004**
Christian
W  . (Switzerland)

**Accepted** at **University of Pennsylvania (Ivy League) Ranked #3 & Wake Forest University, LLM, with $18 000 Scholarships !!!, Ranked # 5, and University of  Virginia**

**Fall 2004**
Another

**Accepted** in LL.M. ranked in the top 15 ! **Georgetown University & Duke**

 (Belgium)        University **"***the Harvard of the South.***

**Fall 2004**              **Accepted** at **NYU (New York University)**
Manuel                    **MBA** (Stern School of Business) **Ranked**
A.                        **# 4 MBA** !! and **Georgetown University.**
(France)

**Fall 2004**              Accepted  **University of Pennsylvania**
Lamia                     **(ranked #3), NYU-New York University)**
M.                        **ranked # 6, American University**
(Lebanon)                 **(ranked #8)** LLM

**Fall 2004**              **Accepted at Cornell University**  LL.M
Antoine B.                Master of Law  Ivy League, **Ranked #3 in**
(France)                  **the world !!**

**Fall 2004**              **Accepted at Cardozo Law School** LLM
Claudio D                 Top Law School in New York City.
(Italy/Vatican)           Graduated from a University of the Holy
                          See.

**Fall 2004 (late)**       **Accepted** at **University of Indiana** and
Yves N                    **Boston U** LLM while applying **very late**
(Congo Kinsasha)          but.. AUAP was there.

**Fall 2004**              Very rare **$10 000 Scholarships** for an
Mathieu C.                LLM at **Tulane U.**, Accepted at
                          **Pennsylvania State U. (top 15)**,  **St. Louis**
(France)                  **University with $10 000 Scholarship** ! &
                          **New England School of Law** (Boston)

**Fall 2004**              **Accepted INSEAD** (English cursus) **best**
Eric G.                   **European MBA , Dartmouth (Tuck)**
(Poland)                  **MBA, & U. of Virginia (Darden School**
                          **of Business)**

**Fall 2004**              **Accepted** with **$8 000 Schlarships** at **LSU**
Cindy B.                  **(Louisiana State University), and**
(Italy)                   **Fordham University (#7)** in NYC.

**Fall 2004**              **Accepted at Syracuse University**, (her
Noaki O.                  dream Engineering U.) **with $ 6000 Dean's**
(Japan)                   **Scholarships** , **American University &**
                          **University of Delaware**

**Fall 2004**              **Accepted** at **Fordham U.** (**ranked #7**) and
Pauline D.                **Boston University.** LLM
(France)

**Fall 2004**              **Accepted at Thunderbird the #1 MBA in**
Catalin P.                **International Business (USNWR &**
(Romania)                 **AUAP), Purdue (Krannert)  and U. of**
                          **Florida (Warrington)!!!**

**Fall 2004**
Souraya E
(Lebanon)

**Accepted at George Washington University, Boston University** LLM.

**Fall 2004**
Francesco P.
(Italy)

**Accepted at Boston University, LLM-** Master of Law

**Fall 2004**
Brahim K.
(Tunisia)

Accepted at **SUNY** Albany (NY) Undergraduate

**Fall 2004**
Alireza M
(Iran)

**Accepted at Johnson & Wales U.** Undergraduate with **$4,000/year Scholarships** and **Michigan Technological University**

**Fall 2004**
Rubin S.
(France)

**Accepted LL.M at American University** (DC) ranked in the top 8 LLM, **Fordham University (#7)**, waitlisted at Cornell !!

**Fall 2004**
Bertille F.
(Cameroon)

**Admitted** at University of Louisiana Monroe Undergraduate

**Fall 2004**
Benjamin R.
(France)

Accepted at **Thunderbird MBA** "The American Graduate School of Management #1 in MBA International Business !!!

**2004**
Maxime L.-M.
(France)

**Admitted** at **University of South Carolina-Columbia** (his dream school) undergraduate **ranked #1** in International Business and **Temple U. !**

Raphael H.
(Israel)

**Admitted** at Penn State LL.M (top 15)

Irina. G
(Romania)

**Admitted at: COLUMBIA UNIVERSITY LLM, Ivy league** (Graduate Master of Law-LLM ) **(#1)**

Laurin M. (France)
Son of a French Law Professor

**Admitted at: Wake Forest U. & Fordham U.**

Slavka P.
(Slovakia)

**Admitted at: SMU with a Scholarship of $13.338 and University of Miami**

Virginie B. (France-Sport)

**Admitted at: University of Iowa with full Sport Scholarship ! One year of negotiations with 20 Coaches, and University of Miami**

Ichiko. Y
(Japan/Phil.)

**Admitted at: University of Washington medical (Medex pre-Med Degree,**

**Undergraduate Program ranked #1 ), U. of Colorado Boulder**

Li M. (China) 

**Admitted at: Graduate program in Telecommunications (TNM) at Syracuse U., New Jersey Institute of Technology Illinois Institute of Technology, SUNY (New York Institute of Technology**

Martin S. (Germany)

**Admitted at: MIIS MBA (Monterrey) 2003**

Khabeer M. (India)

**Admitted at: Florida Institute of Technology, M.S. in computer science program**

Liu H. (China)

**Admitted at: Graduate program in at University of Texas -Austin & Arizona State U.**

Fatoumata B. (Guinée)

**Admitted at: University of Delaware, Philadephia U. with Scholarships (rare at this level)**

Annie T. (Cameroon)

**Admitted at: University of Maryland-Baltimore County with Scholarship (rare at this level)**

Jacquelin R. (France)

**Admitted at: LSU, as a Business undergraduate transfer student.**

Raluca V. (Romania)

**Admitted at: LSU and Wake forest LL.M-Master of Law with half scholarship LL.M for  3 (both top 15 LLM)**

Shane C. (Jamaica)

**Admitted at: University of Louisiana Undergraduate**

Liu N  (China)

**Admitted at: University of Florida wait listed Wake Forest MBA Aug. 2003**

Alina M. (Romania)

**Admitted at: SUNY (Buffalo), Pittburg U. (Katz) & Northeastern U. MBA**

Corinna P. (Romania)

**Admitted at: Louisiana State U. , Northeastern U.**

Alina A. (Romania)

**Admitted MIIS MBA with a $ 6000 Scholarship**

Xue C (China)

**Admitted University of Missouri-Rolla and Florida State University$ ( M.S. Statistics)**

**A CHINESE TRIFECTA !**
("trifecta" is a perfect bet with 3 horses, tiercé in French)

**1) Wendy  Z. admitted at: Darla Moore (U of South Carolina) and University of Illinois-Chicagos MS- Economics**

**2) Haojian C. admitted at: Thunderbird**

|  | and SUNY Buffalo (MBA) |
|--|--|
|  | **3) Yujia Z. admitted at: Indiana Syracuse University (MS information Systems), University Bloomington (SLIS graduate)** |
| Julien D. (France) | **Admitted at: Johnson & Wales Hotel School and University of Nevada Las Vegas (Ranked #2) Hospitality Management Transfer undergraduate student** |
| Yunzhia Z. (China) | **Admitted at: SUNY,(Binghamton) University of Connecticut . Ph.D. in Economics** |
| Vincent B. (France) | **Admitted at: Cornell Graduate School Computer Sc. J** |
| **INCREDIBLE !** The Swiss Couple G | **Admitted together** into the **same** top universities! **Northwestern** LLM and **MBA Kellogg's NorthWestern U. /LLM,** **University of Pennsylvania, Wake Forest** with half tuition for one and <u>free apartment</u>, **St. Louis University** |
| Elena G. (Italy) | **Admitted at: Cornell Graduate School in NYC with tuition with  $ 25,324 /year stipend + <u>Full tuition scholarship and an apartment in the Manhattan campus.</u> TOTAL OVER $ 250 000 for 5 years !, Stanford University with full fellowship, John Hopkins <u>with free tuition and medical insurance + $21 000/year stipend + travel allowance for a scientific meeting.</u> University of North Carolina (Chapel Hill) graduate <u>with fellowship of $18,500/year and the coverage of the tuition, fees and health insurance for 5 years + $1,000 moving expenses.</u> TOTAL OVER $ 170 000 !** |
| Andra M . (Romania) | **Admitted with huge scholarships at Stanford,Yale, Berkeley, UCLA, Notre Dame. U.T. (Austin), and Duke University, graduate with $14,000/year fellowship from the department for 5 years and a $4,000/year university-wide fellowship (James B. Duke) for 4 years!** |
| Arnaud S. (France ) | **Admitted at Cornell U. MBA in Hospitality Management, #1 in the world !, UNLV (#2 in the US) Florida International U. , Johnson & Wales.** |

| | |
|---|---|
| Fleur A. M. P (USA) | **Admitted at Penn. State University (Ph.D.) with $ 12,500 /yearly Teaching Assistantship + Tuition waiver, LSU, University of Florida with Tuition Waiver and $ 12,700/year +Teaching Assistantship** |
| Heng T. (China) | **Accepted in MBA at Carnegie Mellon (GSIA), University of Michigan & wait listed at Kenan-Flager** |
| Peggy M. (France) | **Admitted at Cleveland State U. , in a rare MBA 2 years "bridge program" after only 3 years of Undergraduate studies.** |
| A. Minh-H-P. (Franco-Vietnamese) | **Accepted in LLM at Boston University, Fordham (NYC)** |
| Jean B. (France) | **Admitted at Louisiana State U. , with full Scholarship in Mathematics (Master). Over $22,000/year !** |
| Tania P. (USA/Swiss) | **Admitted at U. of Massachussets (Boston) as a "Mature Student".** |
| Camille A. (Brazil ) | **Admitted at LSU in Architecture graduate program with full Scholarship!** |
| *Nicolas A. (France) **The 2003 US NAIA Golf CHAMPION! 2nd 2004  and 2004 Team Champion** | Admitted at **Liberty University  with a $10 000 Sport & $ 4000 Merit Scholarships !  Full tuition waiver and meals offered by Oklahoma City University** |
| Andrea P. (Romania) | **Admitted at Thunderbird, the American Graduate School of International Management MBA with $38,250 scholarship. Accepted at University of South Carolina, Darla Moore $19,000 tuition fee reduction and work grant, NOW ADMITTED AT NYU - STERN MBA !** |
| Laurent R. (France) | Admitted at **American University in a Ph.D. in Economics** |
| Carmen B. (Romania) | **Admitted at University of Illinois MBA with $5, 000 scholarship despite a relatively low TOEFL!** |
| Marius M. (Romania ) | **Admitted at Thunderbird MBA (with $25,500 Financial Aid !), Illinois Institute of Technology (with 30% scholarship), Rochester Institute of** |

| | |
|---|---|
| | Technology (with $5,400 Scholarship), American University |
| A.N. Other (Switzerland) | Admitted at **Cornell, Duke U. & Boston University** |
| Zhao Z. (China) | Admitted at **Thunderbird Graduate School of Management** |
| J.P. R ▮ (Portugal) | Admitted at **Yale U. with Scholarship, U. N. Carolina/Chapel Hill (Kennan Flager MBA)** |
| Fleur P. (France) | Admitted at **Middlebury & University of Delaware with full Assistantship and Stipend = $ 23 360, Monterey Graduate School of Translation and Interpretation** |
| Xio X. (China) | Admitted at **Rutgers University at both campus: Rutgers and Livingston** |
| Lisha B.(India) | Admitted at **American University & Pace U.** |
| Olivier S. (Belgium) | Admitted at **University of Pennsylvania & Cornell** |
| Martin C. (China) | Admitted at **MIIS with a $18 000/year Scholarship, U. of Notre Dame with full Scholarship** |
| Alexander D. (Brazil) | Admitted at **Vanderbilt MBA (Owen), American U. with a $14,688. yearly Scholarship!, University of Wisconsin-Madison** |
| Edouard G. (France) | Admitted at **American U., Wake Forest & U. of Denver LL.M/Masters of Law** |
| Hanying S. (China) | Admitted at **St. Cloud State U with $ 8500 year assistantship, Florida State University, Southern Illinois U., Marshall U., California State** |
| John O. (Nigeria) | Admitted at **Rose-Hulmam I.T., U. of New Haven** |
| Cui J. (China) | Admitted at **U. of Pittsburgh Architecture** |
| Celine C. (Switzerland) | Admitted at **University of Pennsylvania, Wake Forest U. with 50% Scholarship,** |
| Shi Z. (China) | Admitted at **Penn State U., Bowleen Green St. U., U. of Wisconsin, U. of Massachusetts.** |
| Stuart L. (U.K.) | Admitted at **U. of Hawaii, Hartford, U. of N. Colorado, Flagger College and S. Maine U.** |
| Xueqin L. (China) | Admitted at **U. of North Texas Medical School.** |

Case 1:06-cv-00137-ESH    Document 18-3_ _Filed 07/17/2006    Page 72 of 91

| | |
|---|---|
| Hilario R. (Trinidad) | Admitted at **Lynn University.** |
| Frederic B. (France) | Admitted at **Washington U. In St. Louis.** |
| Rong Z. (China) | Admitted at **Salem State.** |
| Leslie O. (Nigeria) | Admitted at **Pennsylvania St., Howard U., Temple U.** |
| Razafimino N. (Madagascar) | Admitted at **Louisiana College and University of New Orleans.** |
| Stephan B. (Germany) | Admitted at **Pratt Institute** |

<u>close window</u>

<u>Home</u>

3D Animated Flags Courtesy of 3DFlags.com

# EXHIBIT 14



# WIPO Arbitration and Mediation Center

### ADMINISTRATIVE PANEL DECISION

### Louis Vuitton Malletier v.- J.N. Prade

### Case No. D2000-1115

## 1. The Parties

The Complainant in this administrative proceeding is Louis Vuitton Malletier, located at 2 rue du Pont Neuf in Paris 75034 Cedex 01, France, represented by Patrice de Candé, Attorney, with offices at 29 rue Marbeuf, 75008 Paris, France, hereinafter the "Complainant".

Respondent is Dr. JN Prade, with address at 4619 Higel Avenue in Sarasota, Fl 34242, USA, hereinafter the "Respondent".

## 2. Domain Name and Registrar

The domain name at issue is "louisvuiton.com", registered on March 18, 2000, hereinafter referred to as the "Domain Name". The registrar is Registrer.com.

## 3. Procedural History

The WIPO Arbitration and Mediation Center (the Center) received the Complainant's complaint on August 24, 2000 (electronic version) and August 28, 2000 (hard copy). The Center verified that the complaint satisfies the formal requirements of the ICANN Uniform Domain Name Dispute Resolution Policy (the Policy), the Rules for Uniform Domain Name Dispute Resolution Policy (the Rules), and the Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the Supplemental Rules). Complainant made the required payment to the Center. The formal date of the commencement of this administrative proceeding is September 6, 2000.

The Center transmitted to Register.com a request for registrar verification in connection with this case. Register.com transmitted via fax to the Center its verification response, confirming that the registrant is Dr.JN Prade, that the administrative contact is Dr. JN Prade and that the technical and zone contact is Register. com.

Having verified that the complaint satisfied the formal requirements of the Policy and the Rules, the Center transmitted on September 6, 2000, to the Respondent Notification of Complaint and Commencement of the Administrative Proceeding in accordance with the following contact details:

Dr. JN Prade
4619 Higel Av
Sarasota F1 34242
USA

Tel: +1 941 346 1427
E-mail: cresta@home.com

The Response was submitted on October 2, 2000.

In view of the Complainant's designation of a single panelist, the Center invited Mr. Geert Glas to serve as a panelist.

Having received on October 6, 2000, Mr. Geert Glas' Statement of Acceptance and Declaration of Impartiality and Independence, the Center transmitted to the parties a Notification of Appointment of Administrative Panel and Projected Decision Date on October 9, 2000, in which Mr. Geert Glas was formally appointed as the Sole Panelist. The Sole Panelist finds that the Administrative Panel was properly constituted and appointed in accordance with the Rules and Supplemental Rules.

The Administrative Panel shall issue its Decision based on the complaint, the response, the evidence presented, the Policy, the Rules and the Supplemental Rules.

### 4. Factual Background

Complainant is the owner of numerous trademark registrations in various countries for the term "Louis Vuitton". Copies of those trademark registrations are attached to the complaint. These are:

- The French word mark n° 1 627 892, registered since November 16, 1990, with the Industrial Property National Institute (INPI) for all classes of products and services 1 to 42 of the international classification.

- The United States word mark n° 1990760, registered on August 6, 1996, for products in classes 14, 16, 18, 24 and 25.

- The Italian word mark n° 465162, registered on February 13, 1987, for products in classes 9 and 12.

- The International word mark originally registered on August 6, 1968, and successively renewed, the last renewal made on June 19, 1995 under n°R416052 for products in classes 3, 6, 8, 13, 14, 16, 18, 20, 21, 24, 25, 28 and 34, which designates Austria, Switzerland, Germany, Algeria, Egypt, Spain, Hungary, Italy, Liechtenstein, Morocco, Monaco, Portugal, Rumania, Saint Marian, Vietnam, Yugoslavia, Lithuania, Croatia, Slovenia, the Czech Republic, Slovakia, Georgia, Macedonia and Benelux.

- The Community trademark, n°000015610 registered on March 16, 1998, for products in classes 16, 18 and 25.

Complainant commercialises a number of well-known luxury products (suitcases, clothes, handbags, ect...) under this "Louis Vuitton" trademark.

Moreover, Complainant registered the following domain names with Network Solutions:

- vuitton.net, on January 25, 2000

- louisvuitton.com, on October 19, 1999

- vuitonshop.com, on July 5, 2000

- vuitton.org, on December 27, 1999

- lvuitton.com, on October 20, 1999

- louisvuitton.org, on January 7, 2000

- vuitton.com, on October 19, 1999

- louisvuitton.net, on January 31, 2000

- louis-vuitton.net, on May 19, 2000

On March 18, 2000, the Domain Name has been registered. It has been put for auction on March 19, 2000, on Yahoo's auction web site. However, upon receipt of a complaint letter addressed by the Complainant to Yahoo Ltd, this auction offer has been deleted from the Yahoo auction site.

On August 16, 2000, Respondent writes to Louis Vuitton's attorney that "*without in any way offering you or your client the domain name for sale, I could be open to any proposition of reasonable settlement*".

The Domain Name is linked to a web page featuring a one page text, in both French and English, in which Respondent pokes fun at Complainant and its products. The following excerpts from the English language version text are illustrative of tone and content of this document: '*LOUISVUITON is the proud sponsor of The "Louisvuiton Cup " for the world largest mule shit. The "Louisvuiton classic" a race for very old mules (10 years and older), ridden by very old ladies (80 years old and older)"* or '*We offer the following mules at outrageous prices in line with Rolls Royce® and Ferrari®.*

It should be notes that the French language version of this text (which according to the Respondent is the official version) contains a lot of orthographical mistakes and seems hastily drafted.

At the bottom of the page, the visitor can find a link leading to the official Gucci web site, another producer of luxury products.

There is no relation between Respondent and Complainant, and Respondent is not a licensee of Complainant, nor has Respondent otherwise obtained an authorisation to use Complainant's trademarks.


## 5. Parties Contentions

a. Complainant

1. Complainant contends that Respondent has registered the Domain Name which is identical or at least similar, to the point of causing confusion, with the trademarks of the products or services over which the Complainant holds rights.

2. Complainant contends that the Domain Name must be considered to have been registered and used in bad faith. In its view, this allegation is supported by several facts.

Firstly, the Domain Name has been registered by the Respondent in order to be sold to the Complainant and/or to the public in contravention with the paragraph 4.b.(i) of the policy.

Secondly, the web page to which the Domain Name is connected contains a link to the web site of Gucci, one of the most important competitors of the Complainant. This link may cause a disruption for the Complainant's activities.

Finally, Complainant contends that the expressed willingness of the Respondent to accept a *reasonable settlement* is an offer to sell the litigious domain name and is therefore considered as proof of bad faith.

Consequently, Complainant requires the transfer of the Domain Name registration.

b. Respondent

1. According to the Respondent, the Domain Name is not identical to the trademark. To the extent it would be considered similar,

however, no confusion on the litigious web site can exist since nobody may be confused when reading the text displayed, which constitutes a mockery of the Complainant. The Respondent also stresses that no items are sold on the litigious web site to which the Domain Name is linked.

2. The Respondent underlines that no contestation has been made concerning the rights and the legitimate interests the Respondent has in the Domain Name.

He affirms to have such a right by the single fact of having registered the Domain Name, and by the exercise of his constitutional and democratic right of free speech and free press.

3. Furthermore, Respondent contests the applicability of paragraph 4.b. He first contests that he is the one who has put up the litigious Domain Name for auction. He denies that the Domain Name would have been created "primarily for the purpose of selling it".

Moreover, the auction on the Yahoo auction site was intended to the general public and not specially to the owner of the trademark or one of his competitors as provided by the rule 4.b.(1).

He also underlines that the settlement he has proposed to Complainant does not contain in any way an offer to sell the Domain Name as he contends that the Complainant interprets it.

The argument of disruption of the Complainant's activities is also contested since Respondent contends that this can only apply to a competitor, which it is not.

## 6. Discussion and Findings

Paragraph 15(a) of the Rules instructs the Administrative Panel as to the principles the Administrative Panel is to use in determining the dispute: "A Panel shall decide a complaint on the basis of the statements and documents submitted in accordance with the Policy, these Rules and any rules and principles of law that it deems applicable."

Paragraph 4(a) of the Policy directs that the Complainant must prove each of the following:

(1) that the Domain Name registered by the Respondent is identical or confusingly similar to the trademark in which the Complainant has rights; and,

(2) that the Respondent has no legitimate rights or interests in respect of the Domain Name; and,

(3) that the Domain Name has been registered and is being used in bad faith.

### a. Identity

The Domain Name is "louisvuiton.com".

"Louis Vuitton" is a registered trademark of Complainant.

The Administrative Panel finds that the Domain Name is confusingly similar to the trademark "Louis Vuitton" of Complainant.

### b. Rights or Legitimate Interests

Complainant has not licensed or otherwise permitted Respondent to use its trademark or to apply for or use any Domain Name incorporating his trademark.

Respondent alleges that its intentions are merely to criticise Complainant and to ridicule him. Respondent has certainly every right to exercise criticism towards Complainant and to freely express and share his point of view with the Internet community. This right,

however, does not constitute a legitimate right or interest in the Domain Name as such which solely consists of the trademark of the Complainant without any distinguishing elements or add-ons. Indeed, in this case, Respondent has merely deleted a "T" where there are two.

The Administrative Panel therefore finds that Respondent has no legitimate right or interest in the Domain Name.

## c. Registration and Use in Bad Faith

Several facts have to be taken into consideration when assessing the absence/presence of bad faith in this matter:

1. The Domain Name has been registered on March 18, 2000, and was already put up for auction the next day, on March 19, 2000.

2. The auction page proposes the Domain Name to *"Competitors, counterfactors, humorist or even the home company"*.

3. Respondent's mockery page is very poor in content, which seems to indicate Respondent's lack of interest in its proclaimed purpose of criticising Complainant.

4. Respondent places a link on his web page which leads to the web site of the company Gucci. It is particularly relevant to the Panel to notice that while the Respondent criticises Complainant because its products would be extremely expensive and of bad taste, the link to the Gucci web site is unaccompanied by any (critical) comment whatsoever.

It seems to indicate that the Respondent's goal is to target specifically the Complainant's business and to lead its (potential) customers to a major competitor's web site.

It is therefore the Panel's opinion that, in view of the Respondent's behaviour, his real and current goal was to bother Complainant speculating on Complainant's irritation and financial means to sell-off the Domain Name at good price. This is revealed in Respondent's statement in the letter of August 16 to Complainant, stipulating that *"Cependant(...) et sans, en aucune façon, proposer ni à vous, ni à votre client une vente de ce domaine, je suis ouvert à une proposition raisonnable de conciliation..."* that can be translated by " However (...) and without in any way offering you or your client the domain for sale, I could be open to any proposition of reasonable settlement" and also by the fact that the Respondent has placed a link on the web page to one of the most important competitors of the Complainant.

In conclusion and in view of the above, it is the Panel's opinion that Respondent registered and used the Domain Name in bad faith.

## 7. Decision

In light of the foregoing, the Administrative Panel decides that the Domain Name "louisvuiton.com" registered by Respondent is confusingly similar to the trademark of Complainant, that Respondent has no right or legitimate interest in respect of the Domain Name, and that Respondent registered and used the Domain Name in bad faith.

Accordingly, pursuant to Paragraph 4, i of the Policy, the Administrative Panel requires that the registration of the Domain Name "louisvuiton.com" be transferred to Complainant.

---

Geert Glas
Sole Panelist

Dated: October 13, 2000

# EXHIBIT 15

*[handwritten: ...a docd Esq. To be Transmitted to AACRAO council by aga. Thu P.]*

List of third party ~~mostly~~ that may has received a document of AUAP with the mention of AACRAO membership mention prior to Aug 2005:


1 Mongolian Technical University (CMUC founding university from 1995)

2.    Medical University of Mongolia (CMUC founding university from 1995)

3.    Agriculture University of Mongolia (CMUC founding university from 1995)

4.    Mongolian State Pedagogical University (CMUC founding university from 1995)

5.    University of Arts and Culture (CMUC founding university from 1995)

6.    The Institute of Finance and Economics(from 1995)

7.    Mongolian National University (from 1996)

8.    Police Academy (from 1996)

9.    Ulaanbaatar University (from 1996)

10.  Otgontenger University (from 1996)

11.  Ulaanbaatar College (from 1996)

12.  Institute of Commerce and Industry (from 1997)

13.  Mongolian Railway College (from 1997)

14.  Mongolian Labor Institute (from 1997)

15.  Orkhon Foreign Language Institute (from 1997)

16.  Mongolian Military University (from 1998)

17.  Academy of Management (from 1998)

18.  University of Humanity (from 2000)

International Turkmen Turkish University


   * Bago Degree College
   * Bhamo Degree College

* Dagon University
* Dawei Education College
* Dawei University
* East Yangon University
* Hinthada University
* Hlegu Education College
* Hpaan Education College
* Hpaan University
* Kalay University
* Kyainge Tong Degree College
* Kyauke Education College
* Kyaukse University
* Lashio Degree College
* Loikaw University
* Magway Education College
* Magway University
* Mandalay Education College
* Mandalay Institute of Technology
* Mandalay University
* Mandalay University of Distance Education
* Mandalay University of Foreign Languages
* Maubin University
* Mawlamyine Education College
* Mawlamyine University
* Meikhtila Education College
* Meikhtila Institute of Economics
* Meikhtila University
* Mohnyin Degree College
* Monywa Education College
* Monywa Institute of Economics
* Monywa University
* Myaung Mya Education College
* Myeik University
* Myin Chan Education College
* Myitkyina Education College
* Myitkyina University
* Pakokku Education College
* Pakokku University
* Panlong University
* Pathein Education College
* Pathein University
* Pyay University
* Sagaing Institute of Education
* Sagaing Education College
* Shwebo Degree College
* Sittway University

* Taungoo Education College
* Taungoo University
* Taunggyi Education College
* Taunggyi University
* Thingangyun Education College
* West Yangon University
* Workers' College
* Yadanarbon University
* Yangon Institute of Economics
* Yangon Institute of Education
* Yangon Technological University
* Yangon University
* Yangon University of Distant Education
* Yangon University of Foreign Languages
* Yangon University of Computer Studies, (UCSY)
* Yankin Education College
* Yenanchaung Degree College

* Kim Chaek University of Technology
* Kim Il-sung University

1. Centre Hospitalo-Universitaire de Constantine
2. Centre Universitaire de Jijel
3. Centre Universitaire de Tiaret
4. Ecole Nationale d'Administration
5. Ferhat Abbas University of Setif, Institute of Medical Sciences
6. Université Abou Bekr Belkaid, Tlemcen
7. Université Amar Telidji
8. Université d'Alger
9. Université d'Annaba
10. Université d'Oran
11. Université de Batna
12. Université de Béjaia
13. Université de Blida
14. Université de Chlef
15. Université de Constantine
16. Université de la Formation Continue
17. Université de Mostaganem
18. Université de Ouargla
19. Université de Sétif
20. Université de Sidi-Bel-Abbès (Djillali Liabès)
21. Université de Skikda
22. Université des Sciences et de la Technologie d'Oran
23. Université des Sciences et de la Technologie Houari Boumediène

24. Universite des Sciences Islamiques de Constantine
25. Université M'hamed Bouguerra de Boumerdes
26. Université Mouloud Mammeri de Tizi Ouzou

# EXHIBIT 16





**AMERICAN UNIVERSITIES ADMISSION PROGRAM**

## Study in the

### *Since 1995*

**AUAP** guarantees your admission into the **best American universities** possible with the **best available conditions**!

**NEW!** August 2006: Our students have been already accepted at **University of Pennsylvania, Cornell, Dartmouth (Ivy League), NYU, Georgetown, Penn State, SUNY,** etc.

See where our students were accepted and judge by yourself !



**International**
## ENTER HERE!

*We ask you to fill this short evaluation form to have free access to our multiple informational pages on American universities for a Bachelor, Masters or PhD. degree.*
*It will help us to determine if you can enter in an American University.*



**US Students**
## ENTER HERE!

*AUAP has a special comprehensive program with psychometric tests for American students to enter Undergraduate and Graduate US universities.*
*If you are an American student please go to our Consulting and Coaching Program*

**AUAP Credential Evaluation Service**
## ENTER HERE!



**2005**

**CORNELL, WHARTON NYU, NORTHWESTERN ACCEPTANCES !**

| New TOEFL TEST EQUIVALENCE | 79/80 Internet Based = 213 CBT= 550 Paper<br>100 Internet Based = 250 CBT = 600 Paper |
|---|---|

- AUAP is the **world largest organization**   which helps foreign students in selecting and gaining admission to American institutions of higher education. Each year it establishes the **unique rankings for foreign students of American Universities (undergraduate), MBA and LL.M Master of Law.**

- We are **45+ higher education specialists**, mostly Directors of Admissions, Professors, Ph.D. Holders, Psychologists, Recognized Grades evaluators, Notaries and certified translators etc. We started the

company in 1995.<u>(Counselor Job / Representative opportunities)</u>

- Our **Selection** + **Guaranteed Admission** Program **guarantees your admission** to an American university.

About the quality of the US universities: All systems of studies are valuable but the US Universities benefit from an incomparable prestige and image: ***"Of the top 20 Universities in the word today, only two are now in Europe"*** said the President of Europe at the Europe parliament in 2005.

The choice of the right university is certainly the most important career decision of an individual's life, ultimately affecting **future income, job satisfaction & quality of life.**
*You need, the professional help of AUAP for the most important decision of your life!*
<u>See our list of accepted students and judge by yourself</u> !

- A few of the **Universities where AUAP students were accepted.**

**Harvard * Yale* Stanford * Cornell * Columbia * University of Pennsylvania * Brown U.* INSEAD (France) * Dartmouth *New York University NYU * John Hopkins U. * North Western-Kellogg School of Management *Duke University * Boston College * Boston U.* Georgetown U. *Penn State U. * University of Michigan * Babson College * American University * Thunderbird * Purdue University * Fordham U.* Michigan State University * George Washington U.*Embry Riddle Aeronautic University * Rollins College * University of Arizona * University of Delaware (Honors) * University of Florida * University of Massachusetts (Amherst) * UCLA * University of Southern California * University of Delaware *Rochester Institute of Technology * U.of Virginia* IIT * UCSD * U. of San Diego * Pepperdine * Middlebury *LSU *Tulane * USF,*Temple, •SUNY, etc.**

# <u>International Students Please ENTER HERE!</u>

# <u>US Students Please ENTER HERE!</u>

AUAP American Universities Admission Program.                    Page 3 of 3

Case 1:06-cv-00137-ESH    Document 18-3    Filed 07/17/2006    Page 88 of 91

**AUAP Is Always On Your Side ... Always Available!**

**Sign up for our**
**Email Newsletter**
**ABOUT US**
**Universities &**
**Evaluations**

[                    ] [GO]

See our list of accepted students and judge by yourself !

---

AUAP American Universities Admission Program
5053 Ocean Blvd., Suite 19 - Sarasota FL 34242 -USA
Tel: (1) 941 346 1427 - Fax (1) 941 349 43 70 - e-mail: auap@auap.com

American Council on Education

  

Site Info    More info ▶
auap.com
Rank: 696,259
Links in: 195
Review: ★★★☆☆
CERTIFIED BY ⓐAlexa'

© 1999, 2000, 2001 American Universities Admission Program
Some graphics © www.arttoday.com
Students picture © Corbis Corporation    x

http://www.auap.com/                                7/5/2006

# EXHIBIT 17

# AUAP CREDENTIAL EVALUATION SERVICES

Suite 19, 5053 Ocean Blvd, Sarasota Fl 34242 USA
Tel: 941 346 14 27, Fax: 941 349 4370, eval@auap.com
Since 1995
American Council on Education



member



MEMBER



R E C E I V...

NOV 21 20...

PERSONNEL OFFIC...
COLLEGE OF THE DE...T

Member American Evaluation Association, NAGAP, Reciprocal Member AACRAO

November 14, 2005

## Educational Evaluation Report
### Name: :

1.)    **Credentials**

The following educational and experiential credentials from France were submitted for evaluation

1.1)    **Diploma & Transcripts**

Diplôme de Docteur en 3° Cycle Mention Physique Mathématiques from Faculté des Sciences de Dijon dated 02/19/1973.

Diplôme de Docteur d'Etat es Sciences en Mathématiques de l'Université de Dijon mention "très honorable" dated January 12, 1977

Translation of the above mentioned documents by Fleur Prade Ph.D. candidate in French, teaching assistant at Pennsylvania State University, Master of Arts in French from Middlebury College, Bachelor of Arts (Honors) in French and Italian from the University of Delaware, Member of the American Translators Association (ATA) # 228778

2.)    **Equivalency**

### Doctor of Philosophy (Ph.D.) in Mathematics
**from a regionally accredited institution of higher education of the United States of America**

*Notes*

The author, world specialist of French degrees equivalencies, graduated from Paris II, Sciences Po (IEP) Paris, and Harvard (SICA)  He was a Judge at the Paris Court. He is a National presenter on French degree equivalencies at NAFSA/National Association of International Educators and AACRAO/ American Association of College Registrars and Admissions Officers conventions.  He did a presentation at the fall 2005 NAFSA conference in Birmingham on the new European System of Higher Education 93/5/8). He is a member of, NAFSA, NAGAP and the American Council on Education (ACE). His evaluations of foreign credentials are accepted into more than 450 US universities including the Ivy League institutions. He is a founding faculty at Yorktown University, where he teaches undergraduate courses. He published a graduate paper at Harvard University (FAS) on foreign diploma

©AUAP This evaluation is strictly confidential (FERPA & Privacy Act of the United States)
No copies allowed under any circumstances as per the copyright Laws of the United States of America

**Joseph F. Walsh**     Associate Director of Undergraduate Admissions
                      Suffolk University, Boston, MA 02108
Telephone:            617-573-8460
Fax:                  617-742-4291
Email:                jfwalsh@admin.suffolk.edu

**Suffolk University**

# Fax



| **To:** | Mr. Barmak Nassirian | **From:** | Joseph Walsh |
|---|---|---|---|
| **Fax:** | 1-202-872-8857 | **Pages:** | ~4 (with cover sheet) |
| **Phone:** | 1-202-263-0290 | **Date:** | 6/21/01 |
| **Re:** | Attached correspondence | **CC:** | N/A/ |

☐ **Urgent**     ☐ **For Review**     x☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

● **Comments:**

Mr. Nassirian:

On Tuesday, upon returning to my office, I found the attached email waiting for me.

While we are under no obligation to accept any outside credit evaluation, there are many professional credit evaluators whose work we typically respect and accept in general. As I mentioned to you during our earlier conversation I found the evaluation which Dr. Prade did on the applicant to be of less than acceptable quality.

Dr. Prade suggests that I questioned the 'legality' of his use of the AACRAO logo. In fact, I questioned the "propriety" of using the logo, particularly since it was of a specific color and the rest of the document was black and white. It left the impression with this reader that this was an 'AACRAO" sanctioned piece of work.

I thought that you might be interested in seeing his response.

Any comments?

Best regards,

Joe Walsh