Exhibit #1



AACRAO Home > Foreign Education Evaluations > Foreign Education Credential Service

# Foreign Education Credential Service

AACRAO's International Education Services provides evaluations of education credentials from all countries of the world assuring consistent treatment of those educated outside the United States. The extensive archives of over 35 years of evaluating foreign credentials enables IES to accurately research any educational credential in great depth.

AACRAO is committed to producing evaluations within 15 working days from receipt of a complete packet from the requestor. All of the evaluators in IES have worked for a number of years at institutions evaluating foreign educational credentials for admission purposes. The average length of previous experience is 14 years, and none have less than seven years of experience.

The evaluation of foreign credentials by the International Education Services follows the placement recommendations approved by the former National Council on the Evaluation of Foreign Education Credentials (CEC) when available.

Our evaluations are printed on Verify First Technologies® paper in order for the user to know that they are receiving an original copy.

We offer samples of our evaluations for your review:

- Sample of Basic Statement of Comparability Evaluation (Printable.pdf version. Acrobat required)
- Sample of Course-by-Course Evaluation (Printable.pdf version. Acrobat required)

If you would like to request an evaluation, please download the applicable form and return it to International Education Services. If you have questions, please contact International Education Services at: 202-296-3359 or oies@aacrao.org

*Our offices are located in a building which has limited public access, open only for employees who work in the building. Therefore, we strongly suggest that you mail, fax, or use a courier service (FedEx, UPS, etc.) to send your requests to AACRAO for evaluation.*

## Form to Request an Evaluation by an Individual

- Individual Request Form
- Fillable Individual Request Form (.pdf)
  This form can be filled out on your screen then printed with Adobe Reader 3.0 or higher

## Forms for Institutions, Organizations, and Agencies to Request an Evaluation

- With the fee billed to the requesting institution, organization, or agency ⊟

- With the fee paid by the applicant by money order or credit card ô

## Form to Request an Evaluation of Study Abroad Experience of US Student

- Information, Guidelines and Form

## Form to Request an Evaluation for U.S. Military Purposes (Recruitment and Active Duty)

- Request form for US Military Purpose Only

## UMUC International Applicants

- UMUC Evaluation Application Form

## Form to Request an Additional Original Copy of an Evaluation

- Additional Evaluation Copy Request Form
- Additional Evaluation Copy Request Form (.pdf)

## Form to Request a Re-evaluation of Foreign Educational Credentials

- Re-Evaluation of Foreign Education Credentials Form
- Re-Evaluation of Foreign Education Credentials Form (.pdf)

AACRAO: American Association of Collegiate Registrars and Admissions Officers
One Dupont Circle NW, Suite 520, Washington, DC 20036 l Tel: (202) 293-9161 l Fax: (202) 872-8857

©2000– 2006 . AACRAO. All rights reserved. No parts of this site may be reproduced in any form including
information storage and retrieval systems without prior written permission.

8/2/06 5:16 PM

*Exhibit #2*



AACRAO Home > Foreign Education Evaluations > Request Form for Foreign Education Credentials Service

# Request Form for Foreign Education Credentials Service

## AACRAO
**Foreign Education Credential Service**
**Application Form**



### Request Form for Foreign Education Credentials Service

**Mail to:** American Association of Collegiate Registrars and Admissions
Officers (AACRAO)
International Education Services
One Dupont Circle, NW
Suite 520
Washington, D.C. 20036-1135

**Name:**

_____
      (Last or Family)    (First)    (Middle)     (Maiden/other)

**Your mailing address:**

_____

_____

_____

(Note - you will receive <u>one</u> copy of the completed evaluation. If you want that copy to be mailed to
someone other than yourself, please give that address <u>below</u>, and indicate "0" additional copies.)

**Phone number:**

_____

**FAX Number:**

**Educational Chronology:**

Please list all institutions attended beginning with secondary institutions

| Name of Secondary School(s) | Location (City / Country) | Dates of attendance | Name of Secondary School leaving certificate, diploma, or examination* | Date completed, or date awarded, |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Name of Postsecondary Institution(s) | Location (City / Country) | Dates of attendance | Certificates, degrees & exams completed* | Date completed, or date awarded, |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*List credentials using indigenous (original language) terms

**Attachment checklist-make sure these items are attached to this form when sending to AACRAO:**

- Completed request form
- Copies of all official foreign educational records (in original language), with literal translations if documents are not in English.

**Method of payment (check one):**

⌐ Money order (US currency) included (no personal checks accepted)

⌐ Credit card: (American Express, MasterCard, Visa only)

Type of card: _____

**E-mail address:**

**Date of Birth:** _____ **Place of Birth:**_____

(month/day/year)

(City, Country)

**Requesting:**

☐ Basic statement of comparability - $75, or

☐ Course-by-course evaluation * - $190

*If the credentials presented are not recommended for university-level recognition (i.e., transfer credit), you will only be charged for a "basic statement of comparability."

☐ Optional 48-hour service* - $150 additional (includes FedEx return)

☐ Optional expedited service* (7 days turnaround) - $100 additional
*These services are completed within the indicated number of business days once all necessary records have been received. It **does not** account for initial processing, payment processing, or mailing time.

**Purpose of Evaluation:**

☐ Further education

☐ Employment

☐ Professional Licensure

☐ Other_____

**Mail additional copies to:**

Number of additional copies requested_____
Additional copies are available at a $25 per copy.

(If needed, list further additional copies on separate paper.)

8/2/06 5:17 PM

<u>Back to AACRAO Index Page</u>

**[Retain a copy of this page for your files]**

AACRAO: American Association of Collegiate Registrars and Admissions Officers
One Dupont Circle NW, Suite 520, Washington, DC 20036 I Tel: (202) 293-9161 I Fax: (202) 872-8857

©2000– 2006 . AACRAO. All rights reserved. No parts of this site may be reproduced in any form including
information storage and retrieval systems without prior written permission.

(American Express, MasterCard, or Visa)

Name of cardholder: _____

Card number: _____

Expiration date: _____

Signature of cardholder: _____

**I certify that all statements made on this application form are correct and truthful.**

**Signature:** _____  **Date:** _____

**Notes and Instructions:**

1. Copies of all official foreign educational records must be submitted in the original language.

2. Records not in English must be accompanied by a <u>literal</u> English translation. Translations do not have to be certified, but must be literal (word for word) and the translator must sign the translated copy and include contact information.

3. Photocopies of official records are acceptable.

4. Payment of appropriate fees is accepted in US Dollars by money order or credit card (American Express, MasterCard, Visa). NO PERSONAL CHECKS ARE ACCEPTED.

5. All completed evaluations are mailed First Class (or Foreign Air Mail to overseas addresses), including requests for 7-day expedited service. If you need to have completed evaluations returned by courier service, you will need to prepay for such service and include prepaid mailers with your request form. The 48 hour expedited service includes FedEx return.

6. If you cancel a request before the evaluation is completed you will be charged a $30 cancellation fee.

7. All materials submitted to the International Education Services become the property of AACRAO and cannot be returned.

**Address all materials to:**

American Association of Collegiate Registrars and Admissions Officers (AACRAO)
International Education Services
One Dupont Circle, NW, Suite 520
Washington, D.C. 20036-1135

Forward e-mail inquiries to: oies@aacrao.org

Phone inquiries to: (202)296-3359
FAX: (202)822-3940

**Our offices are located in a building which has limited public access, open only for employees who work in the building. Therefore, we strongly suggest that you mail, fax, or use a courier service (FedEx, UPS, etc.) to send your requests to AACRAO for evaluation.**

8/2/06 5:17 PM

*EXhibit #5*

From Dr J.N Prade
Chairman AUAP

To day's date from America,
<u>Email me personally</u>

Dear Chinese student, Nihao!

Since 1996 I did lectures in 14 Chinese universities (including Beida, Tsinghua and Jiatong ) and helped more than 100 Chinese students to enter American universities. **I want to tell you the truth**, being in America in perpetual contact with University Admissions officers.

- **There are too many Chinese students** applying to US universities for the number of slots available. It generates is an intense competition.  Therefore  test scores, curriculum and achievement  requirements are **much higher** than for an American or a student from an other nation. Do not be fooled by the published test scores average! This year a bright Chinese student with stellar undergraduate studies and work experience in a top international bank had a stunning 770 at the GMAT test and was denied at Harvard MBA !
- Most of the time, Financial aid restricts the chance of success. **Financial aid are always difficult to get** at the Graduate level (Master/Ph.D.) and quasi impossible (except for <u>Sport Scholarships</u>) at the undergraduate level. For excellent students on a case per case basis we may guarantee scholarships.
- **The choice of the right universities is essential.** Avoid applying to a lot of universities and asking for an application fee waiver! It is the sure recipe for an humiliating disaster. To the contrary, AUAP experts selects the best universities possible according to the profile, budget, preferences  and their knowledge of each university policies.
- **For the Visa** it is much better to be sponsored by an American organization. AUAP will coach you and can guarantee it!

AUAP is, since 1996, an **American registered organization**, which uses the services of 45+ Directors of Admissions such as Dr. Lou Nunes, Dean Bates or myself. We are the world leader. To compare our guaranteed work with some local "Mom & Pop" counselors is like comparing a Ferrari to a Xia Li ! We pay American wages to the best qualified persons in the academic world. **We select carefully our Chinese students** and guarantee their admissions. We have the following **Chinese Guaranteed Admission Programs** :

| Chinese Guaranteed Programs | Admission Guaranteed | SCHOLARSHIP GUARANTEED | VISA GUARANTEE | COST |
|---|---|---|---|---|
| **Chinese Selection + Guaranteed Admission Program** | YES | **POSSIBLE\*** *Depends of the student records | NO | USD 1,850 |
| **Chinese Selection + Guaranteed Admission and Visa Program** | YES | **POSSIBLE\*** *Depends of the student records | YES | USD 2,850 |

In case of failure in admissions we reimburse 80% of Selection + Guaranteed Admission Program

($1,480). If we fail for the visa we reumburse 100% of Visa Guarantee i.e. $ 1000.

Those programs are complete and includes: Selection of the 4 possible best universities, Correction of essays, Evaluation of transcripts, Notarization & Certification, Help in filling the applications, Respects of deadlines, Selection of letters of recommendation, Constant contacts with the university, Advocacy of the student candidacy, Coaching for interviews and visits, Visa sponsorship, **Guaranteed Admission**s, etc., etc.

To subscribe to those programs **please fill very carefully our secure questionnaire at www.auap.com/register.html**

Please precise in Item XVII which AUAP Chinese Program you want to subscribe to.

I and our distinguished Chinese representatives are ready to respond to your personal situation. do not hesitate to  Email me personally

"Education is ma passion" and do not forget that to study in US universities is **the best thing that could happen to your life!**

Tsie Tsie and sincerely yours,



PS: **Some other AUAP useful service**s:

**Diplomes and Course per Course Evaluation** (quite mandatory for the top universities. We are **ACE& NAFSA** Member) **www.auap.com/eval.html**

**Selection of Tests Preparation Materials: www.auap.com/prepmat.htlm**

page en français    pagine in italiano



| ABOUT US | | | | |
|---|---|---|---|---|
| SERVICES | PRODUCTS | CONTACT | SITEMAP | |

# AUAP Credential Evaluation Service

## Member American Council on Education (ACE)

The AUAP Credential Evaluation Service since 1995 evaluates foreign Degrees & Transcripts for admission into American universities. It also evaluates academic and experiential credentials for Immigration purpose (H1B, Green Card, TN, etc.), Licensing, Federal Employment or Job research. We offer 24 hours Rush services and you may pay securely on line, by fax, mail, with credit cards, money orders or US checks. We do expert evaluations of studies for legal proceedings (Child support, Alimony, etc.). AUAP Credential evaluation service, while respecting scrupulously the rules and regulations of evaluations, helps its clients to attain their goals. It is why we have a simple & friendly procedure, with the minimum of bureaucracy. The requested documents are mentioned on the order page.

### The easy way (2 steps) to get your evaluation
*(The requested documents are mentioned on the order page)*

### Click here to see what kind of evaluations you need

### I want to order on line my evaluation now ! it is easy

or

Email us: eval@auap.com

Phone USA: (1) 941 346 14 27 , Fax (1) 941 349 4370

Everyday from 08 H to 21 H EST (New York Time)

AUAP Credential Evaluation Service

Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA

Offices: in Florida, Pennsylvania & Switzerland

American Council on Education



member

---

**New European Degrees (Bologna Declaration)**
Following the presentation of our President at the NAFSA conference in Birmingham (AL) on Nov 8, 2005 and after meetings with admissions officers and colleagues, AUAP may now consider the new European 3 year degree program as equivalent to a US Bachelor degree.

---

The US Immigration (USCIS) requests now systematically a credential evaluation for H1B and TN visa, even for renewals...

NEW! The following was issued by the United States Office of Personnel Management on Monday, January 31, 2005, and applies to the use of degrees by federal employees.

c) ... applicants must submit all necessary documents to a private U.S. organization that specializes in interpretation of foreign educational credentials, commonly called a credential evaluation service. AUAP qualifies !

**Frequently Asked Questions**

**Are your Evaluations accepted by the INS/USCIS ?**

Yes, AUAP satisfies the strict evaluation requirements of the Immigration Service. Since 1995 We helped more than 1500 applicants to get their H1B, TN Visas, Green card. etc.

**and by the US Universities ?**

yes, We are the only Credential Evaluation service

**Unsollicited Testimonials bout AUAP credential evaluations:**

**From a Japanese client:**

*"Thank you for the excellent work you have done for me. I just let you know that I got hired by Vxxxxxxx County last Thursday based on the result of the Educational Evaluation Report from you.*

*Thank you very much for the wonderful job!!!!"*

**Noriko S.**

**From a Canadian for TN Visa.(Oct 2005)**

*Dear AUAP, I contacted you last november for your services in order to establish my equivalency of a xxxxxxx diploma so I can get a TN visa to work in USA.I work in the USA since last january.*

*I didn't have the chance to thank you and to tell you that I was very satisfied and your equivalency was very easy accepted when I applied for my TN visa. I would refer anyone to you because of your serious work.*

*Many thanks AUAP!*

**Sennia B.**

**from a Cuban refugee**

*I have just received the evaluation via Fedex.*
*It is perfect!*
*Thank you very much for your help and your very professional service.*
*Do no hesitate to contact me for any reference I might give in the future*

We evaluate: course per course, foreign credential evaluation, degree equivalence for green card, for H1b & TN visa, requirements for immigration, equivalence for immigration, evaluation of foreign degrees, experiential evaluation, rush evaluation, short time evaluations, etc.

**AUAP will not evaluate "Diploma Mills" and will only evaluates degrees from non US institutions.**

*We evaluated, so far degrees, from the following countries: Afghanistan, Albania, Algeria, Andorra, Angola, Argentina, Armenia, Australia, Austria, Azerbaijan, Bangladesh, Bashkortostan, Belarus, Belgium, Belize Benin, Bosnia-Herzegovina, Brazil, British Virgin Islands, Bulgaria, Burkina Fasso, Cambodia, Cameroon, Canada (all provinces including Québec), Caribbean States, Chile, China, Colombia, Comoros, Congo (x2), Comoros, Costa Rica, Croatia, Cuba, Czech Republic, Denmark, Djibouti, Ecuador, Egypt, Eritrea, Estonia, Ethiopia, Finland, France, Fyrom, Gabon, Georgia (ex USSR), Germany, Ghana, Greece, Guinéa (X2), Haiti, Holland, Hong Kong, Hungary, India, Indonesia, Iraq, Iran, Ireland, Israel, Italy, Jamaica, Japan, Kazakhstan, Korea, Kyrgyzstan, Latvia, Lebanon, Liberia, Liechtenstein, Lithuania, Luxembourg, Macao, Macedonia (FYROM), Madagascar, Mali, Malaysia, Malawi, Malta, Mauritania, Mexico, Moldova, Monaco Mongolia, montenegro, Morocco, Myanmar-Burma, Netherlands, New Zealand, Nigeria, Norway, Pakistan, Panama, Paraguay, Peru, Philippines, Poland, Portugal, Romania, Russia, Saudi Arabia, Senegal, Serbia, Singapore, Slovenia, Slovakia, Somalia, South Africa, Spain, former Soviet Union, Sri Lanka, Sweden, Switzerland, Syria, Taiwan, Tanzania, Thailand, Togo, Trinidad, Tunisia, Turkey, UAE, U.K., Ukraine, Uruguay, Uzbekistan, Vatican, Venezuela, Vietnam, Yemen, Yugoslavia, Zimbabwe, etc.*

**Sign up for our
Email Newsletter
about American
Universities &
Evaluations**

[_____] GO

about your institution.

**Elio D.**

**April 15 2006,**

I've have received your evaluation.
Very impressed with your work.
I am very grateful.

**Hicham M.**

**From a German Student**

Ive got back the evaluation and of course I am quite happy with the result.

Thank you for your proper and nice replys and the way you handled the evaluation.

**Birgit B.**

**June 09 2006**

From a **South African** Student

I wish to thank you four your help to get my H1B visa. I will and have recommended you for a prompt and very professional servives to others.

*André v. W.*

**July 25,2006**

**From Dr. J.E.**

*I received your Educational Evaluation Report on my credentials. I wanted to personally thank you for all your help in getting my PHD Validation. Working with
your organization was a pleasure. Your help in getting the correct information to you was timely and on target and your validation was as advertised and on time.*

*Thanks again for all your help.*

**AUAP is a member of:**

**American Council on Education (ACE)**

**NAFSA**

**American Evaluation Association (AEA)**

**EAIE (European Association for International Education)**

**NAGAP (National Association of Graduate Admissions Professionals)**

pagine in italiano  page en français
En español

All Rights Reserved 2004. Design by Ades Design



**AMERICAN UNIVERSITIES ADMISSION PROGRAM**

## Study in the

### Since 1995



**AUAP** guarantees your admission into the **best American universities** possible with the **best available conditions**!

**NEW!** August 2006: Our students have been already accepted at **University of Pennsylvania, Cornell, Dartmouth (Ivy League), NYU, Georgetown, Penn State, SUNY**, etc.

<u>See where our students were accepted and judge by yourself !</u>



**International**
## ENTER HERE!

*We ask you to fill this short evaluation form to have free access to our multiple informational pages on American universities for a Bachelor, Masters or PhD. degree.*
*It will help us to determine if you can enter in an American University.*



**US Students**
## ENTER HERE!

*AUAP has a special comprehensive program with psychometric tests for American students to enter Undergraduate and Graduate US universities.*
*If you are an American student please go to our <u>Consulting and Coaching Program</u>*

**AUAP Credential Evaluation Service**
## ENTER HERE!



**2005**

Georgetown, USC, San Diego U., Illinois U., LSU, Tulane, Etc.....

**ACCEPTANCES :**

**New TOEFL TEST EQUIVALENCE**

79/80 Internet Based = 213 CBT= 550 Paper
100 Internet Based = 250 CBT = 600 Paper

- AUAP is the **world largest organization** which helps foreign students in selecting and gaining admission to American institutions of higher education. Each year it establishes the **unique rankings for foreign students of American Universities (undergraduate), MBA** and **LL.M Master of Law.**

- We are **45+ higher education specialists**, mostly Directors of Admissions, Professors, Ph.D. Holders, Psychologists, Recognized Grades evaluators, Notaries and certified translators etc. We started the company in 1995.(Counselor Job / Representative opportunities)

- Our **Selection + Guaranteed Admission** Program **guarantees your admission** to an American university.

About the quality of the US universities: All systems of studies are valuable but the US Universities benefit from

an incomparable prestige and image: "*Of the top 20 Universities in the word today, only two are now in Europe*" said the President of Europe at the Europe parliament in 2005.

---

The choice of the right university is certainly the most important career decision of an individual's life, ultimately affecting **future income, job satisfaction & quality of life.** *You need, the professional help of AUAP for the most important decision of your life!*

<u>See our list of accepted students and judge by yourself !</u>

---

- A few of the **Universities where AUAP students were accepted.**

**Harvard * Yale* Stanford * Cornell * Columbia * University of Pennsylvania * Brown U.* INSEAD (France) * Dartmouth *New York University NYU * John Hopkins U. * North Western-Kellogg School of Management *Duke University * Boston College * Boston U.* Georgetown U. *Penn State U. * University of Michigan * Babson College * American University * Thunderbird * Purdue University * Fordham U.* Michigan State University * George Washington U.*Embry Riddle Aeronautic University * Rollins College * University of Arizona * University of Delaware (Honors) * University of Florida * University of Massachusetts (Amherst) * UCLA * University of Southern California * University of Delaware *Rochester Institute of Technology * U.of Virginia* IIT * UCSD * U. of San Diego * Pepperdine * Middlebury *LSU *Tulane * USF,*Temple, •SUNY, etc.**

## <u>International Students Please ENTER HERE!</u>

## <u>US Students Please ENTER HERE!</u>

AUAP Is Always On Your Side ... Always Available!

**Sign up for our
Email Newsletter
ABOUT US
Universities &
Evaluations**

[_____] **GO**

<u>See our list of accepted students and judge by yourself !</u>

---

AUAP American Universities Admission Program

5053 Ocean Blvd., Suite 19 - Sarasota FL 34242 -USA

Tel: (1) 941 346 1427 - Fax (1) 941 349 43 70 - e-mail: auap@auap.com

American Council on Education



MEMBER



member



© 1999, 2000, 2001 American Universities Admission Program

Some graphics © www.arttoday.com

Students picture © Corbis Corporation    x

**linseed oil–list**

**584**



*l lintel*

**linseed oil** *n* : a yellowish drying oil obtained from flax-seed and used especially in paint, varnish, printing ink, and linoleum

**lin·sey-wool·sey** \,lin-zē-'wúl-zē\ *n* : a coarse sturdy fabric of wool and linen or cotton [Middle English *lyn-sy wolsye*]

**lint** \'lint\ *n*  **1 a** : a soft fleecy material made from linen usually by scraping  **b** : fuzz consisting of short fibers from yarn and fabric  **2** : fibers forming a close thick coating about cotton seeds and constituting the staple of cotton [Middle English] — **linty** \-ē\ *adj*

**lin·tel** \'lint-l\ *n* : a horizontal piece across the top of an opening (as of a door) that carries the weight of the structure above it [Middle French, from Late Latin *lim-itaris* "threshold", from Latin *limit-, limes* "boundary"]

**lint·er** \'lint-ər\ *n*  **1** : a machine for removing linters  **2** *pl* : the fuzz of short fibers that adheres to cottonseed after ginning

**li·on** \'lī-ən\ *n, pl* **lion** or **lions**  **1 a** : a large tawny flesh-eating chiefly nocturnal cat of open or rocky areas of Africa and especially formerly southern Asia with a tufted tail and a shaggy mane in the male  **b** : any of several large wildcats; *esp* : COUGAR  **2 a** : a person held to resemble a lion (as in courage or ferocity)  **b** : a person of outstanding interest or importance (a liter-ary *lion*)  **3** *cap* : a member of one of the major service clubs [Old French, from Latin *leo*, from Greek *leōn*] — **li·on·ess** \-ə-'nəs\ *n* — **li·on·like** \-ən-,līk\ *adj*

**li·on·heart·ed** \lī-ən-'härt-əd\ *adj* : BOLD 1, COURA-GEOUS

**li·on·ize** \'lī-ə-,nīz\ *vt* : to treat as an object of great in-terest or importance — **li·on·iza·tion** \,lī-ə-nə-'zā-shən\ *n*

**lion's share** *n* : the largest portion

**1lip** \'lip\ *n*  **1** : either of the two fleshy folds that sur-round the mouth  **2** *slang* : BACK TALK  **3 a** : a fleshy edge or margin (*lips* of a wound)  **b** : LABIUM 2; *also* : the protruding part of an irregular corolla (as of an orchid)  **4 a** : the edge of a hollow vessel especially where it flares slightly  **b** : a projecting edge (the *lip* of a cliff)  **c** : a short open spout (as on a pitcher)  **5** : EMBOUCHURE 1 [Old English *lippa*] — **lip·less** \-ləs\ *adj* — **lip·like** \-,līk\ *adj*

**2lip** *adj*  **1** : spoken with the lips only : INSINCERE (*lip* praise)  **2** : produced with the lips : LABIAL (*lip* conso-nants)

**3lip** *vt* **lipped; lip·ping**  **1** : to touch with the lips; *esp* : KISS  **2** : to speak usually softly

**lip-** or **lipo-** *combining form* : fat : fatty tissue : fatty [Greek *lipos*]

**li·pase** \'lī-,pās, -,pāz\ *n* : an enzyme that functions es-pecially in the breakdown or digestion of fats

**lip·id** \'lip-əd\ *n* : any of various substances including fats, waxes, and phosphatides that with proteins and carbohydrates constitute the principal structural com-ponents of living cells

**li·poid** \'lī-,pòid, 'lip-,òid\ *n* : LIPID — **lipoid** or **li·pol·dal** \lī-'pòid-l, lip-'òid-\ *adj*

**li·po·ma** \lī-'pō-mə, lip-'ō-\ *n, pl* **-mas** or **-ma·ta** \-mət-ə\ : a tumor of fatty tissue — **li·po·ma·tous** \-mət-əs\ *adj*

**li·po·pro·tein** \,lī-pō-'prō-,tēn, ,lip-ō-, -'prōt-ē-ən\ *n* : a protein containing a lipid group

**lipped** \'lipt\ *adj* : having lips or a lip : having such or so many lips (tight-*lipped*) (a 2-*lipped* corolla)

**lip·py** \'lip-ē\ *adj* **lip·pi·er, -est** : given to back talk

**lip-read·ing** \'lip-,rēd-ing\ *n* : interpretation of speech by watching the speaker's lip and facial movements — **lip-read** *vb* — **lip-read·er** *n*

**lip service** *n* : a declaration of allegiance not matched by action

**lip·stick** \'lip-,stik\ *n* : a waxy solid usually colored cos-metic in stick form for the lips; *also* : this cosmetic with its case

**liq·ue·fac·tion** \,lik-wə-'fak-shən\ *n*  **1** : the process of making or becoming liquid  **2** : the state of being liq-uid [Late Latin *liquefactio*, from Latin *liquefacere* "to liquefy"]

**liquefied petroleum gas** *n* : a compressed gas consisting of flammable light hydrocarbons and used especially as fuel or as raw material for chemical synthesis

**liq·ue·fy** *also* **liq·ui·fy** \'lik-wə-,fī\ *vb* **-fied; -fy·ing** : to make or become liquid [Middle French *liquefier*, from Latin *liquefacere*, from *liquēre* "to be fluid" + *facere* "to make"] — **liq·ue·fi·able** \-,fī-ə-bəl\ *adj* — **liq·ue·fi·er** \-,fī-ər, -,fīr\ *n*

**li·queur** \li-'kər, -'kyúr, -'kūr\ *n* : an alcoholic beverage flavored with aromatic substances and usually sweetened [French, literally, "liquor, liquid", from Latin *liquor*]

**1liq·uid** \'lik-wəd\ *adj*  **1** : flowing freely like water  **2** : neither solid nor gaseous : characterized by free move-ment of the constituent molecules among themselves but without the tendency to separate that character-izes gases (*liquid* mercury)  **3 a** : shining clear (large *liquid* eyes)  **b** : being musical and free of harshness in sound  **c** : smooth and unconstrained in movement  **d** : pronounced without friction and capable of being prolonged like a vowel (the *liquid* consonant \l\)  **4** : consisting of or capable of ready conversion into cash (*liquid* assets) [Middle French *liquide*, from Latin *li-quidus*, from *liquēre* "to be fluid"] — **li·quid·i·ty** \lik-'wid-ət-ē\ *n* — **liq·uid·ly** \'lik-wəd-lē\ *adv* — **liq·uid·ness** *n*

**2liquid** *n*  **1** : a liquid substance  **2** : a liquid consonant

**liquid air** *n* : air in the liquid state prepared by subject-ing it to great pressure and then cooling it by its own expansion and used chiefly as a refrigerant

**liq·ui·date** \'lik-wə-,dāt\ *vt*  **1** : to pay off (*liquidate* a debt)  **2** : to bring (as a business) to an end by selling off assets, paying debts, and dividing any remainder among the owners  **3** : to do away with [Late Latin *li-quidare* "to melt", from Latin *liquidus* "liquid"] — **liq·ui·da·tion** \,lik-wə-'dā-shən\ *n* — **liq·ui·da·tor** \'lik-wə-,dāt-ər\ *n*

**liquid measure** *n*  **1** : a unit or series of units for measur-ing liquid capacity — see MEASURE table, METRIC SYS-TEM table  **2** : a measure for liquids

**1li·quor** \'lik-ər\ *n* : a liquid substance; *esp* : a distilled alcoholic beverage [Old French *licour*, from Latin *li-quor*, from *liquēre* "to be fluid"]

**2liquor** *vb* **li·quored; li·quor·ing** \'lik-ring, -ə-ring\ : to make or become drunk with alcoholic liquor — usu-ally used with *up*

**li·quo·rice** *chiefly British variant of* LICORICE

**li·ra** \'lir-ə, 'lē-rə\ *n*  **1** *pl* **li·re** \'lē-rā\ *also* **liras** : the basic monetary unit of Italy  **2** *pl* **liras** *also* **lire** : the basic monetary unit of Turkey  **3** : a coin or note represent-ing one lira [Italian, from Latin *libra* "pound"]

**lisle** \'līl\ *n* : a smooth tightly twisted thread usually made of long-staple cotton [*Lisle* "Lille, France"]

**lisp** \'lisp\ *vb*  **1** : to pronounce \s\ and \z\ imperfectly especially by giving them the sound of \th\ and \th\  **2** : to speak falteringly, childishly, or with a lisp [Old English *-wlyspian*] — **lisp·er** *n*

**2lisp** *n*  **1** : a speech defect or mannerism marked by lisping  **2** : a sound resembling a lisp

**lis·some** *also* **lis·som** \'lis-əm\ *adj*  **1** : LITHE 1  **2** : NIM-BLE 1 [alteration of *lithesome*] — **lis·some·ly** *adv* — **lis·some·ness** *n*

**1list** \'list\ *vb*  **1** : LISTEN  **2** : to listen to : HEAR [Old En-glish *hlystan*, from *hlyst* "hearing", from *hlysnan* "to listen"]

**2list** *n*  **1** : a band or strip of material; *esp* : SELVAGE  **2** *pl* **a** : an arena for jousting  **b** : an arena for combat (en-tered the *lists*)  **c** : a field of competition or controver-sy [Old English *liste* "border"]

**3list** *n* : a roll, record, or catalog of names or objects (guest *list*) [French *liste*, from Italian *lista*, of German-ic origin]

# AUAP CREDENTIAL EVALUATION SERVICES

Suite 19, 5053 Ocean Blvd. Sarasota Fl 34242 USA
Tel; 941 346 14 27, Fax: 941 349 4370, eval@auap.com
**Since 1995**
**American Council on Education**



August 2, 2006

**Educational Evaluation Report**
Name: ~~Jin Kyung Hee~~

## 1.   Credentials

The following educational credentials from Korea were submitted for evaluation:

### 1.1   Diploma

- Bachelor of Music-Certificate of Graduation issued by the Catholic University of Daegu (formerly known as Hyosung Women's University) dated January 9, 2003 for studies completed in August 20, 1997.

- Transcripts of the above mentioned studies.

### 2.   Equivalency

**Bachelor of Music (BM)**
**From a regionally accredited institution of higher education of the United States of America**

Notes

[1] The author, world specialist of foreign degree equivalencies, graduated from Paris II, Sciences Pô (IEP) Paris and Harvard (SICA). He was a Judge at the Paris Court. He is a National presenter on foreign degree equivalencies at NAFSA/ National Association of International Educators conventions. He is a member of NAFSA, NAGAP and the American Council on Education (ACE). More than 450 US

© AUAP This evaluation is strictly confidential (FERPA & Privacy Act of the United States)
No copies allowed under any circumstances as per the copyright Laws of the United States of America

universities including the Ivy League institutions accept his evaluations of foreign credentials. He is a founding faculty at Yorktown University, where he teaches undergraduate courses. He published a graduate paper at Harvard University (FAS) on foreign diploma equivalencies. He is also a retained equivalency evaluator, for the American Council of Education, of the United States Military Services Educational Programs. Therefore he satisfies the USCIS requirement of "an official who has the authority to grant college-level credit at an accredited College or University".

[2]This evaluation strictly follows the recommendations and philosophy of the National Council on the Evaluation of Foreign Credentials s. This National Council establishes standards for interpreting foreign educational credentials and provides guidance to U.S. accredited institutions. It is the only inter-associational body in the United States specifically organized to perform this role.

[3]We confirm that the Collegiate training was a post-secondary education, i.e. that the student completed the United States equivalent of a High School degree before starting her university studies The Diploma is issued by an accredited Korean institution of Higher education, founded in 1914. It is the largest Catholic university of Korea.

Respectfully,

Dr. J.N. Prade

**AUAP**
**Evaluation Service**

Chairman, Harvard SICA'95 University of Paris II'73
Author on a published paper on International Students at Harvard FAS (97)
American Council on Education (ACE),
American Evaluation Association (EAE)
NAFSA: Association of International Educators
NAGAP: National Association of Graduate Admissions Professionals
National Association of Scholars/NAS,
Founding Faculty at Yorktown University
Former Judge at the Paris Court, Chevalier du Mérite National (France), CMA, PBB
http://www.auap.com/lectures.html

*Absence of watermark may indicate alteration*

© AUAP This evaluation is strictly confidential (FERPA & Privacy Act of the United States)
No copies allowed under any circumstances as per the copyright Laws of the United States of America

Exhibit #9

← no address.

| Last Name | First Name | Country | Amount | Arrived o | Due date | Office | Forward |
|-----------|-----------|---------|--------|-----------|----------|--------|---------|
| De Guzman | Bettina | Phillipines | $79 | 7/11/06 | 8/1/06 | SRQ | N |
| Ming | Xu | China | $79 | 7/12/06 | 8/2/06 | SRQ | N |
| MARTIN | Cassandre | Haiti | $79 | 7/13/06 | 8/4/06 | Fleur | Y |
| anagha | shekhar | india | $79 | 7/14/06 | 8/5/06 | SRQ | N |
| qian | lina | china | $299 | 7/15/06 | 7/22/06 | SRQ | N |
| Ellis | James | France | $179 | 7/17/06 | 7/24/06 | SRQ | N |
| Vikram | Khosla | india | $279 | 7/17/06 | 7/18/06 | SRQ | N |
| Sofia | Freyder | Russia | $79 | 7/17/06 | 8/7/06 | Fleur | Y |
| Arthur | Bigati | India | $79 | 7/19/06 | 8/9/06 | Fleur | Y |
| Carlos | Rodrigues | Corona | $179 | 7/20/06 | 8/11/06 | SRQ | N |
| SUAREZ | GLADIS | URUGUAY | $79 | 7/20/06 | 8/11/06 | Fleur | Y |
| CASTILLO | ENG. Luis | Venezuela | $179 | 7/20/06 | 8/11/06 | SRQ | N |
| Heris | Michel | Belgique | $199 | 7/20/06 | 8/11/06 | Fleur | Y |
| Leon-Gomez | Joyce | CA | #### | 7/21/06 | 7/28/06 | Fleur | Y |
| Maghear | Nicoleta | VA | | 7/21/06 | | Fleur | Y |
| Angayarrkanni | K | india | $79 | 7/23/06 | 8/16/06 | Fleur | Y |
| Palani | Ulaganathan | India (hus) | $179 | 7/23/06 | 7/30/06 | SRQ | N |
| Storojer | Nikita | Russia | $79 | 7/24/06 | 8/14/06 | Fleur | Y |
| George | Fitoussis | Greece | $179 | 7/24/06 | 7/31/06 | SRQ | N |
| Braude | Chara | Ysrael | $299 | 7/27/06 | 8/6/06 | Fleur Fa | Y |
| Ilona | Lapkis | Latvia | $79 | 7/28/06 | 8/18/06 | SRQ | N |
| chen | Yanshan | Cnina | $299 | 8/2/06 | 8/9/06 | Flerur | Y electron |

**Envoye**    Column1

Oui        Rajouter
           electronique

           Maritza
           Corona

           confirmer
           paiement

ıic



# WIPO Arbitration and Mediation Center

### ADMINISTRATIVE   PANEL   DECISION

### SC  FARMEC  S.A.  and  S.C.  SICOMED  S.A.  v.  JN  Prade

### Case  No.  D2005-0701

## 1.  The  Parties

The Complainants are SC FARMEC S.A., Cluj-Napoca, Romania, and S.C. SICOMED S.A., Bucharest, Romania, represented by Turcu & Turcu, Romania.

The Respondent is JN Prade, Sarasota, Florida, United States of America, represented by Ratza & Ratza, Romania.

## 2.  The  Domain  Names  and  Registrar

The disputed domain names <cosmetiquesgerovital.com> and <gerovitalcosmetics.com> are registered with Go Daddy Software.

## 3.  Procedural  History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on July 4, 2005. On July 22, 2005, the Center transmitted by email to Go Daddy Software a request for registrar verification in connection with the domain names at issue. On July 22, 2005, Go Daddy Software transmitted by email to the Center its verification response confirming that the Respondent is listed as the registrant and providing the contact details for the administrative, and technical contact. In response to a notification by the Center that the Complaint was administratively deficient, the Complainant filed an Amended Complaint on July 22, 2005. The Center verified that the Complaint together with the Amended Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In accordance with the Rules, paragraphs 2(a) and 4(a), the Center formally notified the Respondent of the Complaint, and the proceedings commenced on August 10, 2005. In accordance with the Rules, paragraph 5(a), the due date for the Response was August 30, 2005. The Response was filed with the Center on August 29, 2005.

On September 7, 2005, the Center received a Supplemental Filing from the Complainant. On September 7, 2005, the Center also received a Supplemental Filing from the Respondent.

The Center appointed David J.A. Cairns as the sole panelist in this matter on September 12, 2005. The Panel finds that it was properly constituted. The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.

## 4. Factual Background

The Complainants are Romanian companies. The Complainants rely on various trademarks registered in the names of Societatea Comerciala Sicomed S.A., Societatea Comerciala Sicomed S.A. Bucuresti, and Sicomed S.A., including the following Romanian registrations:

(i) Romanian trademark Nº R17834 effective for 10 years from November 25, 2001, and consisting of the trademark GEROVITAL;

(ii) Romanian trademark registration Nº R18585, effective for 10 years from November 25, 2001, for a trademark consisting of the word 'Gero H3 Aslan' above 'Prof. Dr. Ana Aslan' in smaller signature script all enclosed within a rectangular device;

(iii) Romanian trademark registrations Nº R15551 and Nº 27090, effective for 10 years from May 24, 1999, and February 15, 1995, respectively for a trademark consisting of the word 'GEROVITAL' enclosed in a rectangular device beneath which appears in three different scripts 'PRODUS ORIGINAL Prof. Dr. A. ASLAN', the signature 'Prof. Dr. A. Aslan' and 'H3';

(iv) Romanian trademark registration Nº R18557 effective for 10 years from October 18, 2001, consisting of 'Geroaslan®' in a rectangular device and then in three different smaller types, and also enclosed within separate regular or circular devices, 'PRODUS ORIGINAL Prof. Dr. Ana Aslan', 'H3' and the signature 'Prof Dr. A. Aslan';

(v) Romanian trademark registration Nº R17828 effective for 10 years from October 18, 2001, for the trademark 'GEROVITAL' set above the symbol H3.

(vi) Romanian trademark registrations Nº 55707, 55619, and 55620 all effective for 10 years from April 24, 2003, for the words respectively 'GEROVITAL BIO', 'GEROVITAL PLUS' and 'GEROVITAL LIFE'.

The copies of these trademark registrations provided in evidence by the Complainants did not identify the classes of goods to which they relate.

The Complainant SC Farmec S.A. also owns various trademark registrations including the word GEROVITAL. The Complainants also hold various international registrations for the word and/or devices including the word GEROVITAL.

The Respondent markets cosmetics over the Internet. The Panel entered the websites at the disputed domain names on September 22, 2005. The disputed domain name <gerovitalcosmetics.com> was parked with GoDaddy.com. It had various sponsored links to sites selling cosmetics, including GEROVITAL products and products under other trademarks. The disputed domain name <cosmetiquesgerovital.com> is the address of a website that offers for sale in English, French, Italian and Japanese a wide range of products under the GEROVITAL trademark, and also two products under the trademark ELMIPLANT. The home page contains the following disclaimer: "*Gerovital H3 is a trademark of GeroVital Cosmetics Bucharest Romania. Gerovital Plant is produced by Farmec SA Cluj Romania.*"

A simple search identifies ELMIPLANT to be a trademark of S.C. Elmi Prodfarm S.R.L., another Romanian company offering cosmetics for sale on the Internet (see "www.elmiplant.ro").

## 5. Parties' Contentions

### A. The Complainants

The Complainants state that their trademark rights are infringed by the Respondent's sale of products bearing their trademarks through websites at the disputed domain names.

The Complainants particularly complain of the sale of products bearing the trademark GEROVITAL H3 with a signature facsimile 'Prof. Dr. Ana Aslan' which is co-owned by the Complainants.

They state that the disputed domain names are confusingly similar to their trademarks as they contain the significant word GEROVITAL. The Respondent markets products without identifying the true owner of the trademarks and without authorisation from the Complainants, so causing damage to their intellectual property rights and confusion amongst customers.

The Complainants also state that the Respondent has no rights or legitimate interests in the disputed domain name and also that the disputed domain names were registered and are being used in bad faith. The Complainants refer to the confusion likely to be caused by the Respondent's use of the trademarks and state that the Respondent has attempted to attract, for commercial gain, Internet users to the Respondent's website or other on-line location, by creating a likelihood of confusion with the Complainants' trademarks. The Complainants state that they have not licensed or otherwise permitted the Respondent to use its trademarks, nor to apply for or use any domain name incorporating its trademarks; that the Respondent has no rights in the trademark GEROVITAL with a signature facsimile 'Prof Dr. Ana Aslan'; and that the Respondent seeks to give an appearance of "a connection with products commercialized by the Complainants" and to take advantage of typographical errors by Internet users. They also state that the Respondent is "well known" for cybersquatting. The Complainants seek that the disputed domain names are transferred to them.

The Supplemental Filing of the Complainants sets out various reasons why material submitted by the Respondent did not establish that the Respondent had any legal right to use the trademark GEROVITAL H3 with a facsimile signature 'Prof. Dr. Ana Aslan', and questions whether agreements referred to by the Respondent in the Response are still in force.

### B. The Respondent

The Respondent accepts that a similarity exists between the disputed domain names and the trademarks in which the Complainants have rights, particularly with those including the word GEROVITAL.

However, the Respondent states that three companies are the co-owners of the trademark GEROVITAL H3 bearing the facsimile signature 'Prof. Dr. Ann Aslan', being the two Complainants and a third company called Gerovital Cosmetics S.A., and that accordingly all three companies have rights over the trademark GEROVITAL H3.

The Respondent further asserts that Gerovital Cosmetics S.A. is the legal entity most entitled to claim rights over the disputed domain names.

The Respondent states that the products marketed through the websites associated with the disputed domain names are original products, and that the owners of the trademarks are in fact specified on the websites.

The Respondent also claims that he has legitimate rights or interests in the domain name. He states that he purchases these cosmetics through a Romanian company wholly owned by him called Zalmoxian Products S.R.L., and submits as exhibits sale and purchase contracts for 2005 between Zalmoxian Products S.R.L. and Gerovital Cosmetics S.A. and the Complainant Farmec S.A., and states that as purchaser of products manufactured by Farmec S.A. he is entitled to market the products under the GEROVITAL H3 trademark. He states that as a good faith reseller he has a legitimate interest in registering a domain name identical or similar to the trademark he markets, particularly as the Respondent is offering on his website goods

manufactured by the Complainants and Gerovital Cosmetics S.A., purchased from these manufacturers; that he is using the website to market only trademark goods (so there is no 'bait and switch' selling of other companies' products); that the owners of the trademarks are stated on the websites; and that the products are sold in their original packages bearing the name and contact information of the respective producers.

Further, the Respondent states that he has used the disputed domain names to trade cosmetics since 2000, well before the first notification by the Complainants of their complaint in 2004. The Respondent states that he operates in the cosmetics market under the name Gerovital Ltd.

Finally, in respect of rights and legitimate interests the Respondent refers to an agreement between Gerovital Cosmetics S.A. and Zalmoxian Products where Gerovital Cosmetics S.A. as the owner of various GEROVITAL trademarks expressly authorises the Respondent to register the disputed domain names. The relevant clauses of this agreement read:

**"Scope of Agreement**

Through this Agreement, the prior covenant of the two parties is hereby sanctioned, the respective covenant referring to the registration and use of the domain names: <gerovitalcosmetics.com> and <cosmetiquegerovital.com>.

**Rights and Liabilities of the Parties:**

- GEROVITAL COSMETICS hereby authorises Mr. Jean Noel Cresta Prade as Sole Shareholder of the Company Zalmocian Products S.R.L. in order to carry out the registration of the domain names: <gerovitalcosmetics.com> and <cosmetiquegerovital.com>.

- all and any expenses incurred for the above-mentioned domain names' registration, as well as for their maintenance, will be borne by Zalmoxian Products.

- Mr. Jean Noel Cresta Prade will acquire ownership over the domain names mentioned above.

- Except the rights arising from the ownership over the above-mentioned domains, Zalmoxian Products and Mr. Jean Noel Cresta Prade do not acquire, under this Agreement, any intellectual property rights over the GEROVITAL trademark or over the GEROVITAL COSMETICS brand."

The Respondent also denies that the disputed domain names are being registered and used in bad faith, stating, *inter alia*, that he has made no effort to sell the disputed domain names, that he holds only two of approximately 30 domain names similar to the Complainants' trademarks, and that in his use of the disputed domain names there is no consumer deception.

The Respondent also refers to various trademark disputes between Gerovital Cosmetics S.A. and the Complainant Farmec S.A., and that in fact the Complainants in this proceeding are seeking to obtain the domain names identical to that of their biggest competitor.

The Respondent's Supplemental Response also addresses the question of the ownership of the GEROVITAL H3 trademark with a facsimile signature 'Prof. Dr. Ana Aslan'; defends the validity of the sale and purchase agreement between Gerovital Cosmetics S.A. and Zalmoxian Products; and states that he does not claim any legal rights to any GEROVITAL trademarks, but only the right to register and use the disputed domain names.

## 6. Discussion and Findings

A preliminary procedural issue is the admissability of the supplemental filings by each party, for which there is no provision in the Rules. This Panel considers that it has a discretion in this regard, and that it is appropriate to consider the circumstances of each case before deciding whether to admit unsolicited additional submissions (see *Delikomat Betriebsverpflegung Gesellschaft m.b.H. v. Alexander Lehner,* WIPO Case No. D2001-1447). In the present instance the Panel has decided to accept the unsolicited submissions of

both the Complainants and the Respondent for the following reasons: (i) both parties have submitted supplementary responses without objection from the other; (ii) the supplementary responses are both short (less than two pages) and deal largely with clarification of the right to GEROVITAL H3 with a facsimile signature 'Prof. Dr. Ana Aslan'; (iii) there is no introduction of new factual material or legal argument; and (iv) the Panel is satisfied that the acceptance of these supplementary responses is in all respects consistent with its obligation in paragraph 10(b) of the Rules to ensure that the Parties are treated with equality and that each Party is given a fair opportunity to present its case.

Turning to the merits, the Panel is required to decide the Complaint on the basis of the statements and documents submitted and in accordance with the Policy, the Rules, and any rules and principles of law that it deems appropriate.

Paragraph 4(a) of the Policy requires the Complainants to prove all three of the following elements to be entitled to the relief sought: (i) that the disputed domain names are identical or confusingly similar to a trademark or service mark in which the Complainants have rights; and (ii) that the Respondent has no rights or legitimate interests in respect of the disputed domain names; and (iii) that the Respondent's domain names have been registered and are being used in bad faith.

## A. Whether the Disputed Domain Names are Identical or Confusingly Similar to the Complainant's Trademarks

The Panel accepts that the Complainants own various trademarks that include GEROVITAL. Many of these trademarks are device marks that incorporate other elements, particularly the facsimile signature of 'Prof. Dr. Ana Aslan'. However, the Complainants also own a registered trademark for the word GEROVITAL (being Romanian trademark N° R17834).

The disputed domain names are not identical with these trademarks, but do incorporate this trademark entirely. The fact that a trademark is incorporated in its entirety in a domain name is a solid indication, but does not *ipso facto* mean, that the domain name is confusingly similar to the trademark. The similarity of the trademark and the domain name depends on many factors, including "the relative distinctiveness of the trademark and the non-trademark elements of the domain name, and whether the non-trademark elements detract from or contradict the function of the trademark as an indication of origin" (see *Pfizer Inc v. The Magic Islands*, WIPO Case No. D2003-0870). However, this is another case of the addition of a prefix and suffix to a registered trademark descriptive of the products available on the Respondent's website which, as many UDRP decisions demonstrate, will almost invariably be insufficient to prevent the domain names being confusingly similar to the registered trademark.

The Panel considers that the disputed domain names are confusingly similar to the GEROVITAL trademark for the following reasons: (i) GEROVITAL is an invented word with a high degree of inherent distinctiveness; (ii) 'cosmetics' and 'cosmetiques' are ordinary descriptive words that describe in English and French respectively the products offered by the Complainant; (iii) the evidence demonstrates that the GEROVITAL trademark has an established reputation in respect of medicines and cosmetics; (iv) potential customers will assume that the disputed domain names are associated with the Complainants' trademark.

The arguments raised by the Respondent under this heading relating to the ownership situation of the GEROVITAL trademark with the facsimile signature 'Prof Dr. Ana Aslan', the identification of another company (Gerovital Cosmetics S.A.) that might possess legal rights in the disputed domain name, and the fact that only genuine products that are sold on the website are irrelevant to the first element under the Policy. The Complainants have proved that they own a registered trademark for GEROVITAL and that the disputed domain names are confusingly similar to this registered trademark, and so the first element of the Policy is satisfied.

## B. Whether the Respondent has no Rights or Legitimate Interests in respect of the Domain Names

Paragraph 4(c) of the Policy provides a list of three circumstances, any of which is sufficient to demonstrate that the Respondent has rights or legitimate interests in the domain names. The first of these

circumstances (paragraph 4(c)(i)) is that "before any notice to you [i.e., the Respondent] of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a bona fide offering of goods or services." The Respondent states and the Panel accepts that the disputed domain name has been used for the sale of cosmetics since 2000, and that the first notification of the dispute was 2004.

The Respondent asserts that it is an authorised reseller of the Complainants' products; that it acquires GEROVITAL products directly from the Complainants and a company called Gerovital Cosmetics S.A.; that it uses the website to sell only the trademarked goods (so there is no 'bait and switch' offering of competitors' products); that the site accurately discloses its relationship with the trademark owner and does not falsely suggest it is the trademark owner; and that the Respondent has only registered two domain names and made no effort to corner domain names including the GEROVITAL trademarks, and therefore satisfies all the criteria for the *bona fide* offering of goods or services set out in *Oki Data Americas, Inc. v. ASD, Inc.*, WIPO Case No. D2001-0903.

However, the facts of this dispute are not exactly as the Respondent represents. It is true that the Respondent has not at any time falsely claimed to be the trademark owner. The Respondent's operative website includes the statement relating to trademark ownership referred to above, but this is not a full disclosure, and specifically does not acknowledge that the Complainants own relevant trademarks. Further, the disputed domain names are used to offer for sale goods other than the trademarked goods because the disputed domain name <gerovitalcosmetics.com> parked with GoDaddy.com has sponsored links to sites offering products under other trademarks, and the disputed domain name <cosmetiquesgerovital.com> offers two products under the trademark ELMIPLANT. The Respondent's actual use of the disputed domain names does not satisfy the test for *bona fide* offering of goods proposed by the Respondent himself.

However, this is not the end of the matter. The Respondent offers for sale products under the GEROVITAL trademark manufactured by a company called Gerovital Cosmetics S.A. The evidence demonstrates that Gerovital Cosmetics S.A. is the owner of registered trademarks including the word GEROVITAL. The disputed domain name <gerovitalcosmetics.com> incorporates the complete name of Gerovital Cosmetics S.A. The Complainants in their Amended Complaint and in their Supplemental Filing acknowledge that Gerovital Cosmetics S.A. has certain rights in the GEROVITAL trademarks, although it disputes the scope of those rights, particularly in respect of the use of the facsimile signature 'Prof. Dr. Ana Aslan'.

The Respondent has produced an agreement executed by Gerovital Cosmetics S.A. expressly authorising the Respondent to register the disputed domain names. This agreement is undated and may post-date the actual registration of the disputed domain names, but the Panel accepts that Gerovital Cosmetics S.A. approves and has authorised the Respondent's registration of the disputed domain names. It has also produced a sale and purchase agreement dated April 8, 2005, executed by Gerovital Cosmetics S.A. authorising the Respondent's company to use Gerovital Cosmetics S.A.'s brands during the period of the agreement.

The Panel concludes that Gerovital Cosmetics S.A. has legitimate rights in the GEROVITAL trademark, and also in its own name, and that it has authorised the Respondent to register the disputed domain names. It is not a party to these proceedings. The Respondent claims to derive its rights and legitimate interests from Gerovital Cosmetics S.A. Notwithstanding concerns about some aspects of the Respondent's conduct (particularly the offering for sale of products other than GEROVITAL products on its websites, and representing to the Panel that it was not doing so) the Panel in not convinced that the Respondent has "no rights or legitimate interests" in respect of the disputed domain names, which is the standard required by the Policy. To the contrary, the Respondent has shown that it has contractual rights to the disputed domain names granted by a party (Gerovital Cosmetics S.A) that *prima facie* can grant such rights.

Accordingly, the Panel finds that it has not been demonstrated by the Complainants that the Respondent has no rights or legitimate interests in respect of the disputed domain names.

As a final point, the Panel notes that this Complaint is part of a wider trademark dispute involving the parties and Gerovital Cosmetics S.A. There is a complex range of trademarks related to GEROVITAL products, and agreements relating to the use of particular trademarks and their use in respect of different

products such as cosmetics and medicines. It is significant that there has been considerable argument by the Parties as to the rights to the GEROVITAL trademark with the facsimile signature of 'Prof. Dr.Ana Aslan'. This might indeed be a highly important legal and commercial question for the Parties, but the nature and the legitimacy of the Respondent's use of this device cannot be determined in these proceedings.

The Policy and Rules are designed to resolve questions of cybersquatting and not competing claims between trademark owners or registered users, which must be determined in other forums.

## C. Whether the Respondent has Registered and is Using the Disputed Domain Names in Bad Faith

In light of its decision on the second element of the Policy, the Panel is not required to address this element.

## 7. Decision

For all the foregoing reasons, the Complaint is denied.

David J.A. Cairns
Sole Panelist

Date: September 23, 2005

Exhibit #11

**-ly** \ī-'dē-ə-lē, -'dē-lē\ *adv* **1** : in idea or imaginative way **2** MENTALLY (it's possible only *ideally*, not in fact) **3** : conformably to an ideal : PERFECTLY (*ideally* suited for the position)

**-tion** \ī,dē-ə-'ā-shən\ *n* : the capacity for or the act of forming or entertaining ideas — **ide·ate** \'īd-ē-,āt\ *vb* — **ide·ation·al** \,īd-ē-'ā-shnəl, -shən-l\ *adj*

**\'īd,em, 'ēd-, 'id-\ *pron*** : something previously mentioned : SAME [Latin, "same"]

**-ti·cal** \ī-'dent-i-kəl, ə-\ *adj* **1** : being the same (the *identical* place we stopped before) **2** : being essentially the same or exactly alike (*identical* hats) — **iden·ti·cal·ly** \-i-kə-lē, -klē\ *adv* — **iden·ti·cal·ness** \-kəl-nəs\ *n*

**identical twin** *n* : either member of a pair of twins that are produced from a single fertilized egg cell, carry the same genes, and are physically similar

**-ti·fi·ca·tion** \ī-,dent-ə-fə-'kā-shən, ə-\ *n* **1** : an act of identifying : the state of being identified **2** : evidence of identity (carry *identification*)

**-ti·fy** \ī-'dent-ə-,fī, ə-\ *vt* -**fied; -fy·ing** **1 a** : to regard as identical (*identifies* democracy with capitalism) **b** : to think of as united (as in principle) (groups that are *identified* with conservation) **c** : to establish the identity of (*identified* the dog as my lost pet) — **iden·ti·fi·able** \-,fī-ə-bəl\ *adj* — **iden·ti·fi·ably** \-blē\ *adv* — **iden·ti·fi·er** \-,fī-ər, -,fīr\ *n*

**-ti·ty** \ī-'dent-ət-ē, ə-\ *n, pl* -**ties** **1** : the fact or condition of being exactly alike : SAMENESS (an *identity* of interests) **2** : distinguishing character or personality : INDIVIDUALITY **3** : the fact of being the same as something described or known to exist (establish the *identity* of stolen goods) **4 a** : an equation that is true for all values substituted for the variables **b** : IDENTITY ELEMENT [Middle French *identité*, from Late Latin *identitas*, from Latin *idem* "same", from *is* "that"]

**identity element** *n* : an element (as 0 in the set of all integers under addition) of a set that leaves any element of the set to which it belongs unchanged when combined with it by a specified operation

**ideo·gram** \'īd-ē-ə-,gram, 'id-\ *n* **1** : a picture or symbol used in a system of writing to represent a thing or an idea but not a particular word or phrase for it **2** : a character or symbol used in a system of writing to represent an entire word

**ideo·graph** \-,graf\ *n* : IDEOGRAM — **ideo·graph·ic** \,īd-ē-ə-'graf-ik, ,id-\ *adj* — **ideo·graph·i·cal·ly** \-'graf-i-kə-lē, -klē\ *adv*

**ide·ol·o·gy** \,īd-ē-'äl-ə-jē, ,id-\ *n, pl* -**gies** **1** : a systematic body of concepts especially about human life or culture **2** : a manner or the content of thinking characteristic of an individual, group, or culture **3** : the integrated assertions, theories, and aims that constitute a political, social and economic program [French *idéologie*, from Greek *idea* "form, notion, idea"] — **ideo·log·i·cal** \-ē-ə-'läj-i-kəl\ *adj* — **ideo·log·i·cal·ly** \-i-kə-lē, -klē\ *adv* — **ide·ol·o·gist** \-ē-'äl-ə-jəst\ *n*

**ides** \'īdz\ *n pl* : the 15th day of March, May, July, or October or the 13th day of any other month in the ancient Roman calendar [Middle French, from Latin *idus*]

**idio·** *combining form* : one's own : personal : separate : distinct (*idio*lect) [Greek *idios* "one's own, private"]

**id·i·o·cy** \'id-ē-ə-sē\ *n, pl* -**cies** **1** : extreme mental deficiency commonly due to a brain defect **2** : something notably stupid or foolish

**id·io·lect** \'id-ē-ə-,lekt\ *n* : the speech pattern of one individual [*idio-* + -*lect* (as in *dialect*)]

**id·i·om** \'id-ē-əm\ *n* **1** : the language peculiar to a group (doctors speaking in their professional *idiom*) **2** : the characteristic form of expression of a language (know the vocabulary of a foreign language but not its *idiom*) **3** : an expression that cannot be understood from the meanings of its separate words but must be learned as a whole (the expression *give way*, meaning "retreat", is an *idiom*) [Late Latin *idioma* "individual peculiarity of language", from Greek *idiōma*, from *idios* "one's own"] — **id·i·om·at·ic** \,id-ē-ə-'mat-ik\ *adj* — **id·i·om·at·i·cal·ly** \-'mat-i-kə-lē, -klē\ *adv* — **id·i·om·at·ic·ness** \-'mat-ik-nəs\ *n*

**id·io·syn·cra·sy** \,id-ē-ə-'sing-krə-sē\ *n, pl* -**sies** : characteristic peculiarity of habit or structure [Greek *idiosynkrasia*, from *idios* "one's own" + *synkerannynai* "to blend", from *syn-* + *kerannynai* "to mix"] **SYN** see ECCENTRICITY — **id·io·syn·crat·ic** \,id-ē-ō-sin-'krat-ik\ *adj* — **id·io·syn·crat·i·cal·ly** \-'krat-i-kə-lē, -klē\ *adv*

**id·i·ot** \'id-ē-ət\ *n* **1** : a person affected with idiocy; *esp* : a mentally retarded person having a mental age not exceeding three years and requiring complete custodial care **2** : a silly or foolish person [Latin *idiota* "ignorant person", from Greek *idiōtēs* "one in a private station, layman, ignorant person", from *idios* "one's own, private"] — **idiot** *adj* □ **ORIGIN** The Greek adjective *idios* means "one's own" or "private". The derivative noun *idiōtēs* means "private person". A Greek *idiōtēs* was a person who was not in the public eye, who held no public office. From this sense came the sense "common man", and later "ignorant person" — a natural extension, for the common people of ancient Greece were not, in general, particularly learned. English *idiot* originally meant "ignorant person", but this mild meaning is now obsolete. By carrying ignorance to extremes, we have arrived at the *idiot* who is mentally deficient. □ **SYN** IDIOT, IMBECILE, MORON mean one who is mentally defective and technically designate three grades of mental deficiency. An IDIOT is incapable of coherent speech and of avoiding ordinary hazards and therefore requires constant care; an IMBECILE is incapable of earning a living but can be taught to attend to his basic wants and to avoid ordinary dangers; a MORON can learn a simple trade but requires constant supervision in work and play.

**id·i·ot·ic** \,id-ē-'ät-ik\ *adj* **1** : characterized by idiocy **2** : showing complete lack of thought : FOOLISH — **id·i·ot·i·cal·ly** \-'ät-i-kə-lē, -klē\ *adv*

**¹idle** \'īd-l\ *adj* **idler** \'īd-lər, -l-ər\; **idlest** \'īd-ləst, -l-əst\ **1** : lacking worth or basis (*idle* rumor) **2** : not employed : doing nothing (*idle* workers) (*idle* machines) **3** : disliking work : LAZY [Old English *idel*] **SYN** see INACTIVE — **idle·ness** \'īd-l-nəs\ *n* — **idly** \'īd-lē\ *adv*

**²idle** *vb* **idled; idling** **1 a** : to spend time in idleness **b** : to move idly **2 a** : to run disengaged so that power is not used for useful work (the engine is *idling*) **3** : to pass in idleness : WASTE — **idler** \'īd-lər, -l-ər\ *n*

**idol** \'īd-l\ *n* **1** : an image of a god made or used as an object of worship **2** : one that is very greatly or excessively loved and admired [Old French *idole*, from Late Latin *idolum*, from Greek *eidōlon* "phantom, idol"]

**idol·a·ter** \ī-'däl-ət-ər\ *n* **1** : a worshiper of idols **2** : a person that admires or loves intensely and often blindly [Middle French *idolatre*, from Late Latin *idolatres*, from Greek *eidōlatrēs*, from *eidōlon* "idol" + -*latrēs* "worshiper"]

**idol·a·tress** \ī-'däl-ə-trəs\ *n* : a female idolater

**idol·a·trous** \ī-'däl-ə-trəs\ *adj* **1** : of or relating to idolatry **2** : having the character of idolatry **3** : given to idolatry — **idol·a·trous·ly** *adv* — **idol·a·trous·ness** *n*

**idol·a·try** \-trē\ *n, pl* -**tries** **1** : the worship of a physical object as a god **2** : excessive attachment or devotion to something

**idol·ize** \'īd-l-,īz\ *vb* **1** : to worship idolatrously **2** : to love or admire to excess — **idol·iza·tion** \,īd-l-ə-'zā-shən\ *n* — **idol·iz·er** \'īd-l-ə-zər\ *n*

**idyll** or **idyl** \'īd-l\ *n* **1 a** : a simple poetic or prose work descriptive of peaceful rustic life or pastoral scenes

| | |
|---|---|
| \ə\ abut | \ng\ sing |
| \ər\ further | \ō\ bone |
| \a\ mat | \ȯ\ saw |
| \ā\ take | \ȯi\ coin |
| \ä\ cot, cart | \th\ thin |
| \au̇\ out | \t͟h\ this |
| \ch\ chin | \ü\ food |
| \e\ pet | \u̇\ foot |
| \ē\ easy | \y\ yet |
| \g\ go | \yü\ few |
| \i\ tip | \yu̇\ cure |
| \ī\ life | \zh\ vision |
| \j\ job | |



# Merriam-Webster OnLine

Merriam-Webster **FOR KIDS**    Encyclopædia **BRITANNICA**

Merriam-Webster **ONLINE**    Merriam-Webster **COLLEGIATE®**    Merriam-Webster **UNABRIDGED**

**Constant Contact®**
Helping small businesses grow through email.

The smart way to reach your customers™
**Plans starting as low as $15/month**

Try it Free for 60 Days

HOME
PREMIUM SERVICES
M-WCollegiate.com
M-WUnabridged.com
Britannica.com
Multi-User Licenses
DOWNLOADS
WORD OF THE DAY
WORD GAMES
SPELLING BEE HIVE
WORD FOR THE WISE
ONLINE STORE
HELP
**Merriam-Webster Inc.
Company Information**

## Merriam-Webster Online Dictionary

Thesaurus

## identify

One entry found for **identify**.

Main Entry: **iden·ti·fy** 🔊
Pronunciation: ī-'den-tə-"fī, ə-
Function: *verb*
Inflected Form(s): **-fied; -fy·ing**
*transitive verb*
**1 a :** to cause to be or become <u>identical</u> **b :** to conceive as united (as in spirit, outlook, or principle) <groups that are *identified* with conservation>
**2 a :** to establish the <u>identity</u> of **b :** to determine the taxonomic position of (a biological specimen)
*intransitive verb*
**1 :** to be or become the same
**2 :** to practice psychological <u>identification</u> <*identify* with the hero of a novel>
- **iden·ti·fi·able** 🔊 /-"den-tə-'fī-ə-bəl/ *adjective*
- **iden·ti·fi·ably** 🔊 /-blē/ *adverb*

See physician-reviewed articles on **identify** on <u>Healthline</u>.
1. <u>Pregnancy - identifying fertile days (2 images)</u> (Trust Mark: Doctor-Reviewed)
Your cervical fluid actually gives you advance notice tha...

Visually explore **identify** HealthMaps on <u>Healthline</u>.
1. <u>Hair Loss</u>

For **More Information on "identify" go to Britannica.com**

Get the **Top 10 Search Results for "identify"**

**Ads by Google**

Merriam-Webster Online

⦿ Dictionary
○ Thesaurus

Go

Browse by letter:
**A B C D E F G H I J K L M N O P Q R S T U V W X Y Z**

Browse words next to:

i d e n t i f y

Britannica

identify    Find

Ads by Google