UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0137 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** this matter is referred to Magistrate Judge Alan Kay for determination of plaintiff's Motion for Civil Contempt and Compensatory Relief [#18]. On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge Alan Kay following the case number in the caption.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: August 11, 2006