# EXHIBIT A



◄ Back  ▲ Home



# NURSING GUARANTEED ADMISSION Program Order Form

**Yes I want to study Nursing in an accredited American Nursing School**

First Name: _____

Last Name: _____

Gender:  1. ○ **Male**
         2. ○ **Female**

E-mail: _____

Address: _____

City: _____

Province/State: _____

ZIP/Postal Code: _____

Country: _____

Telephone: _____

Fax: _____

Your nationality: _____

Preferred start date or month: _____

Budget, including tuition, meals and lodging but excluding travel costs:
- ⦿ **Less than $6000**
- ○ **$6000 to $10000**
- ○ **Over $10000**

I prefer a campus size:
- ⦿ **Small** *(up to 1000 students)*
- ○ **Medium** *(1000 to 5000 students)*

○ **Large***(over 5000 students)*

Preferred Location:  ○ **New England**          ○ **Northwest**
                     ○ **Atlantic States**      ○ **Midwest**
                     ○ **South**                ● **No Preference**
                     ○ **West Coast**

I'd like to order: ☑ **Nursing Admission Program  $500**
                   ☐ **Extra University $500/per university**

Payment

Amount: _____ US $

○ **Credit Card**

        ○ VISA  ○ MasterCard / EuroCard
        ○ Diners  ○ American Express

        *For credit card payment:*
        Card holder:

        Card number:

        Expires:
        *Month* _____ / *Year* _____

○ **Travellers Cheques in US Dollars**
○ **Bank Draft in US Dollars**
        *Payable to*
        *American Universities Admission Program (AUAP)*
○ **Wire Transfer**
        *Contact AUAP for wiring information*

Additonal comments

[ RESET ]

[ SUBMIT ]

◄ Back  ▲ Home

**AUAP American Universities Admission Program**
Member of **ACE, AACRAO, NAFSA**

5053 Ocean Blvd., Suite 19 - Sarasota FL 34242 -USA

Tel: (1) 941 346 1427 - Fax (1) 941 349 43 70 - e-mail: auap@auap.com



© 2002 American Universities Admission Program

# EXHIBIT B





fees    news    search    contact us    products

## Ce que nous offrons....What we offer

- Nous nous spécialisons dans seulement deux langues: **Français et Anglais**.

- **Nous traductions sont acceptées par les gouvernements, les cours et les entreprises,  etc.**

-Notre team est composé de professeurs de faculté, Docteurs(Ph.D.) ès-Lettres des meilleures universités francophones et anglophones ainsi que de membres de l'**American Translators Association** (ATA).

-Nous travaillons rapidement :**48 heures, une semaine ou trois semaines**.

-Nos prix sont très avantageux (Sans taxe) Voyez les ici

-Vous pouvez facilement commander votre traduction certifiée cliquez ici

-For our pages in English for **English to French** certified translations  click here

Comme département d'AUAP, nous sommes membres des prestigieux, **American Council on Education** (ACE), **NAFSA**, **AACRAO**, and **NAGAP**.

## Institut de Traductions Franco-Américain ™

Nous traduisons **rapidement** et parfaitement tous documents de franç l'anglais et vice-versa. Nos traducteurs se spécialisent uniquement dan langues. Ils sont: Membres de l'**American Translator Association** (AT ès-Lettres, Professeurs d'universités prestigieuses. Parmi eux un ancien enseignant a Penn State University et un professeur de français de flori traductions sont admises dans les **systèmes judiciaires, les universit l'immigration US** ainsi que par les entreprises privés et publiques. Nou traduire en **48 heures** vos documents. Nous pouvons livrer par FedEx® monde entier et faire certifier par notaire nos traductions.

Nous vous aiderons à atteindre vos objectifs, nos prix sont très compéti' pouvez facilement nous faire parvenir vos documents des manières suiv

-Par Mèle (**E-mail**) Nous acceptons les formats GIF, JPEG, Pdf., Word.

-Fax aux USA (1) 209 254 60 59

ou par courrier
**ITFA-AUAP, Suite 19 5053 Ocean Blvd Sarasota Fl 34242 USA**

Vous pouvez commander votre évaluation certifiée en ligne Cliquez ici o US, mandats poste etc.

Commandez en toute sécurité votre évaluation

So long et à Bientôt !

**"Traduire, c'est comprendre"** ™
**"To translate  is to understand people"** ™

**ITFA-AUAP**, suite 19, 5053 Ocean Blvd. Sarasota FL 34242
Tel USA (1) 941 346 14 27 fax (1) 209 254 60 59 Email: translati

© Copyright 2003-2004 MyFreeTemplates.com and FETI . All Rights Reserved.

# EXHIBIT C





**fees   news   search   contact us   products**

Ce que nous offrons....What we offer

-We are **real specialists in only two languages FRENCH & ENGLISH** (no Rumantsch or Inuit spoken here...)

- **Our translations are accepted by Courts, Governments and Businesses**.

-We use PhD holders, University Professors graduated from French and English spoken countries.

-We act quickly (**48 hours, one week or 3 weeks**).

-Our fees are **reasonable** click here

-You may order **easily** on line click here

-Notre page en Français for **French to English** translations. click here

We are member, through AUAP, of the **American Council on Education**, (ACE), **NAFSA, AACRAO**, and **NAGAP**.

## French-English Translation Institute ™

We translate **quickly** and perfectly any documents from English into Fre to English.  Our professional  Translators are specialized in **only those t languages**.  Members of our specialized staff include **an American Tra Association** (ATA) member, PhD Holder, PhD. candidate & Teaching As French at a top US University, a former judge in Paris, and a French Pro translations are accepted by the **Courts, French and US authorities, I Universities**, etc. We do **rush translations within 48 hours** send by may notarized our translations.

**We are here to help you attain your goals**. Our fees are reasonable send us **easily** your documents from all over the world by:
**email** (we accept Word, PDF, GIF, and JPEG),
**Fax (1) 941 349 4370** or by mail:
**French English Translation Institute**
**Suite 19, 5053 Ocean Blvd Sarasota FL 34242 USA**

You may **order and pay on line**, or by US checks/Money Order or Crec mail).
To order and see our professional fees click here

Merci et à Bientôt !
         **"To translate  is to understand people"** ™
              **"Traduire, c'est comprendre"** ™

French-English Translation Institute, suite 19, 5053 Ocean Blvd. Sara

Phone (1) 941 346 1427 fax (1) 941 349 430 Email: translatı

© Copyright 2003-2004 MyFreeTemplates.com and FETI . All Rights Reserved.

# EXHIBIT D



Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
Tel (1) 941 346 1427 Fax (1) 941 349 4370
Email: prepschools@auap.com

**Page en Francais**

**New The 2003 Prepschool Rankings** NEW!

**What is a "Prep School" ?**

An American "Prep School" (college preparatory institution) is an American high level secondary boarding school for students.

It is definitively a social phoneme which molds the American society. For example, both President George W. Bush and Vice President Al Gore were students, before entering Harvard and Yale, in prestigious Prep Schools. We can affirm that those venerable boarding schools are, since 1796, educating the American and World elite.

Most of the US Prep Schools have incredibly high rate of acceptance into Ivy league Universities (Columbia, Yale, Harvard, U. Penn, etc.) They are extremely well funded and could be now considered as the best secondary schools in the world. The ratio scholars/Student is very low (from 5 to 10) and most of the professors are Ph.D. Holders . The diversity and courses are incredible as one prep schools offers more than 300 courses for a 4 Year curriculum. Their campuses are gorgeous and offers all facilities (lodging, meals, sports, cultural activities, arts, study abroad, drama, computers, etc.).

We have carefully selected 135 Prep/Boarding Schools that cultivate excellence in Education including the prestigious "10 Schools". Prep schools could be co-ed, single sex, Religious (Catholic Protestant, Jewish) or not. Some are military. Some boarding schools are specialized in taking care of "difficult" or children with abused substance problems. They can be very strict or very liberal in their education. In fact their diversity suits every possible type of student. Security is very high and there is a zero tolerance for Alcohol or Drugs usage.

**Why entering a US Prep School?**

There are multiple factors among them:

- Best preparation possible to enter US universities
- Mastering totally the English language
- To be in relation with the future US and world elite
- To get an International education that is necessary to succeed in this XXI° century.
- Flexibility of the Studies
- The Beautiful and super equipped campuses
- The Numerous sports and Intellectual activities

- Their Study Abroad Program
- Their state of the art Technologies
- Their security and discipline

## Who can enter a Prep School ?

Any student (American or International) which has followed at least 8 years of education. Most institutions admit student at the Freshman (9th grade), Sophomore (10th grade), Junior (11th Grade), Senior (12th grades). Interestingly some institutions have limited post graduate (13th Grade) year to prepare admission to top universities. Most admissions are competitive or very competitive and complicated.

## Cost of a Prep School

The total cost (tuition + meal + lodging + Book + Insurance) varies from $ 16 000 to $ 25 000 per year. It is slightly less expensive than the Swiss "pensions" and the so call UK Public Schools. Some financial aid could be available but this possibility is mostly reserved to US nationals.

## How to enter into a Prep School ?

The best and more secure way is to subscribe to the PrepSchoolUSA Guaranteed Admission Program (USD 2 000). This program is comprehensive and guarantees the admission to at least one of the 3 Prep Schools Selected.

This Program includes:

1) Selection of 3 Prep Schools according to the academic strength and goals of the student, desire and budget of the Family.
2) Supervision by an AUAP Senior Admission Counselors during the whole application Process
3) Booking and payment of the tests if necessary (Some schools require Tests, some do not).
4) Official Grades and Diploma evaluation by an AACRAO member of the child transcripts and grades.
5) Translation of the necessary documents from French, Italian, German. Extra cost for other languages.
6) Certification and notarization of all documents..
7) Correction of essays and letters of recommendations.
8) Personal and weekly contacts with the admission officers in order to promote the children candidacy,
9) Counseling for Visits, Interviews and Visa.

### ADMISSION IS GUARANTEED OR YOUR MONEY BACK ($750)

We also provide for the overseas parents a Continuous Support Program which is billed $ 100 per hour minimum 2 hours per month.

Please contact your PrepSchoolUSA Specialist and mentioned the age of the children, his past

studies, your yearly Budget, the probable date of entry, and any details that you may consider useful.

# prepschools@auap.com

**PrepSchoolUSA is a department of American Universities Admission Program (AUAP) the World leader since 1995 in American Universities Admissions. It is also a AACRAO Member and has a staff of 20+ Ph.D. holders**



# EXHIBIT E





Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
**Tel (1) 941 346 1427 Fax (1) 941 349 4370**

Email:prepschools@auap.com

## Page en Anglais

## Nouveau Classement 2003 des Prep School High School américaines

## Qu'est qu'une "Prep School"?

Une "Prep School" américaine (littéralement college preparatory institution) est une école secondaire de haut niveau ou les élèves résident sur un maginifique campus. Ces Prep Schools sont un phénomène social qui a forgé la société américaine. Par exemple, à la fois le Président George W. Bush et le Vice Président Al Gore étaient des étudiants, avant d'entrer à Yale et Harvard, dans de prestigieuses Prep Schools. Nous pouvons affirmer que ces vénérables institutions ont depuis 1776, éduqué et modelé l'élite américaine et désormais l'élite mondiale. Leur influence est telle qu'un style vestimentaire dit "Preppy" y est associé et perpétré par des chaines comme Brooks Brothers® et J. Crew®.

La pluspart des US Prep Schools ont un taux d'acceptation incroyablement élevé dans les Ivy League (Columbia, Yale, Harvard, U. Penn, etc.), ce qui reflète la qualité de leur enseignement. Ces écoles sont sup;érieurement bien financées par leur anciens élèves et l'on peut dire qu'elles délivrent le meilleur enseignement secondaire en langue anglaise du monde. Le ratio étudiant/professeur y est très bas (de 5 à 10) et la majorité des professeurs sont titulaires de Doctorats. La diversité des enseignements est incroyable, puisque certaines écoles offrent plus de 300 cours aux choix en 4 ans! Leur campus sont somptueux (à l'américaine) et offrent toutes les facilités et &eacutequipements (logement, repas, sports, activités culturelles, arts, échanges internationaux, théatre, ordinateurs, etc).

**PrepSchoolUSA a sélectionné 300 Prep/Boarding Schools qui privilégient l'excellence en éducation et qui comprennent les super-prestigieuses "10 Schools". Les Prep Schools peuvent être, mixtes ou non, religieuses (Catholiques, Protestants, Juives) ou non. Il y a aussi des écoles dites militaires "military academy" ou discipline et honneur sont privilégiés. Il existe des Boading School spécialisées pour dislexiques, étudiants ayant des désordres de l'attention (AD), les enfants difficiles et ceux qui ont des problèmes d'alcoolisme ou de drogue. Elle peuvent etre très strictes ou très permissives. En fait, leur extrême diversité leur permet de convenir à tout type d'étudiant. Situées généralement en dehors des villes, elles bénéficient d'une très bonne sécutité et permettent l'épanouissement intellectuel et émotif de l'adolescent.**

## Pourquoi rentrer dans une Prep School Américaines?

**Il y a beaucoup de raisons en voici quelques unes.**

**- Meilleure préparation possible pour rentrer dans les meilleures universités américaines.**
**- Dévelopment harmonieux de l'éleve dans un cadre et par un enseignement adapté.**
**- Maitrise totale de l'anglais, première langue véhiculaire du monde. (Cours de support d'anglais pour étranger disponibles dans beaucoup d'écoles)**
**- Etre au contact de la future élite des Etats Unis et mondiale.**
**- Recevoir une éducation internationale, passeport obligé pour une carrière au XXI° Sciecle.**
**- La flexibilité des études qui convient à tout type d'étudiant.**
**- Les splendides campus super équipés.**
**- La pratique de nombreux sports et d'activités culturelles. "mens sane in corpore sano"**
**- les échanges internationaux, séjours dans d'autre cultures.**
**- L'usage des dernières technologies pour l'enseignement.**
**- La sécurité et discipline.**

## Qui peut rentrer dans une Prep School des USA?

**Tout étudiant (American or International) qui a suivi au moins 8 années d'enseignement. La pluspart des Prepschools admettent aux niveau suivants: Freshman (9th grade), Sophomore (10th grade), Junior (11th Grade), Senior (12th grades). Un point intéressant et utile: Quelques écoles secondaires propose une année "Post graduate" (cad apres 12 ans d'études equivalent Bac) pour préparer une entrée dans les universités les plus prestigieuses. C'est une parfaite transition entre deux systèmes. La pluspart des admissions sont sélectives ou très sélectives et sont généralement compliquées. Certaines demandent un test TOEFL. D'autres exigent en outre le SSAT, d'autres admettent conditionellement, etc.**

## Cout annuel d'une Prep School

**Le coût total (scolarité + repas + logement + livres + assurance) varie de  USD $ 16 000 to $ 25 000 per an. Cela est légèrement inférieur aux écoles Suisses ou aux "Public Schools" anglaises type Eaton/Harrow. Les aides financières sont très limitées et réservées aux citoyens américains.**

## Comment rentrer dans une Prep School?

La meilleure et plus sure façon est de souscrire à notre PrepSchoolUSA* Guaranteed Admission Program (USD 2 000). Ce programme est complet et garantie l'admission dans au moins une des trois écoles soigneusement selectionnées selon le profil, objectif, budget et préférences de l'étudiant et de sa famille.

Ce programme comprend entre autre:

1) Selection de 3 Prep Schools en fonction des désidératas de l'élève et de ses parents.
2) Supervision d'un "AUAP Senior Admission Counselors" pendant toute la durée de l'inscription.
3) Réservation, préparation et paiement des tests si nécessaire.
4) Evaluation officielle par un membre de l' AACRAO des notes et diplômes.
5) Traduction des documents Français, Italien. (pour les autres langues nous consulter)
6) Certification conforme et "notarisation" des documents, carnet de notes, diplômes.
7) Correction des essais, lettres de motivation et recommendations
8) Contact personnel et hebdomadaire avec les directeurs des admissions de chacune des 3 écoles pour promouvoir la candidature de l'élève.
9) Conseils généraux culturels, établissement des visites et interviews, aide et sponsorisation pour le visa.

**L'ADMISSION EST GARANTIE (MONEY BACK $1 750)**

Veuillez, svp, prendre contact abec un spécialiste de PrepSchoolUSA* et mentionnez dans l'E-Mail: L'age de l'élève, ses études actuelles, le budget, la date probable d'entrée et tout renseignements que vous jugerez utile.

## prepschools@auap.com

PrepSchoolUSA*est un service d' American Universities Admission Program (AUAP), le leader mondial depuis 1995 des admissions dans les universités américaines. AUAP est membre d' AACRAO (American Association of College Registrars and Admissions Officers) et a un staff de plus de 20 titulaires de doctorats.



# EXHIBIT F





**AMERICAN UNIVERSITIES ADMISSION PROGRAM**

## Congratulations!

You are mastering your future by entering an American university. We will help you in selecting the five best universities according to your qualifications and preferences.

We ask you to fill this short evaluation form to have free access to our multiple informational pages on American universities. It will help us to determine if you can enter in an American University **(There is no obligation!)**.

*After this form our main informational page will appear!*

|  |  |
|---|---|
| First Name: | |
| Last Name: | |
| Gender: | 1. ◯ **Male**  2. ◯ **Female** |
| E-mail: | |
| Please re-type your E-mail to guarantee accuracy: | |
| Address: | |
| City: | |
| Province/State: | |
| ZIP/Postal Code: | |
| Country: | |
| Telephone: | |
| Fax: | |
| Your nationality: | |
| Current School or University: | |
| You are interested in: | 1. ☐ **Undergraduate Studies** (Bachelor)  2. ☐ **Graduate Studies** (Master and Ph.D.)  3. ☐ **English as a Second Language** (ELP) |
| What field of study/subject are you interested in? | |

RESET

SUBMIT

*After this form our main informational page will appear!*

AUAP American Universities Admission Program
5053 Ocean Blvd., Suite 19 - Sarasota FL 34242 -USA
Tel: (1) 941 346 1427 - Fax (1) 941 349 43 70 - e-mail: auap@auap.com

© 1999, 2000, 2001 American Universities Admission Program

# AUAP CREDENTIAL EVALUATION SERVICE
### *Serving students and immigrants since 1995*

**Now it is easy to order your credential evaluation quickly on line (secure connection) with PayPal® the #1 payment company in the world. You will need a Credit Card.**

**Do not forget to send us after payment your requested documents by Email (GIF, JPEG): eval@auap.com, Fax: (1) 941 349 4370 or Mail: AUAP, Suite 19, 5053 Ocean Blvd. Sarasota Fl 34242 USA. We evaluate all foreign degrees (from High School to Post doctoral studies) from all countries.**

**Which evaluation do you need ?**

### For Immigration (H1B Visa)

**- You have a recognized 4 year University degree or more: You need a Diploma Equivalency** (this evaluation covers a maximum of 4 years of Studies. For additional year see "Extras" at the bottom of the page). **Documents requested:** Copies of degrees and transcripts + translation if not in English or French.

- Regular mail **exactly 3 weeks** (US $79) after reception of documents & payment. Click here to order it securely

  [ Add to Cart ]

- by **FedEx exactly one week** (US $179) after reception of documents & payment. Click here to order it securely

  [ Add to Cart ]

- by **Fedex & fax exactly 24 hours** (US $279) after reception of documents & payment. Click here to order it securely

  [ Add to Cart ]

**- You do not have a 4 year University Degree but have work experience** (3 years of work = 1 year of University) **You need a Diploma Equivalency + an Experiential Evaluation.** **Documents requested:** Copies of degrees and transcripts + translation if not in English or French (if any) + certificate (s) on employment mentioning the duration of the employment and a job description.

- Regular mail **send exactly 3 weeks** (US $199) after reception of documents & payment. Click here to order it securely:

**Add to Cart**

- by **FedEx send exactly one week** (US $299) after reception of documents & payment. Click here to order it securely:

**Add to Cart**

- by **Fedex & fax send exactly 48 hours** (US $399) after reception of documents & payment. Click here to order it securely:

**Add to Cart**

## For University Admissions & Licensing Agencies

Generally those institutions requires a **Diploma Equivalency + a Course per Course Evaluation**, which calculates **Grades, GPA** (grade point average) **and credit hours.** Some Community Colleges requires only a Diploma equivalency: see above (Immigration first paragraph), **Documents requested**: Copies of degree(s) and transcripts + translation if not in English or French.

**Those prices are valid for up to 4 years of studies** for the additional years please order it separately at the bottom of the page.

- Regular mail **send exactly 3 weeks** (US $199) after reception of documents & payment. Click here to order it securely

**Add to Cart**

- by **FedEx send exactly one week** (US $299) after reception of documents & payment. Click here to order it securely

**Add to Cart**

- by **Fedex & fax send exactly 48 hours** (US $399) after reception of documents & payment. Click here to order it securely

**Add to Cart**

## For Employment

You certainly know which of the above evaluations will suit you but generally, a simple Diploma equivalency identical to the H1B visa (First paragraph) is sufficient. **Since February 2005, all foreign Diplomas should be evaluated for Federal Employment**

**Additional year of Course per Course Evaluation ($30 per year) click here**

Add to Cart

**Extra Signed Duplicate $15**

Add to Cart

 View Cart

***In case of doubt please contact us by email: eval@auap.com or Telephone: (1) 941 346 14
27  or fax (1) 941 349 4370 in the USA from ) 8 H to 21 H EST (New York Time)***

**Sign up for our
Email Newsletter
ABOUT US
Universities &
Evaluations**

[            ] GO

**Home**

# AUAP Inc.

## Your Shopping Cart

Secure

| Item | Options | Quantity | Remove |
|------|---------|----------|--------|
| Cart Empty | | | |
| | Update Cart | | |
| | | Subtotal: | |

Continue Shopping        Proceed to

PayPal protects your privacy and security.
For more information, read our User Agreement and Privacy Policy.

# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS, )))) | |
| Plaintiff, )) | |
| v. )) | Civil Action No. 06-0137 |
| AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et al., )))) | |
| Defendants. ))) | |

### AFFIDAVIT OF BARMAK NASSIRIAN IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CIVIL CONTEMPT AND COMPENSATORY RELIEF

I, Barmak Nassirian, being duly sworn, do hereby depose and state as follows:

1.        I am over 21 years of age and have personal knowledge of the matters addressed herein and in plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Civil Contempt and Compensatory Relief in the above-captioned case.

2.        I have been employed at the American Association of Collegiate Registrars and Admissions Officers ("AACRAO"), plaintiff in the above-captioned case, since 1998 and currently serve as Associate Executive Director, External Relations.

3.        AACRAO is a non-profit corporation organized in the District of Columbia and is the leading trade organization for the community of higher education admissions and registration professionals.  AACRAO promotes the advancement of post-secondary education and provides professional development, guidelines and voluntary standards used by higher education officials

regarding the best practices in records management, admissions, enrollment management, administrative information technology and student services.

4.       AACRAO currently has at least sixteen (16) members that offer credential evaluation services.

5.       For the fiscal year ending on September 30, 2005, AACRAO's total revenue was $5,966,226.

6.       I have read the foregoing affidavit and swear and affirm that it is true and correct to the best of my personal knowledge.

Barmak Nassirian

Sworn to before this _15th_ day of August, 2006

Notary Public

My commission expires _01/31/2010_

**Melissa T. Jones, Notary Public**
**Washington, D. C.**

2

# EXHIBIT H

Advertisement

To find joy in work is to discover the fountain of youth.

Pearl S. Buck



Feb. 10

# Registrars' Group Takes On Diploma Mills

Diploma mill operators often manage to stay one step ahead of the law, changing their location or how they operate whenever state or other authorities zero in for a crackdown. And the laws and other tools available to regulators, higher education officials, students and others to stop degree mill operators are few and flimsy. So occasionally they turn to alternative tactics to fight the degree mills and other companies that help them do business.

Last month, the American Association of Collegiate Registrars and Admissions Officers filed a federal trademark infringement lawsuit against the American Universities Admission Program. The program, which says it is based in Sarasota, Fla., operates among other things a service in which it evaluates the academic credentials of foreign students to help them gain admission to American universities. ("AUAP guarantees your admission into the best American universities possible with the best available conditions!" it boasts on its Web site).

On the site, and on the analyses it does of individuals' credentials, the program lists itself as a member of the American Council on Education, NASFA: Association of International Educators, and the registrars' association, which is among the leading evaluators of foreign students' academic credentials. (Evaluators of foreign degrees in the United States are not regulated, and most traditional colleges use AACRAO or a service that belongs to the National Association of Credential Evaluation Services.)

None of the groups listed by AUAP claim it as a member (AUAP was at one point an affiliate member of AACRAO, but the association discontinued the program's membership last year), and AACRAO's lawsuit aims to stop the program and its owner, Jean-Noel Prade, from suggesting otherwise. "The harm to AACRAO is real and present," the association argues in its legal complaint. "Defendants are providing evaluations of foreign academic credentials of less than adequate quality," and the program's use of the AACRAO name "will mislead academic institutions into believing that AACRAO has reviewed or endorsed AUAP's services." The lawsuit asks a federal court to stop AUAP from using the name or logos of the registrar's group.

Exactly what is the connection between AUAP's credentialing of foreign students and the diploma mill industry? AACRAO officials declined to comment directly on the case or on the target of its lawsuit, but in a memo to its members about the suit, the association said the following: "AACRAO and other legitimate higher education organizations are under constant assault by diploma mills, fake accrediting bodies and/or credential evaluation mills. These entities typically attempt to misappropriate AACRAO's

Case 1:06-cv-00137-ESH    Document 21-2    Filed 08/15/2006    Page 29 of 29

respected and reputable name to further their fraudulent and deceptive activities. Unfortunately, many such operations are beyond the reach of American law. Where AACRAO can take action, however, it will do so with the full force of the law to preserve the association's reputation and its intellectual property rights in its trademarks."

Alan Contreras, who heads the State of Oregon's Office of Degree Authorization and is a national watchdog on diploma mills, connects the dots more directly. He asserts that Prade, the owner of AUAP, also owns a series of "faux French degree suppliers that use variants on the name 'Robert de Sorbon.' To add credibility to the degrees issued by those institutions (which Oregon, among other states, declines to recognize), Contreras asserts, "an 'evaluation service' magically appeared that made itself look like it was AACRAO-related. It did this because AACRAO is one of the best known 'names' in the international degree evaluation business.

"The net effect of this," Contreras added, "is that AACRAO's name is being used to promote foreign diploma mills, and AACRAO quite rightly objects to having its reputation trashed."

Attempts to reach Prade were unsuccessful. An individual with a French accent who answered the telephone at the number listed on the American Universities Admission Program Web site said that Prade was unavailable for comment because he had been hospitalized with four broken vertebrae sustained in an accident. A second individual who answered a later telephone call from a reporter said that the person who answered the first call had been Prade's wife. Both said they were unable to speak about the situation, and when asked if Prade or the company were represented by a lawyer or other spokesman, they said no.

— Doug Lederman

*The original story and user comments can be viewed online at*
*http://insidehighered.com/news/2006/02/10/aacrao.*

© Copyright 2006 *Inside Higher Ed*