IN THE UNITED STATES DISTRICT COURT
FOR THE DISCRICT OF COLUMBIA

**RECEIVED**
AUG 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMERICAN ASSOCIATION OF COLLEGIATE
REGISTRARS AND ADMISSIONS OFFICERS

Plaintiff

Civil Action N° 06-0137 ESH

AMERICAN UNIVERSITIES ADMISSION
PROGRAM, DR. JEAN-NOEL PRADE & al.

Defendants

DEFENDER DR. JEAN NOEL PRADE, PRESIDENT AUAP (AMERICAN UNIVERSITIES ADMISSION PROGRAM) MOTION TO ADD AN ADDITIONAL MEMORANDUM AND TO DISMISS THE MOTION FOR CIVIL CONTEMPT AND COMPENSATORY FILED BY AACRAO (AMERICAN ASSOCIATION OF COLLEGE REGISTRARS AND ADMISSION OFFICERS)
AND
MOTION FOR COMPENSATORY RELIEF

AS AACRAO in it's reply introduced eleven new documents and allegations which were not included in the plaintiff motion or in the Defendant's reply, defendant Dr. Jean-Noël Prade moves for the court to deny, on all points, the motion for civil contempt and compensatory relief filed by the AACRAO.

Dr Jean Noël Prade moves for the court to find the AACRAO liable for compensatory damages of one (1) dollar for filing frivolous lawsuit and punitive damages.

In the interest of the justice, the court attention is respectfully invited to the additional memorandum in support of this motion, which is incorporated herein by reference.



Dr. Jean-Noel Prade "Per Se"
Chairman
Suite 19, 5053 Ocean Blvd.
Sarasota Fl 34242 USA
Tel 941 346 1427