**Your passport for a career in the USA**



# Nurse Studies In America

*By AUAP,*



Nurse Studies in the US are relatively short, inexpensive and foreign students are welcomed. AUAP, the largest Education consulting service will guarantee your admission in an accredited nursing program.

While the requirements varies slightly from State to State, studies of 1, 2 or more years in accredited nursing schools are required before taking the exam to become a licensed **"LPN"** or **"RN"** nurse. Specialties could be studied through a Bachelor degree (BSN) and/or Master in Nursing. **AUAP will select an institution to complete your desired degree according to your profile and budget and guantee your admission**.

There is an acute shortage of RN and BSN nurses in the US. According to The journal of the American Medical Association there is a shortage of 20% in the number of Nurses. 1**26 000 nurses are currently needed**.

- There is absolutely no difficulties to get a job immediately after the licensure
- Immigration procedures, because of this chronic shortage, is much easier
- Income are high. Debuting RN earns an average of USD **$16.24/hour**. The average annual salary of a full time Registered Nurse was in 2000 USD **$46,782**. with many benefits including Sign Bonus associated

The price of your Nursing studies varies according to the State. The cheapest tuition fees are around **USD $1,400/semester,** while lodging and meals on campus could be as low as **USD $1,200/semester**. In expensive states, tuition fees could go could go to up to $ 2,500/Semester while cost

of living in expensive cities could fetch $ 8,500/year. There are very few Scholarships available to international students. However part time jobs, in regulation with your student visa, are common after 6 months to a year.

**AUAP will guarantee your admission** in an accredited Nursing School in America toward an Associate, or a Bachelor Degree in Nursing . Admissions are complicated and, as it is a regulated profession, very selective. Our complete professional **NURSE GUARANTEED ADMISSIONS PROGRAM (USD $500)** guarantees your admission (85% money back guarantee)  includes:

- **Selection of the Nursing School according to your profile, preferences & budget.**
- **Evaluation of your foreign diploma and grades to the US norms.**
- **Coaching and help during the whole application process.**
- **Contacts with the directors of admissions and promotion of your candidacy**
- **Sponsoring for the visa ($1,000 extra for a visa guarantee)**

**Take your future in your hand, be a professional in health care in the most developed country in the world!**

## Subscribe to our NURSING GUARANTEED ADMISSIONS PROGRAM and fill carefully our questionnaire.



**American Universities Admission Program**
Suite 19, 5053 Ocean Blvd. Sarasota Fl 34242 USA
**Email: nurse@auap.com, tel (1) 941 346 1427**
**Fax 941 349 4370**

American Council on Education

  

member

**MEMBER**

5 2 2 3

Exhibit #2



**Nurse
Studies
In America**

# NURSING GUARANTEED ADMISSION Program Order Form

**Yes I want to study Nursing in an accredited American Nursing School**

| | |
|---|---|
| First Name: | |
| Last Name: | |
| Gender: | 1. ⊙ M a l e   2. ⊙ F e m a l e |
| E-mail: | |
| Address: | |
| City: | |
| Province/State: | |
| ZIP/Postal Code: | |
| Country: | |
| Telephone: | |
| Fax: | |
| Your nationality: | |
| Preferred start date or month: | |

Budget, including tuition, meals and lodging but excluding travel costs:
- ⦿ **Less than $6000**
- ○ **$6000 to $10000**
- ○ **Over $10000**

I prefer a campus size:
- ⦿ **Small** *(up to 1000 students)*
- ○ **Medium** *(1000 to 5000 students)*
- ○ **Large** *(over 5000 students)*

Preferred Location:
- ○ **New England**
- ○ **Atlantic States**
- ○ **South**
- ○ **West Coast**
- ○ **Northwest**
- ○ **Midwest**
- ⦿ **No Preference**

I'd like to order:
- ☑ **Nursing Admission Program $500**
- ☐ **Extra University $500/per university**

Payment

Amount: [                    ] US $

- ○ **Credit Card**

    - ○ **VISA**  ○ MasterCard / EuroCard

    - ○ Diners  ○ American Express

*For credit card payment:*
Card holder:
[                                        ]

Card number:
[                                        ]

Expires:
*Month* [      ] / *Year* [      ]

- ○ **Travellers Cheques in US Dollars**
- ○ **Bank Draft in US Dollars**
    *Payable to*
    *American Universities Admission Program (AUAP)*
- ○ **Wire Transfer**
    *Contact AUAP for wiring information*

Additonal comments
[                                        ]

8/23/06 12:38 PM



RESET

SUBMIT

<u>Back</u>   <u>Home</u>

**AUAP   American   Universities   Admission   Program**
Member   of   **ACE**   and   **NAFSA**
5053 Ocean Blvd., Suite 19 - Sarasota FL 34242 -USA
Tel: (1) 941 346 1427 - Fax (1) 941 349 43 70 - e-mail:  auap@auap.com





© 2002  American  Universities  Admission  Program



**fees** **news** **search** **contact us** **products**

## Traduction Français Anglais

Ce que nous offrons....What we offer

## Institut de Traductions Franco-Américain ™

- Nous nous spécialisons dans seulement deux langues: **Français et Anglais.**

- **Nous traductions sont acceptées par les gouvernements, les cours et les entreprises, etc.**

-Notre team est composé de professeurs de faculté, Docteurs(Ph.D.) ès-Lettres des meilleures universités francophones et anglophones ainsi que de membres de l'**American Translators Association** (ATA).

-Nous travaillons rapidement :**48 heures, une semaine ou trois semaines.**

-Nos prix sont très avantageux (Sans taxe)  Voyez les ici

-Vous pouvez facilement commander votre traduction certifiée cliquez ici

-For our pages in English for **English to French** certified translations  click here

Comme département d'AUAP, nous sommes membres des prestigieux, **American Council on Education** (ACE), **NAFSA**, **NAGAP.**

Nous traduisons **rapidement** et parfaitement tous documents de **français à l'anglais** et vice-versa. Nos traducteurs se spécialisent uniquement dans ces deux langues. Ils sont: Membres de l'**American Translator Association** (ATA), Docteurs ès-Lettres, Professeurs d'universités prestigieuses. Parmi eux un ancien juge, un enseignant a Penn State University et un professeur de français de floride.Nos traductions sont admises dans les **systèmes judiciaires, les universités, les états, l'immigration US** ainsi que par les entreprises privés et publiques. Nous pouvons traduire en **48 heures** vos documents. Nous pouvons livrer par FedEx® dans le monde entier et faire certifier par notaire nos traductions.

Nous vous aiderons à atteindre vos objectifs, nos prix sont très compétitifs et vous pouvez facilement nous faire parvenir vos documents des manières suivantes:

-Par Mèle (E-mail) Nous acceptons les formats GIF, JPEG, Pdf., Word.

-Fax aux USA (1) 209 254 60 59

ou par courrier
**ITFA-AUAP, Suite 19 5053 Ocean Blvd Sarasota Fl 34242 USA**

Vous pouvez commander votre évaluation certifiée en ligne Cliquez ici ou par chèque US, mandats poste etc.

Commandez en toute sécurité votre évaluation

So long et à Bientôt !

**"Traduire, c'est comprendre"** ™
**"To translate  is to understand people"** ™

**ITFA-AUAP,** suite 19, 5053 Ocean Blvd. Sarasota FL 34242  USA
Tel USA (1) 941 346 14 27 fax (1) 209 254 60 59 Email: translations@auap.com

Copyright 2003-2004 MyFreeTemplates.com and FETI . All Rights Reserved.

**fees**   **news**   **search**   **contact us**   **products**

**French**
**English**
**Translation**



**Ce que nous offrons....What we offer**           **French-English   Translation   Institute**   ™

-We are **real specialists in only two languages FRENCH & ENGLISH** (no Rumantsch or Inuit spoken here...)

**- Our translations are accepted by Courts, Governments and Businesses.**

-We use PhD holders, University Professors graduated from French and English spoken countries.

-We act quickly **(48 hours, one week or 3 weeks).**

-Our fees are **reasonable** click here

-You may order **easily** on line click here

-Notre page en Français for **French to English** translations. click here

We are member, through AUAP, of the **American Council on Education,** (ACE), **NAFSA NAGAP.**

We translate **quickly** and perfectly any documents from English into French or French to English.  Our professional  Translators are specialized in **only those two languages.** Members of our specialized staff include **an American Translators Association** (ATA) member, PhD Holder, PhD. candidate & Teaching Assistant in French at a top US University, a former judge in Paris, and a French Professor. Our translations are accepted by the **Courts, French and US authorities, Businesses Universities,** etc. We do **rush translations within 48 hours** send by Fedex ®. We may notarized our translations.

**We are here to help you attain your goals.** Our fees are reasonable and you may send us **easily** your documents from all over the world by:
**email** (we accept Word, PDF, GIF, and JPEG),
**Fax (1) 941 349 4370** or by mail:
**French English Translation Institute**
**Suite 19, 5053 Ocean Blvd Sarasota FL 34242 USA**

You may **order and pay on line**, or by US checks/Money Order or Credit card (fax or mail).
To order and see our professional fees click here

Merci et à Bientôt !

**"To translate  is to understand people"** ™
**"Traduire, c'est comprendre"** ™

French-English Translation Institute, suite 19, 5053 Ocean Blvd. Sarasota FL 34242  USA
Phone (1) 941 346 1427 fax (1) 941 349 430 Email: translations@auap.com

Copyright 2003-2004 MyFreeTemplates.com and FETI . All Rights Reserved.

# *PrepSchoolUSA*

Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
Tel (1) 941 346 1427 Fax (1) 941 349 4370
Email: prepschools@auap.com

**Page en Francais**

**New The 2003 Prepschool Rankings** NEW!

**What is a "Prep School" ?**

An American "Prep School" (college preparatory institution) is an American high level
secondary boarding school for students.

It is definitively a social phoneme which molds the American society. For example, both
President George W. Bush and Vice President Al Gore were students, before entering Harvard
and Yale, in prestigious Prep Schools. We can affirm that those venerable boarding schools are,
since 1796, educating the American and World elite.

Most of the US Prep Schools have incredibly high rate of acceptance into Ivy league Universities
(Columbia, Yale, Harvard, U. Penn, etc.) They are extremely well funded and could be now
considered as the best secondary schools in the world. The ratio scholars/Student is very low
(from 5 to 10) and most of the professors are Ph.D. Holders . The diversity and courses are
incredible as one prep schools offers more than 300 courses for a 4 Year curriculum. Their
campuses are gorgeous and offers all facilities (lodging, meals, sports, cultural activities, arts,
study abroad, drama, computers, etc.).

We have carefully selected 135 Prep/Boarding Schools that cultivate excellence in Education
including the prestigious "10 Schools". Prep schools could be co-ed, single sex, Religious
(Catholic Protestant, Jewish) or not. Some are military. Some boarding schools are specialized in
taking care of "difficult" or children with  abused substance problems. They can be very strict
or very liberal in their education. In fact their diversity suits every possible type of student.
Security is very high and there is a zero tolerance for Alcohol or Drugs usage.

**Why entering a US Prep School?**

There are multiple factors among them:

- Best preparation possible to enter US universities
- Mastering totally the English language
- To be in relation with the future US and world elite

- To get an International education that is necessary to succeed in this XXI° century.
- Flexibility of the Studies
- The Beautiful and super equipped campuses
- The Numerous sports and Intellectual activities
- Their Study Abroad Program
- Their state of the art Technologies
- Their security and discipline

## Who can enter a Prep School ?

Any student (American or International) which has followed at least 8 years of education. Most institutions admit student at the Freshman (9th grade), Sophomore (10th grade), Junior (11th Grade), Senior (12th grades). Interestingly some institutions have limited post graduate (13th Grade) year to prepare admission to top universities. Most admissions are competitive or very competitive and complicated.

## Cost of a Prep School

The total cost (tuition + meal + lodging + Book + Insurance) varies from $ 16 000 to $ 25 000 per year. It is slightly less expensive than the Swiss "pensions" and the so call UK Public Schools. Some financial aid could be available but this possibility is mostly reserved to US nationals.

## How to enter into a Prep School ?

The best and more secure way is to subscribe to the PrepSchoolUSA Guaranteed Admission Program (USD 2 000). This program is comprehensive and guarantees the admission to at least one of the 3 Prep Schools Selected.

This Program includes:

1) Selection of 3 Prep Schools according to the academic strength and goals of the student, desire and budget of the Family.
2) Supervision by an AUAP Senior Admission Counselors during the whole application Process
3) Booking and payment of the tests if necessary (Some schools require Tests, some do not).
4) Official Grades and Diploma evaluation of the child transcripts and grades.
5) Translation of the necessary documents from French, Italian, German. Extra cost for other languages.
6) Certification and notarization of all documents..
7) Correction of essays and letters of recommendations.
8) Personal and weekly contacts with the admission officers in order to promote the children candidacy,
9) Counseling for Visits, Interviews and Visa.

8/23/06 1:08 PM

## ADMISSION IS GUARANTEED OR YOUR MONEY BACK ($750)

**We also provide for the overseas parents a Continuous Support Program which is billed $ 100 per hour minimum 2 hours per month.**

**Please contact your PrepSchoolUSA Specialist and mentioned the age of the children, his past studies, your yearly Budget, the probable date of entry, and any details that you may consider useful.**

## prepschools@auap.com

**PrepSchoolUSA is a department of American Universities Admission Program (AUAP) the World leader since 1995 in American Universities Admissions.**



Exhibit #6



# *PrepSchoolUSA*

Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA
Tel (1) 941 346 1427 Fax (1) 941 349 4370
Email:prepschools@auap.com

## Page en Anglais

## Nouveau Classement 2003 des Prep School High School américaines

## Qu'est qu'une "Prep School"?

Une "Prep School" américaine (littéralement college preparatory institution) est une école secondaire de haut niveau ou les élèves résident sur un maginifique campus. Ces Prep Schools sont un phénomène social qui a forgé la société américaine. Par exemple, à la fois le Président George W. Bush et le Vice Président Al Gore étaient des étudiants, avant d'entrer à Yale et Harvard, dans de prestigieuses Prep Schools. Nous pouvons affirmer que ces vénérables institutions ont depuis 1776, éduqué et modelé l'élite américaine et désormais l'élite mondiale. Leur influence est telle qu'un style vestimentaire dit "Preppy" y est associé et perpétré par des chaines comme Brooks Brothers® et J. Crew®.

La pluspart des US Prep Schools ont un taux d'acceptation incroyablement élevé dans les Ivy League (Columbia, Yale, Harvard, U. Penn, etc.), ce qui reflète la qualité de leur enseignement. Ces écoles sont sup;érieurement bien financées par leur anciens élèves et l'on peut dire qu'elles délivrent le meilleur enseignement secondaire en langue anglaise du monde. Le ratio étudiant/professeur y est très bas (de 5 à 10) et la majorité des professeurs sont titulaires de Doctorats. La diversité des enseignements est incroyable, puisque certaines écoles offrent plus de 300 cours aux choix en 4 ans! Leur campus sont somptueux (à l'américaine) et offrent toutes les

facilités et &eacutequipements (logement, repas, sports, activités culturelles, arts, échanges internationaux, théatre, ordinateurs, etc).

PrepSchoolUSA a sélectionné 300 Prep/Boarding Schools qui privilégient l'excellence en éducation et qui comprennent les super-prestigieuses "10 Schools". Les Prep Schools peuvent être, mixtes ou non, religieuses (Catholiques, Protestantes, Juives) ou non. Il y a aussi des écoles dites militaires "military academy" ou discipline et honneur sont privilégiés. Il existe des Boading School spécialisées pour dislexiques, étudiants ayant des désordres de l'attention (AD), les enfants difficiles et ceux qui ont des problêmes d'alcoolisme ou de drogue. Elle peuvent etre très strictes ou très permissives. En fait, leur extrême diversité leur permet de convenir à tout type d'étudiant. Situées généralement en dehors des villes, elles bénéficient d'une très bonne sécutité et permettent l'épanouissement intellectuel et émotif de l'adolescent.

## Pourquoi rentrer dans une Prep School Américaines?

Il y a beaucoup de raisons en voici quelques unes.

- Meilleure préparation possible pour rentrer dans les meilleures universités américaines.
- Dévelopment harmonieux de l'éleve dans un cadre et par un enseignement adapté.
- Maitrise totale de l'anglais, première langue véhiculaire du monde. (Cours de support d'anglais pour étranger disponibles dans beaucoup d'écoles)
- Etre au contact de la future élite des Etats Unis et mondiale.
- Recevoir une éducation internationale, passeport obligé pour une carrière au XXI° Sciecle.
- La flexibilité des études qui convient à tout type d'étudiant.
- Les splendides campus super équipés.
- La pratique de nombreux sports et d'activités culturelles. "mens sane in corpore sano"
- les échanges internationaux, séjours dans d'autre cultures.
- L'usage des dernières technologies pour l'enseignement.
- La sécurité et discipline.

## Qui peut rentrer dans une Prep School des USA?

Tout étudiant (American or International) qui a suivi au moins 8 années d'enseignement. La pluspart des Prepschools admettent aux niveau suivants: Freshman (9th grade), Sophomore (10th grade), Junior (11th Grade), Senior (12th grades). Un point intéressant et utile: Quelques écoles secondaires propose une année "Post graduate" (cad apres 12 ans d'études equivalent Bac) pour préparer une entrée dans les universités les plus prestigieuses. C'est une parfaite transition entre deux systèmes. La pluspart des admissions sont sélectives ou très sélectives et sont généralement compliquées. Certaines demandent un test TOEFL. D'autres exigent en outre le SSAT, d'autres admettent conditionellement, etc.

## Cout annuel d'une Prep School

Le coût total (scolarité + repas + logement + livres + assurance) varie de USD $ 16 000 to $ 25 000 per an. Cela est légèrement inférieur aux écoles Suisses ou aux "Public Schools" anglaises type Eaton/Harrow. Les aides financières sont très limitées et réservées aux citoyens américains.

## Comment rentrer dans une Prep School?

La meilleure et plus sûre façon est de souscrire à notre PrepSchoolUSA* Guaranteed Admission Program (USD 2 000). Ce programme est complet et garantie l'admission dans au moins une des trois écoles soigneusement selectionnées selon le profil, objectif, budget et préférences de l'étudiant et de sa famille.

Ce programme comprend entre autre:

1) Selection de 3 Prep Schools en fonction des désidératas de l'élève et de ses parents.
2) Supervision d'un "AUAP Senior Admission Counselors" pendant toute la durée de l'inscription.
3) Réservation, préparation et paiement des tests si nécessaire.
4) Evaluation officielle des notes et diplômes.
5) Traduction des documents Français, Italien. (pour les autres langues nous consulter)
6) Certification conforme et "notarisation" des documents, carnet de notes, diplômes.
7) Correction des essais, lettres de motivation et recommendations
8) Contact personnel et hebdomadaire avec les directeurs des admissions de chacune des 3 écoles pour promouvoir la candidature de l'élève.
9) Conseils généraux culturels, établissement des visites et interviews, aide et sponsorisation pour le visa.

### L'ADMISSION EST GARANTIE (MONEY BACK $1 750)

Veuillez, svp, prendre contact abec un spécialiste de PrepSchoolUSA* et mentionnez dans l'E-Mail: L'age de l'élève, ses études actuelles, le budget, la date probable d'entrée et tout renseignements que vous jugerez utile.

## prepschools@auap.com

PrepSchoolUSA*est un service d' American Universities Admission Program (AUAP), le leader mondial depuis 1995 des admissions dans les universités américaines.



Exhibit #1



RE: AACRAO vs Prade and AUAP

Dr. Prade:

It is certainly a mis-statement by Mr. Hsu to say that we "provided the exact language of the court order " as they did all of the drafting of the settlement documents, including the Order ultimately entered by the court. Your memory is also correct that they (AACRAO and its counsel) were not open to negotiation on the specific terms of the documents, once they had submitted the original drafts for consideration, and reiterated their "take it or leave it" several times in the negotiation process.

As always feel free to contact us with any additional questions.

Thomas M. Wood
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Bank of America Plaza, Suite 2800
Tampa, Florida 33602-5151
Telephone: (813) 229-7600
Direct Dial:  (813) 227-2271
Facsimile:    (813) 229-1660
Mobile:       (813) 784-9663
email: twood@slk-law.com
http://www.slk-law.com

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone at (419) 241-9000 or toll-free (800) 444-6659.

NOTICE:  The Zip Code for Shumaker Loop & Kendrick's Toledo Office has changed to 43604-5573.  Please update your records.



**About**   **Academics**   **Admissions**   **Alumni**   **Faculty**   **Giving**   **Intellectual Life**   **Library**   **News & Events**   **Student Life**

Before You Apply for the LL.M.

Steps In Applying for the LL.M.

About Transcripts

About Letters of Recommendation

About the TOEFL

LL.M. Application Forms

LL.M. Reapplication & Deferment

LL.M. Admissions FAQ

✉ Email This Page
🖶 Print This Page

Home > Admissions > How to Apply > Apply for the LL.M. > Steps In Applying for the LL.M. > About Transcripts

# About Transcripts

**Contact the Graduate Programs Office**

Have each college, law school, and/or graduate school you have attended provide you with one official transcript of your academic record (or the nearest equivalent documents listing your courses and corresponding grades), and, if available, a statement of your rank in class and the size of the class, in a sealed envelope, signed across the seal. Do not send copies of certificates or diplomas.

If original documents are not available, please supply certified copies of the original documents. If the registrar will not give you the official documents, please have them mailed directly to the LL.M. program at Yale Law School.

For schools that do not provide official transcripts, you should provide one of the following:

* Letter from a school faculty member/tutor/official indicating the courses taken and grades received
* Student Reported Record of Study (from Germany).

As an alternative, international applicants can register with LSAC's LL.M. Credential Assembly Service; this service will authenticate non-U.S. or Canadian academic credentials.

© 2006 Yale Law School. Contact web master
127 Wall Street, New Haven, CT 06511, 203-432-4992
Map & Directions | Yale University Home
This website is supported by the Oscar M. Ruebhausen Fund at Yale Law School.

**LL.M. Timeline**

**Sept. 1:** Yale begins accepting LL.M. applications
**Sept. 5:** Classes begin; we recommend a visit
**Sept.:** Arrange to take TOEFL, if you haven't already
**Dec. 1:** Last day applications are accepted
**Dec. 21–Jan 9:** Winter break
**Mid-March:** Admissions decisions will be made
**May 11:** Classes end



About WCL    Site Index    Topic Areas    Calendar    Podcasts    Prospective Students | Current Students | Alumni | Faculty | Staff | Media

# Juris Doctor Admissions Office

## International JD Students



Applicants who earned their undergraduate degree outside the United States or Canada **M U S T** take the LSAT and have their academic credentials evaluated by the Law School Admission Council (LSAC). You may register for this credential evaluation service beginning August, 2006 via the LSAC web site www.lsac.org. Applicants must have earned at least the equivalent of a U.S. baccalaureate degree. We will no longer accept credential evaluation reports from Worldwide Education Service (WES) or any other credential evaluation service.

Applicants who hold a student visa or are applying for an I-20 visa must attend full time. Full time is defined for these purposes as at least 12 credit hours per semester. I-20 forms are not available until an applicant has been accepted and has paid a tuition deposit. It is vital that you demonstrate adequate financial support to cover cost of one year of attendance. You must show evidence of sufficient private or government funding in order to be issued the appropriate immigration document. For more information on student visas, please review the International Student & Scholar Services web site at www.american.edu/ocl/iss/. Application deadline for international students is January 15.

---

AU | my.american.edu | Directory | Advanced Search | Contact Us | Webmaster                                    © 2006

Washington College of Law  -  4801 Massachusetts Avenue, NW  -  Washington, DC 20016  -  202-274-4000







### Foreign Credentials
### Service of America

ABOUT | OUR DIRECTOR | CLIENTS | SERVICES/FEES | QUESTIONS | ACRONYMS | LINKS

*Fast, accurate, and affordable evaluations of foreign educational credentials for university admissions, corporations/H-1 Visa requirements, and immigration attorneys.*

Find out more about how FCSA works with
→ **Universities**   → **Corporations**
→ **Attorneys**   → **Certification Boards**

## AACRAO Honorary Member 2002

Citation in Recognition of William J. Paver

Dr. William J. Paver has been a contributor and leader in AACRAO and within our profession for more than 20 years, sharing his expertise, warmth, integrity, candor, and good humor. He has served on the AACRAO Board of Directors as Vice President for International Education, and provided leadership to the international education community while serving as Associate Director of Admissions and Assistant Dean of Graduate Studies at the University of Texas, Austin. He also served on numerous AACRAO committees and task forces as well as on related committees for our sister international student organization, NAFSA. Among his contributions, he edited the Graduate Handbook, a major resource for both graduate and undergraduate international admissions professionals. We also have Bill Paver to thank for the Electronic Score Reporting that has been implemented by TOEFL, GRE and GMAT, as TOEFL was the first to send score reports electronically during Bill's tenure as Chair of the TOEFL Technology Committee.

Among his most recent accomplishments, Bill served as co-chair of the AACRAO Russian Project, cementing relations between AACRAO and the Russian Ministry of Education. He was the primary US Representative in Russia in meetings with the Duma and Ministry of Education.

Bill has been a mentor to many in the international education field. He has supported creative ideas and encouraged new comers to the field to participate in AACRAO by researching, making presentations, and serving on committees. He shows that he cares about people, and it is evident in everything that he does. He is smart and astute and he uses his skills to advise and guide. A wonderful quote from the myriad of attributions Bill received upon his retirement is from Emily, his assistant of nine years: "You possess one of the best qualities that a person could have

**1910 Justin Lane
Austin, Tx 78757-2411
512.459.8428
FAX   512.459.4565
info@fcsa.biz**

Application Form
Get Copies
Document Request Form
License Board Applicants
UT Pan Am Applicants
Translations
Sample Evaluations
What Our Clients Say
Evaluate Us
The EDGE System

- you make every person feel that they are important."

Most people who know Bill, also know that he has five children, and that his wife, Rhonda, is from Alaska. But scratch that family man surface and you will find an avid reader, a husband and wife very active in Austin social circles, and a couple who gives back to their community. We anticipate that Bill will continue to benefit AACRAO by contributing his time and energy. His knowledge and understanding, especially of international issues are an important asset that will continue to be valued.

**Dr. Paver**

**home** | **about** | **our director** | **clients** | **services/fees** | **questions** | **acronyms** | **links** | **e-mail** | **apply** | **evaluate**

Copyright 2002 FCSA