**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS, )))) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-0137 |
| AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et al., )))) | |
| Defendants. ) | |

**PLAINTIFF THE AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS' OPPOSITION TO DEFENDANT JEAN NOEL PRADE'S MOTION FOR LEAVE TO FILE A SURREPLY**

Plaintiff the American Association of Collegiate Registrars and Admissions Officers ("AACRAO") opposes defendant Jean Noel Prade's ("Prade") motion for leave to file a surreply[1] because Prade is not contesting matters presented by AACRAO for the first time in AACRAO's opposition. Instead, Prade merely re-argues his opposition to AACRAO's motion and responds to arguments contained in AACRAO's original motion. *See Robinson v. Detroit News, Inc.*, 211 F.Supp.2d 101, 113 (D.D.C. 2002) ("The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented by the court for the first time in the opposing party's reply.") (citations omitted).

---

[1] Prade's motion is titled "Defender Dr. Jean Noel Prade, President AUAP (American Universities Admission Program) Motion To Add an Additional Memorandum and To Dismiss the Motion for Civil Contempt and Compensatory Filed by AACRAO (American Association of College Registrars and Admission Officers) and Motion for Compensatory Relief."

In his motion, Prade lists ten allegedly "novel" allegations that support his motion, but in reality Prade presents this list simply to re-argue his opposition. With regard to each item, AACRAO notes that:

1. Prade re-argues that he has shown "good faith" by removing AACRAO's marks from AUAP's websites and even admits that he is reminding the Court of alleged facts concerning AUAP. AACRAO presented no new argument regarding this in its motion but explained that Prade has little interest in complying with the Court's Order by disingenuously assuring that he has acted in good faith.

2. Prade re-argues his previous reliance on the definition of the word "list" previously stated on page 5 of his opposition.

3. Prade merely re-asserts again his contention that defendants have complied with the Court's Order without any supporting evidence.

4. Prade re-states his erroneous contention from page two of his opposition that defendants had no involvement in drafting the proposed Court Order and Settlement Agreement. Furthermore, Prade relies on impermissible hearsay by submitting an email purportedly from his attorney, Mr. Wood. Tellingly, Mr. Wood has never submitted any testimony to this Court or any affidavit or declaration in this lawsuit.

5. Prade re-argues his implausible contention from pages eleven and twelve of his opposition that Prade or defendant AUAP do not have addresses of customers for whom defendants prepared reports.

6. Prade repeats the same arguments as number five above.

7. Prade re-argues the applicability of the same WIPO case on page eight of his opposition.

8. Prade re-asserts the irrelevant allegations from page one of his opposition that he has been awarded French decorations.

9. Prade repeats his wholly unsupported and false claim from page fourteen of his opposition that AACRAO is discriminating against AUAP.

10. Prade re-asserts his general desire that the Court ignore evidence submitted by AACRAO, such as the findings by the World Intellectual Property Organization and the views of the State of Oregon's Office of Degree Authorization, that Prade has acted in bad faith in the use of AACRAO's property rights.

For the foregoing reasons, AACRAO respectfully requests that this Court deny Prade's motion for leave to file a surreply.

Respectfully submitted,

s/John K. Hsu
Christopher P. Murphy
D.C. Bar # 447130
John K. Hsu
D.C. Bar # 474245
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-857-6000
Facsimile: 202-857-6395

**ATTORNEYS FOR PLAINTIFF AACRAO**

## CERTIFICATE OF SERVICE

I, Sarah L. Clarke, certify that a true and correct copy of the foregoing **Opposition to Defendant Jean Noel Prade Motion for Leave to File a Surreply** was served this September 11, 2006 via Federal Express on Gregory C. Yadley, Shumaker, Loop & Kendrick, LLP, 101 East Kennedy Boulevard, Suite 2800 Tampa, Florida 33602 and Jean-Noel Prade, 4619 Higel Avenue, Sarasota, FL 34242.


s/Sarah L. Clarke_____