UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN ASSOCIATION OF** ) <br> **COLLEGIATE REGISTRARS AND** ) <br> **ADMISSIONS OFFICERS,** ) <br>    **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **AMERICAN UNIVERSITIES** ) <br> **ADMISSION PROGRAM, INC.,** *et al.*, ) <br> ) <br>    **Defendants.** ) | Case No. 06-0137 |

## ENTRY OF APPEARANCE

  **THE CLERK** will please note the appearance of the undersigned as the attorney of record for the Defendants in the above-captioned proceeding, **AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. and DR. JEAN-NOEL PRADE**.  All papers in this case are to be sent to the following:

    S. Ricardo Narvaiz, Esq.
    Law Offices of S. Ricardo Narvaiz
    1300 Spring Street, Suite 500
    Silver Spring, MD 20910

      **Respectfully submitted,**


      /s/

    _____
    **S. Ricardo Narvaiz**
    **Bar No. 317347**
    **LAW OFFICES OF S. RICARDO NARVAIZ**
    **1300 SPRING STREET, SUITE 500**
    **Silver Spring, Maryland 20910**
    **Telephone: (301) 628-2066**
    **Facsimile: (301) 588-0854**
    **Counsel for Defendants**

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 21st day of November, 2006 a copy of the foregoing Entry of Appearance in the above-referenced case was sent by U.S. mail, postage prepaid, to the following:

          Christopher P. Murphy, Esq.
          John K. Hsu, Esq.
          Arent Fox PLLC
          1050 Connecticut Avenue, N.W.
          Washington, D.C. 20036

          /s/
          _____
          S. Ricardo Narvaiz