# EXHIBIT A

# S. RICARDO NARVAIZ
## ATTORNEY AT LAW
### 1300 SPRING STREET, SUITE 500
### SILVER SPRING, MARYLAND 20910

Telephone: (301) 628-2066
Facsimile: (301) 588-0854
E-mail: rnarvaiz@drlatl.com

Admitted to Practice in
Maryland, Virginia and
The District of Columbia

November 17, 2006

**BY FEDERAL EXPRESS**
Christopher P. Murphy, Esq.
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re: *AACRAO v. AUAP, Inc., et al.*, Civil Action No. 06-0137,
United States District Court for the District of Columbia

Dear Mr. Murphy:

As we discussed in our telephone conference yesterday, I have been retained AUAP, Inc. and Dr. Prade to represent them in the above-referenced civil action. Toward the end of complying with Judge Kay's order in the case, enclosed is the company computer of AUAP, Inc., on which your client may perform diagnositics as allowed by Judge Kay's order. My client needs it back by Saturday, November 25, 2006. I understand that Judge Kay's order allowed you and your client three business days to perform the diagnostics on the computer.

In addition, I am providing you with two documents, "Document A" and "Document B," which are responsive to the numbered provisions of Judge Kay's order (numbers (1) and (2) thereof). Finally, I have received assurances from Dr. Prade that all references to AACRAO have been removed from AUAP, Inc.'s website.

I look forward to your response to the above issues at your earliest convenience.

Sincerely,

S. Ricardo Narvaiz

Enclosures (Apple PowerBook G4 computer, Document A, Document B)


List of the Student that have been Client of the SELECTION + GARANTEED
ADMISSION PROGRAM As requested in #1 of the memorandum

PIERRE BERNHEIM
33 Avenue du Lowendal
75015 Paris France


ZOYA GEORGIEVA
1480 Green Valley Cir, Apt 203
Naples 34104 Florida


TIDIANE KINDA
25, Rue Etienne Dolet
Clermont-Ferrand
63000 FRANCE


JENNIFER LANDAU
90 av paul doumer
Paris 75116 FRANCE


ANTOINE MAVEL
Cotterlaz Connectors Shenzhen
1F, B2, Xiangnan Industry  District
Guimiao Lu, Nanshan Qu
Shenzhen 518052 China


STEPHEN O'HALLORAN
Springmount Ballyard
Tralee Co. Kerry Ireland


RODRIGO PASTOR
San Pedro de Montes de Oca
Barrio Los Yoses de Spoon
500 metros Sur y 125 metros Este


CORENTINE POILVET
10 rue du Narhouet
Vannes 56000  FRANCE

MATHIEU SEGURAN
31 Rue du General Leclerc
Notre Dame de Bondeville
76960  FRANCE


GERALD TRENT
Motorst. 48 80809
Munich Germany


MANUEL ARRIVE – MBA

45 Avenue De Bourgogne

Paris 75007 France


MATTHIEU COUSIN – LLM

9 Avenue Talma

Rueil Malmaison 92500

France


NAFY MARIE DIENG


SOURAYA EL-MACHNOUK - LLM
Ramlet el-Bayda-Chafik Trad Street

PO Box 135779

Shourane 1102-2070

Beirut Lebanon

EREC GLOGOWSKI – MBA

7 rue du Chastel

Issoire 63500 Franced


MOUAD KHABBACH

Rue 5 Villa No. 45

Taddart Californie

Casablanca 16001 Morocco


BRAHIM KRAIRI
9 place de la ferrandiere

Lyon France 69003


CYRIL KUBIADOR

120 Elgar Place #29F

New York NY  10475


PAULINE DES LONGCHAMPS

14 Ter Rue St. Charles

78000 Versailles France

ALIZERA MEIGHANI

The Bolitho School

Polwithen Road

Cornwall TR18 AIZ

United Kingdom


ALEXANDRA OST

Avenue des Chataignes 19

Kraainen 1950 Belgium


CATALIN PETCU - MBA

Via Caduti nella Guerra di Liberazione Nr. 9, Apt 9

Rome Italy 00128


BEN RAIMOND – MBA

124 rue denis papin

Chambery 73000

France


MATTHIAS SCHWEBLOWSKI
Am Sachsenwalde 6

21521 Wohltorf Germany

CHRISTIAN WYSS
Keltenstrasse 39
Ch 4106 Therwil
Switzerland


2004
YLANN ABRAHAMI

25 Bis Rue De La Prairie

Bry Sur Marne 94360 France


ALEXIS ANGHERT

141 rue de longchamp

Neuilly 92200 France


JUDITH ABKIN

235 Avenue Daumesnil

75012 Paris France


ALFONSO CARMONA

Avenida Rio Segura n.7 9.C

Murcia 30002 Spain


**ANNAMARIA DOBRA**

7-507 Siyoung Godeok-Dong

Seoul Korea 134751


**ALEXANDRE GELBLAT**

17 bis Boulevard de la Sauwssaye

Neuilly-sur-Seine

92000 France


**ALEXANDRU GRIGORESCU**

7 Caderea Bastiliiei Str Sec 1 Apt 9

Bucharest 010611 Romania


**CARLOS GUERRERO**

Presa Palmito 105

Mexico City 11500 Mexico


**PAULA PHARAON**

Negib Trad Street

Saint Nicolas Bldg

Achrafieh

Beirut Lebanon


FABRICE LESACHE

2 rue Greuze

Paris 75116 France


ANTOINE MAVEL

Cotterlaz Connectors Shenzhen

1F, B2, Xiangnan Industry District

Guimiau Lu, Nanshan Qu

Shenzhen 518052 China


DE

CATALIN PETCU

Via Caduti nella Guerra di Liberazione Nr. 9, Apt 9

Rome Italy 00128

STEPHANIE ROULEAU

CRISTEL SAGBO

Wood B-205

2275 Bayview Avenue

Toronto Ontario M4N3M6

LAURENT SANGLIER

SMA, Batim, AMS immobilier

53, rue d'antibes

06400 Cannes FRANCE

Please find the institutions related to the Conclusion 2) of the Memorandum from Judge Alan Kay. As a matter of goodwil we found the addresses of the institutions as the Judgement and settlement agreement stipulates only ""defendants will provide the names...".

University of Pennsylvania,
3451 Walnut Street
Philadelphia, PA 19104

Columbia,
408 Lewisohn Hall, 2970 Broadway
New York, NY 10027

Cornell,

Ithaca, NY 14853

New York University
70 Washington Square South, 12S
New York, NY 10012

Georgetown
37th and O Streets, NW
Washington, DC 20057-1270

Dartmouth
6016 McNutt Hall
Hanover, NH 03755

Fordham

East 441 Fordham Road, Thebaud Hall
Bronx, NY 10458

, Cardozo Yeshiva ,
500 West 185th Street
New York, NY 10033

Pepperdine University
24255 Pacific Coast Highway
Malibu, CA 90263

Iowa State U.

Ames, IA 50011
Temple University,
1801 Wath Broad St
Philadelphia PA 19122
American University,
4400 Massachusetts Avenue NW
Washington, DC 20016-8001

Case Western
4400 Massachusetts Avenue NW
Washington, DC 20016-8001

Penn State U.
University Park, PA 16804-3000

University of South Florida
4202 E. Fowler Avenue, Tampa, FL 33620

University of Delaware
Newark, DE 19716

:Babson
231 Forest Street
Babson Park, MA 02457-0310

NorthWestern U.
4829 North Lipps Avenue
Chicago, IL 60630

University of South California (USC)
801 Carteret Street
Beaufort, SC 29902

Washington University in St. Louis
Campus Box 1089, One Brookings Drive
St. Louis, MO 63130-4899

University of Minnesota.
2900 University Avenue
Crookston, MN 56716-5001

Thunderbird

15249 North 59th Avenue
Glendale, AZ 85306-6000

University of Illinois Champaign
601 East John Street
Champaign, IL 61820-5711

University of Florida
201 Criser Hall
Gainesville, FL 32611

Pitsburg U.
1150 Mount Pleasant Road
Greensburg, PA 15601

Notre dame
Notre Dame, IN 46556

Syracuse University
100 Crouse-Hinds Hall
Syracuse, NY 13244

Hult University (MBA)
1 Education Street
Cambridge, Massachusetts

Tulane University
6823 St. Charles Avenue
New Orleans, LA 70118

Louisiana State U.
PO Box 1129
Eunice, LA 70535

tKnox college
2 East South Street
Galesburg, Illinois 61401-4999

Furman University.
3300 Poinsett Highway, Greenville, SC 29613

University of Wisconsin
800 Algoma Boulevard
Oshkosh, WI 54901

New Jersey Institute of Technology
University Heights
Newark, NJ 07102-1982

Illinois Institute of Technology
3300 South Federal Street
Chicago, IL 60616

University of Massachussetts Amherst
37 Mather Drive
Amherst, MA 01003-9291

tUniversity of San Diego
5998 Alcala Park
San Diego, CA 92110-2492

Golden Gate University
536 Mission Street
San Francisco, CA 94105

California Western U
309 E. Second St. · Pomona, CA 91766-1854

Miami University
PO Box 248025
Coral Gables, FL 33124-4616

Northeastern University
360 Huntington Avenue
Boston, MA 02115

University of Pennsylvania
3451 Walnut Street
Philadelphia, PA 19104

Wake Forest University,
PO Box 7305 Reynolda Station
Winston-Salem, NC 27109

University of Virginia
PO Box 400160
Charlottesville, VA 22904-4160

Duke University
2138 Campus Drive
Durham, NC 27708


Boston U
121 Bay State Road
Boston, MA 02215


New England School of Law (

U. of Virginia
PO Box 400160
Charlottesville, VA 22904-4160


Syracuse University
100 Crouse-Hinds Hall
Syracuse, NY 13244

Purdue (
West Lafayette, Indiana

George Washington University
2121 I Street NW
Washington, DC 20052


Johnson & Wales U.
8 Abbott Park Place
Providence, RI 02903-3703

Michigan Technological University
1400 Townsend Drive
Houghton, MI 49931-1295


University of Louisiana Monroe

700 University Avenue
Monroe, LA 71209

University of South Carolina
801 Carteret Street
Beaufort, SC 29902


SMU
PO Box 750221
Dallas, TX 75275-0221


University of Iowa
107 Calvin Hall
Iowa City, IA 52242


University of Washington
Gerberding Hall Box 351263
Seattle, WA 98195


U. of Colorado Boulder
Boulder, CO 80309-0552


New Jersey Institute of Technology
University Heights
Newark, NJ 07102-1982


Illinois Institute of Technology,
3300 South Federal Street
Chicago, IL 60616


MIIS  (Monterrey)
460 Pierce Street
Monterey, CA 93940


Florida Institute of Technology,
150 West University Boulevard
Melbourne, FL 32901-6975


University of Texas -Austin
7703 Floyd Curl Drive
San Antonio, TX 78229


Arizona State U.
University Drive and Mill Avenue
Tempe, AZ 85287

University of Delaware
Newark, DE 19716

Philadephia U.
School House Lane and Henry Avenue
Philadelphia, PA 19144

: University of Maryland
1000 Hilltop Circle
Baltimore, MD 21250

University of Louisiana
PO Drawer 41008
Lafayette, LA 70504-1008

SUNY (Buffalo),
1300 Elmwood Avenue
Buffalo, NY 14222

University of Missouri-Rolla
1870 Miner Circle
Rolla, MO 65409-0910

Florida State University
Tallahassee, FL 32306

(U of South Carolina)
PO Box 889
Lancaster, SC 29721

University of Illinois-Chicago
601 South Morgan Street
Chicago, IL 60607

University Bloomington

University of Nevada Las Vegas
4505 Maryland Parkway Box 45021
Las Vegas, NV 89154-1021

SUNY,

PO Box 2000
Cortland, NY 13045-0900

University of Connecticut .
2131 Hillside Road, Unit 3088
Storrs, CT 06269-3088

St. Louis University
221 North Grand Boulevard
St. Louis, MO 63103

University of North Carolina (Chapel Hill)
CB 9100, 103 South Building
Chapel Hill, NC 27599

Carnegie Mellon (GSIA),
5000 Forbes Avenue   Pittsburgh, PA 15213

University of Michigan
303 East Kearsley Street
Flint, MI 48502-1950

Cleveland State U.
570 East Leffel Lane
Springfield, OH 45501,

Liberty University
1971 University Boulevard · Lynchburg, Virginia 24502

Oklahoma City University
2501 North Blackwelder Avenue
Oklahoma City, OK 73106

# EXHIBIT B

# S. RICARDO NARVAIZ
*ATTORNEY AT LAW*
**1300 SPRING STREET, SUITE 500**
**SILVER SPRING, MARYLAND 20910**

Telephone: (301) 628-2066
Facsimile:  (301) 588-0854
E-mail:  rnarvaiz@drintl.com

**Admitted to Practice in**
**Maryland, Virginia and**
**The District of Columbia**

November 22, 2006

**BY FACSIMILE AND FIRST CLASS MAIL**
Christopher P. Murphy, Esq.
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re:    *American Association of Collegiate Registrars and Admissions Officers v.*
*American Universities Admission Program, Inc. et al.*, Civil Action No.
06-0137, United States District Court for the District of Columbia

Dear Mr. Murphy:

This letter responds to your letters dated November 21, 2006 and November 22, 2006.  I am dismayed at your response to my clients' attempt to comply with Judge Kay's order.  I immediately forwarded to you the computer of AUAP, in the same condition I received it from my client.   Any "computer forensic expert" should already have the power cord for a standard Apple computer, and even if they did not have it at hand, the power cord could easily be purchased at a cost far less than the cost of the analysis the expert is to perform.

Nevertheless, I have forwarded your letter to my client and I hope to have additional information for you as soon as may be possible.  Dr. Prade was outside of the United States last week and will be out this week as well.  Since you have his laptop, I cannot guaranty that he will have access to e-mail while he is on travel.   However, I urge you to complete the computer diagnostics as soon as possible, so that the business of AUAP will not be disrupted more than you have indicated, as I understand you will not be forwarding the laptop to your forensics expert until next week.   I will be at my office on Friday, November 24, 2006, should you desire to discuss this matter then.

Rather than trade accusations regarding who is being "cryptic" or acting in "bad faith," I would suggest that Judge Kay will allow a reasonable time for your expert to perform an analysis of the computer that was delivered to you the morning of November 20, 2006.   It is *not* reasonable for you to hold the computer indefinitely, and I believe Judge Kay will take that position as well.

If there is another computer that the company uses that is subject to the judge's order, we will make all reasonable efforts to produce it to you.   Reasonableness in complying with Judge Kay's order is a two-way street, as I am certain you are aware.

Christopher P. Murphy, Esq.
November 22, 2006
Page 2


     I look forward to hearing from you at your earliest convenience so that we may move toward compliance with Judge Kay's order as expeditiously as possible. Thank you for your attention to these matters.

Sincerely,

S.  Ricardo Narvaiz


Enclosures