DEFENDANT'S EXHIBIT 1

# S. RICARDO NARVAIZ
*ATTORNEY AT LAW*
1300 SPRING STREET, SUITE 500
SILVER SPRING, MARYLAND 20910

Telephone: (301) 628-2066
Facsimile: (301) 588-0854
E-mail: rnarvaiz@drintl.com

Admitted to Practice in
Maryland, Virginia and
The District of Columbia

November 17, 2006

**BY FEDERAL EXPRESS**
Christopher P. Murphy, Esq.
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

      Re: *AACRAO v. AUAP, Inc., et al.*, Civil Action No. 06-0137,
        United States District Court for the District of Columbia

Dear Mr. Murphy:

  As we discussed in our telephone conference yesterday, I have been retained AUAP, Inc. and Dr. Prade to represent them in the above-referenced civil action. Toward the end of complying with Judge Kay's order in the case, enclosed is the company computer of AUAP, Inc., on which your client may perform diagnositics as allowed by Judge Kay's order. My client needs it back by Saturday, November 25, 2006. I understand that Judge Kay's order allowed you and your client three business days to perform the diagnostics on the computer.

  In addition, I am providing you with two documents, "Document A" and "Document B," which are responsive to the numbered provisions of Judge Kay's order (numbers (1) and (2) thereof). Finally, I have received assurances from Dr. Prade that all references to AACRAO have been removed from AUAP, Inc.'s website.

  I look forward to your response to the above issues at your earliest convenience.

              Sincerely,

              S. Ricardo Narvaiz

Enclosures (Apple PowerBook G4 computer, Document A, Document B)