



**AMERICAN UNIVERSITIES ADMISSION PROGRAM**

# Study in the USA

## Since 1995

DEFENDANT'S EXHIBIT

2

ALL-STATE LEGAL

**AUAP** guarantees your admission into the **best American universities** possible with the **best available conditions!**

---

**NEW!** *November 10, 2006* **CONGRATULATIONS Dr. JEAN BUREAU FROM FRANCE FOR YOUR Ph.D. (DOCTORATE) IN MATHEMATICS EARNED AT L.S.U.!**

---

## See where our students were accepted and judge by yourself !



**International**

## ENTER HERE!

*We ask you to fill this short evaluation form to have free access to our multiple informational pages on American universities for a Bachelor, Masters or PhD. degree.*
*It will help us to determine if you can enter in an American University.*

---



**US Students**

## ENTER HERE!

*AUAP has a special comprehensive program with psychometric tests for American students to enter Undergraduate and Graduate US universities.*
*If you are an American student please go to our Consulting and Coaching Program*

---

**AUAP Credential Evaluation Service**
## ENTER HERE!

**2006 AUAP Acceptances Columbia, Cornell, Dartmouth U. of Pennsylvania (Ivy League) NYU, Georgetown, Fordham, Yeshiva!, Pepperdine, Temple Washington U, etc.**

---

**New TOEFL TEST EQUIVALENCE**

**79/80 Internet Based = 213 CBT= 550 Paper**
**100 Internet Based = 250 CBT = 600 Paper**

---

- AUAP is the **world largest organization** which helps foreign students in selecting and gaining admission to American institutions of higher education. Each year it establishes the **unique rankings for foreign students of American Universities (undergraduate), MBA and LL.M Master of Law.**

- We are 45+ **higher education specialists**, mostly Directors of Admissions, Professors, Ph.D. Holders, Psychologists, Recognized Grades evaluators, Notaries and certified translators etc. We started the company in 1995.(Counselor Job / Representative opportunities)

- Our **Selection + Guaranteed Admission** Program **guarantees your admission** to an American university.

About the quality of the US universities: All systems of studies are valuable but the US Universities benefit from an incomparable prestige and image: **"*Of the top 20 Universities in the word today, only two are now in Europe*"** said the President of Europe at the Europe parliament in 2005.

The choice of the right university is certainly the most important career decision of an individual's life, ultimately affecting **future income, job satisfaction & quality of life.**
*You need, the professional help of AUAP for the most important decision of your life!*
See our list of accepted students and judge by yourself !

- A few of the **Universities where AUAP students were accepted.**

**Harvard * Yale* Stanford * Cornell * Columbia * University of Pennsylvania * Brown U.* INSEAD (France) * Dartmouth *New York University NYU * John Hopkins U. * North Western-Kellogg School of Management *Duke University * Boston College * Boston U.* Georgetown U. *Penn State U. * University of Michigan * Babson College * American University * Thunderbird * Purdue University * Fordham U.* Michigan State University * George Washington U.*Embry Riddle Aeronautical University * Rollins College * University of Arizona * University of Delaware (Honors) * University of Florida * University of Massachusetts (Amherst) * UCLA * University of Southern California * University of Delaware *Rochester Institute of Technology * U.of Virginia* IIT * UCSD * U. of San Diego * Pepperdine * Middlebury *LSU *Tulane * USF,*Temple, •SUNY, etc.**

# <u>International Students Please ENTER HERE!</u>

——————— □ ———————

# <u>US Students</u>

# Please ENTER HERE!

**AUAP Is Always On Your Side ... Always Available!**

### Sign up for our
### Email Newsletter
### ABOUT US
### Universities &
### Evaluations

[_____] GO

See our list of accepted students and judge by yourself !

---

AUAP American Universities Admission Program
5053 Ocean Blvd., Suite 19 - Sarasota FL 34242 -USA
Tel: (1) 941 346 1427 - Fax (1) 941 349 43 70 - e-mail: auap@auap.com



© 1999, 2000, 2001 American Universities Admission Program
Some graphics © www.arttoday.com
Students picture © Corbis Corporation   x



## Educational Coaching & Consulting

# For the most important decision of a lifetime !

To choose a career path and consequently the right **graduate or undergraduate** university is the most important factor for the future of a young adult. Entire families struggle, sometimes with anguish, about it. Students are assailed by questions: What do I want to be when I grow up?, How do I know which school is best for me?, Small liberal art college or big public university? Which master? Am I good enough for this graduate program? what are they looking for? Will I have the budget ? What do I really want in a college?, etc.

For the first time the **C&C Program of AUAP has** a **global approach and solution to** those problems, associating an experienced team of career coaches and experts and the proven best admissions counselors at graduate and undergraduate levels. It is a structured approach: Determining the assets. skills and preferences of the student through **psychometric tests** and **interviews**, then **selecting** (among the US 4 095 institutions & 11000 + graduate programs) a choice (up to 20) of **universities** according to the profile, personality, career goals, budget of the student. Because of our worldwide activities we can also look at overseas universities. We cover Undergraduate, Graduate and Prep School bound students.

### The C&C Program (Coaching + Consulting)

**Coaching** (done by Quality of Life Coaching Service, Team of Coaching Experts)

Through the well known valid and reliable psychometric instruments: MBTI ® and Strong Interest and Skills Confidence inventories ®, your personality preferences, career and leisure interests, and your confidence level in key interest areas will be identified and discussed with your by coaching experts. You will receive 9 to 13 pages of written reports on these results for your reference. An AUAP counselor will participate on the test results conference call to provide a complete view of the student's situation. This process helps students gain clarity about who they are and what they want out of life and their college experience

**Consulting** (done by American Universities Admission Program the leader in Educational guidance counseling since 1995)

The AUAP counselor (generally a director of admissions) with the above tool and structure, will do an **intensive customized college search** . This professional will establish, interactively with the student, a selection of institutions of universities which are the best possible matches. This selection is based on intended majors , personality, academic level , budget and personal profile of the student.

To leave the "family nest " is also an emotional challenge with important consequences. This program combined a psychological evaluation with the experiences of education professionals. Your existing High school guidance counselor will of course be associated to this research.

### C&C Program Fees:

1) **"Basic C& C"** (first month: $399)- Tests Myers Briggs Æ and Skills Confidence- Test Analysis and integration of the profile by professional coaches + 14 pages report - One hour conference call with coach and education counselor- One hour telephone call (E-mail exchange) with an education counselor- Establishment of a list (up to 20) of universities which fit the profile. **You may stop the Coaching and Consulting service at any time with no penalty.**

2) **Following months** ($399/per month) 4 Hours conference calls with coaches and counselors- Discussions, preparation of visits, research of new schools or major,- Follow up- Career coaching, emotional management- Admission strategy- Research of financial aid (within and outside the universities)- Research of federal or private family loans- Correction of essays, selection of letters of recommendation, etc.- Test coaching and prep.- Help in filling the applications- Preparation of interviews and visits, Respect of deadlines, etc. **You may stop the Coaching and Consulting service at any time with no penalty.**

*Yes ! I want to fill the questionnaire and succeed in my studies*

I want to fill the questionnaire and succeed in my studies

To contact us:
**Email: cc@auap.com**
**Fax: (1) 941 349 4370**
**Tel: (1) 941 346 1427**
**suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA**
**or Fill the Questionnaire (confidentiality guaranteed)**

## With whom are you dealing?

**AUAP:** The world largest Educational Counselor organization in the world created in 1995. Member of the prestigious ACE (American American Council on Education). & member of NAFSA . Headed by Dr. J.N. Prade, Harvard Summer Institute on College Admissions'96. This organization regroups 45 specialized and experienced directors of admissions or Ph.D. holders  (see: www.auap.com)

**Quality of Life Coaching services:** The professional team of experts includes psychologists, life coaches, professional motivation speakers, Feng Shui & Kolbe consultants and certified hypnotherapist.

Our students were accepted at:

| Graduate Students |
| --- |
| Yale, Cornell, University of Pennsylvania, NYU, Berkeley, Duke, North Carolina (Chapel Hill), UCLA, Northwestern, Stanford, UCLA, John Hopkins, USC, Notre Dame, Delaware, Monterey, Middlebury,  Vanderbilt,  Michigan (Ann Harbor), Case Western, Carnegie Mellon,  Penn. State, U. Texas (Austin) U. of Florida, LSU, American University, Thunderbird, Wake Forest, Saint Louis, Florida international, Johnson & Wales,  San Diego, San Francisco, Washington U.  etc. |

## Undergraduate Students

Harvard, Stanford, Cornell, Duke, Brown, Boston U., John Hopkins, Babson, Delaware (Honor), USC, Michigan, (Ann-Arbor), Holy Cross, Washington University, A.U., George Washington, Pepperdine, Loyola Marimount, U of Florida, U of Miami, Ocklahoma City U. Pratt, RIT,   etc.

[x] This counter provided for free from HTMLcounter.com!  Since 3/26/02

page en français          pagine in italiano

| ABOUT US | SERVICES | PRODUCTS | CONTACT | SITEMAP |



**AUAP Cred Evaluation S**

Member American Council on Ec

The **AUAP Credential Evaluation Service** since 1995 evaluates foreign Degrees & Transcripts for admission into American universities. It also evaluates academic and experiential credentials for Immigration purpose (H1B, Green Card, TN, etc.), Licensing, Federal Employment or Job research. We offer 24 hours Rush services and you may pay securely on line, by fax, mail, with credit cards, money orders or US checks. We do expert evaluations of studies for legal proceedings (Child support, Alimony, etc.). AUAP Credential evaluation service, while respecting scrupulously the rules and regulations of evaluations, helps its clients to attain their goals. It is why we have a simple & friendly procedure, with the minimum of bureaucracy. The requested documents are mentioned on the order page.

### The easy way (2 steps) to get your evaluation
*(The requested documents are mentioned on the order page)*

### Click here to see what kind of evaluations you need

### I want to order on line my evaluation now ! it is easy

or

**Email us: eval@auap.com**
**Phone USA: (1) 941 346 14 27 , Fax (1) 941 349 4370**
**Everyday from 08 H to 21 H EST (New York Time)**
**AUAP Credential Evaluation Service**
**Suite 19, 5053 Ocean Blvd. Sarasota FL 34242 USA**
**Offices: in Florida, Pennsylvania & Switzerland**

---

**Frequently Asl**
**Are your Evalu**
**INS/USCIS ?**

Yes, AUAP satis
requirements of
Since 1995 We
applicants to g
Green card. etc.

◄ |

**Unsollicited**
**AUAP creder**

**From a Japa**

*"Thank you fc*
*you have don*
*know that I g*
*County last Ti*
*result of the t*
*Report from y*

*Thank you ve*
*wonderful job*

**Noriko S.**

**From a Cana**
**2005)**

*Dear AUAP, I*
*november for*
*to establish n*

---

| **New European Degrees (Bologna Declaration)** |

> **Following the presentation of our President at the NAFSA conference in Birmingham (AL) on Nov 8, 2005 and after meetings with admissions officers and colleagues, AUAP may now consider the new European 3 year degree program as equivalent to a US Bachelor degree.**

**The US Immigration (USCIS) requests now systematically a credential evaluation for H1B and TN visa, even for renewals...**

**NEW! The following was issued by the United States Office of Personnel Management on Monday, January 31, 2005, and applies to the use of degrees by federal employees.**
**c) ... applicants must submit all necessary documents to a private U.S. organization that specializes in interpretation of foreign educational credentials, commonly called a credential evaluation service. AUAP qualifies !**

**We evaluate: course per course, foreign credential evaluation, degree equivalence for green card, for H1b & TN visa, requirements for immigration, equivalence for immigration, evaluation of foreign degrees , experiential evaluation, rush evaluation, short time evaluations, etc.**
*AUAP will not evaluate "Diploma Mills" and will only evaluates degrees from non US institutions.*

*We evaluated, so far degrees, from the following countries: Afghanistan, Albania, Algeria, Andorra, Angola, Argentina, Armenia, Australia, Austria, Azerbaijan, Bangladesh, Baskhortostan, Belarus, Belgium, Belize Benin, Bosnia-Herzegovina, Brazil, British Virgin Islands, Bulgaria, Burkina Fasso, Cambodia, Cameroon, Canada (all provinces including Québec), Caribbean States, Chile, China, Colombia, Comoros, Congo (x2), Comoros, Costa Rica, Croatia, Cuba, Czech Republic, Denmark, Djibouti, Ecuador, Egypt, Eritrea, Estonia, Ethiopia, Finland, France, Fyrom, Gabon, Georgia (ex USSR), Germany, Ghana, Greece, Guinéa (X2), Haiti, Holland, Hong Kong, Hungary, India, Indonesia, Iraq, Iran, Ireland, Israel, Italy, Jamaica, Japan, Kazakhstan, Korea, Kyrgyzstan, Latvia, Lebanon, Liberia, Liechtenstein, Lithuania, Luxembourg, Macao, Macedonia (FYROM), Madagascar, Mali, Malaysia, Malawi, Malta, Mauritania, Mexico, Moldova, Monaco Mongolia, montenegro, Morocco, Myanmar-Burma, Nepal, Netherlands, New Zealand, Nigeria, Norway, Pakistan, Panama, Paraguay, Peru, Philippines, Poland, Portugal, Romania, Russia, Saudi Arabia, Senegal, Serbia, Singapore, Slovenia, Slovakia, Somalia, South Africa, Spain, former Soviet Union, Sri Lanka, Sweden, Switzerland, Syria, Taiwan, Tanzania, Thailand, Togo, Trinidad, Tunisia, Turkey, UAE, U.K., Ukraine, Uruguay, Uzbekistan, Vatican, Venezuela, Vietnam, Yemen,*

xxxxxxx diplo
visa to work i
USA since las

*I didn't have
you and to te
satisfied and
very easy acc
for my TN vis
to you becaus*

*Many thanks .*

**Sennia B.**

**from a Cuba**

*I have just re
via Fedex.
It is perfect!
Thank you ve
and your very
Do no hesitat
reference I m
about your in.*

**Elio D.**

**April 15 200**

*I've have rece
Very impresse
I am very gra*

**Hicham M.**

**From a Gern**

*Ive got back i
course I am q
result.*

*Thank you for
replys and the
evaluation.*

**Birgit B.**

**June 09 200**

From a **Soutl**

*I wish to thar*

**Yugoslavia, Zimbabwe, etc.**

### Sign up for our Email Newsletter about American Universities & Evaluations

[            ] GO

get my H1B v
recommended
very professi

*André v. W.*

**July 25,200**

**From Dr. J.E**

*I received you
Evaluation Re
credentials. i
thank you for
my PHD Valid
your organiza
Your help in g
information to
on target and
advertised  a*

*Thanks again*

**AUAP is a m**

**NAFSA**

**American Ev
(AEA)**

**EAIE (Europ
Internation**

**NAGAP (Nat
Graduate Ad
Professional**

pagine in italiano  page en français
En español

All Rights Reserved 2004. Design by Ades Design





## Congratulations!

You are mastering your future by entering an American university. We will help you in selecting the five best universities according to your qualifications and preferences.

We ask you to fill this short evaluation form to have free access to our multiple informational pages on American universities. It will help us to determine if you can enter in an American University
**(There is no obligation!).**

*After this form our main informational page will appear!*

| | |
|---|---|
| First Name: | |
| Last Name: | |
| Gender: | 1. ○ **Male**  2. ○ **Female** |
| E-mail: | |
| Please re-type your E-mail to guarantee accuracy: | |
| Address: | |
| City: | |
| Province/State: | |
| ZIP/Postal Code: | |
| Country: | |
| Telephone: | |
| Fax: | |
| Your nationality: | |
| Current School or University: | |
| You are interested in: | 1. ☐ **Undergraduate Studies** (Bachelor)  2. ☐ **Graduate Studies** (Master and Ph.D.)  3. ☐ **English as a Second Language** (ELP) |
| What field of study/subject are you interested in? | |

RESET

SUBMIT

*After this form our main informational page will appear!*

AUAP American Universities Admission Program
5053 Ocean Blvd., Suite 19 - Sarasota FL 34242 -USA
Tel: (1) 941 346 1427 - Fax (1) 941 349 43 70 - e-mail: auap@auap.com

© 1999, 2000, 2001 American Universities Admission Program

## University AUAP SUCCESSES 2006
### 4 Ivy League, including #1,2, 3, 4 + NYU, Fordham and Georgetown!
**From a practicing lawyer:**
*"I just got fabulous news from a top university! I'm in!*
*The services of AUAP were worth every penny!*
*I am very very delighted!*

**Congratulations to :**
**Dr. Jean Bureau, an AUAP Student, for his Ph.D. in**
**Mathematics obtained at LSU in November 2006**

For August 2006
Gerald T. 
Germany

"Ivy League" #1 !!! Accepted at **Universty of Pennsylvania, Columbia, Cornell, New York University** and **Georgetown** ! LL.M Master of Law ranked # 1,2, 3, 4 & 20 with **Full Scholarship + Living Expenses**

Stephen
O 
Ireland

Accepted at # 1 "Ivy League" & # 3 LL.M at **Columbia University, New York University**

Antoine M. 

France

"Ivy League" MBA ! Accepted at **Dartmouth** MBA (Tuck)

Rodrigo
P. 
Costa Rica

Accepted at **Fordham U (NYC), Cardozo Yeshiva U (NYC), Temple U** & waitlisted @ **NYU** LLM ranked# 3, 6 & 10

Mathieu
S. 
france

Accepted in a Master of Arts in Political Science at **Pepperdine University** with **$14 000 Scholarships** and **Iowa State U.**
*"My mother was crying of joy!"*

Tidiane K. 

Burkina Fasso

Accepted **Ph.D.** in Economics at **SUNY** (State University New York)

Georgia Z. 

Bulgaria

Accepted LL.M ranked #13 **Temple University, American University, Washington College of Law, Case Western U.** with a **$6000 Scholarship**

Pierre
B. 
France

"Ivy League #1" Accepted in LLM at **Cornell, Penn State** and **Georgetown** ranked # 1, 13, & 20

Tsimi
E.
Cameroon

Accepted undergraduate at the **University of South Florida**

Corentine P.

Accepted in Master of Arts in International Political Economy and Development at **Fordham University (NYC)**

France

Christian E. 

Cameroon

Accepted undergraduate at **University of Delaware** with conditional ELP Courses

Jennifer L. 

France

LL.M Accepted at the **Cardozo School of Law& New England School of Law**

Alex G. 

Accepted at **Fordham University** Graduate School of Law

**August 2005 !**

Bertrand H. France

**Ivy League !!!** Accepted at **Cornell U.** (NY) **LL.M ranked #3 LLM in the US !** Totaly Delighted....

Leila P. 

Lebanon

**Ivy League !!** Undergraduate accepted at **University of Pennsylvania-Wharton #1 in Economy** and NYU #3 Undergrad

Mathieu M. France

Accepted in the **# 1 MBA in Entrepreneurship: Babson !!!**

Carlos G. 

Mexico

Accepted at **Georgetown University Top 20 LL.M** , waitlisted at Penn State U, Cornell Duke.

Maria A 

Romania

**Ivy League** Accepted at, **Cornell U. (# 3), LSU (# 15)** Graduate with a **full Scholarship and Tuition waiwer ($16,000), and Penn State U. ( #14)**

Johan J. 

(Belgium )

Accepted at **Case Western LL.M** with **$6,000 Merit Scholarship,** accepted also at **NorthWestern U. (a top Law School), University of South California (USC)** , **Washington University in St. Louis (#18), George Washington University School of Law & University of Minnesota.**

Alexander G. 

Romania

Accepted (MBA) at **Thunderbird (#1 MBA in International Business)** with a$ **29300 Annual Scholarshi,** at **University of Illinois Champaign (top MBA & #4 in accounting)** with **$5000 Scholarship, University of Florida & Pittsburg U. (Katz) with a $20 000 Scholarship** waitlisted **Notre Dame U & NYU.**

An Other

Accepted at **Syracuse University** for a Master of Science with a **40% tuition Grant.**

Benin

Anne Marie D. 

Romania

Accepted at **Hult University (MBA)** with **Scholarships** (The University requested confidentiality on the amount)

Alfonso C 

Spain

Accepted at **Tulane University #  10 with a $ 5,000 Scholarsip Penn State University # 14 (with $5,000 schloarship) Louisiana State U.#15, (with $8,200 Scholarship)**    LL.M-Master of Law

John A.

Canada

Accepted Undergraduate **with a $ 10 000 Sport Scholarship** at **Knox college,** admitted at **Furman University.**

Mourad K. 

Moroccco

Accept in Master of Science at the **University of Wisconsin, New Jersey Institute of Technology,** waitlisted Illinois Institute of Technology

Audrey  B. 

France

Accepted LL.M **Tulane University (She wanted to be with her friend Sophie)**

Sophie B.
France

Accepted LL.M **Tulane University with Scholarship  (She wanted to be with her friend Audrey)**

Jean D,
France

Accepted at **Louisiana State University #15** with a **50% Tuition Waiver,  Tulane University #10  20 000 Scholarship** and **Fordham LL.M**

Ylann A.
France

Accepted at the University of **Massachussetts Amherst** Undergraduate

Arnaud C.
France

Accepted at **Penn State University (Top 20)** with a **$7500 Scholarship** LL.M

Fabrice L.S 

France

Accepted at **University of San Diego, Golden Gate University & California Western U. with $2000 Rare scholarship** LL.M

**Spring 2005** 

Clarissa E.
(Germany)

Accepted Undergraduate at **Miami University & Northeastern University**

Jean-François B.
(France/Italy)

**Accepted** at **Temple University** Undergraduate.

**Fall 2004**
Alexander
L.  (Ukraine)

**Accepted** at **Columbia University** (Ivy League) **Ranked #1  & New York University (NYU)  Ranked #6** LLM

**Fall 2004**
Christian W  .

**Accepted at University of Pennsylvania** (Ivy League) **Ranked #3 & Wake Forest**

W . 🇨🇭
(Switzerland)

**University, LLM, with** $18 000 **Scholarships !!!, Ranked # 5, and University of Virginia**

**Fall 2004**
Another
🇧🇪 (Belgium)

**Accepted in LL.M. ranked in the top 15 ! Georgetown University & Duke University "*the Harvard of the South*.**

**Fall 2004**
Manuel
A.
(France)

**Accepted at NYU (New York University) MBA (Stern School of Business) Ranked # 4 MBA !! and Georgetown University.**

**Fall 2004**
Lamia
M.

(Lebanon)

Accepted **University of Pennsylvania (ranked #3), NYU-New York University) ranked # 6, American University (ranked #8) LLM**

**Fall 2004**
Antoine B.
(France)

**Accepted at Cornell University**   LL.M Master of Law   Ivy League, **Ranked #3 in the world !!**

**Fall 2004**

Claudio D
(Italy/Vatican)

**Accepted at Cardozo Law School** LLM Top Law School in New York City. Graduated from a University of the Holy See.

**Fall 2004 (late)**

Yves N
(Congo Kinsasha)

**Accepted** at **University of Indiana** and **Boston U** LLM while applying **very late** but.. AUAP was there.

**Fall 2004**
Mathieu C.
(France)

Very rare $10 000 Scholarships for an LLM at **Tulane U.**, Accepted at **Pennsylvania State U. (top 15), St. Louis University with** $10 000 Scholarship ! & New England School of Law (Boston)

**Fall 2004**
Eric G.
(Poland)

**Accepted INSEAD** (English cursus) **best European MBA , Dartmouth (Tuck) MBA, & U. of Virginia (Darden School of Business)**

**Fall 2004**
Cindy B.
(Italy)

**Accepted with** $8 000 Schlarships **at LSU (Louisiana State University), and Fordham University (#7) in NYC.**

**Fall 2004**
Noaki O.
(Japan)

Accepted at Syracuse University, (her dream Engineering U.) with $ 6000 Dean's Scholarships , American University & University of Delaware

**Fall 2004**
Pauline D.

**Accepted at Fordham U. (ranked #7) and Boston University.** LLM

(France)

**Fall 2004**
Catalin P.
(Romania)

 **Accepted at Thunderbird the #1 MBA in International Business (USNWR & AUAP), Purdue (Krannert) and U. of Florida (Warrington)!!!**

**Fall 2004**
Souraya E
(Lebanon)

**Accepted at George Washington University, Boston University LLM.**

**Fall 2004**

Francesco P.
(Italy)

**Accepted at Boston University,** LLM-Master of Law

**Fall 2004**
Brahim K.

(Tunisia)

Accepted at **SUNY** Albany (NY) Undergraduate

**Fall 2004**
Alireza M

(Iran)

 **Accepted at Johnson & Wales U.** Undergraduate with **$4,000/year Scholarships** and **Michigan Technological University**

**Fall 2004**
Rubin S.

(France)

 **Accepted LL.M at American University** (DC) ranked in the top 8 LLM, **Fordham University (#7),** waitlisted at Cornell !!

**Fall 2004**
Bertille F.

(Cameroon)

**Admitted** at **University of Louisiana** Monroe Undergraduate

**Fall 2004**

Benjamin R.
(France)

Accepted at **Thunderbird MBA** "The American Graduate School of Management **#1 in MBA International Business** !!!

**2004**
Maxime L.-M.
(France)

**Admitted at University of South Carolina-Columbia** (his dream school) undergraduate **ranked #1** in International Business and **Temple U. !**

Raphael H.
(Israel)

 **Admitted** at **Penn State LL.M** (top 15)

Irina. G
(Romania)

**Admitted at: COLUMBIA UNIVERSITY LLM,** Ivy league (Graduate Master of Law-LLM ) **(#1)**

Laurin M. (France)
Son of a French Law
Professor

**Admitted at: Wake Forest U. & Fordham U.**

Slavka P.
(Slovakia)

 **Admitted at: SMU with a Scholarship of $13 338** and University of Miami

**Admitted at: University of Iowa with full**

| | |
|---|---|
| Virginie B. (France-Sport) | **Sport Scholarship ! One year of negotiations with 20 Coaches, and University of Miami** |
| Ichiko. Y (Japan/Phil.) | **Admitted at: University of Washington medical (Medex pre-Med Degree, Undergraduate Program ranked #1 ), U. of Colorado Boulder** |
| Li M. (China) | **Admitted at: Graduate program in Telecommunications (TNM) at Syracuse U., New Jersey Institute of Technology Illinois Institute of Technology, SUNY (New York Institute of Technology** |
| Martin S. (Germany) | **Admitted at: MIIS MBA (Monterrey) 2003** |
| Khabeer M. (India) | **Admitted at: Florida Institute of Technology, M.S. in computer science program** |
| Liu H. (China) | **Admitted at: Graduate program in at University of Texas -Austin & Arizona State U.** |
| Fatoumata B. (Guinée) | **Admitted at: University of Delaware, Philadephia U. with Scholarships (rare at this level)** |
| Annie T. (Cameroon) | **Admitted at: University of Maryland-Baltimore County with Scholarship (rare at this level)** |
| Jacquelin R. (France) | **Admitted at: LSU, as a Business undergraduate transfer student.** |
| Raluca V. (Romania) | **Admitted at: LSU and Wake forest LL.M-Master of Law with half scholarship LL.M for 3 (both top 15 LLM)** |
| Shane C. (Jamaica) | **Admitted at: University of Louisiana Undergraduate** |
| Liu N (China) | **Admitted at: University of Florida wait listed Wake Forest MBA Aug. 2003** |
| Alina M. (Romania) | **Admitted at: SUNY (Buffalo), Pittburg U. (Katz) & Northeastern U. MBA** |
| Corinna P. (Romania) | **Admitted at: Louisiana State U. , Northeastern U.** |
| Alina A. (Romania) | **Admitted MIIS MBA with a $ 6000 Scholarship** |
| Xue C (China) | **Admitted University of Missouri-Rolla and Florida State University$ ( M.S. Statistics)** |

**A CHINESE TRIFECTA !**
("trifecta" is a perfect bet with 3 horses, tiercé in French)

**1) Wendy Z. admitted at: Darla Moore (U of South Carolina) and University of Illinois-Chicagos MS- Economics**

**2) Haojian C. admitted at: Thunderbird and SUNY Buffalo (MBA)**

**3) Yujia Z. admitted at: Indiana Syracuse University (MS information Systems), University Bloomington (SLIS graduate)**

Julien D. (France)

**Admitted at: Johnson & Wales Hotel School and University of Nevada Las Vegas (Ranked #2) Hospitality Management Transfer undergraduate student**

Yunzhia Z. (China)

**Admitted at: SUNY,(Binghamton) University of Connecticut . Ph.D. in Economics**

Vincent B. (France)

**Admitted at: Cornell Graduate School Computer Sc. J**

**INCREDIBLE !**
The Swiss Couple
G

**Admitted together** into the same top universities! **Northwestern LLM and MBA Kellogg's NorthWestern U. /LLM, University of Pennsylvania, Wake Forest** with half tuition for one and <u>free apartment</u>, **St. Louis University**

Elena G. (Italy)

**Admitted at: Cornell Graduate School in NYC with tuition with $ 25,324 /year stipend + <u>Full tuition scholarship and an apartment in the Manhattan campus.</u> TOTAL OVER $ 250 000 for 5 years !, Stanford University with full fellowship, John Hopkins <u>with free tuition and medical insurance + $21 000/year stipend + travel allowance for a scientific meeting.</u> University of North Carolina (Chapel Hill) graduate <u>with fellowship of $18,500/year and the coverage of the tuition, fees and health insurance for 5 years + $1,000 moving expenses.</u> TOTAL OVER $ 170 000 !**

Andra M . (Romania)

**Admitted with huge scholarships at Stanford,Yale, Berkeley, UCLA, Notre Dame. U.T. (Austin), and Duke University, graduate with $14,000/year fellowship from the department for 5 years and a $4,000/year university-wide**

| | fellowship (James B. Duke) for 4 years! |
| --- | --- |
| Arnaud S. (France ) | **Admitted at Cornell U. MBA in Hospitality Management, #1 in the world !, UNLV (#2 in the US) Florida International U. , Johnson & Wales.** |
| Fleur A. M. P (USA) | **Admitted at Penn. State University (Ph.D.) with $ 12,500 /yearly Teaching Assistantship + Tuition waiver, LSU, University of Florida with Tuition Waiver and $ 12,700/year +Teaching Assistantship** |
| Heng T. (China) | **Accepted in MBA at Carnegie Mellon (GSIA), University of Michigan & wait listed at Kenan-Flager** |
| Peggy M. (France) | **Admitted at Cleveland State U. , in a rare MBA 2 years "bridge program" after only 3 years of Undergraduate studies.** |
| A. Minh-H-P. (Franco-Vietnamese) | **Accepted in LLM at Boston University, Fordham (NYC)** |
| Jean B. (France) | **Admitted at Louisiana State U. , with full Scholarship in Mathematics (Master). Over $22,000/year !** |
| Tania P. (USA/Swiss) | **Admitted at U. of Massachussets (Boston) as a "Mature Student".** |
| Camille A. (Brazil ) | **Admitted at LSU in Architecture graduate program with full Scholarship!** |
| *Nicolas A. (France) **The 2003 US NAIA Golf CHAMPION! 2nd 2004 and 2004 Team Champion** | Admitted at **Liberty University with a $10 000 Sport & $ 4000 Merit Scholarships ! Full tuition waiver and meals offered by Oklahoma City University** |
| Andrea P. (Romania) | **Admitted at Thunderbird, the American Graduate School of International Management MBA with $38,250 scholarship. Accepted at University of South Carolina, Darla Moore $19,000 tuition fee reduction and work grant, NOW ADMITTED AT NYU - STERN MBA !** |
| Laurent R. (France) | Admitted at **American University in a Ph.D. in Economics** |
| Carmen B. (Romania) | **Admitted at University of Illinois MBA with $5, 000 scholarship despite a** |

| | |
|---|---|
| | relatively low TOEFL! |
| Marius M. (Romania ) | **Admitted at Thunderbird MBA (with $25,500 Financial Aid !), Illinois Institute of Technology (with 30% scholarship), Rochester Institute of Technology (with $5,400 Scholarship), American University** |
| A.N. Other (Switzerland) | Admitted at **Cornell, Duke U. & Boston University** |
| Zhao Z. (China) | Admitted at **Thunderbird Graduate School of Management** |
| J.P. R (Portugal) | Admitted at **Yale U. with Scholarship, U. N. Carolina/Chapel Hill (Kennan Flager MBA)** |
| Fleur P. (France) | Admitted at **Middlebury & University of Delaware with full Assistantship and Stipend = $ 23 360, Monterey Graduate School of Translation and Interpretation** |
| Xio X. (China) | Admitted at **Rutgers University at both campus: Rutgers and Livingston** |
| Lisha B.(India) | Admitted at **American University & Pace U.** |
| Olivier S. (Belgium) | Admitted at **University of Pennsylvania & Cornell** |
| Martin C. (China) | Admitted at **MIIS with a $18 000/year Scholarship, U. of Notre Dame with full Scholarship** |
| Alexander D. (Brazil) | Admitted at **Vanderbilt MBA (Owen), American U. with a $14,688. yearly Scholarship!, University of Wisconsin-Madison** |
| Edouard G. (France) | Admitted at **American U., Wake Forest & U. of Denver LL.M/Masters of Law** |
| Hanying S. (China) | Admitted at **St. Cloud State U with $ 8500 year assistantship, Florida State University, Southern Illinois U., Marshall U., California State** |
| John O. (Nigeria) | Admitted at **Rose-Hulmam I.T., U. of New Haven** |
| Cui J. (China) | Admitted at **U. of Pittsburgh Architecture** |
| Celine C. (Switzerland) | Admitted at **University of Pennsylvania, Wake Forest U. with 50% Scholarship,** |
| Shi Z. (China) | Admitted at **Penn State U., Bowleen Green St. U., U. of Wisconsin, U. of Massachusetts.** |

| Stuart L. (U.K.) | Admitted at **U. of Hawaii, Hartford, U. of N. Colorado, Flagger College and S. Maine U.** |
| Xueqin L. (China) | Admitted at **U. of North Texas Medical School.** |
| Hilario R. (Trinidad) | Admitted at **Lynn University.** |
| Frederic B. (France) | Admitted at **Washington U. In St. Louis.** |
| Rong Z. (China) | Admitted at **Salem State.** |
| Leslie O. (Nigeria) | Admitted at **Pennsylvania St., Howard U., Temple U.** |
| Razafimino N. (Madagascar) | Admitted at **Louisiana College and University of New Orleans.** |
| Stephan B. (Germany) | Admitted at **Pratt Institute** |

close window

Home

3D Animated Flags Courtesy of 3DFlags.com