UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS,<br>            Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC., *et al.*,<br><br>            Defendants. | Case No. 06-0137 |

## AFFIDAVIT

I, the undersigned Jean-Noel Prade, hereby depose and say as follows:

1. I am over the age of eighteen (18) years and I have personal knowledge of the facts set forth in this Affidavit.

2. I am providing this Affidavit to prove my compliance and that of the American Universities Admissions Program, Inc. ("AUAP") with the Settlement Agreement that both I and AUAP signed with the American Association of Collegiate Registrars and Admissions Officers ("AACRAO") on April 12, 2006, and also to prove compliance as of this date with the "Final Consent Judgment and Injunction" entered by the United States District Court for the District of Columbia on April 18, 2006.

3. AUAP offers services to the public through two (2) programs. The first program AUAP offers is called the "Credential Evaluation Service" and the second is the "Selection + Guaranteed Admission Program" ("Guaranteed Admission Program").

Affidavit of Dr. Jean Noel Prade
January 16, 2007
Page 2

### A. AUAP DOES NOT KEEP CORRESPONDENCE RECORDS FOR CUSTOMERS OF ITS "CREDENTIAL EVALUATION SERVICE"

4. The Credential Evaluation Service consists of a customer filling out and e-mailing a form that they obtain from the AUAP website so that their credentials and experience can be quickly evaluated by AUAP. AUAP charged $70.00 for this service. On average, in approximately ten percent of the requests by customers for services under the Credential Evaluation Service, AUAP has communicated with customers by fax. In those situations, AUAP has received requests for services by fax and has responded to customers by fax and mail as well.

5. AUAP has received approximately five hundred (500) requests for services under its Credential Evaluation Service since the inception of the program. Due to the brief interaction with the customer and the limited services that are provided them, AUAP has not kept any archives with the exception of a copy of the evaluation, which does not include the address of the student, in any computer or in its files (as "hard copies"), of its communications with customers of its Credential Evaluation Service.

6. As a result of AUAP's lack of creation or maintenance of any archive of information for its Credential Evaluation Service customers, it is unable to produce any "list" thereof to AACRAO. Such a "list" of Credential Evaluation Service customers does not exist, and it did not exist either before or after AUAP and I signed the Settlement Agreement with AACRAO and such a list did not exist before or after the "Final Consent Judgment and Injunction" was entered by the United States District Court for the District of Columbia, as referenced above. Neither I nor AUAP can produce such a "list" or "lists" because such list or lists do not exist and never existed.

Affidavit of Dr. Jean Noel Prade
January 16, 2007
Page 3

7.  The electronic information pertaining to AUAP's Credential Evaluation Service customers is routinely deleted from the computer once payment is made by the customer.

### B. ATTACHED ARE THE ADDRESSES FOR AUAP'S CUSTOMERS OF ITS "GUARANTEED ADMISSIONS PROGRAM"

8.  AUAP has provided services to approximately seventy-five (75) customers under its "Guaranteed Admissions Program" since the inception of that program in 2000. Attached to this Affidavit as Exhibit B-1 is a list of all of the names and addresses of the AUAP customers under the Guaranteed Admissions Program ("AUAP/Prade Exhibit B-1").

9.  The services AUAP provides under the Guaranteed Admissions Program differ greatly from the services provided under its Credential Evaluation Service. AUAP works closely with each customer to evaluate their credentials and experience, recommend institutions of higher learning in the United States for them and assist them in gaining admission to U.S. colleges and universities. Accordingly, AUAP charges its customers two thousand dollars ($2,000.00) for the services provided under the Guaranteed Admissions Program. Exhibit B-2 is a list of the institutions with which AUAP has communicated.

### C. THE TWO AUAP COMPUTERS HAVE BEEN DELIVERED TO AACRAO

10. I have delivered to AACRAO, through the attorney representing AUAP and myself, the two (2) computers that contain all data pertaining to AUAP's work. One of the computers is a laptop (Apple brand), and the other computer is a desktop system shared with my wife's foreign cosmetics company. There are no other computers (of any type) that have been used by AUAP in its work. AACRAO has in its possession all data that AUAP has kept since I started using a computer in the business.

Affidavit of Dr. Jean Noel Prade
January 16, 2007
Page 4

11. The two computers were delivered to AACRAO's attorneys on November 20, 2006 and December 21, 2006. Copies of the Federal Express confirmations of delivery are attached hereto as Exhibits 1 and 2, respectively. This was expressly to allow AACRAO to conduct examinations and diagnostics of all to the AUAP computer-related materials so that the statements I have made in the past and the statements I am making in this Affidavit can be substantiated by the computer data pertaining to AUAP's operations.

12. I am not a computer expert by any means. If any electronic data exists in the computers that I have delivered to AACRAO's attorneys that pertain to correspondence with AUAP customers, I am most certainly unaware of the existence of such data, or how to access it.

13. I have provided the two computers referenced above in good faith and for the purpose that AACRAO can see that the data regarding AUAP's customers does not exist. If it does exist, I cannot myself access it, but I welcome AACRAO to use it consistent with the Settlement Agreement and the Court's Judgment referenced above.

### C. OTHER ENTITIES WITH WHICH AUAP HAS HAD COMMUNICATIONS

14. Under its "Credential Evaluation Service," AUAP only has communications with its customers. Under this program, AUAP does **not** communicate in any way with any government agencies (federal, state or local), nor generally does it communicate with any colleges or universities or any corporations or companies. AUAP only communicates with it customers who have requested "Credential Evaluation Service."

15. If a customer wishes to send an evaluation report prepared by AUAP to any third party, that is their decision. AUAP may in very little number (less than 10) if requested

Affidavit of Dr. Jean Noel Prade
January 16, 2007
Page 5

by the client send evaluation directly to a university. However AUAP nor I have not kept records of the addresses or name as they were quickly handwritten on the envelopes.

16. For the sake of complying with this Court's "Final Consent Judgment and Injunction" and the Settlement Agreement referred to above, I attach to this Affidavit a list of institutions that AUAP has had communications with under its Guaranteed Admissions Program.

I hereby swear and affirm under the penalties of perjury that the foregoing Affidavit is true to the best of my knowledge and belief.

I must add that I am signing this affidavit from the Graubunden Samedan Hospital, where I am hospitalized since January 10, 2006 after a life threatening infection of the Gall Bladder stones and acute Pneumonia, I am under heavy medication (sedative + two antibiotics (500mg) and I am supposed to be operated by Prof. Siemen for an ablation in about 2 weeks when the acute infection will supposedly be successfully reduced. I am joining in Medical certificate, confirming the above.

_____
Jean Noel Prade

Date: 1/16/2007