DEFENDANT'S EXHIBIT
B
ALL-STATE LEGAL®

# S. RICARDO NARVAIZ
*ATTORNEY AT LAW*
1300 SPRING STREET, SUITE 500
SILVER SPRING, MARYLAND 20910

Telephone: (301) 628-2066
Facsimile:  (301) 588-0854
E-mail:  rnarvaiz@drintl.com

Admitted to Practice in
Maryland, Virginia and
The District of Columbia

January 16, 2007

**BY E-MAIL AND FIRST CLASS MAIL**
Christopher P. Murphy, Esq.
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

      Re:    *American Association of Collegiate Registrars and Admissions Officers v. American Universities Admission Program, Inc. et al.*, Civil Action No. 06-0137, United States District Court for the District of Columbia

Dear Mr. Murphy:

    Attached to this letter in electronic form for you and your client's convenient use are two lists containing information from the "hard-copy" files of American Universities Admission Program, Inc., as follows:

    (1.)    The first list is a chronological listing of American Universities Admission Program, Inc.'s clients in its "Selection + Guaranteed Admission Program," consisting of 75 names, with mailing addresses and e-mail addresses in most if not all cases; and

    (2.)    The second list is a compendium of the colleges and universities that have received correspondence from AUAP since 2000.

    There may be some duplication in both lists, due to the volume of information produced from possibly duplicative "hard-copy" files or human error. You are invited to review the files of the individuals listed for years 2003 through 2006, as I have those files in my office.

    We provide the foregoing information in compliance with the Settlement Agreement and Consent Judgment in the above-captioned case and we apologize for any inconvenience that the delay in providing this information may have caused.

                      Sincerely,

                      S. Ricardo Narvaiz

Attachments