DEFENDANT'S EXHIBIT B-1

## 2000

LIU (TRACY) NA
PO Box 871-146
Peking University
Beijing 100871 PRC
ln2t@yahoo.com.cn

JIWEN(MARTIN) CHEN
4-102 Building 2 300 Shui
Dion Road
Shanghai 20085 China PRC
Chen_martin@sina.com

HANYING SHEN
11-4-201 Jia 2 Shaoyaoju
Chaoyang District
Beijing PR CHINA 100029
Ph: 86-135-01269167
shenhanying@21cn.com

## 2001

CARMEN BILAN
Aleea Compozitorilor nr.5, blG9, ScA, ap28
Sector 6, Bucharest, Romania
Phone:  +4 – 01 440 30 33
E-Mail:  bilan _ c@yahoo.com

ANDRA OLIVIA MACIUCEANU
115 Edwards, Princeton University,
Princeton, NJ  08544
Ph: 609-986-7115,
andram@princeton.edu

ARNAUD SCHALLER
413 North Briggs Ave # 529
Sarasota, FL 34237
Phone: 941-366-5093, E-mail:
arnaudschaller@hotmail.com

ANDREI VALENTIN PURCEL
Turbinei 7
Bucharest 72111 Romania
Ph: 40-1-21-3894
Fax: 40-1-212-4714
vibrotst@fx.ro

LAURENT PHILIPPE RIESLER
4 place du Piemont
Jouques 13490
FRANCE
Phone: 0033 442676778
Fax: 0033 442637544
rislerl@yahoo.com

TAN HENG
204M Capital Paradise
Shui Yi District
Beijing 101300 CHINA
Tan2001@hotmail.com

## 2002

ERIC GLOGOWSKI
7,rue du Chastel
63500 ISSOIRE
Tel : 00-33-6-08-25-20-89
erec.glogowski@wanadoo.fr

XIA XILIU
No. 41 Jiefang Park Street
Wuhan 430010 CHINA
Ph: 86-27-82427835
xiaxiliu@public.wh.hb.cn

ALINA V. ALEXANDRESCU
278 Calea Mosilor, bloc 20 bis
scara A, etaj 8, apartament 31,
sector 2, Bucharest, Romania
Tel: +40-1-2113328
+40-92-393920
alina_vio@yahoo.com

YUJIA ZHANG
268 Myrtle Avenue
Bridgeport, CT 06604
917-833-8422
yujia811@yahoo.com

HOAJIAN CHEN
No. 50 caotang north branch road
Chengdu PR China
Yaan 610072 PRC
Ph: 86-028-87330782
Fax: 86-028-87328347

XUN (KATHY) ZHOU
268 Myrtle Avenue
Bridgeport, CT 06604
kathyzx@hotmail.com

CATALIN PETCU
Via Caduti nella Guerra di Liberazione
Nr. 9, Ap. 9
Italy, Rome 00128
Ph: +39 328 642 69 23
E-mail: catalin256@yahoo.com

WEIYUN (WENDY) ZHANG
Room 1106 No 3 Lane 786
Hongzhong Rd
Shanghai 201103 CHINA
Wendy_fudan@hotmail.com

LI MEINA
CDUT 990583 Class
Sichuan 610059
Chengdu PR CHINA
Ph: 86-028-89093804
Meinali7@hotmail.com

## 2003

MANUEL ARRIVE
45 Avenue De Bourgogne
Paris 75007 France
manuelarrive@yahoo.com

MATTHIEU COUSIN
9 Avenue Talma
Rueil Malmaison 92500
FRANCE
matcousin@hotmail.com

SOURAYA EL-MACHNOUK
Ramlet el-Bayda-Chafik Trad Street
PO Box 135779
Shourane 1102-2070
Beirut Lebanon
suemachnouk@hotmail.com

EREC GLOGOWSKI – MBA
7 rue du Chastel
Issoire 63500 Franced
Erec.glogowski@club-internet.fr

MOUAD KHABBACH
Rue 5 Villa No. 45
Taddart Californie
Casablanca 16001 Morocco
klsdone@hotmail.com

BRAHIM KRAIRI
9 place de la ferrandiere
Lyon France 69003
Brahimk2@yahoo.fr

CYRIL KUBIADOR
120 Elgar Place #29F
New York NY 10475
kudiabor@un.org

PAULINE DES LONGCHAMPS
14 Ter Rue St. Charles
78000 Versailles France
p_deslongchamps@hotmail.com

ALIZERA MEIGHANI
The Bolitho School
Polwithen Road
Cornwall TR18 AlZ
United Kingdom
Alitalk2001@hotmail.com

ALEXANDRA OST
Avenue des Chataignes 19
Kraainen 1950 Belgium
alexandraost@hotmail.com

CATALIN PETCU
Via Caduti nella Guerra di Liberazione
Nr. 9, Apt 9
Rome Italy 00128
Catalin256@yahoo.com

BEN RAIMOND
124 rue denis papin
Chambery 73000
France
Benoit.raimond@wanadoo.fr

MATTHIAS SCHWEBLOWSKI
Am Sachsenwalde 6
21521 Wohltorf Germany
Schreblowsk@gmx.de

CHRISTIAN WYSS
Keltenstrasse 39
Ch 4106 Therwil
Switzerland
Christian.Wyss@stg.bl.ch

## 2004

YLANN ABRAHAMI
25 Bis Rue De La Prairie
Bry Sur Marne 94360 France
Ylann_abrahami@hotmail.com

ALEXIS ANGHERT
141 rue de longchamp
Neuilly 92200 France
Alexis881@msn.com

JUDITH ABKIN
235 Avenue Daumesnil
75012 Paris France
judabkin@aol.com

ALFONSO CARMONA
Avenida Rio Segura n.7 9.C
Murcia 30002 Spain
compaconluz@ono.com

ANNAMARIA DOBRA
7-507 Siyoung Godeok-Dong
Seoul Korea 134751
ad0377@yahoo.com

ALEXANDRE GELBLAT
17 bis Boulevard de la Sauwssaye
Neuilly-sur-Seine
92000 France
alexgelblat@yahoo.fr

ALEXANDRU GRIGORESCU
7 Caderea Bastililiei Str Sec 1 Apt 9
Bucharest 010611 Romania
Al_grigorescu@hotmail.com

CARLOS GUERRERO
Presa Palmito 105
Mexico City 11500 Mexico
cguerrero@dcidp.pemex.com

PAULA PHARAON
Negib Trad Street
Saint Nicolas Bldg
Achrafieh
Beirut Lebanon
Pharaonp87@hotmail.com

FABRICE LESACHE
2 rue Greuze
Paris 75116 France
Fabrice.lesache@wanadoo.fr

ANTOINE MAVEL
Cotterlaz Connectors Shenzhen
1F, B2, Xiangnan Industry District
Guimiau Lu, Nanshan Qu
Shenzhen 518052 China
antoinemba@yahoo.fr

DEVANSHU MOORE
12820 Morning Park Circle
Alpharetta GA 30004
devanshumore@yahoo.com

CATALIN PETCU
Via Caduti nella Guerra di Liberazione
Nr. 9, Apt 9
Rome Italy 00128
Catalin256@yahoo.com

CRISTEL SAGBO
Wood B-205
2275 Bayview Avenue
Toronto Ontario M4N3M6
Folian_ca@yahoo.com

LAURENT SANGLIER
SMA, Batim, AMS immobilier
53, rue d'antibes
06400 Cannes FRANCE
laurentsanglier@hotmail.com

## 2005

PIERRE BERNHEIM
33 Avenue du Lowendal
75015 Paris France
pierre.bernheim@contactoffice.net

ZOYA GEORGIEVA
1480 Green Valley Cir, Apt 203
Naples 34104 Florida
zoya_hg@yahoo.com

TIDIANE KINDA
25, Rue Etienne Dolet
Clermont-Ferrand
63000 FRANCE
kindatidiane@yahoo.com

JENNIFER LANDAU
90 av paul doumer
Paris 75116 FRANCE
jenniland85@hotmail.com

ANTOINE MAVEL
Cotterlaz Connectors Shenzhen
1F, B2, Xiangnan Industry District
Guimiao Lu, Nanshan Qu
Shenzhen 518052 China
antmavel@wanadoo.fr

STEPHEN O'HALLORAN
Springmount Ballyard
Tralee Co. Kerry Ireland
ballyard18@hotmail.com

RODRIGO PASTOR
San Pedro de Montes de Oca
Barrio Los Yoses de Spoon
500 metros Sur y 125 metros Este
San Jose 186-2070 Costa Rica

CORENTINE POILVET
10 rue du Narhouet
Vannes 56000 FRANCE
corentinepoilvet@hotmail.com

MATHIEU SEGURAN
31 Rue du General Leclerc
Notre Dame de Bondeville
76960 FRANCE
math.seg@free.fr

GERALD TRENT
Motorst. 48 80809
Munich Germany
g.trent@web.de

## 2006

MARCELLO BRAGLIANI
Via San Carpoforo, 7
20121 Milan, Italy
Mobile: +39-348-4428400
Home:+39-0532-209129
marcellobragliani@hotmail.com

OWEN K. CHANDA
C/o Mr. Wilson Chanda
GDC Logistics (Z) Ltd
P.O Box 34786, Buyantanshi Road
Lusaka Zambia
ochanda@yahoo.com

DARIA DANILCZUK
5 allée Auguste Renoir
Levallois Perret
92300 France
Phone: +33620968750
Fax: +33145042745
Email: dasza_d@hotmail.com

DIETER J.A. DE SMET
Reigerslaan 5, 9800 Deinze Belgium
Ph: +32 9 386 67 66
dieterdesmet@hotmail.com

FAISAL AMEEN HAREERI
Department of Community Medicine
Umm Al-Qura University
Makkah SAUDI ARABIA
Cell : 00966504539838
ha_faisal@hotmail.com

IBOVI ARNAUD
23, avenue des ambassadeurs
Brazzaville 2326
CONGO
Telephone: 242 536 2361
ibovi_arnaud@yahoo.fr

VALENTE JOSE MATLABA
A/C Mr. Viriato Castigo Matlaba
Departamento de Engenharia
Paneamento Industrial, Linhas Aéreas de Moçambique
Maputo, Mozambique, C. P. 2771
Ph: +00258-825207783
valente.matlaba@yahoo.com.br

PIERRE-ALEXANDRE MYER
30, route de Klingenthal
Ottrott 67530
FRANCE
Phone: 0033388959032
Fax: 0033388958374
pierre-alexandre.meyer@mouraf.org

GLORIA M. ORTIZ MARTINEZ
Hc 7 Box 27037
Mayaguez, Puerto Rico 00680
Ph: (787)834-5905 – Mobile: (787)464-9867
glomar_123@yahoo.com

ANTHONY PARONNEAU
17, rue de Cernay
78720 Senlisse FRANCE
Home: 01-30-52-54-13, Mobile: 06-79-83-11-35
anthony.paronneau@dechert.com

CLEMENT PIERRE
64 rue Bellebat
45000 Orleans, FRANCE
Mobile: (+33) 06.10.57.29.54, Phone: (+33) 02.38.81.72.82
clement.pierre@hotmail.fr

MONZIR SABBAGH
POBox 135826
Beirut Lebanon
Phone: +9613967599
Fax: +9611738426
sabbaghmonzer@hotmail.com

MARIE-CONSTANCE THEODOSSIOU
96, rue des Entrepreneurs
75015 Paris FRANCE
Ph (+33) 145770125
Cell: (+33) 607542577
mc.theodossiou@free.fr

JEAN-BRICE TONIN
09 rue Mérimée
75116 Paris France
Phone: 0033 (0)6 12 77 21 67
jean-brice.tonin@mailhec.net

AXELLE TROUBAT
37, rue de Lille
75007 Paris France
Ph: 06 17 47 45 43
axelletroubat@hotmail.com

AXELLE WARGNY
25, rue Cortambert
75116 Paris France
Ph: 00 33 6 07 21 21 03
axellew@hotmail.fr

NATHALIE J. WEIL
128 Thompson Street, Apt. 5
New York, NY 10012
Ph : (646) 826-9844
nweil75@yahoo.fr

WANG YIYANG
c/o Minna Yang
166 Belle Avenue
Pleasant Hill, CA 94523
Ph: 916-799-5900
E-mail: yiyang_1982@126.com