DEFENDANT'S
EXHIBIT
B-2

UNIVERSITY OF
MASSACHUSETTS, AMHERST
Whitmore, 181 President's Drive
Amherst, MA 01003-9291
http://www.umass.edu

TUFTS UNIVERSITY
Medford, MA 02155
http://www.tufts.edu

PACE UNIVERSITY
1 Pace Plaza
New York NY 10038
http://www.pace.edu

DREXEL UNIVERSITY
3141 Chestnut Street
Philadelphia, PA 19104-2875
http://www.drexel.edu

NORTHEASTERN UNIVERSITY
Graduate School of Business
Administration
350 Dodge Hall
Boston, MA  02115
Homepage:  www.cba.neu.edu/gsba

THE UNIVERSITY OF PITTSBURGH
Katz Graduate School of Business
276 Mervis Hall
Pittsburgh, PA  15260
Homepage:  http://www.katz.pitt.edu

THE STATE UNIVERSITY OF NEW
YORK
UNIVERSITY AT BUFFALO
School of Management
206 Jacobs Management Center
Buffalo, NY  14260
Homepage:  http://www.mgt.buffalo.edu

UNIVERSITY AT ALBANY
School of Business
UAB 121 1400 Washington Avenue
Albany, NY  12222
Homepage:
http://www.albany.edu/business

NEW YORK UNIVERSITY
Howard N. Stern School of Business
44 West Fourth Street
New York, NY  10012
Ph:  (212) 998-0100
Homepage:  http://www.stern.nyu.edu

UNIVERSITY OF ROCHESTER
Simon Graduate School of Business
Wilson Boulevard
Rochester, NY
Ph:  716-275-3533
Homepage:
http://www.Simon.rochester.edu

UNIVERSITY OF TEXAS AT AUSTIN
McCoombs School of Business
MBA Program, 1 University Station,
B6004
Austin, TX 78712
Phone: (512) 471-7612
Homepage:
http://mba.mccombs.utexas.edu/

GEORGETOWN UNIVERSITY
McDonough School of Business
206 Old North
Washington, DC 20057-1147
Phone: 202-687-4200

THUNDERBIRD
The American University of
International Management
15249 North 59th Avenue
Glendale, AZ  85306-6003
Phone:  800-848-9084
Homepage:  http://www.t-bird.edu

UNIVERSITY OF SOUTH
CAROLINA
Moore School of Business
1705 College Street
Columbia, SC 29208 USA
Phone: 803-777-2730
Homepage:
http://www.mooreschool.sc.edu

TEMPLE UNIVERSITY
Fox School of Business and
Management
1810 N. 13th Street
Philadelphia, PA 19122-6083
Ph: (215) 204-7678
Website:
http://www.sbm.temple.edu/mbams

CORNELL UNIVERSITY
Myron Taylor Hall
Ithaca NY 14853-4901
Phone: (607) 255-5141
Homepage:
http://www.lawschool.cornell.edu

NEW YORK UNIVERSITY
School of Law
40 Washington Square S
New York, NY 10012
(212) 998-6060
http://www.law.nyu.edu

PENN STATE UNIVERSITY
Dickinson School of Law
150 S. College Street
Carlisle, PA 17013
Ph: 717-240-5207
Homepage: http://www.dsl.psu.edu

AMERICAN UNIVERSITY
Washington College of Law
ILSP Admissions
4801 Massachusetts Ave., NW
Suite 309
Washington, DC 20016-8189
http://www.american.edu

FORDHAM UNIVERSITY
School of Law
140 West 62nd Street
New York, New York 10023
http://www.fordham.edu

TULANE LAW SCHOOL
Office of Admissions – L.L.M.
Programs
Weinmann Hall, Suite 203
New Orleans, LA 70118-6231
http://www.tulane.edu

INDIANA UNIVERSITY,
BLOOMINGTON
Kelly School of Business
1309 East Tenth Street.
Bloomington, IN 47405-1106
Tel: 812-855-8100
http://www.bus.indiana.edu

UNIVERSITY OF ILLINOIS,
URBANA-CHAMPAIGN
College of Commerce and Business
Administration
410 David Kinley Hall, 1407 West
Gregory Drive
Champaign, IL 61820
Phone: 217-244-8019,
Fax: 217-333-1156
http://www.mba.uiuc.edu

BABSON COLLEGE
F.W. Olin Graduate School of Business
Olin Hall
Babson Park, MA 02457-0310
Phone: 800-482-4512
Homepage: http://www.babson.edu/mba

THE UNIVERSITY OF PITTSBURGH
Katz Graduate School of Business
276 Mervis Hall
Pittsburgh, PA 15260
Homepage: http://www.katz.pitt.edu

HULT INTERNATIONAL BUSINESS
SCHOOL
1 Education Street
Cambridge, Massachusetts
02141 USA
Phone: 617-746 1990
http://www.hult.edu

UNIVERSITY OF NOTRE DAME
Mendoza College of Business
Notre Dame, IN 46556
Ph: (574) 631-8488
http://www.nd.edu/~mba/

WAKE FOREST UNIVERSITY
Babcock Graduate School of
Management
7659 Reynolds Station
Winston-Salem, NC 27109
Phone: 339-758-5422

BOSTON UNIVERSITY
School of Law
765 Commonwealth Avenue
Room 1534
Boston, MA 02215
Ph: (617) 353-52323
http://www.bu.edu/law/

ST. LOUIS UNIVERSITY SCHOOL
OF LAW
3700 Lindell Boulevard
St. Louis, Missouri 63108
Ph: (314) 977-2766
Homepage:
http://law.slu.edu/cicl/llm/index.html

NEW ENGLAND SCHOOL OF LAW
154 Stuart Street
Boston, MA 02118
Phone: 617-422-7210
Homepage: http://www.nesl.edu

CARNEGIE MELLON UNIVERSITY
Electronic Commerce Program
Graduate School of Industrial
Administration
5000 Forbes Avenue
Pittsburght PA 15213-3890
Ph: 412-268-2272
http://www.cmus.edu

RICE UNIVERSITY
Jesse H. Jones Graduate School of
Management
6100 Main Street
Houston, TX 77005-1892
www.rice.eud/jgs

UNIVERSITY OF ILLINOIS
Urbana-Champaign
260 Commerce W, 1206 S. Sixth Street
Champaign, IL 61820
Ph: 217-244-8019/Fax:217-333-1156
www.mba.uic.edu

MONTEREY INSTITUTE OF
INTERNATIONAL STUDIES
Fisher Graduate School of International
Business
425 Van Buren Street
Monterey, CA 93940
www.miis.edu

UNIVERSITY OF FLORIDA
Warrington College of Business
134 Bryan Hall
PO Box 117152
Gainesville, FL 32611-7152
Ph: 352-392-7992, Fax: 352-392-8791
Homepage: http://www.cba.ufl.edu/mba

LOUISANA STATE UNIVERSITY
Paul M. Hebert Law Center
Office of Admissions and Student
Records
202 Law Center
Baton Rouge, LA 70803

COLUMBIA UNIVERSITY
Graduate School of Arts and Sciences
107 Low Library, MC 4304, 535 West
116th Street
New York, NY 10027
Ph: (212) 854-4737
Homepage:
http://www.columbia.gsas.edu

THE GEORGE WASHINGTON
UNIVERSITY
Columbia School of Arts and Sciences
Funger Hall, Suite 524
2201 G Street, NW
Washington, DC 20052
Phone: (202) 994-6290
Homepage: http://www.gwu.edu/~ps.

PRINCETON UNIVERSITY
Department of Politics
Corwin Halll
Princeton, New Jersey 08544-0270
Phone: 609-258-4760
Homepage:
http://www.princeton.edu/sites/politics

DUKE UNIVERSITY
Department of Political Science
214 Perkins Library
Box 90204
Durham, NC 27708
Ph: 919-660-4300
www.poli.duke.edu

FLORIDA INTERNATIONAL
UNIVERSITY
School of Hospitality Management
3000 NE 151 Street
North Miami, FL 33181-3000
Phone: (305) 919-4500
Fax: (305) 919-4555
www.fiu.hospitality.edu

UNIVERSITY OF MIAMI
Graduate Business Programs
School of Business Administration
University of Miami
Coral Gables, Fl 27708
Ph: 305-284-4607, Fax: 305-284-1878
Homepage: www.mba.miami.edu

UNIVERSITY OF ROCHESTER
Simon Graduate School of Business
Box 270107 Wilson Blvd
Schlegal Hall
Rochester, NY 14627-0107

LOYOLA UNIVERSITY, CHICAGO
Institute of Human Resources and
Industrial Relations
820 N. Michigan Avenyue
Chicago, IL 60611
Ph: 312-915-6595
Fax: 312-915-6231

MICHIGAN STATE UNIVERSITY
250 Administration Bldg
East Lansing, MI 48824

NORTHEASTERN UNIVERSITY
Graduate School of Business
Administration
350 Dodge Hall
Boston, MA 02115
www.cba.neu.edu/gsba

UNIVERSITY AT ALBANY
School of Business
UAB 121 1400 Washington Avenue
Albany, NY 12222
http://www.albany.edu/business

THE UNIVERSITY OF PITTSBURGH
Katz Graduate School of Business
276 Mervis Hall
Pittsburgh, PA 15260
http://www.katz.pitt.edu

RUTGERS UNIVERSITY
School of Communication, Information
and Library Studies
4 Huntington Street, Room 302
New Brunswick, NJ 08901
Ph: 732-932-7500
http://scil.rutgers.edu/programs/mcis

SYRACUSE UNIVERSITY
School of Information Studies
4-206 Center for Science and
Technology
Syracuse, NY 13244-4100
http://www.syracuse.edu

UNIVERSITY OF MARYLAND
College of Information Studies
2123 Lee Building
College Park, MD 20742-5121
http://www.umd.edu

HARVARD UNIVERSITY
Graduate School of Business
Administration
Soldiers Field
Boston, MA 02163
Tel: 617-495-6127, Fax: 617-496-9272
http://www.hbs.edu

MASSACHUSETTES INSTITUTE OF
TECHNOLOGY
Sloan Graduate School of Management
50 Memorial Drive, Room E-52-126
Cambridge, MA 02139
Phone: 617-253-3730
Homepage: http://www.mit.edu/sloan

EMORY UNIVERSITY
Goizueta Business School
1300 Clifton Road NE
Atlanta, GA 30322
Tel: 404-727-6311, Fax: 404-727-4612
Homepage: http://www.emory.edu/bus

ARIZONA STATE UNIVERSITY
Graduate College
P.O. Box 874906
Tempe, AZ 85287-4906
Phone: 480-965-3332
Homepage:
http://www.cob.asu.edu/mba/asu_mba_a
dms.cfm?ProgramString=tech_prospecti
ve

BOSTON UNIVERSITY
Dept. of Economics
270 Bay State Road
Boston, MA 02215
Ph: 617-353-4453/Fax: 617-353-4449
www.bu.edu/econ

UNIVERSITY OF ILLINOIS,
CHICAGO
Dept. of Economics
601 S. Morgan Street
Chicago, IL 60607-7121
Ph: 312-996-4350
www.uic.edu

ILLINOIS INSTITUTE OF
TECHNOLOGY
Electrical and Computer Engineering
Dept.
Siegel Hall Suite 136
3301 S. Dearborn Street
Chicago, IL 60616-3793
Ph: 312-567-3400
www.iit.edu

NEW JERSEY INSTITUTE OF
TECHNOLOGY
University Heights
Newark, NJ 07102-9895
www.njit.edu

BOSTON UNIVERSITY
Graduate School of Arts and Sciences
705 Commonwealth Avenue
Boston, MA 02214
http://www.bu.edu

UNIVERSITY OF MINNESOTA,
TWIN CITIES
Graduate Program – Department of
Economics
1035 Heller Hall
Minneapolis, MN 55455
Phone (612) 624-0209
http://www.econ.umn.edu/graduate

AMERICAN UNIVERSITY
Department of Economics
400 Massachusettes Avenue
Washington, DC  20016
Telephone: (202) 885-3770
http://www.american.edu/academic.dept
s/cas/econ

JOHN HOPKINS UNIVERSITY
Department of Economics
3400 N. Charles Street
Baltimore, MD  21218
Phone:  410-516-7601
http://www.econ.jhu.edu/grad_admissio
n.html

UNIVERSITY OF MICHIGAN
BUSINESS SCHOOL
701 Tappan Street, Room D2260
Ann Arbor, MI  48109-1234
www.umich.edu

TEMPLE UNIVERSITY
Fox School of Business and
Management
1810 N. 13th Street
Philadelphia, PA 19122-6083
Ph: (215) 204-7678
Website:
http://www.sbm.temple.edu/mbams

TEXAS A&M UNIVERSITY,
COMMERCE
College of Business and Technology
PO Box 3011
Commerce, Texas 75429
Ph: (903)886-5106
http://www.tamu-commerce.edu

UNIVERSITY OF CALIFORNIA,
RIVERSIDE
Gary Anderson Graduate School of
Management
133 Anderson Hall
Riverside, CA 92521-0203
Phone: (951) 827-7060
mba@ucr.edu

UNIVERSITY OF DELAWARE
College of Business and Economics
103 MBNA America Hall
Newark, Delaware 19716
Phone: 302-831-2221
http://www.mba.udel.edu

UNIVERSITY OF PENNSYLVANIA
The Wharton School
102 Vance Hall, 3733 Spruce Street
Philadelphia, PA  19104-6361
Tel:  215-898-6182
Fax:  215-898-0120
http://www.wharton.upenn.edu/mba

UNIVERSITY OF RHODE ISLAND
Smith School of Business
210 Flagg Road
Kingston, RI  02881
Ph:  401-874-5000
http://www.uri.edu

UNIVERSITY OF TEXAS at AUSTIN
McCoombs School of Business
1 University Station, B6004
Austin, TX 78712
Phone: (512) 471-7698
http://mba.mccombs.utexas.edu/admissi
ons

UNIVERSITY OF VIRGINA
Darden Graduate School of Business
Administration
Box 6550
Charlotteville, VA  22906-6550
Phone: 800-924-MBA-1
Fax:  804-924-4859
http://www.darden.virginia

VANDERBILT UNIVERSITY
Owen Graduate School of Management
401 21st Avenue, South
Nashville, TN 37203
Phone: 800-288-6936
http://www.mba.vanderbilt.edu

YALE UNIVERSITY
Yale School of Management
PO Box 208200
New Haven, CT  06520
Tel: 203-432-5932, Fax: 203-432-9991
http://mba.yale.edu

DARTMOUTH COLLEGE
uck School of Business Administration
100 Tuck Hall
Hanover, NY  03755-9030
Phone: 603-646-2733
Fax:  603-646-1308
http://www.tuck.dartmouth.edu

DREXEL UNIVERSITY
LeBow College of Business
Mail Stop 11-106
3141 Chestnut Street
Philadelphia, PA 19104-2875

DUSQUESNE UNIVERSITY
John F. Donahue Graduate School of
Business
704 Rockwell Hall
Pittsburgh, PA  156282
Ph:  412-396-5304
Homepage:  http://www.duq.edu/grad

EMORY UNIVERSITY
Goizueta School of Business
1300 Clifton Road, NE
Atlanta, GA  30322
Tel: 404-727-6311, Fax:  404-727-4612
http://www.emory.edu/bus

HOFSTRA UNIVERSITY
Zarb School of Business
100 Hofstra University
Hempstead, NY  11549
Tel: 516-463-6700
http://www.hofstra.edu

JAMES MADISON UNIVERSITY
Office of International Student and
Scholar Services
James Madison University, Cleveland
Hall, MSC 8080
Harrisonburg, VA 22807
(540) 568-6119
http://www.jmu.edu/international/isss/

JOHNSON & WALES UNIVERSITY
Alan Shawn Feinstein Graduate School
8 Abbott Park Place
Providence, RI 02903
Phone:  401-598-1015
http://www.jwu.edu

MARSHALL UNIVERSITY
Lewis College of Business
Corby Hall 217, 400 Hal Greer
Boulevard
Huntington, WV, 25755-2305
Phone: 304-696-2613
http://www.marshall.edu

NATIONAL AMERICAN
UNIVERSITY
321 Kansas City St.
Rapid City, SD 57701
Ph: 800-843-8892
http://www.national.edu/rc/MBA/MBA_
programs.html

NOVA SOUTHEASTERN
UNIVERSITY
A. H. Wayne Huizenga School of
Business and Entrepreneurship
Carl DeSantis Building
3301 College Avenue
Ft. Lauderdale, FL 33314-7796

PURDUE UNIVERSITY
Krannert Graduate School of
Management
1310 Krannert Building
West Lafayette, IN 47907-1310
Phone: 765-494-4365
Fax: 765-494-9841
http://www.mgmt.purdue.edu

RICE UNIVERSITY
Jones Graduate School of Management
270 Herring Hall, 6100 Main Street
Houston, TX 77005
Phone: 713-527-4918
Homepage: http://www.rice.edu/jgs

ROLLINS COLLEGE
Crummer Graduate School of Business
1000 Holt Ave
Winter Park, FL 32789
Ph: (800) 866-2405
http://www.crummer.rollins.edu/

STANFORD UNIVERSITY
Graduate School of Business
518 Memorial Way
Stanford, CA 94305
Tel: 650-723-2766, Fax: 650-725-1668
http://www.stanford.edu

STATE UNIVERSITY OF NEW YORK
AT BINGHAMTON
School of Management
PO Box 6000
Binghamton, New York 13902-6000
http://som.binghamton.edu/about/index.htm

SOUTHERN ILLINOIS UNIVERSITY,
Carbondale
College of Business Administration
Box 1186
Edwardsville, Illinois 62026-1186
http://www.siuc.edu/

TEMPLE UNIVERSITY
Fox School of Business and
Management
1810 N. 13th Street
Philadelphia, PA 19122-6083
Ph: (215) 204-7678
http://www.sbm.temple.edu/mbams

TEXAS A&M UNIVERSITY,
COMMERCE
College of Business and Technology
PO Box 3011
Commerce, Texas 75429
Ph: (903)886-5106
http://www.tamu-commerce.edu

WASHINGTON UNIVERSITY IN
SAINT LOUIS
School of Engineering and Applied
Science
Box 1163, One Brookings Drive
St. Louis, MO 63130
Phone: 314-935-5565
http://www.seas.wustl.edu

STATE UNIVERSITY OF NEW YORK
Institute of Technology
PO Box 350
Utica, New York 13504
http://www.sunyit.edu

UNIVERSITY OF CALIFORNIA,
SANTA BARBARA
College of Engineering
Santa Barbara, CA 93106-9560
Phone: 805-893-
http://www.ece.ucsb.edu/

UNIVERSITY OF PENNSYLVANIA
School of Engineering & Applied
Science
Office of Academic Programs
111 Towne Building  220 So. 33rd Street
Philadelphia, PA 19104-6391
Phone: (215) 898-0696  Fax No: (215)
573-2068
http://www.seas.upenn.edu/prof/

NORTHERN ILLINOIS UNIVERSITY
Department of Economics
Zulauf Hall, Room 515
250 University Circle
Northern Illinois University
DeKalb, IL  60115
http://www.niu.edu

UNIVERSITY OF CALIFORNIA,
IRVINE
Graduate Admissions
Department of Economics
3151 Social Science Plaza
Irvine, CA 92697-5100
www.uci.edu

UNIVERSITY OF IOWA
Henry B. Tippie College of Business
108 John Pappajohn Business Building
21 E. Market Street
Iowa City, IA 52242-1000
Ph: 319-335-0862
http://www.biz.uiowa.edu/econ/

GOLDEN GATE UNIVERSITY
536 Mission Street
San Francisco, CA  94105
Phone: 425-442-7800
Homepage: http://www.ggu.edu

TRINITY COLLEGE
125 Michigan Avenue, NE
Washington, DC  20017
Phone: 800-492-6882
Homepage: http://www.trinitydc.edu

MICHIGAN TECHNOLOGICAL
UNIVERSITY
1400 Townsend Drive
Houghton, Michigan 49931-1295
Phone: 1-888-MTU-1885
http://www.mtu.edu

SAN JOSE STATE UNIVERSITY
College of Engineering
One Washington Square
San Jose, CA  95192-0205
Ph: (408) 924-3968
Fax: (408) 924-3883
http://www.sjsu.edu

TUFTS UNIVERSITY
Undergraduate Admissions:
Bendetson Hall
Medford, MA 02155
Phone: (617) 627-3170
www.tufts.edu

PENNSYLVANIA STATE
UNIVERSITY
Undergraduate Admissions Office
201 Shields Building  University Park,
PA 16802-1294
Tel: (814) 865-5471  Fax: 814-863-7590
www.psu.edu

UNIVERSITY OF CALIFORNIA, LOS
ANGELES
School of Public Health
Los Angeles, CA 90095-1772
Ph: 310-825-5250
http://www.biostat.ucla.edu/

FORDHAM UNIVERSITY SCHOOL
OF LAW, L.L.M. Program
140 West 62nd Street
New York, NY. 10023
Ph: 212-636-6883
http://www.law.fordham.edu

UNIVERSITY OF NOTRE DAME
276 Mendoza College of Business
Notre Dame, IN  46556
www.notredame.edu

UNIVERSITY OF MISSOURI,
COLUMBIA
Dept. of Communication
115 Switzler Hall
Columbia, MO  65211
Ph: 573-882-4431 – Fax: 573-774-5672
www.missouri.edu

CALIFORNIA STATE UNIVERSITY,
FULLERTON
Dept. of Communications
800 N. State College Blvd
Fullerton, CA  92834
Ph: 714-278-2011
www.fullterton.edu

ST. CLOUD UNIVERSITY
Dept. of Mass Communications
125 Stewart Hall
Saint Cloud, MN  56301
www.stcloud.msus.edu

SOUTHERN ILLINOIS UNIVERSITY,
CARBONDALE
College of Mass Communications and
Media Arts
Carbondale, IL  62901-6606
Ph: 618-536-6631 – Fax: 618-453-5200
www.siu.edu

MARSHALL UNIVERSITY
Page Pitt School of Journalism and
Communication
Huntington, WV 23755-2622
Ph: 304-696-6606
www.marshall.edu

UNIVERSITY OF MISSISSIPPI
School of Business Administration
PO Box 1848
University, MS  38677-1848
Ph:  662-915-5820
Fax:  662-915-5821
www.olemiss.edu