

## Ricardo Narvaiz

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, December 21, 2006 4:47 PM
**To:** Ricardo Narvaiz
**Subject:** FedEx Shipment 799058232538 Delivered

---

This tracking update has been requested by:

Company Name: LAW OFCS OF S. RICARDO NARVAIZ

Name:   S Ricardo Narvaiz

E-mail:  rnarvaiz@drintl.com

---

Our records indicate that the following shipment has been delivered:

Tracking number:        799058232538
Reference:              DR. PRADE AUAP, INC.
Ship (P/U) date:        Dec 20, 2006
Delivery date:          Dec 21, 2006 11:30 AM
Sign for by:            R.JOLLEY
Delivered to:           Mailroom
Service type:           FedEx Standard Overnight
Packaging type:         FedEx Box
Number of pieces:       1
Weight:                 37.0 LB

Shipper Information                  Recipient Information
S Ricardo Narvaiz                    CHRISTOPHER P. MURPHY, ESQ.
LAW OFCS OF S. RICARDO NARVAIZ       ARENT FOX PLLC
1300 SPRING STREET SUITE 500         1050 CONNECTICUT AVENUE, N.W.
SILVER SPRING                        WASHINGTON
MD                                   DC
US                                   US
20910                                20036

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 3:25 PM  CST
on 12/21/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1/16/2007