DEFENDANT'S EXHIBIT E

*Confidential Medical Certificate*

**SPITAL OBERENGADIN · OSPIDEL ENGIADIN'OTA**
**Medizinische Klinik**
Chefarzt: Dr. med. D. Marugg
Leitender Arzt: Dr. med. H. Seltenreich
Leitender Arzt: Dr. med. P. Egger
Tel.: +41 81 851 81 11
Fax: +41 81 851 85 17

Samedan, 16.01.2007

Frau
Dr. med. Lilian Monasteri
FMH Innere Medizin
Gemeindehaus
7505 Celerina

**PROVISORISCHER AUSTRITTSBERICHT**

**Herr Prade Jean Noel, geb. 26.12.1946, 4619 Higel Avenue, 34242 Sarasota Florida**

Sehr geehrte Frau Kollegin

Wir berichten Ihnen über die Hospitalisation des obengenannten Patienten vom 10.01.2007 bis zum 16.01.2007 auf der Medizinischen Abteilung.

**Diagnosen:**
1. akute Cholezystitis
   - sonographisch gesicherte Cholezystolithiasis
2. V.d.a. Pneumonie rechts basal
3. Multiple BWK Frakturen 02/2006
   - bei St. n. Cresta Run

**Medikation bei Austritt:**
Tiberal 500 mg Tbl.p.o. 1-0-1 bis zum 23.01.2007
Zinat 500 mg Tbl.p.o. 1-0-1 bis zum 23.01.2007

**Procedere:**
Wir entliessen den Patienten in gutem Allgemeinzustand nach Hause. Zusammen mit Herrn Prof. Simmen wurde entschieden in ca. 3 Wochen eine Cholezystektomie à froid durchzuführen. Dafür wird der Patient direkt durch die Chirurgie des Hauses aufgeboten.

Mit freundlichen Grüssen

Sara Klingenfuss
Assistenzärztin

**Definitiver Austrittsbericht folgt**