Analyzing C:\Documents and Settings\Administrator\Desktop\arent-fox\Vinchi (France experientIAL.doc

**Document Name: Vinchi (France experientIAL.doc**
**Path: C:\Documents and Settings\Administrator\Desktop\arent-fox**
**Document Format: Word Document**

**Built-in Document Properties:**
　Built-in Properties Containing Metadata: 3
　Title: AUAP CREDENTIAL EVALUATION SERVICES
　Author: Fleur
　Company: auap

**Document Statistics:**
　Document Statistics Containing Metadata: 6
　Creation Date: 5/25/2006 7:44:00 AM
　Last Save Time: 5/25/2006 9:36:00 AM
　Time Last Printed: 3/24/2006 9:48:00 AM
　Last Saved By: Jean-Noël Prade
　Revision Number: 3
　Total Edit Time (Minutes): 15 Minutes

**Custom Document Properties:**
　No Custom Document Properties

**Last 10 Authors:**
　Has Last 10 Data
　Jean-Noël PradeDLEXAR MEDIA:Evaluationsupdatemay2006:Vinchi (France experient#13.DOC
　Jean-Noël PradeHMacintosh HD:Users:jeannoelprade:Desktop:Vinchi (France experientIAL.DOC
　Jean-Noël PradeHMacintosh HD:Users:jeannoelprade:Desktop:Vinchi (France experientIAL.DOC

**Attached Template (Convert to Normal):**
　Attached to Normal

**Routing Slip:**
　Has Routing Slip: 0 Recipient(s)

**Versions:**
　No Versions

**Track Changes:**
　No Tracked Changes

**Fast Saves:**
　Fast Saves is Off

**Hidden Text:**
　No Hidden Text

**Comments:**
　No Comments

**Graphics:**
　No Objects to be converted to Pictures

**Hyperlinks:**
　No Hyperlinks

**Document Variables (VBA):**
　No Document Variables

**Smart Tags:**
　No Smart Tags in Document

**Remove Personal Information:**
　Remove Personal Information: Off

**Include Fields:**
 Does not contain any Include Fields

**Font Size 1:**
 No Font 1 Text

**White Font:**
 No White Font Text

# AUAP CREDENTIAL EVALUATION SERVICE

Suite 19, 5053 Ocean Blvd. Sarasota, FL 34242 USA
Tel: 941 346 14 27, Fax: 941 349 4370, eval@auap.com

Since 1995
American Council on Education




member

**MEMBER OF THE AMERICAN EVALUATION ASSOCIATION**
**Member of the EAIE (European Association for International Education)**

December 14, 2006

**Educational Evaluation Report**
**Name: Geneviève Vinchi**

## 1.    Credentials

The following educational and experiential credentials from France and the United States were submitted for evaluation:

### 1.1    Certificates

-"Certificat Provisoire d'Admission au Baccalauréat de Technicien (Techniques Administratives)" from the Académie d'Aix-Marseille dated July 21, 1975.
-Certificate of Employment as a teacher of French: responsible for reviewing grammar rules and teaching how to write well structured reports to Adults from Banque Worms (France) covering a total of seven years and six months with precise job description dated December 20, 1993. (May 1985-November 1992)
-Certificate of Employment with detailed job description as a teacher of French from Inlingua Language Centers (USA) covering a total of three years dated January 27, 2006. (January 2003 to January 2006)
-Certificate of Employment with detailed job description as a teacher of French from Universal Teachers and Translators of America, Inc. (USA) covering three years dated January 26, 2006. (2002 to January 2006)

## 2.    Equivalency

**Bachelor of Arts (B.A.) in French Education**
**from a regionally accredited Institution of Higher Education of the United States of America.**

Notes
[1]This evaluation adheres to the recommendations of the National Council on the Evaluation of Foreign Educational Credentials. The National Council provides guidance concerning foreign educational credentials to U.S. accredited institutions. It is the only inter-associational body in the United States

*© AUAP This evaluation is strictly confidential (FERPA & Privacy Act of the United States)*
*No copies allowed under any circumstances as per the copyright Laws of the United States of America.*
*Absence of watermark may indicate alteration*

specifically organized to perform this role. We also followed the rules in the chapter *"Determining Degree Compatibility"* from the AACRAO International Graduate Admissions Guide (ISBN 1-57858-055-2). **Mrs. Vinchi's studies at the Académie d'Aix-Marseille are equivalent to the completion of a U.S. High School diploma.**

[2]**USCIS and US Institutions of Higher Education give university credit equivalency for skilled work experience. Immigration Services (USCIS) has promulgated an equivalency ratio of three (3) years of work experience to one year of college training.** Through the above-mentioned documents, we counted thirteen (13) years and six (6) months of qualified work experience as a French teacher. This gives Mrs. Vinchi college credits for 4 years of upper level education courses with a specialization in French education at the undergraduate level and an additional one and a half (1.5) years of qualified work experience as a French teacher past the bachelor degree. **It is our professional opinion, that the work experience gives the applicant the equivalency of a Bachelor of Arts (B.A.) in French Education from a regionally accredited Institution of Higher Education of the United States of America plus one and a half (1½) years of work experience as a French teacher past the Bachelor's degree.**

[3]The author, a world specialist of foreign degree equivalencies, graduated from Paris II, Sciences Pô (IEP) Paris and Harvard (SICA). He was a Judge at the Paris Court. He is a National presenter on foreign degree equivalencies at NAFSA/ National Association of International Educators (2005) conferences. He is a member of NAFSA, NAGAP, the American Evaluation Association and the American Council on Education (ACE). He has done over 65 lectures in over 20 foreign universities on foreign diploma equivalencies. More than 450 U.S. universities including the Ivy League Institutions accept his evaluations of foreign credentials. He is a founding faculty at Yorktown University. He published a graduate paper at Harvard University (FAS) on French diploma equivalencies. **He is a retained equivalency evaluator for the American Council on Education, of the United States Military Services Educational Programs. He is also a member of the Prior Learning Assessment (PLA) jury of the Université Francophone Robert de Sorbon and of Saint Augustin University, both registered in the State of Florida. Therefore he satisfies the USCIS requirement of "an official who has the authority to grant college-level credit for work experience at an accredited College or University".**

[4]We confirm that the collegiate training was post-secondary education, i.e. that the student had completed the United States equivalent of a High School diploma before starting to work for Banque Worms. Banque Worms, a French commercial bank, which completed an Instructional Reference form for St. Johns County School Board in Florida, dated November 23, 1994, confirming Ms. Vinchi's 7 years as a French teacher in their establishment. The Bank started this department following its privatization in 1985.

[5]Inlingua Language Centers are providers of language training worldwide.

Respectfully,

Dr. J.N. Prade
Chairman, Harvard SICA '95 University of Paris II '73,
Author of a published paper on International Students at Harvard FAS ('97),
American Council on Education (ACE),
American Association of College Registrars and Admissions Officers/AACRAO,
NAFSA: Association of International Educators,
NAGAP: National Association of Graduate Admissions Professionals,
National Association of Scholars/NAS,
Founding Faculty at Yorktown University,

**AUAP Evaluation Service**
ACE AACRAO NAFSA NAGAP member

© *AUAP This evaluation is strictly confidential (FERPA & Privacy Act of the United States)*
*No copies allowed under any circumstances as per the copyright Laws of the United States of America.*
*Absence of watermark may indicate alteration*

Former Judge at the Paris Court, Chevalier du Mérite National (France), CMA, PBB,
http://www.auap.com/lectures.html



© AUAP This evaluation is strictly confidential (FERPA & Privacy Act of the United States)
No copies allowed under any circumstances as per the copyright Laws of the United States of America.
Absence of watermark may indicate alteration

**Clarke, Sarah**

| | |
|---|---|
| **From:** | Ricardo Narvaiz [rnarvaiz@drintl.com] |
| **Sent:** | Tuesday, January 16, 2007 6:13 PM |
| **To:** | Murphy, Chris |
| **Subject:** | RE: AACRAO v. AUAAP et al., Civil No. 06-01378 |
| **Attachments:** | AUAP MURPHY C 1-16-07_20070117081320.pdf; LIST OF CLIENTS AUAP 1-16-2007.doc; LIST OF COLLEGES & UNIVERSITIES AUAP 1-16-2007.doc |

Chris ---- Attached are a cover letter and two lists that provide information that you may not already have.  I have provided the information in electronic form as well, for your client's convenience.


**RICARDO NARVAIZ**

**S. RICARDO NARVAIZ**
*ATTORNEY AT LAW*
**1300 Spring Street, Suite 500**
**Silver Spring, MD 20910**
**Telephone: (301) 628-2066**
**Facsimile: (301) 588-0854**
**rnarvaiz@drintl.com**

# S. RICARDO NARVAIZ
## *ATTORNEY AT LAW*
### 1300 SPRING STREET, SUITE 500
### SILVER SPRING, MARYLAND 20910

Telephone: (301) 628-2066
Facsimile:  (301) 588-0854
E-mail:  rnarvaiz@drintl.com

Admitted to Practice in
Maryland, Virginia and
The District of Columbia

January 16, 2007

**BY E-MAIL AND FIRST CLASS MAIL**
Christopher P. Murphy, Esq.
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re:     *American Association of Collegiate Registrars and Admissions Officers v.
American Universities Admission Program, Inc. et al.*, Civil Action No.
06-0137, United States District Court for the District of Columbia

Dear Mr. Murphy:

Attached to this letter in electronic form for you and your client's convenient use are two lists containing information from the "hard-copy" files of American Universities Admission Program, Inc., as follows:

(1.)    The first list is a chronological listing of American Universities Admission Program, Inc.'s clients in its "Selection + Guaranteed Admission Program," consisting of 75 names, with mailing addresses and e-mail addresses in most if not all cases; and

(2.)    The second list is a compendium of the colleges and universities that have received correspondence from AUAP since 2000.

There may be some duplication in both lists, due to the volume of information produced from possibly duplicative "hard-copy" files or human error.  You are invited to review the files of the individuals listed for years 2003 through 2006, as I have those files in my office.

We provide the foregoing information in compliance with the Settlement Agreement and Consent Judgment in the above-captioned case and we apologize for any inconvenience that the delay in providing this information may have caused.

Sincerely,

S.  Ricardo Narvaiz

Attachments

## 2000

LIU (TRACY) NA
PO Box 871-146
Peking University
Beijing 100871 PRC
ln2t@yahoo.com.cn

JIWEN(MARTIN) CHEN
4-102 Building 2 300 Shui
Dion Road
Shanghai 20085 China PRC
Chen_martin@sina.com

HANYING SHEN
11-4-201 Jia 2 Shaoyaoju
Chaoyang District
Beijing PR CHINA 100029
Ph: 86-135-01269167
shenhanying@21cn.com

## 2001

CARMEN BILAN
Aleea Compozitorilor nr.5, blG9, ScA,
ap28
Sector 6, Bucharest, Romania
Phone:  +4 – 01 440 30 33
E-Mail:  bilan _ c@yahoo.com

ANDRA OLIVIA MACIUCEANU
115 Edwards, Princeton University,
Princeton, NJ  08544
Ph: 609-986-7115,
andram@princeton.edu

ARNAUD SCHALLER
413 North Briggs Ave # 529
 Sarasota, FL 34237
Phone: 941-366-5093, E-mail:
arnaudschaller@hotmail.com

ANDREI VALENTIN PURCEL
Turbinei 7
Bucharest 72111 Romania
Ph: 40-1-21-3894
Fax: 40-1-212-4714
vibrotst@fx.ro

LAURENT PHILIPPE RIESLER
4 place du Piemont
Jouques 13490
FRANCE
Phone: 0033 442676778
Fax: 0033 442637544
 rislerl@yahoo.com

TAN HENG
204M Capital Paradise
Shui Yi District
Beijing 101300 CHINA
Tan2001@hotmail.com

## 2002

ERIC GLOGOWSKI
7,rue du Chastel
63500 ISSOIRE
Tel : 00-33-6-08-25-20-89
erec.glogowski@wanadoo.fr

XIA XILIU
No. 41 Jiefang Park Street
Wuhan 430010 CHINA
Ph: 86-27-82427835
xiaxiliu@public.wh.hb.cn

ALINA V. ALEXANDRESCU
278 Calea Mosilor, bloc 20 bis
scara A, etaj 8, apartament 31,
sector 2, Bucharest, Romania
Tel: +40-1-2113328
+40-92-393920
alina_vio@yahoo.com

YUJIA ZHANG
268 Myrtle Avenue
Bridgeport, CT  06604
917-833-8422
yujia811@yahoo.com

HOAJIAN CHEN
No. 50 caotang north branch road
Chengdu PR China
Yaan 610072 PRC
Ph: 86-028-87330782
Fax: 86-028-87328347

XUN (KATHY) ZHOU
268 Myrtle Avenue
Bridgeport, CT  06604
kathyzx@hotmail.com

CATALIN PETCU
Via Caduti nella Guerra di Liberazione
Nr. 9, Ap. 9
Italy, Rome 00128
Ph: +39 328 642 69 23
E-mail: catalin256@yahoo.com

WEIYUN (WENDY) ZHANG
Room 1106 No 3 Lane 786
Hongzhong Rd
Shanghai 201103 CHINA
Wendy_fudan@hotmail.com

LI MEINA
CDUT 990583 Class
Sichuan 610059
Chengdu PR CHINA
Ph: 86-028-89093804
Meinali7@hotmail.com

## 2003

MANUEL ARRIVE
45 Avenue De Bourgogne
Paris 75007 France
manuelarrive@yahoo.com

MATTHIEU COUSIN
9 Avenue Talma
Rueil Malmaison 92500
FRANCE
matcousin@hotmail.com

SOURAYA EL-MACHNOUK
Ramlet el-Bayda-Chafik Trad Street
PO Box 135779
Shourane 1102-2070
Beirut Lebanon
suemachnouk@hotmail.com

EREC GLOGOWSKI – MBA
7 rue du Chastel
Issoire 63500 Franced
Erec.glogowski@club-internet.fr

MOUAD KHABBACH
Rue 5 Villa No. 45
Taddart Californie
Casablanca 16001 Morocco
klsdone@hotmail.com

BRAHIM KRAIRI
9 place de la ferrandiere
Lyon France 69003
Brahimk2@yahoo.fr

CYRIL KUBIADOR
120 Elgar Place #29F
New York NY  10475
kudiabor@un.org

PAULINE DES LONGCHAMPS
14 Ter Rue St. Charles
78000 Versailles France
p_deslongchamps@hotmail.com

ALIZERA MEIGHANI
The Bolitho School
Polwithen Road
Cornwall TR18 AIZ
United Kingdom
Alitalk2001@hotmail.com

ALEXANDRA OST
Avenue des Chataignes 19
Kraainen 1950 Belgium
alexandraost@hotmail.com

CATALIN PETCU
Via Caduti nella Guerra di Liberazione
Nr. 9, Apt 9
Rome Italy 00128
Catalin256@yahoo.com

BEN RAIMOND
124 rue denis papin
Chambery 73000
France
Benoit.raimond@wanadoo.fr

MATTHIAS SCHWEBLOWSKI
Am Sachsenwalde 6
21521 Wohltorf Germany
Schreblowsk@gmx.de

CHRISTIAN WYSS
Keltenstrasse 39
Ch 4106 Therwil
Switzerland
Christian.Wyss@stg.bl.ch

## 2004
YLANN ABRAHAMI
25 Bis Rue De La Prairie
Bry Sur Marne 94360 France
Ylann_abrahami@hotmail.com

ALEXIS ANGHERT
141 rue de longchamp
Neuilly 92200 France
Alexis881@msn.com

JUDITH ABKIN
235 Avenue Daumesnil
75012 Paris France
judabkin@aol.com

ALFONSO CARMONA
Avenida Rio Segura n.7 9.C
Murcia 30002 Spain
compaconluz@ono.com

ANNAMARIA DOBRA
7-507 Siyoung Godeok-Dong
Seoul Korea 134751
ad0377@yahoo.com

ALEXANDRE GELBLAT
17 bis Boulevard de la Sauwssaye
Neuilly-sur-Seine
92000 France
alexgelblat@yahoo.fr

ALEXANDRU GRIGORESCU
7 Caderea Bastililiei Str Sec 1 Apt 9
Bucharest 010611 Romania
Al_grigorescu@hotmail.com

CARLOS GUERRERO
Presa Palmito 105
Mexico City 11500 Mexico
cguerrero@dcidp.pemex.com

PAULA PHARAON
Negib Trad Street
Saint Nicolas Bldg
Achrafieh
Beirut Lebanon
Pharaonp87@hotmail.com

FABRICE LESACHE
2 rue Greuze
Paris 75116 France
Fabrice.lesache@wanadoo.fr

ANTOINE MAVEL
Cotterlaz Connectors Shenzhen
1F, B2, Xiangnan Industry District
Guimiau Lu, Nanshan Qu
Shenzhen 518052 China
antoinemba@yahoo.fr

DEVANSHU MOORE
12820 Morning Park Circle
Alpharetta GA 30004
devanshumore@yahoo.com

CATALIN PETCU
Via Caduti nella Guerra di Liberazione
Nr. 9, Apt 9
Rome Italy 00128
Catalin256@yahoo.com

CRISTEL SAGBO
Wood B-205
2275 Bayview Avenue
Toronto Ontario M4N3M6
Folian_ca@yahoo.com

LAURENT SANGLIER
SMA, Batim, AMS immobilier
53, rue d'antibes
06400 Cannes FRANCE
laurentsanglier@hotmail.com

## 2005

PIERRE BERNHEIM
33 Avenue du Lowendal
75015 Paris France
pierre.bernheim@contactoffice.net

ZOYA GEORGIEVA
1480 Green Valley Cir, Apt 203
Naples 34104 Florida
zoya_hg@yahoo.com

TIDIANE KINDA
25, Rue Etienne Dolet
Clermont-Ferrand
63000 FRANCE
kindatidiane@yahoo.com

JENNIFER LANDAU
90 av paul doumer
Paris 75116 FRANCE
jenniland85@hotmail.com

ANTOINE MAVEL
Cotterlaz Connectors Shenzhen
1F, B2, Xiangnan Industry  District
Guimiao Lu, Nanshan Qu
Shenzhen 518052 China
antmavel@wanadoo.fr

 STEPHEN O'HALLORAN
Springmount Ballyard
Tralee Co. Kerry Ireland
ballyard18@hotmail.com

RODRIGO PASTOR
San Pedro de Montes de Oca
Barrio Los Yoses de Spoon
500 metros Sur y 125 metros Este
San Jose 186-2070 Costa Rica

CORENTINE POILVET
10 rue du Narhouet
Vannes 56000  FRANCE
corentinepoilvet@hotmail.com

MATHIEU SEGURAN
31 Rue du General Leclerc
Notre Dame de Bondeville
76960  FRANCE
math.seg@free.fr

GERALD TRENT
Motorst. 48 80809
Munich Germany
g.trent@web.de

## 2006

MARCELLO BRAGLIANI
Via San Carpoforo, 7
20121 Milan, Italy
Mobile: +39-348-4428400
Home:+39-0532-209129
marcellobragliani@hotmail.com

OWEN K. CHANDA
C/o Mr. Wilson Chanda
GDC Logistics (Z) Ltd
P.O Box 34786, Buyantanshi Road
Lusaka Zambia
ochanda@yahoo.com

DARIA DANILCZUK
5 allée Auguste Renoir
Levallois Perret
92300  France
Phone: +33620968750
Fax: +33145042745
Email: dasza_d@hotmail.com

DIETER J.A. DE SMET
Reigerslaan 5, 9800 Deinze Belgium
Ph: +32 9 386 67 66
dieterdesmet@hotmail.com

FAISAL AMEEN HAREERI
Department of Community Medicine
Umm Al-Qura University
Makkah SAUDI ARABIA
Cell : 00966504539838
ha_faisal@hotmail.com

IBOVI ARNAUD
23, avenue des ambassadeurs
Brazzaville  2326
CONGO
Telephone: 242 536 2361
ibovi_arnaud@yahoo.fr

VALENTE JOSE MATLABA
A/C Mr. Viriato Castigo Matlaba
Departamento de Engenharia
Paneamento Industrial, Linhas Aéreas de
Moçambique
Maputo, Mozambique, C. P. 2771
Ph: +00258-825207783
valente.matlaba@yahoo.com.br

PIERRE-ALEXANDRE MYER
30, route de Klingenthal
Ottrott 67530
FRANCE
Phone: 0033388959032
Fax: 0033388958374
pierre-alexandre.meyer@mouraf.org

GLORIA M. ORTIZ MARTINEZ
Hc 7 Box 27037
Mayaguez, Puerto Rico 00680
Ph: (787)834-5905 – Mobile: (787)464-9867
glomar_123@yahoo.com

ANTHONY PARONNEAU
17, rue de Cernay
78720 Senlisse FRANCE
Home: 01-30-52-54-13, Mobile: 06-79-83-11-35
anthony.paronneau@dechert.com

CLEMENT PIERRE
64 rue Bellebat
45000 Orleans, FRANCE
Mobile: (+33) 06.10.57.29.54, Phone:
(+33) 02.38.81.72.82
clement.pierre@hotmail.fr

MONZIR SABBAGH
POBox 135826
Beirut Lebanon
Phone: +9613967599
Fax: +9611738426
sabbaghmonzer@hotmail.com

MARIE-CONSTANCE
THEODOSSIOU
96, rue des Entrepreneurs
75015 Paris FRANCE
 Ph (+33) 145770125
Cell: (+33) 607542577
mc.theodossiou@free.fr

JEAN-BRICE TONIN
09 rue Mérimée
75116 Paris France
Phone: 0033 (0)6 12 77 21 67
jean-brice.tonin@mailhec.net

AXELLE TROUBAT
37, rue de Lille
75007 Paris France
Ph: 06 17 47 45 43
axelletroubat@hotmail.com

AXELLE WARGNY
25, rue Cortambert
75116 Paris France
Ph: 00 33 6 07 21 21 03
axellew@hotmail.fr

NATHALIE J. WEIL
128 Thompson Street, Apt. 5
New York, NY 10012
Ph : (646) 826-9844
nweil75@yahoo.fr

WANG YIYANG
c/o Minna Yang
166 Belle Avenue
Pleasant Hill, CA 94523
Ph: 916-799-5900
E-mail: yiyang_1982@126.com

UNIVERSITY OF
MASSACHUSETTS, AMHERST
Whitmore, 181 President's Drive
Amherst, MA 01003-9291
http://www.umass.edu

TUFTS  UNIVERSITY
Medford, MA 02155
http://www.tufts.edu

PACE UNIVERSITY
1 Pace Plaza
New York NY 10038
http://www.pace.edu

DREXEL UNIVERSITY
3141 Chestnut Street
Philadelphia, PA 19104-2875
http://www.drexel.edu

NORTHEASTERN UNIVERSITY
Graduate School of Business
Administration
350 Dodge Hall
Boston, MA  02115
Homepage:  www.cba.neu.edu/gsba

THE UNIVERSITY OF PITTSBURGH
Katz Graduate School of Business
276 Mervis Hall
Pittsburgh, PA  15260
Homepage:  http://www.katz.pitt.edu

THE STATE UNIVERSITY OF NEW
YORK
UNIVERSITY AT BUFFALO
School of Management
206 Jacobs Management Center
Buffalo, NY  14260
Homepage:  http://www.mgt.buffalo.edu

UNIVERSITY AT ALBANY
School of Business
UAB 121 1400 Washington Avenue
Albany, NY  12222
Homepage:
http://www.albany.edu/business

NEW YORK UNIVERSITY
Howard N. Stern School of Business
44 West Fourth Street
New York, NY  10012
Ph:  (212) 998-0100
Homepage:  http://www.stern.nyu.edu

UNIVERSITY OF ROCHESTER
Simon Graduate School of Business
Wilson Boulevard
Rochester, NY
Ph:  716-275-3533
Homepage:
http://www.Simon.rochester.edu

UNIVERSITY OF TEXAS AT AUSTIN
McCoombs School of Business
MBA Program, 1 University Station,
B6004
Austin, TX 78712
Phone: (512) 471-7612
Homepage:
http://mba.mccombs.utexas.edu/

GEORGETOWN UNIVERSITY
McDonough School of Business
206 Old North
Washington, DC 20057-1147
Phone: 202-687-4200

THUNDERBIRD
The American University of
International Management
15249 North 59th Avenue
Glendale, AZ  85306-6003
Phone:  800-848-9084
Homepage:  http://www.t-bird.edu

UNIVERSITY OF SOUTH
CAROLINA
Moore School of Business
1705 College Street
Columbia, SC  29208 USA
Phone: 803-777-2730
Homepage:
http://www.mooreschool.sc.edu

TEMPLE UNIVERSITY
Fox School of Business and
Management
1810 N. 13th Street
Philadelphia, PA 19122-6083
Ph: (215) 204-7678
Website:
http://www.sbm.temple.edu/mbams

CORNELL UNIVERSITY
Myron Taylor Hall
Ithaca NY  14853-4901
Phone: (607) 255-5141
Homepage:
http://www.lawschool.cornell.edu

NEW YORK UNIVERSITY
School of Law
40 Washington Square S
New York, NY 10012
(212) 998-6060
http://www.law.nyu.edu

PENN STATE UNIVERSITY
Dickinson School of Law
150 S. College Street
Carlisle, PA  17013
Ph: 717-240-5207
Homepage:  http://www.dsl.psu.edu

AMERICAN UNIVERSITY
Washington College of Law
ILSP Admissions
4801 Massachusetts Ave., NW
Suite 309
Washington, DC 20016-8189
http://www.american.edu

FORDHAM UNIVERSITY
School of Law
140 West 62nd Street
New York, New York 10023
http://www.fordham.edu

TULANE LAW SCHOOL
Office of Admissions – L.L.M.
Programs
Weinmann Hall, Suite 203
New Orleans, LA  70118-6231
http://www.tulane.edu

INDIANA UNIVERSITY,
BLOOMINGTON
Kelly School of Business
1309 East Tenth Street.
Bloomington, IN 47405-1106
Tel: 812-855-8100
http://www.bus.indiana.edu

UNIVERSITY OF ILLINOIS,
URBANA-CHAMPAIGN
College of Commerce and Business
Administration
410 David Kinley Hall, 1407 West
Gregory Drive
Champaign, IL  61820
Phone: 217-244-8019,
Fax: 217-333-1156
 http://www.mba.uiuc.edu

BABSON COLLEGE
F.W. Olin Graduate School of Business
Olin Hall
Babson Park, MA  02457-0310
Phone: 800-482-4512
Homepage:  http://www.babson.edu/mba

THE UNIVERSITY OF PITTSBURGH
Katz Graduate School of Business
276 Mervis Hall
Pittsburgh, PA  15260
Homepage:  http://www.katz.pitt.edu

HULT INTERNATIONAL BUSINESS
SCHOOL
1 Education Street
Cambridge, Massachusetts
02141 USA
Phone: 617-746 1990
http://www.hult.edu

UNIVERSITY OF NOTRE DAME
Mendoza College of Business
Notre Dame, IN 46556
Ph: (574) 631-8488
http://www.nd.edu/~mba/

WAKE FOREST UNIVERSITY
Babcock Graduate School of
Management
7659 Reynolds Station
Winston-Salem, NC 27109
Phone: 339-758-5422

BOSTON UNIVERSITY
School of Law
765 Commonwealth Avenue
Room 1534
Boston, MA 02215
Ph: (617) 353-52323
http://www.bu.edu/law/

ST. LOUIS UNIVERSITY SCHOOL
OF LAW
3700 Lindell Boulevard
St. Louis, Missouri 63108
Ph: (314) 977-2766
Homepage:
http://law.slu.edu/cicl/llm/index.html

NEW ENGLAND SCHOOL OF LAW
154 Stuart Street
Boston, MA 02118
Phone: 617-422-7210
Homepage: http://www.nesl.edu

CARNEGIE MELLON UNIVERSITY
Electronic Commerce Program
Graduate School of Industrial
Administration
5000 Forbes Avenue
Pittsburght PA 15213-3890
Ph: 412-268-2272
http://www.cmus.edu

RICE UNIVERSITY
Jesse H. Jones Graduate School of
Management
6100 Main Street
Houston, TX 77005-1892
www.rice.eud/jgs

UNIVERSITY OF ILLINOIS
        Urbana-Champaign
260 Commerce W, 1206 S. Sixth Street
Champaign, IL 61820
Ph: 217-244-8019/Fax:217-333-1156
www.mba.uic.edu

MONTEREY INSTITUTE OF
INTERNATIONAL STUDIES
Fisher Graduate School of International
Business
425 Van Buren Street
Monterey, CA 93940
www.miis.edu

UNIVERSITY OF FLORIDA
Warrington College of Business
134 Bryan Hall
PO Box 117152
Gainesville, FL 32611-7152
Ph: 352-392-7992, Fax: 352-392-8791
Homepage: http://www.cba.ufl.edu/mba

LOUISANA STATE UNIVERSITY
Paul M. Hebert Law Center
Office of Admissions and Student
Records
202 Law Center
Baton Rouge, LA 70803

COLUMBIA UNIVERSITY
Graduate School of Arts and Sciences
107 Low Library, MC 4304, 535 West
116th Street
New York, NY 10027
Ph: (212) 854-4737
Homepage:
http://www.columbia.gsas.edu

THE GEORGE WASHINGTON
UNIVERSITY
Columbia School of Arts and Sciences
Funger Hall, Suite 524
2201 G Street, NW
Washington, DC 20052
Phone: (202) 994-6290
Homepage: http://www.gwu.edu/~ps.

PRINCETON UNIVERSITY
Department of Politics
Corwin Halll
Princeton, New Jersey 08544-0270
Phone: 609-258-4760
Homepage:
http://www.princeton.edu/sites/politics

DUKE UNIVERSITY
Department of Political Science
214 Perkins Library
Box 90204
Durham, NC 27708
Ph: 919-660-4300
www.poli.duke.edu

FLORIDA INTERNATIONAL
UNIVERSITY
School of Hospitality Management
3000 NE 151 Street
North Miami, FL 33181-3000
Phone: (305) 919-4500
Fax: (305) 919-4555
www.fiu.hospitality.edu

UNIVERSITY OF MIAMI
Graduate Business Programs
School of Business Administration
University of Miami
Coral Gables, Fl 27708
Ph: 305-284-4607, Fax: 305-284-1878
Homepage: www.mba.miami.edu

UNIVERSITY OF ROCHESTER
Simon Graduate School of Business
Box 270107 Wilson Blvd
Schlegal Hall
Rochester, NY 14627-0107

LOYOLA UNIVERSITY, CHICAGO
Institute of Human Resources and
Industrial Relations
820 N. Michigan Avenyue
Chicago, IL 60611
Ph: 312-915-6595
Fax: 312-915-6231

MICHIGAN STATE UNIVERSITY
250 Administration Bldg
East Lansing, MI 48824

NORTHEASTERN UNIVERSITY
Graduate School of Business
Administration
350 Dodge Hall
Boston, MA 02115
www.cba.neu.edu/gsba

UNIVERSITY AT ALBANY
School of Business
UAB 121 1400 Washington Avenue
Albany, NY 12222
http://www.albany.edu/business

THE UNIVERSITY OF PITTSBURGH
Katz Graduate School of Business
276 Mervis Hall
Pittsburgh, PA 15260
http://www.katz.pitt.edu

RUTGERS UNIVERSITY
School of Communication, Information
and Library Studies
4 Huntington Street, Room 302
New Brunswick, NJ 08901
Ph: 732-932-7500
http://scil.rutgers.edu/programs/mcis

SYRACUSE UNIVERSITY
School of Information Studies
4-206 Center for Science and
Technology
Syracuse, NY 13244-4100
http://www.syracuse.edu

UNIVERSITY OF MARYLAND
College of Information Studies
2123 Lee Building
College Park, MD 20742-5121
http://www.umd.edu

HARVARD UNIVERSITY
Graduate School of Business
Administration
Soldiers Field
Boston, MA 02163
Tel: 617-495-6127, Fax: 617-496-9272
http://www.hbs.edu

MASSACHUSETTES INSTITUTE OF
TECHNOLOGY
Sloan Graduate School of Management
50 Memorial Drive, Room E-52-126
Cambridge, MA 02139
Phone: 617-253-3730
Homepage: http://www.mit.edu/sloan

EMORY UNIVERSITY
Goizueta Business School
1300 Clifton Road NE
Atlanta, GA 30322
Tel: 404-727-6311, Fax: 404-727-4612
Homepage: http://www.emory.edu/bus

ARIZONA STATE UNIVERSITY
Graduate College
P.O. Box 874906
Tempe, AZ 85287-4906
Phone: 480-965-3332
Homepage:
http://www.cob.asu.edu/mba/asu_mba_a
dms.cfm?ProgramString=tech_prospecti
ve

BOSTON UNIVERSITY
Dept. of Economics
270 Bay State Road
Boston, MA 02215
Ph: 617-353-4453/Fax: 617-353-4449
www.bu.edu/econ

UNIVERSITY OF ILLINOIS,
CHICAGO
Dept. of Economics
601 S. Morgan Street
Chicago, IL 60607-7121
Ph: 312-996-4350
www.uic.edu

ILLINOIS INSTITUTE OF
TECHNOLOGY
Electrical and Computer Engineering
Dept.
Siegel Hall Suite 136
3301 S. Dearborn Street
Chicago, IL 60616-3793
Ph: 312-567-3400
www.iit.edu

NEW JERSEY INSTITUTE OF
TECHNOLOGY
University Heights
Newark, NJ 07102-9895
www.njit.edu

BOSTON UNIVERSITY
Graduate School of Arts and Sciences
705 Commonwealth Avenue
Boston, MA 02214
http://www.bu.edu

UNIVERSITY OF MINNESOTA,
TWIN CITIES
Graduate Program – Department of
Economics
1035 Heller Hall
Minneapolis, MN 55455
Phone (612) 624-0209
http://www.econ.umn.edu/graduate

AMERICAN UNIVERSITY
Department of Economics
400 Massachusettes Avenue
Washington, DC  20016
Telephone: (202) 885-3770
http://www.american.edu/academic.dept
s/cas/econ

JOHN HOPKINS UNIVERSITY
Department of Economics
3400 N. Charles Street
Baltimore, MD  21218
Phone:  410-516-7601
http://www.econ.jhu.edu/grad_admissio
n.html

UNIVERSITY OF MICHIGAN
BUSINESS SCHOOL
701 Tappan Street, Room D2260
Ann Arbor, MI  48109-1234
www.umich.edu

TEMPLE UNIVERSITY
Fox School of Business and
Management
1810 N. 13th Street
Philadelphia, PA 19122-6083
Ph: (215) 204-7678
Website:
http://www.sbm.temple.edu/mbams

TEXAS A&M UNIVERSITY,
COMMERCE
College of Business and Technology
PO Box 3011
Commerce, Texas 75429
Ph: (903)886-5106
http://www.tamu-commerce.edu

UNIVERSITY OF CALIFORNIA,
RIVERSIDE
Gary Anderson Graduate School of
Management
133 Anderson Hall
Riverside, CA 92521-0203
Phone: (951) 827-7060
mba@ucr.edu

UNIVERSITY OF DELAWARE
College of Business and Economics
103 MBNA America Hall
Newark, Delaware 19716
Phone: 302-831-2221
http://www.mba.udel.edu

UNIVERSITY OF PENNSYLVANIA
The Wharton School
102 Vance Hall, 3733 Spruce Street
Philadelphia, PA  19104-6361
Tel:  215-898-6182
Fax:  215-898-0120
http://www.wharton.upenn.edu/mba

UNIVERSITY OF RHODE ISLAND
Smith School of Business
210 Flagg Road
Kingston, RI  02881
Ph:  401-874-5000
http://www.uri.edu

UNIVERSITY OF TEXAS at AUSTIN
McCoombs School of Business
1 University Station, B6004
Austin, TX 78712
Phone: (512) 471-7698
http://mba.mccombs.utexas.edu/admissi
ons

UNIVERSITY OF VIRGINA
Darden Graduate School of Business
Administration
Box 6550
Charlotteville, VA  22906-6550
Phone: 800-924-MBA-1
Fax:  804-924-4859
http://www.darden.virgina

VANDERBILT UNIVERSITY
Owen Graduate School of Management
401 21st Avenue, South
Nashville, TN 37203
Phone: 800-288-6936
http://www.mba.vanderbilt.edu

YALE UNIVERSITY
Yale School of Management
PO Box 208200
New Haven, CT  06520
Tel: 203-432-5932, Fax: 203-432-9991
http://mba.yale.edu

DARTMOUTH COLLEGE
uck School of Business Administration
100 Tuck Hall
Hanover, NY  03755-9030
Phone:  603-646-2733
Fax:  603-646-1308
http://www.tuck.dartmouth.edu

DREXEL UNIVERSITY
LeBow College of Business
Mail Stop 11-106
3141 Chestnut Street
Philadelphia, PA 19104-2875

DUSQUESNE UNIVERSITY
John F. Donahue Graduate School of
Business
704 Rockwell Hall
Pittsburgh, PA  156282
Ph:  412-396-5304
Homepage:  http://www.duq.edu/grad

EMORY UNIVERSITY
Goizueta School of Business
1300 Clifton Road, NE
Atlanta, GA  30322
Tel: 404-727-6311, Fax:  404-727-4612
http://www.emory.edu/bus

HOFSTRA UNIVERSITY
Zarb School of Business
100 Hofstra University
Hempstead, NY  11549
Tel: 516-463-6700
 http://www.hofstra.edu

JAMES MADISON UNIVERSITY
Office of International Student and
Scholar Services
James Madison University, Cleveland
Hall, MSC 8080
Harrisonburg, VA 22807
(540) 568-6119
http://www.jmu.edu/international/isss/

JOHNSON & WALES UNIVERSITY
Alan Shawn Feinstein Graduate School
8 Abbott Park Place
Providence, RI 02903
Phone:  401-598-1015
 http://www.jwu.edu

MARSHALL UNIVERSITY
Lewis College of Business
Corby Hall 217, 400 Hal Greer
Boulevard
Huntington, WV, 25755-2305
Phone: 304-696-2613
http://www.marshall.edu

NATIONAL AMERICAN
UNIVERSITY
321 Kansas City St.
Rapid City, SD 57701
Ph: 800-843-8892
http://www.national.edu/rc/MBA/MBA
programs.html

NOVA SOUTHEASTERN
UNIVERSITY
A. H. Wayne Huizenga School of
Business and Entrepreneurship
Carl DeSantis Building
3301 College Avenue
Ft. Lauderdale, FL 33314-7796

PURDUE UNIVERSITY
Krannert Graduate School of
Management
1310 Krannert Building
West Lafayette, IN 47907-1310
Phone: 765-494-4365
 Fax: 765-494-9841
http://www.mgmt.purdue.edu

RICE UNIVERSITY
Jones Graduate School of Management
270 Herring Hall, 6100 Main Street
Houston, TX 77005
Phone: 713-527-4918
Homepage: http://www.rice.edu/jgs

ROLLINS COLLEGE
Crummer Graduate School of Business
1000 Holt Ave
Winter Park, FL 32789
Ph: (800) 866-2405
http://www.crummer.rollins.edu/

STANFORD UNIVERSITY
Graduate School of Business
518 Memorial Way
Stanford, CA 94305
Tel: 650-723-2766, Fax: 650-725-1668
http://www.stanford.edu

STATE UNIVERSITY OF NEW YORK
AT BINGHAMTON
School of Management
PO Box 6000
Binghamton, New York 13902-6000
http://som.binghamton.edu/about/index.htm

SOUTHERN ILLINOIS UNIVERSITY,
Carbondale
College of Business Administration
Box 1186
Edwardsville, Illinois 62026-1186
http://www.siuc.edu/

TEMPLE UNIVERSITY
Fox School of Business and
Management
1810 N. 13th Street
Philadelphia, PA 19122-6083
Ph: (215) 204-7678
http://www.sbm.temple.edu/mbams

TEXAS A&M UNIVERSITY,
COMMERCE
College of Business and Technology
PO Box 3011
Commerce, Texas 75429
Ph: (903)886-5106
http://www.tamu-commerce.edu

WASHINGTON UNIVERSITY IN
SAINT LOUIS
School of Engineering and Applied
Science
Box 1163, One Brookings Drive
St. Louis, MO 63130
Phone: 314-935-5565
http://www.seas.wustl.edu

STATE UNIVERSITY OF NEW YORK
Institute of Technology
PO Box 350
Utica, New York 13504
 http://www.sunyit.edu

UNIVERSITY OF CALIFORNIA,
SANTA BARBARA
College of Engineering
Santa Barbara, CA 93106-9560
Phone: 805-893-
http://www.ece.ucsb.edu/

UNIVERSITY OF PENNSYLVANIA
School of Engineering & Applied
Science
Office of Academic Programs
111 Towne Building  220 So. 33rd Street
Philadelphia, PA 19104-6391
Phone: (215) 898-0696  Fax No: (215)
573-2068
http://www.seas.upenn.edu/prof/

NORTHERN ILLINOIS UNIVERSITY
Department of Economics
Zulauf Hall, Room 515
250 University Circle
Northern Illinois University
DeKalb, IL  60115
http://www.niu.edu

UNIVERSITY OF CALIFORNIA,
IRVINE
Graduate Admissions
Department of Economics
3151 Social Science Plaza
Irvine, CA 92697-5100
www.uci.edu

UNIVERSITY OF IOWA
Henry B. Tippie College of Business
108 John Pappajohn Business Building
21 E. Market Street
Iowa City, IA 52242-1000
Ph: 319-335-0862
http://www.biz.uiowa.edu/econ/

GOLDEN GATE UNIVERSITY
536 Mission Street
San Francisco, CA  94105
Phone: 425-442-7800
Homepage: http://www.ggu.edu

TRINITY COLLEGE
125 Michigan Avenue, NE
Washington, DC  20017
Phone: 800-492-6882
Homepage: http://www.trinitydc.edu

MICHIGAN TECHNOLOGICAL
UNIVERSITY
1400 Townsend Drive
Houghton, Michigan 49931-1295
Phone: 1-888-MTU-1885
http://www.mtu.edu

SAN JOSE STATE UNIVERSITY
College of Engineering
One Washington Square
San Jose, CA  95192-0205
Ph: (408) 924-3968
Fax: (408) 924-3883
http://www.sjsu.edu

TUFTS UNIVERSITY
Undergraduate Admissions:
Bendetson Hall
Medford, MA 02155
Phone: (617) 627-3170
www.tufts.edu

PENNSYLVANIA STATE
UNIVERSITY
Undergraduate Admissions Office
201 Shields Building  University Park,
PA 16802-1294
Tel: (814) 865-5471  Fax: 814-863-7590
www.psu.edu

UNIVERSITY OF CALIFORNIA, LOS
ANGELES
School of Public Health
Los Angeles, CA 90095-1772
Ph: 310-825-5250
http://www.biostat.ucla.edu/

FORDHAM UNIVERSITY SCHOOL
OF LAW, L.L.M. Program
140 West 62nd Street
New York, NY. 10023
Ph: 212-636-6883
http://www.law.fordham.edu

UNIVERSITY OF NOTRE DAME
276 Mendoza College of Business
Notre Dame, IN  46556
www.notredame.edu

UNIVERSITY OF MISSOURI,
COLUMBIA
Dept. of Communication
115 Switzler Hall
Columbia, MO  65211
Ph: 573-882-4431 – Fax: 573-774-5672
www.missouri.edu

CALIFORNIA STATE UNIVERSITY,
FULLERTON
Dept. of Communications
800 N. State College Blvd
Fullerton, CA  92834
Ph: 714-278-2011
www.fullterton.edu

ST. CLOUD UNIVERSITY
Dept. of Mass Communications
125 Stewart Hall
Saint Cloud, MN  56301
www.stcloud.msus.edu

SOUTHERN ILLINOIS UNIVERSITY,
CARBONDALE
College of Mass Communications and
Media Arts
Carbondale, IL  62901-6606
Ph: 618-536-6631 – Fax: 618-453-5200
www.siu.edu

MARSHALL UNIVERSITY
Page Pitt School of Journalism and
Communication
Huntington, WV 23755-2622
Ph: 304-696-6606
www.marshall.edu

UNIVERSITY OF MISSISSIPPI
School of Business Administration
PO Box 1848
University, MS  38677-1848
Ph:  662-915-5820
Fax:  662-915-5821
www.olemiss.edu