ALL-STATE LEGAL®

DEFENDANT'S
EXHIBIT

_1_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN ASSOCIATION OF            )
COLLEGIATE REGISTRARS AND          )
ADMISSIONS OFFICERS,               )
                    Plaintiff,     )
                                   )        Case No. 06-0137
v.                                 )
                                   )
AMERICAN UNIVERSITIES              )
ADMISSION PROGRAM, INC., *et al.*, )
                                   )
_____Defendants._____)

### AFFIDAVIT

I, the undersigned Jean-Noel Prade, hereby depose and say as follows:

1.      I am over the age of eighteen (18) years and I have personal knowledge of the

facts set forth in this Affidavit.

2.      I am providing this Affidavit on behalf of myself and the American

Universities Admissions Program, Inc. ("AUAP") which I own and operate.

3.      It is completely untrue that the "Injunction was drafted by the parties" as the

AACRAO attorneys say in their "Second Statement of Non-compliance" (dated January 19,

2007). The AACRAO attorney wrote the Injunction and presented it to me for signature.    I

had no part whatsoever in the "drafting" of the Injunction.

4.      I never made any statement to the American Association of Collegiate

Registrars and Admissions Officers ("AACRAO") or their attorneys at or before the time I

signed the Settlement Agreement with AACRAO on April 12, 2006, relative to my ability to

provide them "all" of the addresses for "all" customers of AUAP.    At the time when

AACRAO and I were negotiating a settlement of its lawsuit, I agreed I would provide the

addresses of AUAP customers that I had.    This statement was a commitment to provide

AACRAO the addresses that AUAP and I had in either the computer or in the "hard-copy"

Affidavit of Dr. Jean Noel Prade
February 5, 2007
Page 2

files of the "Selection + Guaranteed Admission Program" ("Guaranteed Admission

Program"). (No such "hard-copy" files exist for the other program offered by AUAP, the

"Credential Evaluation Service.")  I have complied with that commitment, by producing the

client list to AACRAO's attorney on January 21, 2007, for the Guaranteed Admissions

Program clients of AUAP.

5.    In other words, I promised to give AACRAO the names and addresses of the

AUAP clients for whom addresses are kept.  I never told AACRAO and its attorneys that

AUAP kept e-mail addresses and street addresses for all customers in its Evaluation Service

Program.  I gave AACRAO the names of the 500 or so Evaluation Service Program clients,

but I could not give AACRAO any addresses because they do not exist.  AACRAO can verify

this by examining the hard drives of the two computers I have provided to the AACRAO

attorneys.  As I stated before, the e-mail addresses of the AUAP customers in its Evaluation

Service Program are deleted when their Evaluation Report is completed.

6.    I have used diligent efforts to remove all references to AACRAO from the

AUAP website.  As of approximately July 17, 2006, all remaining references to AACRAO

have been removed from the AUAP website.

7.    There are references to various universities in AUAP's website for which

AUAP has not provided addresses.  This is because AUAP has not communicated with these

universities.  AUAP clients have e-mailed or called AUAP to say that they (the clients) had

obtained admissions to the institutions such as those mentioned by AACRAO's attorneys in

their "Second Statement of Non-compliance" (dated January 19, 2007).  Those universities

include:  Bowling Green University, Cleveland State University, Flagger College, Kellogg

College and Howard University.  Since AUAP has not communicated with these universities,

their addresses are not part of the Court's requirements under the injunction.

Affidavit of Dr. Jean Noel Prade
February 5, 2007
Page 3

their "Second Statement of Non-compliance" (dated January 19, 2007). Those universities

include: Bowling Green University, Cleveland State University, Flagger College, Kellogg

College and Howard University. Since AUAP has not communicated with these universities,

their addresses are not part of the Court's requirements under the injunction.

      8.     Again, I repeat what I stated in my previous Affidavit: AUAP does not

communicate with corporations and government agencies, so AUAP does not have any such

addresses to provide to AACRAO.

      9.     Neither AUAP nor I personally have $10,000.00 to pay to AACRAO to "set

up a program for monitoring AUAP's websites." The fact is, AUAP only has one website

and it does not need "monitoring." Moreover at the December hearing the AACRAO lawyer

conceded that the AUAP website was in compliance with the court order. AACRAO is

trying to put AUAP out of business and drive me into personal bankruptcy, which they will

successfully do if the Court requires me to pay such a large sum of money. AACRAO has

chosen to hire an expensive law firm and a computer expert, when both AUAP and I have

agreed to abide by the Court's Injunction, and I and AUAP are doing so.

     I hereby swear and affirm under the penalties of perjury that the foregoing Affidavit is

true to the best of my knowledge and belief.

_____
Jean Noel Prade