IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE ) <br>    REGISTRARS AND ADMISSIONS ) <br>    OFFICERS, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> AMERICAN UNIVERSITIES ADMISSION ) <br>    PROGRAM, INC. et al., ) <br> ) <br>    Defendants. ) <br> _____) | Civil Action No. 06-0137 |

**PLAINTIFF THE AMERICAN ASSOCIATION OF
COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS'
REPLY TO DEFENDANTS' SECOND SUPPLEMENTAL OPPOSITION TO
PLAINTIFF'S MOTION FOR CIVIL CONTEMPT AND COMPENSATORY RELIEF**

Plaintiff the American Association of Collegiate Registrars and Admissions Officers ("AACRAO") respectfully submits that Defendants' Second Supplemental Opposition to Plaintiff's Motion For Civil Contempt and Compensatory Relief is improper and should not be considered by the Court. Foremost, the local rules of this Court do not provide for a "second supplemental opposition." *See* LCvR 7 (providing only for opening, opposition and reply briefs). Critically, defendants did not seek leave to file a brief outside those contemplated by the local rules. Second, even if the Court believes supplemental and second oppositions can be filed, defendants' "second supplemental opposition" is untimely. AACRAO's renewed motion for sanctions and report to the Court of defendants' continued non-compliance with the Injunction was filed on January 19, 2007. Any response to that paper should have been filed over a week before defendants filed their paper. Finally, and most importantly, the "second supplemental

opposition" is duplicative and redundant of the Defendants' previous oppositions, offering no new reason why defendants should not be held in contempt of the Injunction. For the reasons discussed above, AACRAO asks that the Court not consider this improper filing. For the reasons set forth at the hearings and in its papers on this motion for sanctions, AACRAO respectfully requests that sanctions be issued against the defendants for their violation of the Injunction.

          Respectfully submitted,

          s/Christopher P. Murphy
          Christopher P. Murphy
          D.C. Bar # 447130
          Arent Fox LLP
          1050 Connecticut Avenue, NW
          Washington, DC 20036
          Telephone: 202-857-6000
          Facsimile: 202-857-6395

**ATTORNEYS FOR PLAINTIFF AACRAO**

## CERTIFICATE OF SERVICE

I, Sarah Clarke, certify that a true and correct copy of the foregoing Plaintiff The American Association of Collegiate Registrars and Admissions Officers' Reply To Defendants' Second Supplemental Opposition to Plaintiff's Motion For Civil Contempt and Compensatory Relief and Proposed Order were served this February 23, 2007 via U.S. Mail postage prepaid on

>S. Ricardo Narvaiz
>1300 Spring Street, Suite 500
>Silver Spring, Maryland 20910

s/Sarah Clarke