IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et al., <br><br> Defendants. | Civil Action No. 06-0137 (ESH/AK) |

**PLAINTIFF THE AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS' MOTION FOR EXTENSION OF TIME TO OBJECT TO MAGISTRATE'S REPORT AND RECOMMENDATION**

Plaintiff The American Association of Collegiate Registrars and Admissions Officers ("AACRAO"), by and through its undersigned counsel, hereby moves this Court for an order extending the time, until July 31, 2007, to object to the Magistrate's July 5, 2007 Report and Recommendation ("R&R") (Docket Entry #35). Plaintiff's objections are currently due on July 19, 2007, but because of an unavoidable delay in getting transcripts from relevant hearings in this matter, AACRAO respectfully requests this motion be granted.

In support of this motion, AACRAO states as follows;

1.  Because of the Magistrate's numerous citations to hearing transcripts in the R&R, plaintiff assumed that the hearing audio records had been transcribed. Plaintiff has learned, however, that no written record of the various hearings for this matter currently exists. According to the Magistrate's Courtroom Deputy, references to the hearing record in the R&R are to time stamps of the audio recordings of the hearings.

2.    Plaintiff understands and has been informed that copies of the audio transcripts are not made available to litigants, but are only provided to ProTypists Inc. for the production of written transcripts.

3.    ProTypists Inc. has advised AACRAO that its expedited transcription service will take up to seven business days to provide the necessary transcripts. ProTypists advised that it will not be able to begin production of the transcripts until July 11, 2007 at the earliest, and likely not until July 12, 2007. Thus, the transcripts may not be available to AACRAO until as late as July 23, 2007, after the current date for objections.

4.    Since AACRAO is not able to obtain copies of the audio transcripts, it can not utilize another vendor to produce transcripts of the hearings in question in a more expedited manner.

5.    Transcripts of the proceedings are essential to AACRAO's response to the R&R. As the Magistrate has cited extensively to the record, any response will require AACRAO to equally search and accurately cite to the record.

6.    The short extension sought will not prejudice the interests of Defendant American Universities Admission Program in any way.

Respectfully submitted,

                                                  s/Christopher P. Murphy
                                                  Christopher P. Murphy (# 447130)
                                                  Arent Fox LLP
                                                  1050 Connecticut Avenue, NW
                                                  Washington, DC 20036
                                                  Telephone: 202-857-6000
                                                  Facsimile: 202-857-6395

**ATTORNEYS FOR PLAINTIFF AACRAO**

**CERTIFICATE OF SERVICE**

I, Sarah L. Clarke, hereby certify that on this 11th day of July, 2007, I electronically submitted the attached **PLAINTIFF THE AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS' MOTION FOR EXTENSION OF TIME TO OBJECT TO MAGISTRATE'S REPORT AND RECOMMENDATION** to the Clerk's Office by using the CM/ECF System and a Notice of Electronic Filing was transmitted to the following CM/ECF registrant:

> S. Ricardo Narvaiz
> Law Offices of S. Ricardo Narvaiz
> 1300 Spring Street, Suite 500
> Silver Spring, Maryland 20910
> rnarvaiz@drintl.com
> *Attorney for Defendant*

s/Sarah L. Clarke_____