IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGIATE REGISTRARS AND ADMISSIONS OFFICERS, )<br><br>Plaintiff, )<br><br>v. )<br><br>AMERICAN UNIVERSITIES ADMISSION PROGRAM, INC. et al. )<br><br>Defendants. ) | Civil Action No. 06-0137 (ESH/AK) |

**[PROPOSED] ORDER**

On consideration of Plaintiff, American Association of Collegiate Registrars and Admissions Officers' Motion for Extension of Time to Object to Magistrate's Report and Recommendation and having found good cause for same, it is hereby ORDERED and ADJUDGED that:

The time for filing written objections to the July 5, 2007 Report and Recommendation is extended until _____, 2007.

_____
Judge