# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
In the Matter of:             :
                              :
AMERICAN ASSOCIATION OF       :
COLLEGIATE REGISTRARS AND     :
ADMISSIONS OFFICERS,          :
                              :
        Plaintiff,            :
                              :
            vs.               :   Civil Action No. 06-0137
                              :
AMERICAN UNIVERSITIES         :
ADMISSION PROGRAM, INC.       :
     And                      :
JEAN-NOEL PRADE,              :
                              :
        Defendants.           :
                              :   Washington, D.C.
- - - - - - - - - - - - - - - x   October 2, 2006


        TRANSCRIPT OF HEARING ON PLAINTIFF'S MOTION FOR
            CIVIL CONTEMPT AND COMPENSATORY RELIEF
                BEFORE THE HONORABLE ALAN KAY
                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiff:        JOHN K. HSU, ESQ.
                          CHRISTOPHER P. MURPHY, ESQ.

For the Defendant:        JEAN-NOEL PRADE, pro se



Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C. 20005, 202-347-5395, www.pro-typists.com
M1913V-1V/bf
```

```
 1              MR. PRADE:  Yeah, it's me, myself, and me.
 2              THE MAGISTRATE JUDGE:  You, yourself and you.
 3              MR. PRADE:  Yeah.
 4              THE MAGISTRATE JUDGE:  So that's not three people,
 5   that's one person embodied in one --
 6              MR. PRADE:  One person.
 7              THE MAGISTRATE JUDGE:  -- yes.
 8              MR. PRADE:  And I reply to -- this is the first
 9   thing.  When they say "they" it should say "he."
10              THE MAGISTRATE JUDGE:  And what do you do
11   specifically, Mr. Prade, to assist these folks --
12              MR. PRADE:  Okay, we --
13              THE MAGISTRATE JUDGE:  -- who want to come to the
14   United States?
15              MR. PRADE:  We have one department which is the
16   one that Attorney Hsu mentioned, which we help foreign
17   student to enter American universities.  And we counsel
18   them.
19              THE MAGISTRATE JUDGE:  In other words, how do you
20   know what foreign students would like to come to the United
21   States to study?
22              MR. PRADE:  They wrote to us, or --
23              THE MAGISTRATE JUDGE:  They write to you.
24              MR. PRADE:  Yeah, through an e-mail or --
25              THE MAGISTRATE JUDGE:  You advertise?
```

```
 1            MR. PRADE:  No.
 2            THE MAGISTRATE JUDGE:  They don't know you exist?
 3            MR. PRADE:  No, we are behind the sign.  The
 4  scene.
 5            THE MAGISTRATE JUDGE:  So the American University
 6  does not know that you exist.
 7            MR. PRADE:  We do exactly like a guidance
 8  counselor at the high school.
 9            THE MAGISTRATE JUDGE:  I see.  All right.
10            MR. PRADE:  He will not say, "This is my student."
11  He will say, "Go and --."
12            THE MAGISTRATE JUDGE:  Now, there is -- so a
13  number of things have occurred between you and the
14  prospective student going to American University.
15            MR. PRADE:  Exactly.
16            THE MAGISTRATE JUDGE:  There's the initial contact
17  to you, which may have been by e-mail or by telephone.
18  There's been a response by you, then there's a discussion
19  as to fees -- standard fee?
20            MR. PRADE:  Yeah.
21            THE MAGISTRATE JUDGE:  You charge a standard fee?
22            MR. PRADE:  We have the -- for this program, the
23  guaranteed admission program?
24            THE MAGISTRATE JUDGE:  Yes.
25            MR. PRADE:  Which is about 80 student a year
```

```
 1  maximum.
 2          THE MAGISTRATE JUDGE:  Right.
 3          MR. PRADE:  We have the addresses of our student,
 4  we don't --
 5          THE MAGISTRATE JUDGE:  You have the addresses of
 6  those students.
 7          MR. PRADE:  Of course.  There's no problem.
 8          THE MAGISTRATE JUDGE:  Right.  Right.
 9          MR. PRADE:  It would be stupid to say that.
10          THE MAGISTRATE JUDGE:  Right.
11          MR. PRADE:  But now, the main - -and you can see,
12  it's 80 student maximum per year when it's a good year.
13          THE MAGISTRATE JUDGE:  Per year.  So --
14          MR. PRADE:  But the main business now -- and you
15  can see by the names, the numbers name is no _____
16  80 per year, it is an evaluation.  Because the Immigration
17  Service, and our evaluation are accepted by the Immigration
18  Service, the university people want to apply by themselves,
19  and also the federal job you need a credential evaluation.
20          THE MAGISTRATE JUDGE:  Yes.  So --
21          MR. PRADE:  Which, by the way, AACRAO is doing
22  also.
23          THE MAGISTRATE JUDGE:  Right.  Now.  So AUAP,
24  as an entity, for the calendar year 2005 --
25          MR. PRADE:  Uh-huh.
```

```
 1              MR. PRADE:  Once --
 2              THE MAGISTRATE JUDGE:  For the evaluations.
 3              MR. PRADE:  It's very simple, and I have problem.
 4   I have to tell you, because sometimes they want two, three
 5   years later, a third evaluation -- a second evaluation, and
 6   I don't have the address.  I don't have it.  You see in the
 7   evaluation, we don't put --
 8              THE MAGISTRATE JUDGE:  Well, how do you know they
 9   want a follow-up or a copy?
10              MR. PRADE:  They call me.
11              THE MAGISTRATE JUDGE:  They call you.
12              MR. PRADE:  They --
13              THE MAGISTRATE JUDGE:  By telephone?
14              MR. PRADE:  By telephone.
15              THE MAGISTRATE JUDGE:  Or by e-mail?
16              MR. PRADE:  They call me, "I want," and we have
17   a little thing which say, "Okay, it's cost --"
18              THE MAGISTRATE JUDGE:  What little thing do you
19   have?
20              MR. PRADE:  It's a little phrase, it's cost $15.00
21   to have a copy.  We have the copy of most, not -- because we
22   have the hurricane and the -- my only computer, we have the
23   copy with the name, the first name, but no addresses.  Is it
24   a mistake?  Perhaps.  But it is the way I work.
25              THE MAGISTRATE JUDGE:  All right.  You have a
```

```
 1  computer, yes?
 2          MR. PRADE:  Yes, sir.
 3          THE MAGISTRATE JUDGE:  All right.  And it's --
 4  Elizabeth Prade is a relative of yours?
 5          MR. PRADE:  It's my wife, sir.
 6          THE MAGISTRATE JUDGE:  Your wife, all right.
 7  So your wife has her computer and you have your computer?
 8          MR. PRADE:  No, she doesn't work.
 9          THE MAGISTRATE JUDGE:  All right, so you have
10  one -
11          MR. PRADE:   We needed a second person.
12          THE MAGISTRATE JUDGE:  You have one computer.
13          MR. PRADE:  Yes.
14          THE MAGISTRATE JUDGE:  Yes.  And you have, on that
15  computer, all the files that relate to your activities.
16  This is a business computer?
17          MR. PRADE:  yes.
18          THE MAGISTRATE JUDGE:  All right.  So that
19  information on that computer can be downloaded, can it not?
20          MR. PRADE:  Exactly.
21          THE MAGISTRATE JUDGE:  Yes.  And --
22          MR. PRADE:  It's, I download -- I'm sorry to
23  interrupt you.
24          THE MAGISTRATE JUDGE:  Yes?
25          MR. PRADE:  For the names, I didn't have a list
```

```
 1  documents, like for the addresses, they never say you use it
 2  before.  I use it when I was a member, and they say you are
 3  not allowed to do it because you don't -- aren't allowed to
 4  do it, and I consented.
 5          But what I am a little upset --
 6          THE MAGISTRATE JUDGE:  What about today,
 7  Mr. Prade?
 8          MR. PRADE:  Of course not, Your Honor.  No more.
 9          THE MAGISTRATE JUDGE:  They say that they have
10  looked at your Web site and there still seems to be an
11  indication --
12          MR. PRADE:  Okay, two --
13          THE MAGISTRATE JUDGE:  -- that you are using it.
14          MR. PRADE:  -- two things, Your Honor.  First,
15  they say and they don't have any notarized thing.
16          So secondly I will tell you the truth, sir.
17          THE MAGISTRATE JUDGE:  I hope always you tell the
18  Court --
19          MR. PRADE:  I will tell you the truth.  There are
20  old program that are old, doesn't exist, like for nurses,
21  and I look at everything, I'm a guy who do Web pages like
22  eating chocolate?  And I missed two, three, four.  And soon,
23  each time, when they send to us, "Okay, oh, on this page
24  there is still 'member of AACRAO,'" --
25          THE MAGISTRATE JUDGE:  Yes.
```

```
 1  beginning, from 1995 to 2000, that they never asked.  They
 2  asked from 2000, from the beginning.
 3          And now they go up and they say from the
 4  beginning, and they want to send to a student who never
 5  received a thing AACRAO, the badge AACRAO, the logo AACRAO,
 6  the name AACRAO, and they want the name to send a letter,
 7  and I say, Why?  It is not in the agreement, it was never
 8  said that before I used before being a member I used the
 9  AACRAO acronym or the AACRAO logo, and now you have a lawyer
10  saying, "We want from the beginning."
11          And it is absolutely not.  We agreed together was
12  from 2000 to 2005.  I have to tell you that when I receive
13  the first motion or the first letter from Mr. Hsu or "Soo,"
14  I don't know, I immediately stopped putting the word
15  "AACRAO."
16          THE MAGISTRATE JUDGE:  All right.  All right.
17          MR. PRADE:  Because I stopped being a member --
18          THE MAGISTRATE JUDGE:  Good.  Fine.  Let --
19          MR. PRADE:  -- a member in September, 2005 --
20          THE MAGISTRATE JUDGE:  All right.
21          MR. PRADE:  -- according to them.
22          THE MAGISTRATE JUDGE:  Let me hear from the other
23  side for a moment, Mr. Prade.  Thank you.
24          Mr. Hsu?
25          MR. HSU:  Couple of areas --
```