# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
In the Matter of:             :
                              :
AMERICAN ASSOCIATION OF       :
COLLEGIATE REGISTRARS AND     :
ADMISSIONS OFFICERS,          :
                              :
        Plaintiff,            :
                              :
            vs.               :   Civil Action No. 06-0137
                              :
AMERICAN UNIVERSITIES         :
ADMISSION PROGRAM, INC.       :
     And                      :
JEAN-NOEL PRADE,              :
                              :
        Defendants.           :
                              :   Washington, D.C.
- - - - - - - - - - - - - - - x   December 15, 2006


                TRANSCRIPT OF STATUS HEARING
                BEFORE THE HONORABLE ALAN KAY
                UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For the Plaintiff:      CHRISTOPHER P. MURPHY, ESQ.

For the Defendant:      SANTIAGO R. NARVAIZ, ESQ.



Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C.  20005, 202-347-5395, www.pro-typists.com
M1913V-2/bf

```
 1              MR. MURPHY:  This was obtained from the Apple
 2   computer provided by Mr. Prade.
 3              THE MAGISTRATE JUDGE:  All right, that you had
 4   access to.
 5              MR. MURPHY:  Exactly.
 6              THE MAGISTRATE JUDGE:  So this information was
 7   downloaded from that computer.
 8              MR. MURPHY:  The expert -- actually what he did
 9   was he imaged, he had to take the hard drive out because
10   Mr. Prade didn't provide a power cord.  He only gave us the
11   laptop, he didn't give us the power cord.  So we actually
12   had to image the hard drive.  And so what he did is he made
13   a duplicate copy of his computer, in effect.
14              If you'll note, Your Honor, we have an AUAP
15   credential service for a Genevieve Vinci on the first pages.
16   If you look on the second page, Your Honor, you'll see
17   prominently displayed, in two places, AACRAO's trademarks.
18   First in the red letters is the acronym, "AACRAO," and below
19   "Dr. J.N. Prade" is the name "American Association of
20   College Registrars and Admissions Officers/AACRAO."
21              If you go to the fourth page, Your Honor, this is
22   the meta-data that the expert pulled with respect to the
23   file that you've just reviewed.  Okay?
24              THE MAGISTRATE JUDGE:  The pages are not numbered,
25   is that correct?
```

```
 1              MR. MURPHY:  They are not numbered.  But
 2   sequentially --
 3              THE MAGISTRATE JUDGE:  All right.  So the meta
 4   data is on the page beginning "Analyzing C:\documents."
 5              MR. MURPHY:  That's correct, Your Honor.
 6              THE MAGISTRATE JUDGE:  I see.  All right.
 7              MR. MURPHY:  And you'll see that the document name
 8   is "Vinci" and it matches Genevieve Vinci's name on the
 9   first page.  Two places to look at here, Your Honor.  The
10   first is under "Document statistics," and the last is under
11   the "Last ten authors."
12              If the Court would be directed to the document
13   statistics?
14              THE MAGISTRATE JUDGE:  Well, yes.  Okay, yes.
15   All right.
16              MR. MURPHY:  Okay?  You will look at a creation
17   date of May 25th, 2006.  Does Your Honor see that?
18              THE MAGISTRATE JUDGE:  Yes.
19              MR. MURPHY:  Okay.  And then two below that is
20   "Last time printed," which is March 24th, 2006, two months
21   before the document was allegedly created.  So, of course
22   I asked my expert how can a document be printed before it's
23   created?  And he explained what happened was this file
24   transferred from another computer to the computer that
25   Mr. Prade gave me.
```

```
 1              And the way that he can verify that, Your Honor,
 2   is if you go down to the last ten authors.  The second line,
 3   where it says, "Jean-Noel Prade, Lexar Media."  Your Honor,
 4   Lexar Media is flash memory.  It's the memory that -- the
 5   little portable memory that you can slide into your UBS port
 6   and transport files from one computer to another.  So this
 7   file resided on that flash memory and was brought into the
 8   computer that Mr. Prade provided me on May 25th, 2006.
 9              We also know that he edited that document for
10   15 minutes, as indicated on the "Total edit time."  And that
11   occurred also on May 25th, after the injunction issued in
12   this case.
13              From that, in addition to the fact that his own
14   exhibits that he presented to the Court last time shows a
15   second computer--
16              THE MAGISTRATE JUDGE:  The 15 minutes show up
17   where, Mr. Murphy? The 15 -- you said he --
18              MR. MURPHY:  "Total edit time," under "Document
19   statistics."
20              THE MAGISTRATE JUDGE:  "Total edit time," I'm with
21   you.
22              MR. MURPHY:  And 15 minutes.
23              THE MAGISTRATE JUDGE:  I'm with you, yes.
24              MR. MURPHY:  Okay?  So he was in the document for
25   15 minutes at two different times.  So it was brought over
```

1  to the computer that was provided to me, on May 25th, at
2  7:44 a.m., and then it was saved again at 9:36 a.m., and
3  he was in the document for 15 minutes.
4      What we know from this, Your Honor, is that there
5  was indeed a second computer used by AUAP, Your Honor, that
6  he did not provide to me despite Your Honor's order to give
7  him one more chance to produce any hard drive that had been
8  used in relation to AUAP's business.
9      I'll note, Your Honor, if you turn to the last
10 page of the document I've provided you --
11     THE MAGISTRATE JUDGE:  Yes.  I'm there.
12     MR. MURPHY:  All right.  Is an e-mail from
13 Mr. Prade's then-counsel, Thomas Wood, where he provides
14 additional names.  And you'll note the date is May 29th.
15 So he's providing these names right around the time he is
16 moving data between computers.  And again, that's consistent
17 with and evidence of a second computer used by AUAP that
18 they have not produced.  Despite Your Honor's order and
19 opportunity to comply, a second time.
20     Finally, Your Honor, I would point out with
21 respect to identifying the third-party corporations,
22 academic institutions, governmental institutions, some
23 educational institutions were provided.  There are many more
24 listed on his Web site that were not identified.  He
25 identified no governmental institutions, despite explaining

```
 1  delegated to rule on that or Judge Huvelle, but -- and I
 2  think I've made it clear to Mr. Narvais, and his client's
 3  sitting here, so his client understands that this is the
 4  last opportunity.
 5          The last time Mr. Prade was here, he was not
 6  represented by counsel.  I think Mr. Narvais now has a role
 7  to play in convincing his client that this is the last
 8  opportunity; that I will not hold any further hearings.
 9  All right.
10          MR. NARVAIS:  I understand, Your Honor.
11          MR. MURPHY:  I understand, Your Honor, and the
12  fact that he didn't have counsel was his own choosing.  He
13  was advised to get counsel months and months ago --
14          THE MAGISTRATE JUDGE:  I appreciate -- Mr. Murphy,
15  I appreciate this, that --
16          MR. MURPHY:  And Your Honor, and just --
17          THE MAGISTRATE JUDGE:  I'm going to try and get
18  you the information and I'm also giving you an opportunity
19  to seek relief by way of costs for certainly the delay since
20  I've been involved.
21          MR. MURPHY:  One last point, Your Honor.
22          THE MAGISTRATE JUDGE:  I will try and shorten the
23  time that you're spending here and you don't have to bill
24  your client.
25          MR. MURPHY:  I understand, Your Honor.
```