# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
In the Matter of:             :
                              :
AMERICAN ASSOCIATION OF       :
COLLEGIATE REGISTRARS AND     :
ADMISSIONS OFFICERS,          :
                              :
     Plaintiff,               :
                              :
          vs.                 :   Civil Action No. 06-0137
                              :
AMERICAN UNIVERSITIES         :
ADMISSION PROGRAM, INC.       :
     and                      :
JEAN-NOEL PRADE,              :
                              :
     Defendants.              :
                              :   Washington, D.C.
- - - - - - - - - - - - - - - x   June 14, 2007


             TRANSCRIPT OF STATUS HEARING
             BEFORE THE HONORABLE ALAN KAY
             UNITED STATES MAGISTRATE JUDGE




APPEARANCES:

For the Plaintiff:     CHRISTOPHER P. MURPHY, ESQ.

For the Defendant:     SANTIAGO R. NARVAIZ, ESQ.



Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C.  20005, 202-347-5395, www.pro-typists.com
M1913V-4/bf
```

1           THE MAGISTRATE JUDGE:  I see.
2           MR. MURPHY:  And the way you can tell is the meta
3  data provides information about origination date for the
4  document and dates on which it was copied over.
5           THE MAGISTRATE JUDGE:  Right.
6           MR. MURPHY:  It gets a little more high-tech when
7  he starts figuring out that there was this third computer,
8  and I'm not comfortable trying to explain it to the Court.
9           THE MAGISTRATE JUDGE:  Well.  With the change in
10 the rules, Mr. Murphy, and the e-discovery and electronic
11 storage of information, every lawyer is going to have to
12 become a little more sophisticated in terms of computers.
13          MR. MURPHY:  Yes, Your Honor.
14          THE MAGISTRATE JUDGE:  All right.  But other than
15 that, you have no indication that Mr. Prade has not been in
16 full compliance?  There's nothing that shows up on Web pages
17 and things like that?
18          MR. MURPHY:  As to reusing the mark, no, Your
19 Honor.
20          THE MAGISTRATE JUDGE:  Yes.  Okay.
21          MR. MURPHY:  No.  But he is not in full compliance
22 with respect to turning over documents.
23          THE MAGISTRATE JUDGE:  Well, he alleges that he
24 does not have the documents that you are requesting.  If he
25 is telling the truth, then he can't produce documents he

```
 1  doesn't have.  If he is being less than truthful, obviously
 2  then he's not in compliance.  But you don't have any hard
 3  information that there exists or -- there exists documents
 4  that he is withholding from you --
 5          MR. MURPHY:  No, I --
 6          THE MAGISTRATE JUDGE:  -- that show up in any
 7  fashion?
 8          MR. MURPHY:  I don't have that, Your Honor, short
 9  of the requested inspection of his offices.
10          THE MAGISTRATE JUDGE:  Okay, so in terms of
11  noncompliance, it's noncompliance if in fact he's not
12  telling the truth.
13          MR. MURPHY:  And/or if the Court gives me further
14  leeway to inspect his offices as we requested, because we
15  believe that we can establish that.  Your Honor, I think --
16          THE MAGISTRATE JUDGE:  Well, you want the
17  equivalent of a search warrant to go down there.
18          MR. MURPHY:  Well, Your Honor, I think what's
19  important to remember is that at the time when AACRAO
20  offered to settle this case, Mr. Prade told us that he had
21  the documents, that he would provide them to us so that we
22  could take remedial measures with the information provided,
23  and we went through a period of time with Your Honor where
24  he told the Court, he told Your Honor, that he would produce
25  the documents.  It wasn't till a subsequent time that -- a
```

1  subsequent hearing, that he said he didn't have the
2  documents.
3           So he is an untruthful person.  We know that he
4  was untruthful.  He was either untruthful to the Court and
5  me at the beginning of the settlement process, or he's
6  untruthful to the Court now.  But we know he's untruthful.
7  And I think from that a fair inference is that he has not
8  complied.
9           THE MAGISTRATE JUDGE:  Yes.  Let me ask perhaps a
10 tangential question, Mr. Murphy.  I understand that you have
11 a consent judgment.  I understand that you have injunctive
12 relief that was granted by Judge Huvelle.  But in terms of
13 prejudice at this point to your client, I mean, are they
14 sustaining any prejudice as far as you know?  I mean, is
15 Mr. Prade a competitor to the point of where they are losing
16 money or credibility or some sort of defamatory sort of
17 connection because Mr. Prade has or currently is invading on
18 or trading on their name or logo?
19          MR. MURPHY:  Your Honor, if I can kind of divide
20 that into two parts.  The answer to the question is yes.
21 Today, AACRAO continues to be harmed, because part of the
22 settlement agreement was providing us information of his
23 customers, of Prade's customers, so that we could send out
24 remedial information to say, in a letter, that there was no
25 affiliation or connection between Dr. Prade and AUAP, and my