# EXHIBIT D







| | | | |
|---|---|---|---|
| Psychic Determinism | 3 | Pass | 0 |
| Intra-psychic Conflict | 3 | Pass | 0 |
| Transference | 3 | Pass | 0 |
| Signs and symptoms in psychiatry | 3 | Pass | 0 |
| The Technique and Practice of Psychoanalysis | 3 | Pass | 0 |
| Psychosexual Development: Ego | 3 | Pass | 0 |
| Psychoanalysis and Women: Contemporary Reappraisals | 3 | Pass | 0 |
| Instinct Theory | 3 | Pass | 0 |
| Basic Psychoanalytic Concepts | 3 | Pass | 0 |
| Dreams I: Window into the Unconscious | 3 | Pass | 0 |
| Dreams II: Modern Views on Dreaming | 3 | Pass | 0 |
| Aggression in our Children | 3 | Pass | 0 |
| The Course of Life | 3 | Pass | 0 |
| Drives | 3 | Pass | 0 |
| Adolescence | 3 | Pass | 0 |
| Women, Girls and Psychotherapy | 3 | Pass | 0 |
| Parenting as a Developmental Process | 3 | Pass | 0 |
| Pathology of Memory | 3 | Pass | 0 |
| Neuropsychology of childhood | 3 | Pass | 0 |
| Basics of Electroencephalography | 3 | Pass | 0 |
| Pathology of Emotions | 3 | Pass | 0 |
| Formation of Mental Activity | 3 | Pass | 0 |
| Qualitative Analysis in Social Psychology | 3 | Pass | 0 |
| Fundamentals of Neurology | 3 | Pass | 0 |
| Fundamentals of Psychiatry | 3 | Pass | 0 |
| Neuropsychology | 3 | Pass | 0 |
| Psychopathology | 3 | Pass | 0 |
| Clinical Aspects of Personality Disorders | 3 | Pass | 0 |

**Total Credits: 102**
**Overall Grade: Pass**

Military Medical Academy Advanced Training examination

| | | | |
|---|---|---|---|
| Psychiatry (504 hours) | 34 | A | 136 |

**Total Credits: 34**
**Overall GPA: 4**

Military Medical Academy September 1, 2005-December 10, 2005

| | | | |
|---|---|---|---|
| Fundamentals of psychoanalysis | 3 | Pass | 0 |
| Techniques and practice of psychoanalysis | 3 | Pass | 0 |
| Treatment of Hysteria | 3 | Pass | 0 |
| Theories of Sigmund Freud | 3 | A | 12 |
| Libido and psychosexual development | 3 | Pass | 0 |
| Psychology of determinism | 3 | B | 9 |
| Inner psychic conflict | 3 | Pass | 0 |
| Signs and symptoms in psychiatry | 3 | A | 12 |
| Theory of instinct | 3 | B | 9 |
| Principal psychoanalytical concepts | 3 | B | 9 |
| Aggression in children | 3 | A | 12 |

© AUAP This evaluation is strictly confidential (FERPA & Privacy Act of the United States)
No copies allowed under any circumstances as per the copyright Laws of the United States of America.
Absence of watermark may indicate alteration



